# Exhibit A



640-SH-J-41-REV. 12/91-8/95

GO 26861

V.D.R. FORM ☐

EMP. NO.

RELEASED BY | REASON FOR RELEASE

AUTHORIZED B

INITIAL

COMMENTS

HOLDS

BY
BY
BY
BY
BY

643045

1105
0883-1203.2 PC
4 X 1

1203.2 PC

RoB

5799G

**SMITH,   DEONDRE**

Sex:    Race:    Eyes:    Hair:    HGT:    WGT:
Birthplace:    Birthdate:    Arr. Age:
Agency: 1967   Arr. Date: 11/03/2021 15:53   Bkg. Date: 11/03/2021 16:38

Case: 9999999999        Charge: 211PC
ROBBERY
Proposed I/M location at jacket creation time: 1-IRC1

609 6 861

1 6 8  9

Exhibit A - 18



| BOOKING No. | LOCAL AGENCY No. | **LOS ANGELES COUNTY** | | | | SUSPECT PHOTO |
|---|---|---|---|---|---|---|
| 6096861 | | **BOOKING AND PROPERTY RECORD** | | | | |

| MAIN No. | SID / CII No. | FBI No. | ARN No. | DL LIC No. / STATE |
|---|---|---|---|---|

| ARRESTEE'S NAME (LAST, FIRST, MIDDLE) | | HOME PHONE | DNA STATUS |
|---|---|---|---|
| SMITH, DEONDRE ANTHONY | | | |

| | ADDRESS, CITY, STATE, ZIP | | DNA COLLECTED BY: |
|---|---|---|---|
| 0000 | | | |

| SEX | DESCENT | HAIR | EYES | HEIGHT | WEIGHT | BIRTHDATE | AGE | DATE DNA COLLECTED |
|---|---|---|---|---|---|---|---|---|

| VEH. LIC No. ST. | RPT DIST | AKA/NICKNAME |
|---|---|---|
| | 1967 | |

| BIRTHPLACE | CITIZENSHIP | ARR. AGY. / DETAIL | MONIKER | AD CHG | LIVESCAN OPERATOR(S) |
|---|---|---|---|---|---|
| | | 1967 | | YES | tbyrd |

| FILE No | DATE & TIME ARRESTED | TIME BKD |
|---|---|---|
| | 11-03-2021   1553 | 1638 |

| LOCATION OF ARREST | TOTAL BAIL |
|---|---|
| 2450 CHERRY AVE | NO BAIL |

| CHARGE | WARR /COMM. No |
|---|---|
| 211PC (F) 0 ROBBERY | |

| JAIL LOC | ARRAIGNMENT DATE | TIME | COURT | PRISONER'S SIGNATURE WHEN BOOKED |
|---|---|---|---|---|
| 1967 | | | | X DSL |

| SOC. SEC. No | OBSERVABLE PHYSICAL ODDITIES | OCCUPATION |
|---|---|---|

EMPLOYER (FIRM OR PERSON'S NAME, CITY & PHONE No.)

SPECIAL MEDICAL PROBLEMS

CLOTHING WORN

LOCATION OR DISPOSITION OF VEHICLE

IN CASE OF EMERGENCY NOTIFY (NAME, RELATIONSHIP, ADDRESS, CITY & PHONE)

| ARRESTING OFFICER | BOOKING EMPLOYEE | SEARCHING OFFICER | TRANSPORTING OFFICER |
|---|---|---|---|

| CASH RETAINED | PROPERTY |
|---|---|

PRISONER'S SIGNATURE FOR RECEIPT OF FOREGOING CASH & PROPERTY

DSL

| CASH DEPOSITED | PROPERTY |
|---|---|
| 10.00 | TCL CELLPHONE |

PRISONER'S SIGNATURE FOR RECEIPT OF REMAINING CASH & PROPERTY

203203 17:52:30

| RIGHT FOUR IN | RIGHT THUMB IN | RIGHT THUMB OUT | RIGHT FOUR OUT |
|---|---|---|---|

**Exhibit A - 20**

| ADDITIONAL CHARGE 1203.2(A)PC (X) PROB VIOL:REARREST\REVOKE PROBATION\E | | WARRANT NUMBER | ARRIGN DATE | TIME | COURT |
|---|---|---|---|---|---|
| 23152(F)VC (M) DUI OF ANY DRUG | | WAR-LC1BL0058401 | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

TELEPHONE CALLS

INTERVIEWS – Code: A = ATTY, B = BONDSMAN, D = DOCTOR, E = EMPLOYER, R = RELATIVE, W = WAIVED, O = OTHER

| NAME | CODE | PHONE# OR INTERVIEWER | DATE & TIME MADE | OFFICER HANDLING SERIAL# | PRISONER'S INTIIALS |
|---|---|---|---|---|---|
| BAIL DEVIATION (800) 773-5151 | O | (213) 351-0311 | | | |
| | | | | | |
| | | | | | |
| | | | | | |

REMARKS                                                                                                    X COMPLETED

| Misdemeanor hold: ____ NO IDENTIFICATION ____ WARRANT ____ ON GOING PROBLEM ____ NON-CITABLE MISDEMEANOR ____ OTHER _____ APPROVED BY WATCH COMMANDER: | REASON FOR RELEASE ___ EXPIRATION ___ FINE ___ CITATION ___ BAIL ___ OTHER |
|---|---|
| | RECEIPT #         PROB          DATE AND TIME 4/24/21 2:01 |
| | RELEASED BY                      DOCUMENT ANALYST |
| | RELEASED TO (NAME, AGENCY & DETAIL) |

RECORD OF PROPERTY TRANSACTIONS                    CODE   A = ADD   W = WITHDRAW   I = INSPECT   E = REMOVE FOR EVIDENCE

| NAME OF PERSON ADDING, WITHDRAWING OR INSPECTING | OFFICER HANDLING SERIAL # | PRISONER'S SIGNATURE AUTHORIZING WITHDRAW | CODE | DESCRIPTION OF PROPERTY | DATE AND TIME |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

OFFICER MAKING FINAL RELEASE          DATE AND TIME          I DO HEREBY ACKNOWLEDGE RECEIPT OF ALL MY REMAINING PROPERTY

SIGNATURE

2021 NOV -4 AM 12: 43

DMV IMAGES                                               BOOKING IMAGES



First Used:
2021/11/04 03:47
SORT

Container ID    0003729479

6096 **861**

CLOTH

**SMITH, DEONDRE**

x _____

| ITEM | COLOR | MATERIAL | STYLE | | | | | |
|------|-------|----------|-------|--|--|--|--|--|
| SHIRT | | | | | | | | |
| PANTS | | | | | | | | |
| JACKET | | C W L S SYN | Z | | B | G | F | P |
| SWEATER | | C W L S SYN | Z | B | PO | G | F | P |
| COAT | | C W L S SYN | Z | | B | G | F | P |
| SUIT | | C W L S SYN | 2P | | 3P | G | F | P |
| SWEAT SUIT | | C W S SYN | Z | B | PO | G | F | P |
| TOPCOAT | | C W L SYN | FL | | 3Q | G | F | P |
| HAT | | C W L SYN | FB | HB | NB | G | F | P |
| OTHER | | | | | | | | |

TAKEN _____ NOT TAKEN _____

DRESS SHOES _____ DRESS BOOTS _____

WORK BOOTS _____ OTHER _____

STYLE:   LACE _____ ZIPPER _____ LOAFER

COLOR: BLACK _____ BROWN _____ OTHER

CONDITION: GOOD _____ FAIR _____ POOR _____

INVENTORY BY

OFFICER _____ DATE

| CONDITION | MATERIAL |
|-----------|----------|
| G-GOOD | C-COTTON |
| F-FAIR | W-WOOL |
| P-POOR | L-LEATHER |
| | S-SILK |
| | SYN-SYNTHET |

STYLE
LS-LONG SLEEVE   PO-PULLOVER   FL-FULL LENGTH   3Q-3 QUARTER   FB-FULL BRIM
SS-SHORT SLEEVE  2P-2 PIECE    SH-SHORTS        Z-ZIPPER       HB-HALF BRIM
TS-T-SHIRT       3P-3 PIECE    CO-CUT OFFS      B-BUTTON       NB-NO BRIM

SH-J-288 REV. 9/95

**Exhibit A - 22**

CLOTHING EXCHANGE

| DATE | ITEM | DESCRIPTION | RECEIVED BY: |
|------|------|-------------|--------------|
|      |      |             |              |
|      |      |             |              |
|      |      |             |              |
|      |      |             |              |
|      |      |             |              |
|      |      |             |              |
|      |      |             |              |
|      |      |             |              |

TYPE OF RELEASE                                    DATE

EXPIRATION              COURT              SUSP.

FINE PAID               DISM.              /   / OR

BAIL POSTED             PROB.              OTHER

CUSTODY

I HAVE RECEIVED ALL OF MY CLOTHING

1.
X

I AUTHORIZE THE SHERIFF TO DISPOSE OF MY CLOTHING
TO SALVAGE.

2.
X

I HAVE RECEIVED MY CLOTHING WITH THE FOLLOWING
EXCEPTION:

3.
X

RELEASING
OFFICER   X

**Exhibit A - 23**

**Signal Hill Police Department**
2745 Walnut Ave
Signal Hill, CA 90755

**Administrative Message**

Message Date/Time: **11/03/2021  17:56:00**

CLAM   1SGH0.1CNDJ.SGH0.
SGH0
CPPROD
　　　　　* * * *
　　　　LIVE SCAN TRANSACTION AGENCY NOTIFICATION
　　　　　* * * *

THE FOLLOWING INFORMATION IS IN RESPONSE TO YOUR LIVE SCAN TRANSMISSION
REGARDING SUBJECT/SMITH,DEONDRE ANTHONY, DOB/█████████
BOOKING AGENCY/CA0196700, BOOKING NUMBER/6096861, MAIN NUMBER/█████,
SCN█████████.

YOUR SUBJECT HAS BEEN IDENTIFIED BY FINGERPRINTS AS NAM/SMITH,DEONDRE
ANTHONY
DOB█████████  CII█████████.

** DO NOT COLLECT DNA SAMPLE TYPED ANALYZED
** PALM PRINTS AVAILABLE
** III CALIFORNIA ONLY SOURCE RECORD
FBI█████████
CII/█████████
DOB█████████  SEX███  RAC█████████
HGT/███  WGT███  EYE████  HAI███  POB███
NAM/01 SMITH,DEONDRE ANTHONY
AKA/02 SMITH,DEONDRE
AKA/03 SMITH,DEONDRE A
AKA/04 SMITH,ANTHONY DEONDRE
CDL/█████████
SOC█████████ █████████ █████████
INN█████████

* * * * * * * * END OF DOJ MESSAGE * * * * * * * * * *

COMPUTER UPDATED
█████████
Date: 11-5-21   Time: /

**Exhibit A - 24**

2021 NOV -4  AM 12: 43

### Signal Hill Police Department
2745 Walnut Ave
Signal Hill, CA 90755

## Administrative Message

Message Date/Time: **11/03/2021  18:01:40**

CLAM   1SGH0.1CNDJ.SGH0.
SGH0
STATE OF CALIFORNIA
DEPARTMENT OF JUSTICE
Bureau of Criminal Identification and Information
P.O. Box 903417
Sacramento, CA  94203-4170


DATE: 11/03/2021

   Agency:
    CA0196700


RE: FINGERPRINTS SUBMITTED TO THE FBI

A fingerprint search of the records contained in FBI files found a match
for the following subject.  An electronic RAP sheet was not returned.


NAME:        SMITH,DEONDRE ANTHONY
OCA:
FBI:
SID:
DATE SUBMITTED:  11/03/2021
SCN #:

**Exhibit A - 26**

2021 NOV -4   AM 12: 43

## SUPERIOR COURT OF CALIFORNIA
## COUNTY OF LOS ANGELES
### PROBABLE CAUSE DETERMINATION (DECLARATION)

| Location Booked: SGH | Booking No.: 6096861 | | Arrest File No.: |
|---|---|---|---|
| Arrestee/Suspect (Last, First, Middle): SMITH, DEONDRE ANTHONY | | | DOB: ▮▮▮▮ |

| Arrestee/Suspect's Residential Address: ▮▮▮▮ | Location of Occurrence: 2450 CHERRY AVENUE |
|---|---|

| Booking Charge(s): 211 PC | Misdemeanor ☐  Felony ☒ | Supplemental Holds/Warrants Charges: |
|---|---|---|

| Date/Time of Arrest: 11/03/2021 1553 hrs | 48 Hour Expiration Date and Time: 11/05/2021 1553 hrs | |
|---|---|---|
| Arresting Agency/Division: 1967 - SIGNAL HILL PD | Arresting Officer(s): ▮▮▮▮ | Employee No.: ▮▮▮▮ |
| Supervisor(s) Approving: ▮▮▮▮  Employee No.: ▮▮▮▮ | Date/Time: 11/03/2021 1717 hrs | Contact Phone No.: ▮▮▮▮ |

Facts establishing elements of offense(s)/violation(s).  Information identifying/connecting arrestee/suspect by name with the violation(s) listed:

On the above date and time, arrestee entered Home Depot and selected merchandise from the store.  Arrestee exited the store pushing a shopping cart with the merchandise, failing to pay for or surrender the merchandise.  Once outside of the store, an employee attempted to retrieve the items from the arrestee.  Arrestee pushed the employee (victim) away as arrestee pulled the merchandise from the victim.  Arrestee fled scene and was positively identified in field show-up with victim.  Video footage of incident confirmed victim's statements.

☐ **See attached reports incorporated herein by reference.**

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Executed on  11/03/2021         1714 hrs                    in the County of Los Angeles, California.
       (date)         (time)

| e-signed | ▮▮▮▮ | ▮▮▮▮ |
|---|---|---|
| (Signature) | (Print Name) | (Employee No.) |

| **Telephonic Determination ONLY** | **Probable Cause Determination** |
|---|---|
| On _____, I was placed under oath and read the contents of the foregoing, including the contents of any attached reports or declaration, verbatim to the Honorable _____. The Judicial Officer advised me that there ( ) IS ( ) IS NOT probable cause to believe this arrestee has committed a crime. I declare under penalty of perjury that the foregoing is true and correct.  Executed in Los Angeles County, California, on | On the basis of either reports reviewed and/or officer's declaration I hereby determine that there ( ) IS ( ) IS NOT probable cause to believe this arrestee has committed a crime. |
| | |
| (Signature) _____  (Employee No.) | (Judicial Officer's Signature) _____ |
| | (Block Stamp) _____ |

CRIM 064 Revised: 102108

**Exhibit A - 28**

2021 NOV -4   AM 12: 43



Exhibit A - 30

# Los Angeles County Sheriff's Department
## VOLUNTARY DELAYED RELEASE

**1. INMATE/ARRESTEE INFORMATION**

NAME: _Smith    Deondre_    BOOKING NUMBER: _609686/_
       (Last, First)

Effective January 1, 2015, per Senate Bill (SB) 833 and 4024 (b) (1) PC, all inmates/arrestees have the right to remain in custody up to 16 hours or until normal business hours, whichever is shorter, in order to be discharged to a treatment center or to be released from jail during business hours. Normal business hours are between 0700 hours – 1700 hours. This request is voluntary and can be revoked at any time by the inmate/arrestee.

## 2. REQUEST

☑ *No, I do not* want to participate in the Voluntary Delayed Release Program and want to be released as soon as possible.

☐*Yes, I do* want to participate in the Voluntary Delayed Release Program. If I posted bail, I will notify the bail bond as soon as possible of my voluntary decision to remain in custody.

The reason(s) for my written expressed consent to voluntarily remain in custody is:

- ○ Do not want to be released during nighttime hours
- ○ Unable to access basic reentry services
- ○ Unable to access immediate treatment services
- ○ Transportation arrangements
- ○ Homeless shelter intake hours
- ○ Other:_____

Inmate/Arrestee Signature: _Deondre Smith_    Date: _4-2 22_

Employee Signature: _____    Emp. # _____    Date: _____

☐ **INMATE/ARRESTEE REFUSAL TO SIGN** (This section shall also be used if the inmate/arrestee needs assistance in completing this form) *(if applicable, please check box and sign below, this requires two signatures)*

Employee Signature: _____    Emp. # _____

Watch Sergeant Signature: _____    Emp. # _____

## 3. REVOCATION

☐ **I revoke** my previous request to delay my release *(this requires a watch commander signature)*

Inmate/Arrestee Signature: _____    Date: _____

Watch Commander Signature: _____    Emp. # _____

Date/Time: _____

SH-AD-692    The original form shall be placed in the inmates/arrestees "Booking Packet."
Revised 02/2016 Custody Support Services

**Exhibit A - 31**

PASS

```
SP HDL CD           M
BKG# 6096861    PERMANENT HSG LOC T271B17LD    SEC LVL  8  ID LVL  P
MAIN#           SENTENCE STATUS 3
LAST NAME SMITH           FIRST DEONDRE      MIDDLE  ANTHONY
SEX    RACE    AGE    EYE    HAIR    HGT    WGT    DOB

REQUEST DATE 042222    TIME  0525
REPORT TO RELEASE


TERMINAL ID #  TTWS


R E P O R T   T O           RELEASE

     COURT CODE
```



```
   ***ATTN:  ALL INMATES PENDING STATE PRISON OR RELEASE***
IF YOU ARE BEING TRANSFERRED TO STATE PRISON, WE WILL
NOT BE SENDING YOUR CLOTHING OR PERSONAL PROPERTY WITH YOU TO
STATE PRISON.  PLEASE MAKE ARRANGEMENT FOR SOMEONE TO PICK UP
YOUR CLOTHING AND PERSONAL PROPERTY FROM THE LOS ANGELES
COUNTY JAIL THROUGH A PROPERTY RELEASE AUTHORIZATION FORM.

WE WILL ONLY STORE YOUR PERSONAL PROPERTY FOR FOUR (4) MONTHS
AND YOUR CLOTHING FOR THIRTY (30) DAYS FROM THE DATE ON WHICH
YOU ARE TRANSPORTED TO STATE PRISON OR RELEASED FROM OUR CUSTODY.
** IF YOU DON"T PICK UP YOUR ITEMS WITHIN THE DESIGNATED TIME FRAMES,
   ALL PROPERTY/ITEMS WILL BE DESTROYED. **
```

**Exhibit A - 32**

PR

SCANNED TO IRC @ 1205 M2E

## SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES
# ORDER FOR RELEASE

Page 1 of 1

| RELEASE NUMBER |
|---|
| AY 122409 |

TO THE OFFICER HAVING CUSTODY OF:

DEFENDANT'S NAME (Last, First, Middle)
Smith, Deondre

BOOKING NUMBER
6096861

BOOKED AS

DEPARTMENT
5-18

DOB

☑ Papers Only   ☐ Conditional Release   ☐ Amended - Supersedes Order of  (Date:) _____

*The court orders you to release the defendant identified above for the following reason(s).* **IMPORTANT: This release applies only to the case(s) identified below:**

| CASE NUMBER | OFFENSE | REASON CODE | CASE NUMBER | OFFENSE | REASON CODE |
|---|---|---|---|---|---|
| NA118368-01 | 211 PC | 01 | | | |
| NA116412-01 | 245(a)(4)PC | 09 | | | |
| | | | | | |

**REASON CODES**

01 - CASE DISMISSED
02 - SENTENCE SUSPENDED
03 - BOND POSTED
04 - CASH BAIL POSTED
05 - CREDIT TIME SERVED

06 - WRONG PERSON IN COURT
07 - O.R. GRANTED
08 - FINE PAID
09 - PROBATION
10 - SUPERVISED RELEASE PROGRAM (SRP)
11 - DIVERSION / DEJ

12 - OTHER (Specify): _____

13 - RELEASE TO: _____

SEAL

**DEFENDANT TO APPEAR:**

DATE

TIME       ☐ A.M.
           ☐ P.M.

DEPT.

COURTHOUSE LOCATION

4-21-2022

Date

Clerk's Signature

Courthouse Location
LB

CRIM 136 (Rev. 07/14)
(Repl. 760706 & CR-223)

DISTRIBUTION:  **Blue** - Sheriff   **Yellow** - Court File   **White** - Supervisor   **Pink** - Anchor Copy

**Exhibit A - 33**

SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES

1. ☐ Amended / Supersedes Order of (date) _____

**REMAND / REMOVAL ORDER**

2. **Page** 1 of 1
3. ☐ PAPERS ONLY

| 4. INMATE'S NAME (Last, First, Middle) Smith, Deondre | 5. BOOKING NO. ☐ NEW BOOKING 6096861 | 6. DOB |
| 7. BOOKED AS | 8. COURTHOUSE LOCATION L-B | 9. COURTROOM 501 |

**REMAND ORDER (HOLDING ORDER FOR DEFENDANT ONLY)**

TO THE LOS ANGELES COUNTY SHERIFF: The Court orders the defendant received and detained in your custody until the defendant is legally discharged or delivered as indicated below, or until further order of the Court:

| 10. APPEARANCE DATE * 11-16-21 | 11. TIME ☑ 8:30 a.m. ☐ 1:30 p.m. | 12. COURTROOM 501 | 13. COURTHOUSE LOCATION L-B |

* ALL REMANDS MUST HAVE AN APPEARANCE DATE.

14. ☐ DEFENDANT REFERRED TO: ☐ Dept. of Corrections per PC 1203.03  ☐ DJJ per WIC 707.2  ☐ Dept. 95 / mental competence per PC 1368
15. ☐ JUVENILE DETENTION: The Court finds the defendant's presence in the Juvenile Hall would endanger the public or staff, or be detrimental to other inmates. The Sheriff/Probation Dept. is to detain the juvenile pending his/her transfer to a state facility, or pending his/her removal to court, as specified.
16. ☐ The defendant is to be housed at Juvenile Hall pending further order of the Court.
17. CASE / DEFENDANT STATUS: ☐ Held to Answer ☐ 3rd Strike Case ☐ NGI Plea Entered ☐ Prop 36-High Risk ☐ Pro Per Granted / Revoked
18. ☐ OTHER _____
19. ☐ Case number(s) _____ CONSOLIDATED into Lead Case.
number _____ See the Lead Case number for all further proceedings.

| LINE | 20. CASE NUMBER | 21. CHARGE | 22. BAIL AMOUNT ** |
|---|---|---|---|
| 1 | NA118368 - 01 | PC 211 ☐ MISD ☑ FEL | $ 75,000 — ☐ NO BAIL ☐ PC 1275 Bail Hold Placed / Lifted ☐ BAIL RESET |
| 2 | NA116412 - 01 | PC 245(a)(1) THREE ☐ MISD ☑ FEL | $ 30,000 — ☐ NO BAIL ☐ PC 1275 Bail Hold Placed / Lifted ☐ BAIL RESET |
| 3 | - | ☐ MISD ☐ FEL | $ ☐ NO BAIL ☐ PC 1275 Bail Hold Placed / Lifted ☐ BAIL RESET |
| 4 | - | ☐ MISD ☐ FEL | $ ☐ NO BAIL ☐ PC 1275 Bail Hold Placed / Lifted ☐ BAIL RESET |
| 5 | - | ☐ MISD ☐ FEL | $ ☐ NO BAIL ☐ PC 1275 Bail Hold Placed / Lifted ☐ BAIL RESET |

** NOTE: If bail is $10,000 or more on any case, specify line number and write out amount in words below:

| Line | 23. BAIL AMOUNT (Spelled Out) | |
|---|---|---|
| 1 | Seventy-five thousand | Dollars |
| 2 | thirty thousand | Dollars |
| | | Dollars |
| | | Dollars |
| | | Dollars |

**REMOVAL ORDER (NON-HOLDING ORDER FOR DEFENDANT / WITNESS - THIS IS NOT A REMAND)**

TO THE LOS ANGELES COUNTY SHERIFF: Remove the inmate named above, a prisoner now confined in County Jail with the booking number indicated above, and bring him/her before the Court as follows:

| 24. APPEARANCE DATE | 25. TIME ☐ 8:30 a.m. ☐ 1:30 p.m. | 26. COURTROOM | 27. COURTHOUSE LOCATION |

| 28. REASON FOR APPEARANCE: ☐ Testify as Witness ☐ Bail Review Hearing ☐ Other (Specify): | 29. CASE NUMBER APPEARING ON - |

30. DATE OF ORDER 11-5-21     31. DEPUTY CLERK     32.

**REMAND / REMOVAL ORDER**

CRIM 106 (Rev 04/15) DISTRIBUTION: Original (White): Sheriff   4 Copies (Yellow): Case File(s)   1 Copy (Green): Courtroom (Repl #CR-72, #CR-73 and #76C583 C138)

**Exhibit A - 34**

# REMAND / REMOVAL ORDER INSTRUCTIONS (CRIM 106)



# Los Angeles County Probation Department
## Adult Field Services Bureau

### NOTIFICATION

# PROBATION HOLD ALERT



**ADOLFO GONZALEZ**
Chief Probation Officer

**Adult Field Services**

DATE: _____11/3/21_____     CUSTODY AGENCY: _____SIGNAL HILL PD_____

## ATTENTION JAILER / WARRANT AND DETAINER UNIT

THIS IS YOUR AUTHORITY TO ARREST AND HOLD WITHOUT BAIL THE BELOW DEFENDANT:

_____SMITH_____, _____DEONDRE_____, _____ANTHONY_____
(LAST)                     (FIRST)                     (MIDDLE)

_____6096861_____, PENDING FURTHER COURT HEARING UNDER COURT CASE NUMBER
(BOOKING NUMBER)

_____NA116412_____. ON THE CHARGE OF 1203.2 PC, "VIOLATION OF PROBATION."
(COURT CASE NUMBER)

SUBJECT TO BE TRANSPORTED TO SUPERIOR COURT OF_____LONG BEACH / DEPT S18_____
(COURT AND DEPARTMENT)

ON _____11/5/21_ AT 0830 HRS.
(COURT DATE)

DPO REQUESTING HOLD: _____     PHONE:_____

DPO OF RECORD: _____ AREA OFFICE:_____LB_____ PHONE: _____
DEFENDANT  X#: _____

**IMPORTANT NOTICE:** This message is intended for the use of the individual or entity to which it is addressed and may contain information that is privileged, confidential or exempt from disclosure under applicable Federal or State law.  If the reader of this message is not the intended recipient or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this communication is strictly prohibited.  If you have received this communication in error, please call the above phone numbers immediately.

COMPUTER UPDATED



Date: 11/4/21     Time: 2100

**Exhibit A - 36**

2021 NOV -4  AM 12: 43



Los Angeles County
**Sheriff's Department**

## DIMMS Transmittal Report

| Subtitle: **MALE RETURNEES** | From Court: **CERL** | Transferred By: ▓ | Property Bag: |
|---|---|---|---|
| Date: **12/20/2021 11:06** | To Location: **CJ** | Transported By: **CST** | Property Count: **0** |
| Inmates: **4** | Returnees: **4** | Papers: **2** | Special Handlings: **0** | New Bookings: **0** | Station Bookings: **0** |

| NAME | BOOKING# | CII | S/H | CASE# | CHARGE | BAIL | NEXT COURT DATE | NEXT COURT CODE | REMARKS | PROP | CASH |
|---|---|---|---|---|---|---|---|---|---|---|---|
| ▓ | ▓ | ▓ | | ▓ | ▓ | ▓ | | | ▓ | ▓ | |
| ▓ | ▓ | ▓ | ▓ | | ▓ | ▓ | ▓ | | ▓ | ▓ | |
| SMITH, DEONDRE | 6096861 | 11554997 | M | 1BL0058401 | 23152(F)VC | 30000 | 12/28/2021 | | BLF DEPT 4 AT 0830 FP | N | |



**Exhibit A - 38**

2021 DEC 20  PM 7: 12

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES**

## ORDER FOR RELEASE

Page __1__ of __1__

| RELEASE NUMBER |
| --- |
| AD   045860 |

TO THE OFFICER HAVING CUSTODY OF:

DEFENDANT'S NAME (Last, First, Middle)   Smith, Deondre

BOOKED AS

BOOKING NUMBER   6096861

DEPARTMENT   004

DOB ▬▬▬▬

☐ Papers Only   ☐ Conditional Release   ☐ Amended - Supersedes Order of  (Date:) _____

*The court orders you to release the defendant identified above for the following reason(s).* **IMPORTANT: This release applies only to the case(s) identified below:**

| CASE NUMBER | OFFENSE | REASON CODE | CASE NUMBER | OFFENSE | REASON CODE |
| --- | --- | --- | --- | --- | --- |
| 1BL00584-01 | 23152(F) VC | 05 | | | |
| | | | | | |

**REASON CODES**

01 - CASE DISMISSED
02 - SENTENCE SUSPENDED
03 - BOND POSTED
04 - CASH BAIL POSTED
05 - CREDIT TIME SERVED

06 - WRONG PERSON IN COURT
07 - O.R. GRANTED
08 - FINE PAID
09 - PROBATION
10 - SUPERVISED RELEASE PROGRAM (SRP)
11 - DIVERSION / DEJ

12 - OTHER *(Specify):* _____

13 - RELEASE TO: _____

**DEFENDANT TO APPEAR:**

DATE   C/u   4/20/23

TIME   52710S   ☐ A.M.   ☐ P.M.

DEPT.

COURTHOUSE LOCATION   Bellflower

Date   4/20/22

Clerk's Signature   Matt Cell

CRIM 136 (Rev. 07/14)
(Repl. 760706 & CR-223)

**DISTRIBUTION:   Blue** - Sheriff   **Yellow** - Court File   **White** - Supervisor   **Pink** - Anchor Copy

SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES

1. ☐ Amended / Supersedes Order of (date)

**REMAND / REMOVAL ORDER**

2. Page 1 of
3. ☒ PAPERS ONLY

| 4. INMATE'S NAME (Last, First, Middle) | Smith, Deondre | 5. BOOKING NO. ☐ NEW BOOKING 6096861 | 6. DOB ▮▮▮ |

7. BOOKED AS

8. COURTHOUSE LOCATION B18

9. COURTROOM 004

**REMAND ORDER (HOLDING ORDER FOR DEFENDANT ONLY)**

TO THE LOS ANGELES COUNTY SHERIFF: The Court orders the defendant received and detained in your custody until the defendant is legally discharged or delivered as indicated below, or until further order of the Court:

10. APPEARANCE DATE * 4-20-22
11. TIME ☒ 8:30 a.m. ☐ 1:30 p.m.
12. COURTROOM 004
13. COURTHOUSE LOCATION B18

* ALL REMANDS MUST HAVE AN APPEARANCE DATE.

14. ☐ DEFENDANT REFERRED TO: ☐ Dept. of Corrections per PC 1203.03 ☐ DJJ per WIC 707.2 ☐ Dept. 95 / mental competence per PC 1368
15. ☐ JUVENILE DETENTION: The Court finds the defendant's presence in the Juvenile Hall would endanger the public or staff, or be detrimental to other inmates. The Sheriff/Probation Dept. is to detain the juvenile pending his/her transfer to a state facility, or pending his/her removal to court, as specified.
16. ☐ The defendant is to be housed at Juvenile Hall pending further order of the Court.
17. CASE / DEFENDANT STATUS: ☐ Held to Answer ☐ 3rd Strike Case ☐ NGI Plea Entered ☐ Prop 36-High Risk ☐ Pro Per Granted / Revoked
18. ☐ OTHER
19. ☐ Case number(s) _____ CONSOLIDATED into Lead Case.
number _____ See the Lead Case number for all further proceedings.

| LINE | 20. CASE NUMBER | 21. CHARGE | 22. BAIL AMOUNT ** |
|---|---|---|---|
| 1 | 1BL00584-01 | VC 23152(b) ☒ MISD ☐ FEL | $ 30,000 ☐ NO BAIL ☐ PC 1275 Bail Hold Placed / Lifted ☐ BAIL RESET |
| 2 | — | ☐ MISD ☐ FEL | $ ☐ NO BAIL ☐ PC 1275 Bail Hold Placed / Lifted ☐ BAIL RESET |
| 3 | — | ☐ MISD ☐ FEL | $ ☐ NO BAIL ☐ PC 1275 Bail Hold Placed / Lifted ☐ BAIL RESET |
| 4 | — | ☐ MISD ☐ FEL | $ ☐ NO BAIL ☐ PC 1275 Bail Hold Placed / Lifted ☐ BAIL RESET |
| 5 | — | ☐ MISD ☐ FEL | $ ☐ NO BAIL ☐ PC 1275 Bail Hold Placed / Lifted ☐ BAIL RESET |

** NOTE: If bail is $10,000 or more on any case, specify line number and write out amount in words below:

| Line | 23. BAIL AMOUNT (Spelled Out) | |
|---|---|---|
| 1 | Thirty thousand | Dollars |
| | | Dollars |
| | | Dollars |
| | | Dollars |
| | | Dollars |

**REMOVAL ORDER (NON-HOLDING ORDER FOR DEFENDANT / WITNESS - THIS IS NOT A REMAND)**

TO THE LOS ANGELES COUNTY SHERIFF: Remove the inmate named above, a prisoner now confined in County Jail with the booking number indicated above, and bring him/her before the Court as follows:

24. APPEARANCE DATE
25. TIME ☐ 8:30 a.m. ☐ 1:30 p.m.
26. COURTROOM
27. COURTHOUSE LOCATION

28. REASON FOR APPEARANCE: ☐ Testify as Witness ☐ Bail Review Hearing ☐ Other (Specify):
29. CASE NUMBER APPEARING ON —

30. DATE OF ORDER 4-11-22
31. DEPUTY CLERK L. CENDEJAS #433012

**REMAND / REMOVAL ORDER**

CRIM 106 (Rev. 04/15). DISTRIBUTION: Original (White): Sheriff 4 Copies (Yellow): Case File(s) 1 Copy (Green): Courtroom (Repl #CR-72, #CR-73 and #76C583 C138)

**Exhibit A - 41**

## REMAND / REMOVAL ORDER INSTRUCTIONS (CRIM 106)

> > > > GO TO STEP 2 OR 3. THEN GO TO STEP 4, < < < < <

> > > > GO TO STEP 4, < < < < <

> > > > GO TO STEP 4, < < < < < *for an appearance in court.* **THIS SECTION WILL NOT HOLD AN INMATE**

> > > > > GO TO STEP 4, < < < < <

Distribute the order as indicated on the bottom of the form.

SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES

1. ☐ Amended / Supersedes Order of (date) _____

**REMAND / REMOVAL ORDER**

2. Page ___ of ___
3. ☐ PAPERS ONLY

| 4. INMATE'S NAME (Last, First, Middle) | Smith, Deondre | 5. BOOKING NO. 6096 861 ☐ NEW BOOKING | 6. DOB |
|---|---|---|---|

7. BOOKED AS

8. COURTHOUSE LOCATION Bellflower
9. COURTROOM 3

**REMAND ORDER (HOLDING ORDER FOR DEFENDANT ONLY)**

TO THE LOS ANGELES COUNTY SHERIFF: The Court orders the defendant received and detained in your custody until the defendant is legally discharged or delivered as indicated below, or until further order of the Court:

10. APPEARANCE DATE ∗ 12-29-21
11. TIME ☑ 8:30 a.m. ☐ 1:30 p.m.
12. COURTROOM 3
13. COURTHOUSE LOCATION Bellflower

∗ ALL REMANDS MUST HAVE AN APPEARANCE DATE.

14. ☐ DEFENDANT REFERRED TO: ☐ Dept. of Corrections per PC 1203.03 ☐ DJJ per WIC 707.2 ☐ Dept. 95 / mental competence per PC 1368
15. ☐ JUVENILE DETENTION: The Court finds the defendant's presence in the Juvenile Hall would endanger the public or staff, or be detrimental to other inmates. The Sheriff/Probation Dept. is to detain the juvenile pending his/her transfer to a state facility, or pending his/her removal to court, as specified.
16. ☐ The defendant is **to be housed at Juvenile Hall** pending further order of the Court.
17. CASE / DEFENDANT STATUS: ☐ Held to Answer ☐ 3rd Strike Case ☐ NGI Plea Entered ☐ Prop 36-High Risk ☐ Pro Per Granted / Revoked
18. ☐ OTHER
19. ☐ Case number(s) _____ CONSOLIDATED into Lead Case.
number _____ See the Lead Case number for all further proceedings.

| LINE | 20. CASE NUMBER | 21. CHARGE | 22. BAIL AMOUNT ∗∗ |
|---|---|---|---|
| 1 | 1BL00584 – O 1 | 23152 VC ☐ MISD ☑ FEL | $ 30,000 ☐ NO BAIL ☐ PC 1275 Bail Hold Placed / Lifted ☐ BAIL RESET |
| 2 | – | ☐ MISD ☐ FEL | $ ☐ NO BAIL ☐ PC 1275 Bail Hold Placed / Lifted ☐ BAIL RESET |
| 3 | – | ☐ MISD ☐ FEL | $ ☐ NO BAIL ☐ PC 1275 Bail Hold Placed / Lifted ☐ BAIL RESET |
| 4 | – | ☐ MISD ☐ FEL | $ ☐ NO BAIL ☐ PC 1275 Bail Hold Placed / Lifted ☐ BAIL RESET |
| 5 | – | ☐ MISD ☐ FEL | $ ☐ NO BAIL ☐ PC 1275 Bail Hold Placed / Lifted ☐ BAIL RESET |

∗∗ NOTE: If bail is $10,000 or more on any case, specify line number and write out amount in words below:

| Line | 23. BAIL AMOUNT (Spelled Out) | |
|---|---|---|
| 01 | Thirty thousand | Dollars |
| | | Dollars |
| | | Dollars |
| | 12/28/21 | Dollars |
| | | Dollars |

**REMOVAL ORDER (NON-HOLDING ORDER FOR DEFENDANT / WITNESS - THIS IS NOT A REMAND)**

TO THE LOS ANGELES COUNTY SHERIFF: Remove the inmate named above, a prisoner now confined in County Jail with the booking number indicated above, and bring him/her before the Court as follows:

24. APPEARANCE DATE
25. TIME ☐ 8:30 a.m. ☐ 1:30 p.m.
26. COURTROOM
27. COURTHOUSE LOCATION

28. REASON FOR APPEARANCE: ☐ Testify as Witness ☐ Bail Review Hearing ☐ Other (Specify):
29. CASE NUMBER APPEARING ON –

30. DATE OF ORDER 12/28/21
31. DEPUTY CLERK
32.

**REMAND / REMOVAL ORDER**

CRIM 106 (Rev 04/15) DISTRIBUTION: Original (White):Sheriff   4 Copies (Yellow): Case File(s)   1 Copy (Green): Courtroom (Repl #CR-72, #CR-73 and #76C583 C138)

**Exhibit A - 43**

## REMAND / REMOVAL ORDER INSTRUCTIONS (CRIM 106)

**Some Remand / Removal Rules to Remember:**

REMAND – This section of the order will hold a defendant in custody until a Release or Commitment is submitted, or bail is posted. The defendant will be brought to court on the date indicated.
REMOVAL – This section of the order will remove an inmate to court on the date indicated, but will not hold him/her in custody absent some other authority, e.g. a previous Remand issued for the same case number, a warrant hold, parole hold, State Prison hold, or other agency hold, etc.

**[STEP 1] INMATE & COURT INFORMATION** - *(Complete items 1 to 10)*

- **Amended / Supercedes Order Of (include date of previous order):** Check if changes/corrections are being made to previous Remand/Removal.
- **Page __ of __:** Indicate the total number of custody paperwork prepared for this defendant today, and the number this Remand/Removal is in relation to the total, e.g. 1 of 1.
- **Papers Only:** Check if the inmate is not present in the courthouse today.
- **Inmate's Name:** Enter the name of the person you wish to Remand or Remove (Last, First, Middle).
- **Booking No.:** LA County Jail booking number is required, if known and available, otherwise DOB is required. If defendant is being remanded for the first time, check **"New Booking"** and enter the DOB.
- **DOB:** Date of Birth is required if no booking number is entered, or if **"New Booking"** is checked.
- **Booked As:** Enter the name under which the inmate is booked but only if different than **"Inmate's Name"**.
- **Courthouse Location:** Enter the specific courthouse location where the paperwork is being prepared, e.g. Inglewood, Torrance, Pomona-North, Van Nuys, CAC, CJC, Airport, Metro, Downey, etc. Do not name generic districts alone, e.g. East, West, Northeast, etc. Use the full court location name, or its designated abbreviation, as specified in the "List of Approved Court Location Names for Custody Paperwork."
- **Courtroom:** Enter the division or department where the paperwork is prepared, in a three-character format, e.g. 124, 003, SWF, etc. Do not use TCIS dual designation codes.

> > > > > GO TO STEP 2 OR 3. THEN GO TO STEP 4. < < < < <

**[STEP 2] REMAND ORDER** - *(Complete items 11 to 24 to remand a defendant and remove him/her to court for hearing date.)*

- **Appearance Date:** Enter the next date the defendant is to be delivered to court.
- **Time:** Mark the box to indicate the time of day.
- **Courtroom:** Enter the division or department where the defendant is to appear, in a three-character format, e.g. 050, 003, EAS, etc. Do not use TCIS dual designation codes.
- **Courthouse Location:** Enter the specific courthouse location where the defendant is to appear, e.g. East LA, Burbank, Santa Clarita, Long Beach, etc. Do not name generic districts alone, e.g. North, South, Southeast, etc. Use the full court location name, or its designated abbreviation, as specified in the "List of Approved Court Location Names for Custody Paperwork."
- **Defendant Referred to:** Check appropriate box if defendant is remanded and to be delivered temporarily to one of the following entities:
  - Dept of Corrections per PC 1203.03 (pre-sentence diagnostic report)
  - DJJ per WIC 707.2 (pre-sentence diagnostic report)
  - Dept 95 as NDA per WIC 3051 for commitment to California Rehabilitation Center / Mental Competence per PC1368.
- **Juvenile Detention:** Check if defendant is under 18 years and is not to be housed at Juvenile Hall.
- **Housed at Juvenile Hall:** Check if defendant is under 18 years and to remain housed at Juvenile Hall.
- **Case / Defendant Status:** Mark the appropriate box, and strike out language if necessary.
  - Held to Answer
  - 3rd Strike Case
  - NGI Plea Entered
  - Prop 36 High Risk
  - Pro Per Granted / Revoked
- **Other:** Write any additional orders here.
- **Case Number...Consolidated into:** Enter the Secondary case numbers that the defendant is in custody on that are consolidated into the Lead case number.
- **Lead Case Number:** Enter the case number that all the Secondary cases were consolidated into, and that should be referred to for all further proceedings.
- **Case Number:** Enter the case number that the defendant is remanded on, including the defendant identifier.
- **Charge:** Enter the violation code and number (e.g. PC 211) of the first charge defendant is alleged to have committed. Degree is not necessary. Check box to indicate whether **Misdemeanor or Felony.**
- **Bail Amount $____:** Enter the amount of bail set by the Court, e.g. $10,000; $2,500; $2,000,000; etc.
  - **No Bail:** Check if the Court orders "No Bail".
  - **PC 1275 Bail Hold:** Check if an order to hold bail per PC 1275 is placed or lifted. Check which is appropriate.
  - **Bail Reset:** Check if the Court reduces or increases the bail amount for an in-custody defendant.
- **Bail Amount (Spelled Out):** Enter the Line number that corresponds to the case listed above in which bail is set in the amount of $10,000 or more. Write out the amount of bail in words, e.g. "TEN THOUSAND".

> > > > > GO TO STEP 4. < < < < <

**[STEP 3] REMOVAL ORDER** -*(Complete items 25 to 30 to remove an inmate (witness or defendant) for an appearance in court. **THIS SECTION WILL NOT HOLD AN INMATE IN CUSTODY.**)*

- **Appearance Date:** Enter the date the defendant or witness is to be delivered to court.
- **Time:** Mark the box to indicate the time of day.
- **Courtroom:** Enter the division or department where the defendant or witness is to appear, in a three-character format, e.g. 001, SOC, 130, etc. Do not use TCIS dual designation codes.
- **Courthouse Location:** Enter the specific courthouse location where the defendant or witness is to appear, e.g. Whittier, Compton, Pomona-South, etc. Do not name generic districts alone, e.g. Southeast, South Central, Northwest, etc. Use the full court location name, or its designated abbreviation, as specified in the "List of Approved Court Location Names for Custody Paperwork." Do Not use TCIS judicial district codes.
- **Reason for Appearance:** Check the appropriate box or enter the reason for the inmate's appearance.
- **Case Number Appearing On:** Enter the case number that the inmate will be appearing on.

> > > > > GO TO STEP 4. < < < < <

**[STEP 4] DATE, SIGNATURE AND COURT SEAL** - *(Complete items 31 to 33)*

- **Date of Order:** Enter today's date.
- **Deputy Clerk:** Sign the order.
- **Court Seal:** Place the court seal on the order.

**Distribute the order as indicated on the bottom of the form.**

SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES

1. ☐ Amended / Supersedes Order of (date) _____

**REMAND / REMOVAL ORDER**

2. **Page** 1 **of** 1
3. ☐ PAPERS ONLY

| 4. INMATE'S NAME (Last, First, Middle) | 5. BOOKING NO | 6. DOB |
|---|---|---|
| Smith, Deondre | ☐ NEW BOOKING 6096861 | ████ |
| 7. BOOKED AS | 8. COURTHOUSE LOCATION Bellflower | 9. COURTROOM 006 |

### REMAND ORDER (HOLDING ORDER FOR DEFENDANT ONLY)

TO THE LOS ANGELES COUNTY SHERIFF: The Court orders the defendant received and detained in your custody until the defendant is legally discharged or delivered as indicated below, or until further order of the Court:

| 10. APPEARANCE DATE ✱ | 11. TIME ☐ 8:30 a.m. ☐ 1:30 p.m. | 12. COURTROOM | 13. COURTHOUSE LOCATION |
|---|---|---|---|

✱ ALL REMANDS MUST HAVE AN APPEARANCE DATE.

14. ☐ DEFENDANT REFERRED TO: ☐ Dept. of Corrections per PC 1203.03 ☐ DJJ per WIC 707.2 ☐ Dept. 95 / mental competence per PC 1368
15. ☐ JUVENILE DETENTION: The Court finds the defendant's presence in the Juvenile Hall would endanger the public or staff, or be detrimental to other inmates. The Sheriff/Probation Dept. is to detain the juvenile pending his/her transfer to a state facility, or pending his/her removal to court, as specified.
16. ☐ The defendant is **to be housed at Juvenile Hall** pending further order of the Court.
17. CASE / DEFENDANT STATUS: ☐ Held to Answer ☐ 3rd Strike Case ☐ NGI Plea Entered ☐ Prop 36-High Risk ☐ Pro Per Granted / Revoked
18. ☐ OTHER _____
19. ☐ Case number(s) _____ **CONSOLIDATED** into Lead Case.
number _____ See the Lead Case number for all further proceedings.

| LINE | 20. CASE NUMBER | 21. CHARGE | 22. BAIL AMOUNT ✱✱ |
|---|---|---|---|
| 1 | — | ☐ MISD ☐ FEL | $ _____ ☐ NO BAIL ☐ PC 1275 Bail Hold Placed / Lifted ☐ BAIL RESET |
| 2 | — | ☐ MISD ☐ FEL | $ _____ ☐ NO BAIL ☐ PC 1275 Bail Hold Placed / Lifted ☐ BAIL RESET |
| 3 | — | ☐ MISD ☐ FEL | $ _____ ☐ NO BAIL ☐ PC 1275 Bail Hold Placed / Lifted ☐ BAIL RESET |
| 4 | — | ☐ MISD ☐ FEL | $ _____ ☐ NO BAIL ☐ PC 1275 Bail Hold Placed / Lifted ☐ BAIL RESET |
| 5 | — | ☐ MISD ☐ FEL | $ _____ ☐ NO BAIL ☐ PC 1275 Bail Hold Placed / Lifted ☐ BAIL RESET |

✱✱ NOTE: If bail is $10,000 or more on any case, specify line number and write out amount in words below:

| Line | 23. BAIL AMOUNT (Spelled Out) | |
|---|---|---|
| | | Dollars |
| | 2021 DEC 20 PM 7:1? | Dollars |
| | | Dollars |
| | | Dollars |
| | | Dollars |

### REMOVAL ORDER (NON-HOLDING ORDER FOR DEFENDANT / WITNESS - THIS IS NOT A REMAND)

TO THE LOS ANGELES COUNTY SHERIFF: Remove the inmate named above, a prisoner now confined in County Jail with the booking number indicated above, and bring him/her before the Court as follows:

| 24. APPEARANCE DATE Dec. 28, 2021 | 25. TIME ☐ 8:30 a.m. ☐ 1:30 p.m. | 26. COURTROOM Dept 4 | 27. COURTHOUSE LOCATION Bellflower |
|---|---|---|---|

28. REASON FOR APPEARANCE: ☐ Testify as Witness ☐ Bail Review Hearing ☑ Other (Specify): Pretrial Hearing
29. CASE NUMBER APPEARING ON 1BL00584-01

30. DATE OF ORDER: Dec. 20, 2021 (10:53AM)
31. DEPUTY CLERK
32.

**REMAND / REMOVAL ORDER**

CRIM 106 (Rev 04/15) DISTRIBUTION: Original (White):Sheriff 4 Copies (Yellow): Case File(s) 1 Copy (Green): Courtroom (Repl #CR-72, #CR-73 and #76C583 C138)

Court Dates: 12/20/17  Time: 3094

**Exhibit A - 45**

# REMAND / REMOVAL ORDER INSTRUCTIONS (CRIM 106)

**REMAND INFORMATION** (Complete items 1 to 10)

**COURT INFORMATION** (Complete items 1 to 10)

**STEP 2) REMAND ORDER** (Complete items 11 to 24 to remand a defendant and return him/her to court for hearing date.)

GO TO STEP 2 OR 3. THEN GO TO STEP 4.

**STEP 3) REMOVAL ORDER** (Complete items 25 to 30 to remove an inmate (witness or defendant) for an appearance in court. THIS SECTION WILL NOT HOLD AN INMATE

GO TO STEP 4.

**STEP 4) DATE, SIGNATURE AND COURT SEAL** (Complete items 31 to 33)

Distribute the order as indicated on the bottom of the form.

SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES

| | |
|---|---|
| 1. ☐ Amended / Supersedes Order of (date) | QC 520042 <br> Devin Liu <br> 11/9 |
| **REMAND / REMOVAL ORDER** | 2. Page 1 of 1 <br> 3. ☐ PAPERS ONLY |

| 4. INMATE'S NAME (Last, First, Middle) Smith, Deondre | 5. BOOKING NO. ☐ NEW BOOKING 6096861 | 6. DOB |
|---|---|---|
| 7. BOOKED AS | 8. COURTHOUSE LOCATION Bellflower | 9. COURTROOM 4 |

## REMAND ORDER (HOLDING ORDER FOR DEFENDANT ONLY)

TO THE LOS ANGELES COUNTY SHERIFF: The Court orders the defendant received and detained in your custody until the defendant is legally discharged or delivered as indicated below, or until further order of the Court:

| 10. APPEARANCE DATE * 1-17-21 | 11. TIME ☒ 8:30 a.m. ☐ 1:30 p.m. | 12. COURTROOM 4 | 13. COURTHOUSE LOCATION Bellflower |
|---|---|---|---|

\* ALL REMANDS MUST HAVE AN APPEARANCE DATE.

14. ☐ DEFENDANT REFERRED TO: ☐ Dept. of Corrections per PC 1203.03   ☐ DJJ per WIC 707.2   ☐ Dept. 95 / mental competence per PC 1368

15. ☐ JUVENILE DETENTION: The Court finds the defendant's presence in the Juvenile Hall would endanger the public or staff, or be detrimental to other inmates. The Sheriff/Probation Dept. is to detain the juvenile pending his/her transfer to a state facility, or pending his/her removal to court, as specified.

16. ☐ The defendant is **to be housed at Juvenile Hall** pending further order of the Court.

17. CASE / DEFENDANT STATUS: ☐ Held to Answer  ☐ 3rd Strike Case  ☐ NGI Plea Entered  ☐ Prop 36-High Risk  ☐ Pro Per Granted / Revoked

18. ☐ OTHER _____

19. ☐ Case number(s) _____     **CONSOLIDATED** into Lead Case.

number _____ See the Lead Case number for all further proceedings.

| LINE | 20. CASE NUMBER | 21. CHARGE | 22. BAIL AMOUNT ** |
|---|---|---|---|
| 1 | 1BL00584 - 01 | 23/152(F) VC ☒ MISD ☐ FEL | $ 30,000.00 ☐ NO BAIL <br> ☐ PC 1275 Bail Hold Placed / Lifted ☐ BAIL RESET |
| 2 | - | ☐ MISD ☐ FEL | $ ☐ NO BAIL <br> ☐ PC 1275 Bail Hold Placed / Lifted ☐ BAIL RESET |
| 3 | - | ☐ MISD ☐ FEL | $ ☐ NO BAIL <br> ☐ PC 1275 Bail Hold Placed / Lifted ☐ BAIL RESET |
| 4 | - | ☐ MISD ☐ FEL | $ ☐ NO BAIL <br> ☐ PC 1275 Bail Hold Placed / Lifted ☐ BAIL RESET |
| 5 | - | ☐ MISD ☐ FEL | $ ☐ NO BAIL <br> ☐ PC 1275 Bail Hold Placed / Lifted ☐ BAIL RESET |

** NOTE: If bail is $10,000 or more on any case, specify line number and write out amount in words below:

| Line | 23. BAIL AMOUNT (Spelled Out) | |
|---|---|---|
| 1 | Thirty Thousand | Dollars |
| | | Dollars |
| | 2021 NOV -9 PM 6:13 | Dollars |
| | | Dollars |
| | | Dollars |

## REMOVAL ORDER (NON-HOLDING ORDER FOR DEFENDANT / WITNESS - THIS IS NOT A REMAND)

TO THE LOS ANGELES COUNTY SHERIFF: Remove the inmate named above, a prisoner now confined in County Jail with the booking number indicated above, and bring him/her before the Court as follows:

| 24. APPEARANCE DATE | 25. TIME ☐ 8:30 a.m. ☐ 1:30 p.m. | 26. COURTROOM | 27. COURTHOUSE LOCATION |
|---|---|---|---|

| 28. REASON FOR APPEARANCE: <br> ☐ Testify as Witness  ☐ Bail Review Hearing <br> ☐ Other (Specify): | 29. CASE NUMBER APPEARING ON <br> - |
|---|---|

| 30. DATE OF ORDER 11/9/2021 | 31. DEPUTY CLERK | 32. |
|---|---|---|
| COMPUTER UPDATED <br> E. Mamaid #653473 <br> Date:11/09/21 Time:1851 | **REMAND / REMOVAL ORDER** | |

CRIM 106 (Rev 04/15) **DISTRIBUTION:** Original (White):Sheriff  4 Copies (Yellow): Case File(s) 1 Copy (Green): Courtroom
(Repl #CR-72, #CR-73 and #76C583 C138)

**Exhibit A - 47**

# REMAND / REMOVAL ORDER INSTRUCTIONS (CRIM 106)

**[STEP 1] INMATE & COURT INFORMATION** *(Complete items 1 to 10)*

**[STEP 2] REMAND ORDER** *(Complete items 11 to 24 to remand a defendant and remove him/her to court for hearing date.)*

> > > > >  GO TO STEP 2 OR 3, **THEN GO TO STEP 4.** < < < < <

**[STEP 3] REMOVAL ORDER** *(Complete items 25 to 30 to remove an inmate (witness or defendant) for an appearance in court.* **THIS SECTION WILL NOT HOLD AN INMATE**

> > > > >  GO TO STEP 4. < < < < <

**[STEP 4] DATE, SIGNATURE AND COURT SEAL** *(Complete items 31 to 33)*

> > > > >  GO TO STEP 4. < < < < <

Distribute the order as indicated on the bottom of the form.

**Exhibit A - 48**

**Signal Hill Police Department**
2745 Walnut Ave
Signal Hill, CA 90755

**Administrative Message**

Message Date/Time: **11/03/2021  17:42:44**

ORIGINAL

JC ███████ * * ML*************************CWS
WARRANT-ABSTRACT*******************************
* BOOKING AGENCY:  SIGNAL HILL PD             17:42 - 11/03/21 *
* BOOKING DATE: 11/03/21      BOOKING NUMBER: 006096861          *
* LASD REPOSITORY OR THE COURT HOLDS:                *
* SURNAME SMITH      FIRST DEONDRE   MIDDLE ANTHONY   SUFFIX   *
* RES. ADDR: ███     ████  ██████  █████        *
* DESCRIPTION ██  D.O.B. ███  ██████  ████        *
* MISDEMEANOR      ARREST   WARRANT                 *
* WARRANT NUMBER ███████████          *
* BAIL    $20000.00                        *
* VIOLATION 23152(F)/VC       148.9(A)/PC             *
*                          *
* DATE ISSUED 04/15/21 FILG AGY LASD LAKEWOOD STA.   PHONE ( 562 ) 6233500 *
* COURT BELLFLOWER COURTHSE  DIV  004              *
* JUDGE TOWNSEND SUSAN J                 *
* RESTRICTED 840 PC                    *
* OFFICER HAZARDS                   *
* MISC DESCRIPTORS                   *
* OLN ████  CA CII ████ SSN    VLN      MAIN ████   *
* ORIGINATING AGENCY REPORT NO: ████████          *
* BAIL STATUS                   *
*       THIS ABSTRACT IS SUFFICIENT FOR BOOKING PURPOSES       *
*                   *                 *
*                   *                 *
*                   *                 *

SIGNAL HILL POLICE DEPARTMENT
I do not dispute that I am the
person identified in the warrant.
Arrestee's Signature
Witness Signature
Date  11/3/21

11-9-21

COMPUTER UPDATED

Date:        Time:
11521        0034

**Exhibit A - 49**

2021 NOV -4   AM 12: 43

ORIGINAL