# Exhibit B



SHANNON,   DANIEL

Sex: ███ Race: ███ Eyes: ███ Hair: ███ HGT: ███ WGT: ███
Birthplace: ███ Birthdate: ███ Arr. Age: ███
Agency: 4208   Arr. Date: 06/24/2021 18:30   Bkg. Date: 06/24/2021 21:32

Case: 9999999999   Charge: 368(B)(1)PC
ELDER/DEP ADLT:HARM/DEATH
Proposed I/M location at jacket creation time: 1-IRC1

620 3 305



SHANNON,   DANIEL

620 3 305

628326 SW

$23 ̄6

| BOOKING No. | LOCAL AGENCY No. | **LOS ANGELES COUNTY** | | | SUSPECT PHOTO |
|---|---|---|---|---|---|
| 6203305 | | **BOOKING AND PROPERTY RECORD** | | | |

| MAIN No. | SID / CII. No. | | FBI No. | ARN No. | DL LIC No. / STATE |
|---|---|---|---|---|---|
| | | | | | |

| ARRESTEE'S NAME (LAST, FIRST, MIDDLE) | HOME PHONE | DNA STATUS |
|---|---|---|
| SHANNON, DANIEL LAMONT | | |

| ADDRESS, CITY, STATE, ZIP | DNA COLLECTED BY: |
|---|---|
| | |

| SEX | DESCENT | HAIR | EYES | HEIGHT | WEIGHT | BIRTHDATE | AGE | DATE DNA COLLECTED |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |

| VEH. LIC. No. ST. | RPT DIST | AKA/NICKNAME |
|---|---|---|
| | 0881 | |

| BIRTHPLACE | CITIZENSHIP | ARR. AGY. / DETAIL | MONIKER | AD CHG | LIVESCAN OPERATOR(S) |
|---|---|---|---|---|---|
| | | 4208 | | NO | |

| FILE No. | DATE & TIME ARRESTED | TIME BKD |
|---|---|---|
| 0000000000 | 06-24-2021  1830 | 2132 |

| LOCATION OF ARREST | TOTAL BAIL |
|---|---|
| CARMELINA AV | 50000 |

| CHARGE | WARR./COMM No |
|---|---|
| X001  368(B)(1)  PC  (F) | |
| HARM/DEATH:ELDER/DEP ADLT | |

| JAIL LOC | ARRAIGNMENT DATE | TIME | COURT | PRISONER'S SIGNATURE WHEN BOOKED |
|---|---|---|---|---|
| 4214 | | | | X _signature_ |

| SOC. SEC No | OBSERVABLE PHYSICAL ODDITIES | OCCUPATION |
|---|---|---|
| | | |

| EMPLOYER (FIRM OR PERSON'S NAME, CITY & PHONE No.) | SPECIAL MEDICAL PROBLEMS |
|---|---|
| | |

| CLOTHING WORN | LOCATION OR DISPOSITION OF VEHICLE |
|---|---|
| | |

| IN CASE OF EMERGENCY NOTIFY (NAME, RELATIONSHIP, ADDRESS, CITY & PHONE) |
|---|
| |

| ARRESTING OFFICER | BOOKING EMPLOYEE | SEARCHING OFFICER | TRANSPORTING OFFICER |
|---|---|---|---|
| | | | |

| CASH RETAINED | PROPERTY |
|---|---|
| | |

| | PRISONER'S SIGNATURE FOR RECEIPT OF FOREGOING CASH & PROPERTY |
|---|---|
| | _signature_ |

| CASH DEPOSITED | PROPERTY |
|---|---|
| | |

| | PRISONER'S SIGNATURE FOR RECEIPT OF REMAINING CASH & PROPERTY |
|---|---|
| 20210625 00:59:43 | |

| RIGHT FOUR IN | RIGHT THUMB IN | RIGHT THUMB OUT | RIGHT FOUR OUT |
|---|---|---|---|
| | | | |

**Exhibit B - 53**

| ADDITIONAL CHARGE | | WARRANT NUMBER | | ARRIGN DATE | TIME | COURT |
|---|---|---|---|---|---|---|
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

2022 JUN 28 PM

| TELEPHONE CALLS | | | | | OFFICER HANDLING | PRISONER'S INITIALS |
|---|---|---|---|---|---|---|
| INTERVIEWS – Code: A = ATTY, B = BONDSMAN, D = DOCTOR, E = EMPLOYER, R = RELATIVE, W = WAIVED, O = OTHER | | | | | | |

| NAME | CODE | PHONE# OR INTERVIEWER | DATE & TIME MADE | SERIAL# |
|---|---|---|---|---|
| BAIL DEVIATION (800) 773-5151 | O | (213) 351-0311 | | |
| | | | | |
| | | | | |
| | | | | |

REMARKS

X COMPLETED

Misdemeanor hold:
____ NO IDENTIFICATION
____ WARRANT
____ ON GOING PROBLEM
____ NON-CITABLE MISDEMEANOR
____ OTHER: _____
APPROVED BY
WATCH COMMANDER

| REASON FOR RELEASE | ____ EXPIRATION | ____ FINE | ____ CITATION | ____ BAIL | ____ OTHER |
|---|---|---|---|---|---|
| RECEIPT # | | | DATE AND TIME |
| | | | 4-22-22 |
| RELEASED BY ██████ | | DOCUMENT ANALYST █ |
| RELEASED TO (NAME, AGENCY & DETAIL) | | CUST TO NKSP |

RECORD OF PROPERTY TRANSACTIONS      CODE: A = ADD   W = WITHDRAW   I = INSPECT   E = REMOVE FOR EVIDENCE

| NAME OF PERSON ADDING, WITHDRAWING OR INSPECTING | OFFICER HANDLING SERIAL # | PRISONER'S SIGNATURE AUTHORIZING WITHDRAW | CODE | DESCRIPTION OF PROPERTY | DATE AND TIME |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

| OFFICER MAKING FINAL RELEASE | DATE AND TIME | I DO HEREBY ACKNOWLEDGE RECEIPT OF ALL MY REMAINING PROPERTY |
|---|---|---|
| | | SIGNATURE |

| CA DMV IMAGES | BOOKING IMAGES |
|---|---|

PHONE CALLS/INTERVIEWS CODE: A - ATTY D - DR E - EMPL R - RELATIVE W - WAIVED O - OTHER CALL X COMPLETED OFFICER HANDLING PRISONER'S INITIALS

NAME CODE PHONE # OR IF INTERV. DATE AND TIME MADE SERIAL NO.

REMARKS: (INCL. SPECIAL MEDICAL PROBLEM, ATTITUDE)

Pursuant to Penal Code Section 4030, I understand that I have the right to be segregated from the general jail population for three hours from time of my arrest. I hereby waive that right.

X

PERSONS RECEIVING PROPERTY LAPD OFCR. RELEASING PROPERTY

WHEN BOOKED RIGHT FINGERPRINTS WHEN RELEASED

[redacted]

REASON FOR RELEASE EXPIRATION FINE CITATION BAIL OTHER SUPV. APPROVING O.R. RELEASE

RELEASED BY DATE AND TIME RELEASED

RELEASED TO (NAME, AGENCY AND DETAIL) JAILER ID/ING FINGERPRINTS

FOLD HERE

# JAIL CUSTODY RECORD

BOOKING NO. 6203305 U.O. LOC.BKD. 4214 DR. LIC. NO. NONE STATE MT N

ARRESTEE'S LAST NAME SHANNON FIRST DANIEL MIDDLE LAMONT SUF

ADDRESS [redacted] APT NO

CITY LOS ANGELES STATE [redacted]

SEX [redacted] DESCENT [redacted] HAIR [redacted] EYES [redacted] HEIGHT [redacted] WEIGHT [redacted] BIRTHDATE [redacted] AGE [redacted]

VEHICLE LIC. NO. STATE R.D. 0881 AKA: LAST - FIRST - OR NICKNAME

BIRTHPLACE [redacted] PROB. INV. UNIT 08 JUV. DETAINED AT AD. CHG. N

DIVISION 4208 DETAIL ARRESTING A DATE ARRESTED 062421 TIME ARR. 1830 TIME BKD 2132

LOCATION OF ARREST EXPOSITION BL CARMELINA AV BAIL 50000 TOTAL BAIL 50000

TYP. F CHARGE & CODE 368(B)(1) PC DEFINITION ELDER ABUSE WARRANT NO.

ADDITIONAL CHARGES (ON-VIEW, WARRS. LIST NO., COURT, AND BAIL, INCL. P.A.)

DR LA J CII MAIN FBI CDC # PROBATION #

A.I. CWWS WARR AJIS RLSE PAC AWDI

PCD YES

DNA ON FILE

FINGERPRINTED BY (NAME, SERIAL #) PHOTOGRAPHED BY (NAME, SERIAL #)

VALL N3776

REASON FOR O.R. NON-RELEASE OFFICER MAKING DETERMINATION (NAME, SERIAL #)

SOCIAL SECURITY NO. UNKNOWN

ARRAIGN. DATE TIME COURT LOCATION CRIME COMMITTED R.D. RESIDENCE PHONE NO.

EMPLOYER/SCHOOL

OCCUPATION/GRADE [redacted] PHY ODD [redacted]

CLOTHING WORN [redacted]

EXACT LOCATION / DISPOSITION ARRESTEE'S VEHICLE

IN CASE OF EMERGENCY, NOTIFY

HAS HEPATITIS [redacted] HAS V.D. [redacted] HAS OR EVER HAD T.B. [redacted] OTHER [redacted] SPECIAL MEDICAL PROBLEMS

ARRESTING OFFICER [redacted] SERIAL NO. [redacted] SERIAL # OFCR CHECKING CWWS [redacted] BOOKING EMPLOYEE [redacted] SERIAL NO. [redacted] PROP. BAG # 04145907 RETAINED $ NONE CASH DEPOSITED $ 23.16

SEARCHING OFFICER [redacted] SERIAL NO [redacted] 2ND APP. OFCR [redacted] TRANSPORTING OFFICER [redacted] SERIAL NO. [redacted] EC/IR READING SUPV. APPROVING BKG SER # [redacted]

PROPERTY

LACES,GEORGIA ID CARD, MISC PAP

*****210624003936***289065432*****

2021 JUN 28  PM 6:53

```
TO/pdpac-101@lafis.org/
Message received on Jun 25, 2021 01:03:38

██████, ████████ ██████████, █████,
CPPROD
*  *  *  *
LIVE SCAN TRANSACTION AGENCY NOTIFICATION
*  *  *  *

THE FOLLOWING INFORMATION IS IN RESPONSE TO YOUR LIVE SCAN TRANSMISSION
REGARDING SUBJECT/SHANNON,DANIEL LAMONT, DOB/████████
BOOKING AGENCY/████████, BOOKING NUMBER/6203305, MAIN NUMBER/████████, SCN/███████████.

YOUR SUBJECT HAS BEEN IDENTIFIED BY FINGERPRINTS AS NAM/DANIEL,SHANNON LAMONT
DOB/███████  CII/███████████.

** DO NOT COLLECT DNA:SAMPLE TYPED/ANALYZED
** PALM PRINTS AVAILABLE
** III MULTIPLE SOURCE RECORD
FBI/████████
CII/███████
DOB/████████  SEX/██  RAC/███████
HGT/████  WGT/████  EYE/████  HAI/████  POB/████
NAM/01 DANIEL,SHANNON LAMONT
SOC/█████████
```

```
*  *  *  *  *  *  *  *  *  END OF DOJ MESSAGE  *  *  *  *  *  *  *  *  *  *
```

```
NTCN: ███████████
LTCN: ██████████████
SCN:  ██████████
TOT:  ██████
BKG:  ███████
MAIN: ████████
SID:  ██████████
FBI:  ██████████
```

```
*  *  *  *  *  *  *  *  *  END OF LACRIS MESSAGE  *  *  *  *  *  *  *  *  *  *  *
```

**Exhibit B - 57**

2021 JUN 28  PM 6:53

Los Angeles Police Department
**BOOKING APPROVAL**

| SEE DISTRIBUTION AT BOTTOM FOR NUMBER OF COPIES REQUIRED. | DATE & TIME OF ARREST 06-24-2021   6:30 P.M. | DATE AND TIME OF INSPECTION/INTERVIEW BY WATCH COMMANDER (LAPD MANUAL 4/216) |
|---|---|---|

ARRESTEE'S NAME (Last, First, Middle)
Shannon, Daniel, Lamont

| ARRESTING OFFICER(S) OR ☐ PRIVATE PERSON'S ARREST (Last and First Name) | SERIAL NO.(S) ▮▮▮▮ | DIVISION WLA | DETAIL 8A14 |
|---|---|---|---|

ACTION ADVISED:

| | | | |
|---|---|---|---|
| ☑ Booking Charge | 368 P.C. Elder Abuse | BASIC CHARGE: | $ 50000 |
| | (As appears on AJIS Charge Table) | | |
| ☐ Additional charges | | ADD'L CHARGES: | $ |
| ☐ Enhancements (Attach Felony Bail Computation Worksheet, Form CRIM-208) | | ENHANCEMENTS: | $ |
| ☐ Advise arrestee of immediate cash bailout right (if two or fewer warrants for parking offense or traffic infraction) | | | |
| ☐ Release without booking   ☐ Phone call made   ☐ Phone calls refused by arrestee | | TOTAL BAIL: | $ 50000 |

| 1. EVIDENCE TO BE BOOKED   2. SUGGESTIONS FOR CONTENTS OF REPORTS   3. VISITATION RESTRICTION | RESPONSIBLE INVEST. UNIT  WLA |
|---|---|

| PAROLE/PROBATION AGENT | PHONE NO. | TIME TELEPHONIC HOLD PLACED |
|---|---|---|

REASON FOR SEARCH:

☐ Offense involves a controlled substance.

☐ Articulable and reasonable suspicion that the arrestee is concealing contraband or weapons, regardless of the offense (Explain reasonable suspicion). _____

| TYPE OF SEARCH AUTHORIZED: | WATCH COMMANDER APPROVING SEARCH   SERIAL NO. |
|---|---|
| ☐ STRIP   ☐ PHYSICAL BODY CAVITY* | (If different than booking) |
| ☐ VISUAL BODY CAVITY   *Note: Search warrant required.   WARRANT NO.: | |

| DATE & TIME OF SEARCH | LOCATION SEARCH CONDUCTED | SEARCHING EMPLOYEE | SERIAL NO. | DIVISION | SEX |
|---|---|---|---|---|---|

RESULTS OF SEARCH (List items and locations removed from):

| ADVISING INVESTIGATIVE SUPERVISOR (signature) | ☐ Telephonic Advice | SERIAL NO. ▮▮▮▮ | DIVISION WLA | RAP SHEET REVIEWED? YES ☑ NO ☐ NONE ☐ |
|---|---|---|---|---|

**MISDEMEANOR ARRESTS:** The watch commander shall complete the Conditions for Non-Eligibility for Release at the time of booking approval (Manual Sections 4/216.65, 216.67).

CONDITIONS FOR NON-ELIGIBILITY FOR RELEASE

1. The person arrested is so intoxicated that he or she could be a danger to himself or herself or others.
2. The person arrested requires medical examination or medical care or is otherwise unable to care for his or her own safety.
3. The person is arrested for one or more of the offenses listed in Section 40302 or 40303 of the Vehicle Code. (EXCEPTION - DUI ARRESTEES MAY BE RELEASED AFTER BOOKING, IF OTHERWISE ELIGIBLE.)
4. There are one or more outstanding felony arrest warrants for the person.
5. The person has one or more outstanding misdemeanor arrest warrants ineligible for release under Section 827.1 of the Penal Code (Manual Section 4/216.67).
6. The person cannot provide satisfactory evidence of personal identification.
7. The prosecution of the offense or offenses for which the person is arrested or the prosecution of any other offense or offenses would be jeopardized by immediate release of the person arrested.
8. There is a reasonable likelihood that the offense or offenses will continue or resume, or that the safety of persons or property will be imminently endangered by release of the person arrested.
9. The person arrested demands to be taken before a magistrate or refused to sign the notice to appear.
10. There is reason to believe that the person arrested would not appear at the time/place specified in the notice.

| AREA WATCH COMMANDER APPROVING BOOKING/O.R./STRIP | SERIAL NO. ▮▮▮▮ | MISD O.R. YES ☐ NO ☐ | STRIP SEARCH YES ☐ NO ☑ | RAP SHEET REVIEWED? YES ☑ NO ☐ NONE ☐ |
|---|---|---|---|---|

NON-ELIGIBILITY FOR RELEASE NO.: _____

| CUSTODY SERVICES DIVISION WATCH COMMANDER MAKING O.R. DETERMINATION | SERIAL NO.: | MISD O.R. YES ☐ NO ☐ | NON-ELIGIBILITY FOR RELEASE NO.: |
|---|---|---|---|

REASON FOR RELEASE:

12.31.00 (09/19)   DISTRIBUTION:   ORIGINAL - ATTACH TO THE ORIGINAL ARREST REPORT; OR TO DFAR IF NO ARREST REPORT OR BKG.
COPY - 1 - ATTACH TO JAIL CUSTODY RECORD IF BOOKED; 1 - ATTACH TO DIV. COPY OF ARREST

**Exhibit B - 59**

2021 JUN 28   PM 6: 53

## SUPERIOR COURT OF CALIFORNIA
## COUNTY OF LOS ANGELES
### PROBABLE CAUSE DETERMINATION (DECLARATION)

| Location Booked: 4214 | Booking No.: 6203305 | Arrest File No.: |
|---|---|---|

| Arrestee/Suspect (Last, First, Middle): SHANNON, DANIEL LAMONT | DOB: ▮ |
|---|---|

| Arrestee/Suspect's Residential Address: LOS ANGELES, CA | Location of Occurrence: 2220 S. CARMELINA AVE |
|---|---|

| Booking Charge(s): 664/368(A) PC | Misdemeanor ☐ Felony ☒ | Supplemental Holds/Warrants Charges: |
|---|---|---|

| Date/Time of Arrest: 06/24/2021 1830 hrs | 48 Hour Expiration Date and Time: 06/26/2021 1830 hrs |
|---|---|

| Arresting Agency/Division: 4208 - LAPD - WEST LOS ANGELES | Arresting Officer(s): ▮ | Employee No.: ▮ |
|---|---|---|

| Supervisor(s) Approving: ▮ | Employee No.: ▮ | Date/Time: 06/25/2021 1600 hrs | Contact Phone No.: TBD |
|---|---|---|---|

Facts establishing elements of offense(s)/violation(s). Information identifying/connecting arrestee/suspect by name with the violation(s) listed:

Suspect and Victim were involved in a verbal argument. Suspect pushed elderly victim to the ground causing injury. Suspect grabbed a rake and struck elderly victim multiple times on his head and body. Suspect then pushed elderly victim into a tree causing the victim to feel light headed. Suspect then pushed elderly victim into his vehicle. Suspect was arrested for 368 (A) P.C. Elder Abuse.

☐ **See attached reports incorporated herein by reference.**

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Executed on 06/24/2021 (date) 2330 hrs (time) in the County of Los Angeles, California.

e-signed
(Signature) | (Print Name) | (Employee No.)

| **Telephonic Determination ONLY** | **Probable Cause Determination** |
|---|---|
| On _____, I was placed under oath and read the contents of the foregoing, including the contents of any attached reports or declaration, verbatim to the Honorable _____. The Judicial Officer advised me that there ( ) IS ( ) IS NOT probable cause to believe this arrestee has committed a crime. I declare under penalty of perjury that the foregoing is true and correct. Executed in Los Angeles County, California, on | On the basis of either reports reviewed and/or officer's declaration I hereby determine that there (✗) IS ( ) IS NOT probable cause to believe this arrestee has committed a crime. Coletta, A. (e-signed)     06/25/2021 1600 hrs (Judicial Officer's Signature) |
| (Signature)     (Employee No.) | (Block Stamp) |

CRIM 064 Revised: 102108

**Exhibit B - 61**

2021 JUN 28  PM 6: 53

**LOS ANGELES COUNTY**
**CONSOLIDATED CRIMINAL HISTORY REPORTING SYSTEM**                    Date: 06/24/2021

Page 1
Time: 19:14

CRIMINAL HISTORY TRANSCRIPT FOR OFFICE USE ONLY - UNAUTHORIZED USE IS A CRIMINAL OFFENSE
*INFORMATION FINGERPRINT VERIFIED UNLESS OTHERWISE NOTED BY AN ASTERISK(*)*

*Do not use for employment, licensing, or certification purposes. CCHRS information must be*
*confirmed and/or verified with the originating agency prior to taking any law enforcement action.*

**Key Name:**(1) DANIEL, SHANNON LAMONT                    **Date Name First Used:** 07/18/2020
**SID/CII:** ▇▇▇          **MAIN:** ▇▇▇          **FBI** ▇▇▇          **ARN:**

**Requested By:** ▇▇▇                                        **ACHS Data Included:**      YES

**Agency:** LAPD - CENTRAL TRAFFIC                           **Multi-Source Record:**     NO

**Reason:** ARR

**Search Criteria:** Search Type:Personal; Specific Record:PRecord ID:

**DNA** ON FILE

*DEPT. OF JUSTICE AND DMV MAY HAVE ADDITIONAL INFORMATION*

## SUMMARY

| Bookings | | Convictions | | Juvenile | | Warrants | | Probations | | ICE | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Felony: | 1 | Felony: | 0 | Sustained: | 0 | Bench: | 1 | Open: | 0 | Deport: | 0 |
| Misd: | 0 | Misd: | 0 | Dismissed: | 0 | Arrest: | 0 | Expired: | 0 | Removal: | 0 |
| | | | | | | Infract.(FTA) | 0 | | | Illegal Entry: | 0 |

## LATEST INFORMATION

### *ALERTS*

Warrants

| Latest Name: | DANIEL, SHANNON | | | | | | Date Name Last Used: | 01/29/2021 | |
|---|---|---|---|---|---|---|---|---|---|
| **Sex** | **Race** | | **Hair** | **Eyes** | **Hgt** | **Wgt** | **DOB** | | **Updated** 07/21/2020 |
| ▇ | ▇ | | ▇ | ▇ | ▇ | ▇ | ▇ | | |
| | Latest Address: | ▇▇▇ | | | | | | | 01/29/2021 |
| **Type** | **Start Date** | **End Date** | **Charge/Description** | | | | **Case Number** | | **Updated** |

| **Registration** | **Reg Number** | **Location** | **Reg Date** |
|---|---|---|---|
| DNA TYPED &amp; UPLOADED | ▇▇▇ | | 01/01/0001 |
| PALM PRINT ON FILE | ▇▇▇ | | 01/01/0001 |
| DNA/DOTS COLLECTED | | | 07/18/2020 |

Â© Copyright 1996, County of Los Angeles
All Rights Reserved

**Exhibit B - 63**

2021 JUN 28  PM 6: 53

Exhibit B - 64

# ZERO-BAIL IMPACT ASSESSMENT CHECKLIST

The State of California instituted a Zero Cash Bail System in March 2020 as part of a custody
reduction strategy to combat the COVID-19 pandemic and ensure equity for pending defendants.
To capture accurate and timely data of REPEAT criminal offenders since the implementation of
Zero-Bail, all Department employees shall complete the below Zero-Bail Impact Assessment
Checklist at the time of arrest and/or booking.

**ARRESTING OFFICER/DETECTIVE'S RESPONSIBILITIES.** When arresting/booking
for **felony or misdemeanor** charges, complete the below listed tasks:

☒ Yes ☐ No      Reviewed arrestee's Record of Arrest and Prosecution (RAP) criminal
                 history.

☒ Yes ☐ No      Reviewed arrestee's Consolidated Criminal History Report System
                 (CCHRS).

☒ Yes ☐ No      Queried the arrestee's name through SI02 looking for all current and
                 existing booking numbers.

☒ Yes ☐ No      Queried all arrestee's prior booking numbers through SI01.

**Note:** Importance of the SI01 and SI02 - This inquiry will allow officers to determine an individual's most
current *booking status* or *arrested & released status* within the last couple of hours/days, which might not yet
be listed on the individual's criminal history.

Next, after completing the above listed tasks, investigate to ascertain the following information
in arrestee's prior arrests history (*if multiple arrests exists, use most recent record*):

☒ Yes ☐ No      Any **felony** arrests between March 2020 and present?
                 \*\*If there is more than one prior felony arrest:  How many?

☐ Yes ☒ No      Released via "Own Recognizance" (OR) from custody.

☒ Yes ☐ No      Record does <u>NOT</u> indicate case has been rejected by DA/CA.

☒ Yes ☐ No      Record does <u>NOT</u> indicate case has been closed or dispositioned.

Lastly, if all of the above conditions are true, report arrestee's information to the
Watch Commander in order to enter the data into the Zero-Bail Impact Assessment Tracking Log
(Excel spreadsheet).

**Note:** The arresting Department employees shall request a deviation from Zero-Bail, indicating
the rationale for the request in the narrative of the arrest report, under *Booking* sub-heading and
also document such request in the Booking Approval by requesting the applicable non-
emergency bail amount from the 2020 Felony Bail Schedule.

(3/2021)

**Exhibit B - 65**

2021 JUN 28 PM 6:53

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES**

## ORDER FOR RELEASE

Page ___ of ___

| | RELEASE NUMBER |
|---|---|
| | AB 099334 |

TO THE OFFICER HAVING CUSTODY OF:

| DEFENDANT'S NAME (Last, First, Middle) | BOOKING NUMBER |
|---|---|
| Shannon, Daniel | 6203305 |

| BOOKED AS | DEPARTMENT | DOB |
|---|---|---|
| | W 93 | |

☐ Papers Only   ☐ Conditional Release   ☐ Amended - Supersedes Order of  (Date:) _____

*The court orders you to release the defendant identified above for the following reason(s).* **IMPORTANT: This release applies only to the case(s) identified below:**

| CASE NUMBER | OFFENSE | REASON CODE | CASE NUMBER | OFFENSE | REASON CODE |
|---|---|---|---|---|---|
| | | | VAR21067-01 | PC245(a)(1) | 05 |
| | | | | | |
| | | | | | |

**REASON CODES**

| | |
|---|---|
| 01 - CASE DISMISSED | 06 - WRONG PERSON IN COURT |
| 02 - SENTENCE SUSPENDED | 07 - O.R. GRANTED |
| 03 - BOND POSTED | 08 - FINE PAID |
| 04 - CASH BAIL POSTED | 09 - PROBATION |
| 05 - CREDIT TIME SERVED | 10 - SUPERVISED RELEASE PROGRAM (SRP) |
| | 11 - DIVERSION / DEJ |

12 - OTHER (Specify): _____

13 - RELEASE TO: _____

SEAL

**DEFENDANT TO APPEAR:**

| DATE | |
|---|---|
| TIME | ☐ A.M.  ☐ P.M. |
| DEPT. | |
| COURTHOUSE LOCATION | |

| Date | Clerk's Signature | Courthouse Location |
|---|---|---|
| 6-28-21 | | AIRPORT |

CRIM 138 (Rev. 07/14)
(Repl. 780706 & CR-223)

DISTRIBUTION:   Blue - Sheriff    Yellow - Court File    White - Supervisor    Pink - Anchor Copy

**Exhibit B - 67**

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES**
**COMMITMENT – CJ, STATE PRISON, MENTAL HEALTH OR DJJ**

1. ☐ Amended Order / Supersedes Order of (date) _____

2. Page ___ of ___
3. ☐ PAPERS ONLY

| 4. DEFENDANT'S NAME (Last, First, Middle) | Shannon, Daniel | 5. BOOKING NO. ☐ New Booking 6205305 | 6. D.O.B |
|---|---|---|---|
| 7. BOOKED AS | | 8. DATE OF SENT 12/27/21 | 9. COURTHOUSE LOCATION  L A X | 10. COURTROOM W S 3 |

**TO THE SHERIFF OF LOS ANGELES COUNTY:** The defendant herein, having been convicted before a judge in the above-named court of the offense(s) and in the case(s) described below, and the judgment having been duly entered in the minute order of said court, I hereby certify the foregoing to be a true copy of that portion of said judgment ordering the defendant confined  ALL CHARGES IN CONNECTION WITH THE CASES BELOW HAVE BEEN ADJUDICATED.

| 11. CASE NUMBER  SA104786 | 13. CONVICTED CHARGE  O  I  368(B)(1)PC  ☐ MISD ☒ FELONY | 14. DEFENDANT COMMITTED TO:  ☒ STATE PRISON  ☐ CRC  ☐ DJJ  ☐ COUNTY JAIL (Misd/Felony Non PC 1170(h))   ☐ COUNTY JAIL (PC 1170(h))  ☐ DEPT OF MENTAL HEALTH |
|---|---|---|
| 12. MISD COUNT NO. | ☐ Felony Probation Violation  ☐ Misd Probation Violation | 15. FOR THE TERM OF: ____4____ Days / Months / Years |
| 18. PRE-SENTENCE CUSTODY CREDITS  (Complete either A or B)  A. ☒ Total Days  373  - ☒ includes  186  GTWT Days  B. ☐ Sheriff to Determine Total (Misd only) Actual Days ____ | | 16. TO RUN CONSECUTIVE TO:  ☐ Any Other Case  ☐ Jail in Lieu of Fine Below  ☐ Case No. ____   ☐ Count No. ____  17. JAIL IN LIEU OF FINE: |
| 19. IMPRISONMENT STAYED TO: _____ (date) | | Pay $____ Fine or Serve ____ Days in Jail at the Rate Per Day of $ ____ and  pay Penalty Assessment at the Rate of $ ____ for every $10 or portion thereof |

| CASE NUMBER  ☐ Same as above | CONVICTED CHARGE  ☐ MISD  ☐ FELONY | DEFENDANT COMMITTED TO:  ☐ STATE PRISON  ☐ CRC  ☐ DJJ  ☐ COUNTY JAIL (Misd/Felony Non PC 1170(h))   ☐ COUNTY JAIL (PC 1170(h))  ☐ DEPT OF MENTAL HEALTH |
|---|---|---|
| MISD COUNT NO. | ☐ Felony Probation Violation  ☐ Misd Probation Violation | FOR THE TERM OF: _____ Days / Months / Years |
| PRE-SENTENCE CUSTODY CREDITS  (Complete either A or B)  A. ☐ Total Days ____ - ☐ Includes ____ GTWT Days  B. ☐ Sheriff to Determine Total (Misd only) Actual Days ____ | | TO RUN CONSECUTIVE TO:  ☐ Any Other Case  ☐ Jail in Lieu of Fine Below  ☐ Case No. ____   ☐ Count No. ____  JAIL IN LIEU OF FINE: |
| IMPRISONMENT STAYED TO: _____ (date) | | Pay $____ Fine or Serve ____ Days in Jail at the Rate Per Day of $ ____ and  pay Penalty Assessment at the Rate of $ ____ for every $10 or portion thereof |

| CASE NUMBER  ☐ Same as above | CONVICTED CHARGE  ☐ MISD  ☐ FELONY | DEFENDANT COMMITTED TO:  ☐ STATE PRISON  ☐ CRC  ☐ DJJ  ☐ COUNTY JAIL (Misd/Felony Non PC 1170(h))   ☐ COUNTY JAIL (PC 1170(h))  ☐ DEPT OF MENTAL HEALTH |
|---|---|---|
| MISD COUNT NO. | ☐ Felony Probation Violation  ☐ Misd Probation Violation | FOR THE TERM OF: _____ Days / Months / Years |
| PRE-SENTENCE CUSTODY CREDITS  (Complete either A or B)  A. ☐ Total Days ____ - ☐ Includes ____ GTWT Days  B. ☐ Sheriff to Determine Total (Misd only) Actual Days ____ | | TO RUN CONSECUTIVE TO:  ☐ Any Other Case  ☐ Jail in Lieu of Fine Below  ☐ Case No. ____   ☐ Count No. ____  JAIL IN LIEU OF FINE: |
| IMPRISONMENT STAYED TO: _____ (date) | | Pay $____ Fine or Serve ____ Days in Jail at the Rate Per Day of $ ____ and  pay Penalty Assessment at the Rate of $ ____ for every $10 or portion thereof |

20. ☐ **JUVENILE DETENTION:** The Court finds the defendant's presence in the Juvenile Hall would endanger the public or staff, or be detrimental to other inmates.  The Sheriff is to detain the juvenile pending his/her transfer to a state facility or pending his/her removal to court, as specified

21. ☐ Ineligible for credits – Parole Revoked      22. ☐ No / Work Release/Work Furlough Recommended

23. ☐ Defendant to be Housed in DJJ per WIC 1731.5(c)      24. ☒ DNA Sampling required

25. ☐ Defendant to Surrender to _____ on _____

26. ☐ ____ days may be served in _____ provided a representative picks up the defendant

27. ☐ OTHER: _____

28. ☐ WEEKENDS  Defendant shall serve ____ days in consecutive weekends in 1 A.C.J, each weekend period to be from ____ AM / PM on  (day) to ____ AM / PM on ____ (day) commencing ____

| 29. DATE OF ORDER  12/27/21 | 30. DEPUTY CLERK |
|---|---|

**COMMITMENT – CJ, STATE PRISON, MENTAL HEALTH OR DJJ**

DISTRIBUTION  Original (White)  Sheriff   3 Copies (Yellow)  Case Folder   1 Copy (Green)  Courtroom

CRIM 105 (Rev. 07/14)

**Exhibit B - 68**

## COMMITMENT – CJ, STATE PRISON, MENTAL HEALTH OR DJJ INSTRUCTIONS (CRIM 105)

### SENTENCING RULES:

**MISDEMEANOR SENTENCES:** If counts are consecutive, the amount of time as to each individual count within a case must be reported. If counts are concurrent, only report the longest sentence imposed for a single count.
**FELONY SENTENCES:** The total amount of time imposed for the entire case must be reported, not individual counts.
**CONSECUTIVE TERMS:** A consecutive relationship must be reported if ordered.
**CONCURRENT TERMS:** This is not required and should not be reflected. When no relationship between terms is stated, terms will be served concurrently, by operation of law.

### [STEP 1] DEFENDANT AND COURT INFORMATION

1. **Amended/Supersedes Order of (include date of previous order).**
2. **Page ___ of ___:** Indicate the total number of custody paperwork prepared for this defendant today, and the number this Commitment is in relation to the total, e.g. 1 of 1.
3. **Papers Only:** Check if the defendant is not present in the courthouse today, or if he/she will not be committed to custody today.
4. **Defendant's Name:** Enter the defendant's true name or name as charged in the accusatory pleading.
5. **Booking No.:** LA County Jail booking number is required if known and available, otherwise DOB is required. If defendant is being committed for the first time, check "New Booking" and enter the DOB.
6. **DOB:** The date of birth is required if no booking number is entered, or if "New Booking" is checked.
7. **Booked As:** Enter the name under which defendant is booked but only if different.
8. **Date of Sentence:** Enter the date the defendant was sentenced.
9. **Courthouse Location:** Enter the specific courthouse location where the paperwork is being prepared, e.g. Inglewood, Torrance, Van Nuys, CAC, CJC, Airport, Metro, Downey, etc. Do not name generic districts alone, e.g. East, West, Northeast, etc. Use the full court location name, or its designated abbreviation, as specified in the "List of Approved Court Location Names for Custody Paperwork."
10. **Courtroom:** Enter the division or department where the paperwork is prepared, in a three-character format, e.g. 124, 003, SWF, etc. Do not use TCIS dual designation codes.

### [STEP 2] COMMITMENT ORDER

11. **Case Number:** Enter the case number that the defendant is committed on, including the defendant identifier. If entering a misdemeanor commitment or felony commitment pursuant to PC 1170(h) on multiple consecutive counts for the same case, check **"Same As Above"**
12. **Misdemeanor Count No.:** Enter the misdemeanor count number if counts are to run consecutive. Leave blank if counts are to run concurrently.
13. **Convicted Charge:** Enter the violation code and number (e.g. PC 211 or VC 23152(a)) of the first convicted charge. Degree is not necessary. Check the box to indicate whether Misdemeanor or Felony.
    * **Felony Probation Violation:** Check if sentence is for felony probation violation (No Early Release).
    * **Misd. Probation Violation:** Check if sentence is for misdemeanor probation violation.
14. **Defendant Committed To:** Mark box indicating where the defendant is to be committed. If Mental Health is checked, indicate the location (e.g. Patton State Hospital) and authority (e.g. PC 1368 or PC 1026).
15. **For the Term Of:** Specify the length of time to be served, e.g. "2 days", "16 months", "2 years", or write in the amount "5 years 8 months", "25 years to Life", "Life with parole, plus 14 years", "LWOP", etc.
16. **To Run Consecutive To:** Specify what the sentence on this case or count will run consecutive to:
    * **Any Other Case:** Any other case sentenced prior to today.
    * **Jail in Lieu of Fine:** The period specified on this form in the "Jail in Lieu of Fine" section.
    * **Case No:** Specify the consecutive case number.
    * **Misd. Count No:** Specify the consecutive misdemeanor count number within this case.
17. **Jail in Lieu of Fine:** Fill in the blanks as appropriate.
    * **Pay $ ___ :** Enter the amount of misdemeanor base fine for which the defendant will be serving time.
    * **Serve ___ :** Enter the number of days to be served in lieu of fine payment.
    * **Rate Per Day of $ ___ :** Divide the amount of fine by the number of days to be served (minimum $30).
    * **Penalty Assessment rate of $ ___ :** Enter the current rate of penalty assessment, e.g. $21.
18. **Pre-Sentence Custody Credits:** Fill in the fields in sections A or B as appropriate. Do not fill in both sections
    A. **Total Days and Includes ___ GT/WT Days:** Enter the Total credit days are ordered and indicate the amount of good time/work time days included in the total. Do not report the actual number of days.
    B. **Sheriff to Determine and Actual Days:** Check only in a misdemeanor case where the Court orders the Sheriff to determine the total credits. Indicate the number of actual days if stated.
19. **Imprisonment Stayed To:** Enter the date that a term is stayed to (usually the surrender date).

### [STEP 3] ADDITIONAL ORDERS

20. **Juvenile Detention:** Check if defendant is under 18 years.
21. **Ineligible for Credits – Parole Revoked:** Check this box if parole has been revoked and defendant is ineligible for credits.
22. **No/ Work Release/Work Furlough:** Check box if the Court recommends work release or work furlough and strike the word "No". If work release/furlough is prohibited, check the box and circle the word No.
23. **Housed in DJJ:** Check if defendant is sentenced to state prison, but the Court orders housing in DJJ
24. **DNA Sampling:** Check if DNA evidence collection is ordered.
25. **Surrender:** Indicate where and when the defendant will surrender to County Jail.
26. **___ days may be served in ___** specify conditions of surrender, if any, and term length order e.g. "Last 15 days may be served in New Day Program..." or "in lieu of CJ, 180 days may be served in New Day Program..."
27. **Other:** Write any additional orders here.
28. **Weekends:** Complete the information when a defendant is ordered to serve a sentence on weekends. Include the time and weekday the defendant will surrender to jail (e.g. 6:00 PM Friday), the time and weekday of release (e.g. 6:00 AM Monday), and state the commencement date.

### [STEP 4] DATE, SIGNATURE AND COURT SEAL

29. **Date of Order:** Enter today's date.
30. **Deputy Clerk:** Sign the order.
31. **Court Seal:** Place the court seal on the order.

**Distribute the order** as indicated on the bottom of the form.

CRIM 105 Rev. 07/17

**Commitment – CJ, State Prison, Mental Health or DJJ Instructions**

UK-10

SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES

1. ☐ Amended / Supersedes Order of (date) _____

**REMAND / REMOVAL ORDER**

2. Page 1 of 1
3. ☐ PAPERS ONLY

| 4. INMATE'S NAME (Last, First, Middle) | Shannon, Daniel | 5. BOOKING NO. ☐ NEW BOOKING 6203305 | 6. DOB |
|---|---|---|---|
| 7. BOOKED AS | | 8. COURTHOUSE LOCATION LAX | 9. COURTROOM W83 |

## REMAND ORDER (HOLDING ORDER FOR DEFENDANT ONLY)

**TO THE LOS ANGELES COUNTY SHERIFF:** The Court orders the defendant received and detained in your custody until the defendant is legally discharged or delivered as indicated below, or until further order of the Court:

| 10. APPEARANCE DATE * 12/9/21 | 11. TIME ☒ 8:30 a.m. ☐ 1:30 p.m. | 12. COURTROOM W83 | 13. COURTHOUSE LOCATION LAX |
|---|---|---|---|

\* ALL REMANDS MUST HAVE AN APPEARANCE DATE.

14. ☐ **DEFENDANT REFERRED TO:** ☐ Dept. of Corrections per PC 1203.03  ☐ DJJ per WIC 707.2  ☐ Dept. 95 / mental competence per PC 1368
15. ☐ **JUVENILE DETENTION:** The Court finds the defendant's presence in the Juvenile Hall would endanger the public or staff, or be detrimental to other inmates. The Sheriff/Probation Dept. is to detain the juvenile pending his/her transfer to a state facility, or pending his/her removal to court, as specified.
16. ☐ The defendant is **to be housed at Juvenile Hall** pending further order of the Court.
17. **CASE / DEFENDANT STATUS:** ☐ Held to Answer  ☐ 3rd Strike Case  ☐ NGI Plea Entered  ☐ Prop 36-High Risk  ☐ Pro Per Granted / Revoked
18. ☐ OTHER _____
19. ☐ Case number(s) _____   **CONSOLIDATED** into Lead Case.
number _____ See the Lead Case number for all further proceedings.

| LINE | 20. CASE NUMBER | 21. CHARGE | 22. BAIL AMOUNT ** |
|---|---|---|---|
| 1 | SA104786 – 01 | 245(A)(1)PC ☐ MISD ☒ FEL | $ _____ ☒ NO BAIL  ☐ PC 1275 Bail Hold Placed / Lifted  ☐ BAIL RESET |
| 2 | – | ☐ MISD ☐ FEL | $ _____ ☐ NO BAIL  ☐ PC 1275 Bail Hold Placed / Lifted  ☐ BAIL RESET |
| 3 | – | ☐ MISD ☐ FEL | $ _____ ☐ NO BAIL  ☐ PC 1275 Bail Hold Placed / Lifted  ☐ BAIL RESET |
| 4 | – | ☐ MISD ☐ FEL | $ _____ ☐ NO BAIL  ☐ PC 1275 Bail Hold Placed / Lifted  ☐ BAIL RESET |
| 5 | – | ☐ MISD ☐ FEL | $ _____ ☐ NO BAIL  ☐ PC 1275 Bail Hold Placed / Lifted  ☐ BAIL RESET |

** NOTE: If bail is $10,000 or more on any case, specify line number and write out amount in words below:

| Line | 23. BAIL AMOUNT (Spelled Out) | |
|---|---|---|
| 1 | NO Bail | Dollars |
| | | Dollars |
| | 2021 NOV -4 PM 6:15 | Dollars |
| | | Dollars |
| | | Dollars |

## REMOVAL ORDER (NON-HOLDING ORDER FOR DEFENDANT / WITNESS – THIS IS NOT A REMAND)

**TO THE LOS ANGELES COUNTY SHERIFF:** Remove the inmate named above, a prisoner now confined in County Jail with the booking number indicated above, and bring him/her before the Court as follows:

| 24. APPEARANCE DATE | 25. TIME ☐ 8:30 a.m. ☐ 1:30 p.m. | 26. COURTROOM | 27. COURTHOUSE LOCATION |
|---|---|---|---|

| 28. REASON FOR APPEARANCE: ☐ Testify as Witness  ☐ Bail Review Hearing  ☐ Other (Specify): | 29. CASE NUMBER APPEARING ON – |
|---|---|

30. DATE OF ORDER 11/4/21

31. DEPUTY CLERK

32.

**REMAND / REMOVAL ORDER**

CRIM 106 (Rev 04/15)  **DISTRIBUTION:** Original (White): Sheriff  4 Copies (Yellow): Case File(s)  1 Copy (Green): Courtroom
(Repl #CR-72, #CR-73 and #76C583 C138)

**Exhibit B - 70**

2:22-cv-02538-DMG-JEM   Document 23-2   Filed 05/06/22   Page 22 of 28   Page ID
#:203

# REMAND / REMOVAL ORDER INSTRUCTIONS (CRIM 106)

Some Remand / Removal Rules to Remember
REMAND: This section of the order will hold a defendant in custody until a Release or Commitment order is submitted, or bail is posted. The defendant will be brought to court on the date indicated.
REMOVAL: This section of the order will move the defendant from court to court and/or from court to court. It will not hold him/her in custody absent some other authority, e.g. a previous Remand issued for the same case number, a warrant, a hold, a PC 1275 hold, or State Prison hold, or other agency hold, etc.

## [STEP 1] INMATE & COURT INFORMATION - (Complete items 1 to 10)

1. **Amended / Supercedes Order Of (include date or previous order):** Check if charges/corrections are being made to previous Remand/Removal.
2. **Page ___ of ___:** Indicate the total number of custody paperwork prepared for this defendant today, and the number this Remand/Removal is in relation to the total, e.g. 1 of 1.
3. **Papers Only:** Check if the inmate is not present in the courthouse today.
4. **Court:** Enter the name of the court where the defendant is to appear.
5. **Inmate's Name:** Enter the name of the person you wish to Remand or Remove (Last, First, Middle).
6. **Booking #:** Enter LA County Jail booking number, if known and available, otherwise DOB is required. If defendant is being remanded for the first time, check "New Booking" and enter the DOB.
7. **DOB:** Enter the date of birth if booking number is entered, or if "New Booking" is checked.
8. **Booked as:** Enter the name under which the inmate is booked but only if different than "Inmate's Name".
9. **Courthouse Location:** Enter the specific courthouse location where the paperwork is being prepared, e.g. Inglewood, Torrance, Pomona North, Van Nuys, CAC, CJC, Airport, Metro, Downey etc. Do not use numeric districts alone, e.g. East, West, Northeast, etc.   Use the full court location name, or the designated abbreviation, as specified in the "List of Approved Court Location Names for Custody Papers".
10. **Court:** Enter the division or department where the paperwork is prepared, in a three-character format, e.g. 124, 003, SWF, etc.   Do not use TCIS dual designation codes.

## [STEP 2] REMAND ORDER - (Complete items 11 to 24) > > > > > GO TO STEP 2 OR 3, THEN GO TO STEP 4, < < < < <

to remand a defendant and remove him/her to court for hearing date.)

11. **Appearance Date:** Enter the next date the defendant is to be delivered to court.
12. **Time:** Check the box to indicate the time of day.
13. **Courthouse Location:** Enter the specific courthouse location where the defendant is to appear, e.g. East LA, Burbank, Santa Clarita, Long Beach, etc. Do not use generic districts alone, e.g. North, South, etc. Use the full court location name, or its designated abbreviation, as specified in the "List of Approved Court Location Names for Custody Paperwork".
14. **Defendant Referred to:** Check appropriate box if defendant is remanded and to be delivered temporarily to one of the following entities:
    • Dept of Corrections per PC 1203.03 (pre-sentence diagnostic report)
    • DJJ per WIC 707.2 (pre-sentence diagnostic report)
    • Dept 95 per PC 4011.6 for 72 hours (Psychiatric)
    • Dept 95 as NGI per PC 3051 for commitment to California Rehabilitation Center / Mental Competence per PC 1368.

15. **Juvenile Detention:** Check if defendant is under 18 years and need to be housed at Juvenile Hall.
16. **Housed at Juvenile Hall:** Check if defendant is under 18 years and if to be housed at Juvenile Hall
17. **Case Defendant Status:** Mark the appropriate box, and strike out language if necessary
    • Held to Answer
    • 3rd Strike Case
    • NGI Plea Entered
    • Prop 36 High Risk
    • Pro Per Granted / Revoked

18. **Other:** _____ Enter any additional orders here.

## [STEP 3] REMOVAL ORDER - (Complete items 25 to 30 to remove an inmate (witness or defendant) for an appearance in court. THIS SECTION WILL NOT HOLD AN INMATE IN CUSTODY.) > > > > > GO TO STEP 4, < < < < <

19. **Case #:** Enter the violation code and number (e.g. PC 211) of the first charge defendant is alleged to have committed. Degree is not necessary. Check box to indicate whether **Misdemeanor or Felony.**
20. **Case Number:** Enter the case number that the defendant is remanded on, including the defendant identifier, e.g. $0.100.00, $2.500, $2.000.000, etc.
21. **Case Further...Consolidated into:** Enter the Secondary case numbers that the defendant is in custody on that are consolidated into the Lead case number.
22. **Bail Amount:** Enter the amount of bail set by the Court, e.g. $10,000, $2,500, $2,000,000, etc.
23. **Bail Appear/Appearance On:** Check the appropriate box or enter the reason for the inmate's appearance.

24. **Appearance Date:** Enter the date the defendant or witness is to be delivered to court.
25. **Time:** Check the box to indicate the time of day.
26. **Courthouse Location:** Enter the division or department where the defendant or witness is to appear, in a three-character format, e.g. 001, SOC, 130, etc.   Do not use TCIS dual designation codes.
27. **Courthouse Location:** Enter the specific courthouse location where the defendant or its designated abbreviation, as specified in the "List of Approved Court Location Names for Custody Paperwork". Do not use generic districts alone, e.g. Whittier, Compton, Pomona-South, etc. Do not name generic districts alone, e.g. Southeast, South Central, Northwest, etc. Use the full court location name, or its designated abbreviation, as specified in the "List of Approved Court Location Names for Custody Paperwork". Do Not use TCIS dual designation codes.

28. **Reason for Appearance:** Check the appropriate box or enter the reason for the inmate's appearance.
29. **Case # Other Appearing On:** Enter the case number that the inmate will be appearing on.

## [STEP 4] DATE, SIGNATURE AND COURT SEAL - (Complete items 31 to 33) > > > > > GO TO STEP 4, < < < < <

30. **Date of Order:** Enter today's date.
31. **Deputy Clerk:** Sign the order.
32. **Court Seal:** Place the court seal on the order.

Distribute the order as indicated on the bottom of the form.

Bail Amount (Spelled Out): Enter the Line number that corresponds to the case listed above in which bail is set in the amount of $10,000 or more. Write out the amount of bail in words, e.g. TEN THOUSAND

Bail Further Appearance: ...
No Bail: Check if the Court orders "No Bail".
PC 1275 Bail Hold: Check if an order to hold bail per PC 1275 is placed, or lifted. Check which is appropriate.
Bail Reset: Check if the Court reduces or increases the bail amount for an in-custody defendant

(Rev 03/16)

Exhibit B - 71

M/B

SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES

1. ☐ Amended / Supersedes Order of (date) _____

**REMAND / REMOVAL ORDER**

2. Page ___ of ___
3. ☐ PAPERS ONLY

| 4. INMATE'S NAME (Last, First, Middle) SHANNON, DANIEL | 5. BOOKING NO. ☐ NEW BOOKING 6203305 | 6. DOB |
|---|---|---|
| 7. BOOKED AS | 8. COURTHOUSE LOCATION LAX | 9. COURTROOM W31 |

## REMAND ORDER (HOLDING ORDER FOR DEFENDANT ONLY)

TO THE LOS ANGELES COUNTY SHERIFF: The Court orders the defendant received and detained in your custody until the defendant is legally discharged or delivered as indicated below, or until further order of the Court:

| 10. APPEARANCE DATE * 9-2-21 | 11. TIME ☐ 8:30 a.m. ☐ 1:30 p.m. | 12. COURTROOM W83 | 13. COURTHOUSE LOCATION LAX |
|---|---|---|---|

✳ ALL REMANDS MUST HAVE AN APPEARANCE DATE.

14. ☐ DEFENDANT REFERRED TO: ☐ Dept. of Corrections per PC 1203.03  ☐ DJJ per WIC 707.2  ☐ Dept. 95 / mental competence per PC 1368
15. ☐ JUVENILE DETENTION: The Court finds the defendant's presence in the Juvenile Hall would endanger the public or staff, or be detrimental to other inmates. The Sheriff/Probation Dept. is to detain the juvenile pending his/her transfer to a state facility; or pending his/her removal to court, as specified.
16. ☐ The defendant is to be housed at Juvenile Hall pending further order of the Court.
17. CASE / DEFENDANT STATUS: ☑ Held to Answer  ☐ 3rd Strike Case  ☐ NGI Plea Entered  ☐ Prop 36-High Risk  ☐ Pro Per Granted / Revoked
18. ☐ OTHER _____
19. ☐ Case number(s) _____   **CONSOLIDATED** into Lead Case.
   number _____   See the Lead Case number for all further proceedings.

| LINE | 20. CASE NUMBER | 21. CHARGE | 22. BAIL AMOUNT ✳✳ |
|---|---|---|---|
| 1 | SA104786 – 01 | 368(B)(1) PC ☐ MISD ☑ FEL | $ 30,000  ☐ NO BAIL  ☐ PC 1275 Bail Hold Placed / Lifted  ☐ BAIL RESET |
| 2 | – | ☐ MISD ☐ FEL | $  ☐ NO BAIL  ☐ PC 1275 Bail Hold Placed / Lifted  ☐ BAIL RESET |
| 3 | – | ☐ MISD ☐ FEL | $  ☐ NO BAIL  ☐ PC 1275 Bail Hold Placed / Lifted  ☐ BAIL RESET |
| 4 | – | ☐ MISD ☐ FEL | $  ☐ NO BAIL  ☐ PC 1275 Bail Hold Placed / Lifted  ☐ BAIL RESET |
| 5 | – | ☐ MISD ☐ FEL | $  ☐ NO BAIL  ☐ PC 1275 Bail Hold Placed / Lifted  ☐ BAIL RESET |

✳✳ NOTE: If bail is $10,000 or more on any case, specify line number and write out amount in words below:

| Line | 23. BAIL AMOUNT (Spelled Out) | |
|---|---|---|
| 1 | Thirty Thousand Dollars | Dollars |
| | 8-19-21 | Dollars |
| | COMPUTER UPDATED | Dollars |
| | D. GALVAN 2021 | Dollars |
| | 499502 | Dollars |

## REMOVAL ORDER (NON-HOLDING ORDER FOR DEFENDANT / WITNESS - THIS IS NOT A REMAND)

TO THE LOS ANGELES COUNTY SHERIFF: Remove the inmate named above, a prisoner now confined in County Jail with the booking number indicated above, and bring him/her before the Court as follows:

| 24. APPEARANCE DATE | 25. TIME ☐ 8:30 a.m. ☐ 1:30 p.m. | 26. COURTROOM | 27. COURTHOUSE LOCATION |
|---|---|---|---|

| 28. REASON FOR APPEARANCE: ☐ Testify as Witness  ☐ Bail Review Hearing  ☐ Other (Specify): | 29. CASE NUMBER APPEARING ON – |
|---|---|

30. DATE OF ORDER  8-19-21

31. DEPUTY CLERK  Y. Hatcher

32.

**REMAND / REMOVAL ORDER**

CRIM 106 (Rev 04/15)  DISTRIBUTION: Original (White):Sheriff  4 Copies (Yellow): Case File(s)  1 Copy (Green): Courtroom
(Repl #CR-72, #CR-73 and #76C583 C138)

**Exhibit B - 72**

2:22-cv-02538-DMG-JEM  Document 23-2  Filed 05/06/22  Page 24 of 28  Page ID #:205

# REMAND / REMOVAL ORDER INSTRUCTIONS (CRIM 106)

**Some Remand / Removal Rules to Remember:**

REMAND: The order will hold a defendant in custody until a Release or Commitment is submitted, or bail is posted. The defendant will be brought to court on the date indicated.

REMOVAL: This section of the order will remove an inmate to court on the date indicated, but will not hold him/her in custody absent some other authority, e.g. a previous Remand issued for the same case.

**[STEP 1] INMATE'S & COURT INFORMATION (Complete items 1 to 10)**

1. **Page of:** Indicate the total number of custody paperwork prepared for the defendant today, and the number this Remand /Removal is in relation to the total, e.g. 1 of 1.
2. **Papers Only:** Check if the inmate is not present in the courthouse today.
3. **Inmate's Name:** Enter the name of the person you wish to Remand or Remove (Last, First, Middle).
4. **Booking No.:** LA County jail booking number is required. If known and available, otherwise DOB is required. If defendant is being remanded for the first time, check "New Booking."
5. **Courthouse Location:** Enter the specific courthouse location where the booking number is entered, or if "New Booking" is checked.
6. **DOB:** Enter the date of birth required if no booking number is entered.
7. **Booking Nos.:** Enter the name under which the inmate is booked if different than "Inmate's Name".
8. **Courthouse Location:** Enter the specific courthouse location where the paperwork is being prepared, e.g. Inglewood, Torrance, Pomona North, Van Nuys, CAC, CJC, Airport, Metro, Compton, etc. Do not use generic districts alone, e.g. East, West, Northeast, etc. Use the full court location name, or its designated abbreviation, as specified in the "List of Approved Court Location Names for Custody Paperwork."
9. **Courtroom:** Enter the division or department where the paperwork is prepared in a three-character format, e.g. 124, 003, SVF, etc. Do not use TCIS dual designation codes.

**[STEP 2] REMAND ORDER. (Complete items 11 to 24 to remand a defendant and remove him/her to court for hearing date.)** > > > > GO TO STEP 2 OR 3, THEN GO TO STEP 4. ^ ^ ^ ^ ^ ^

10. **Appearance Date:** Enter the next date the defendant is to be delivered to court.
11. **Time:** Indicate the time of day.
12. **Courtroom:** Enter the division or department where the defendant is to appear, in a three-character format, e.g. 050, 003, EAS, etc. Do not use TCIS dual designation codes.
13. **Courthouse Location:** Enter the specific courthouse location where the defendant is to appear, e.g. East LA, Burbank, Santa Clarita, Long Beach, etc. Do not use generic districts alone, e.g. North, South, etc. Use the full court location name, or its designated abbreviation, as specified in the "List of Approved Court Location Names for Custody Paperwork."
14. **Defendant Referred to:** Check appropriate box if defendant is remanded and to be delivered temporarily to one of the following entities:
    - Dept. of Corrections per PC 1203.03 (pre-sentence diagnostic report)
    - DJJ per WIC 707.2 (pre-sentence diagnostic report)
    - Dept 95 as NGI per WIC 1026 for commitment to California Rehabilitation Center / Mental Competence per PC1368
15. **Juvenile Detention:** Check if defendant is under 18 years and is not to be housed at Juvenile Hall.
16. **House at Juvenile Hall:** Check if defendant is under 18 years and to remain housed at Juvenile Hall.
17. **Case Defendant Status:** Mark the appropriate box, and strike out language if necessary.
    - Held to Answer
    - NGI Plea Entered
    - 3rd Strike Case
    - Prop 36 High Risk
    - Pro Per Granted / Revoked

18. **Other:** Specify any additional orders here.
19. **Consolidated into:** Enter the case number that all the Secondary case numbers that the defendant is in custody on that are consolidated into, and that should be referred to for all further proceedings.
20. **Case Number:** Enter the case number that the defendant is remanded on, including the defendant identifier.
21. **Lead File Number:** Enter the case number or other case numbers that the Secondary case numbers that the defendant is in custody on or that are consolidated into the Lead case number.
22. **Bail Amount:** Enter the amount of bail set by the Court, e.g. $10,000, $2,500, $2,000,000, etc.
    - **No Bail:** Check if the Court orders "No Bail" on this case.
    - **PC 1275 Bail Hold:** Check if an order to hold bail per PC 1275 is placed on or lifted. Check which is appropriate.
    - **Bail Reset:** Check if the Court reduces or increases the bail amount for an in-custody defendant.
23. **Bail Amount (Spelled Out):** Enter the Line number that corresponds to this case listed above in which bail is set in the amount of $10,000 or more. Write out the amount of bail in words, e.g. TEN THOUSAND.

**[STEP 3] REMOVAL ORDER (Complete items 25 to 30 to remove an inmate (witness or defendant) for an appearance in court. THIS SECTION WILL NOT HOLD AN INMATE IN CUSTODY)** > > > > > GO TO STEP 4. ^ ^ ^ ^ ^

24. **Appearance Date:** Enter the date the defendant or witness is to be delivered to court.
25. **Time:** Indicate the time of day.
26. **Courtroom:** Enter the division or department where the defendant or witness is to appear, in a three-character format, e.g. 001, SOC, 130, etc. Do not use TCIS dual designation codes.
27. **Courthouse Location:** Enter the specific courthouse location where the defendant or witness is to appear, e.g. Whittier, Compton, Pomona South, etc. Do not use generic districts alone, e.g. South, North, etc. Use the full court location name, or its designated abbreviation, as specified in the "List of Approved Court Location Names for Custody Paperwork." Do Not use TCIS dual designation codes.
28. **Reason or Appearance:** Check the appropriate box or enter the reason for the inmate's appearance.
29. **Case Number Appearing On:** Enter the case number that the inmate will be appearing on.

**[STEP 4] DATE, SIGNATURE AND COURT SEAL. (Complete items 31 to 33)** > > > > GO TO STEP 4. ^ ^ ^ ^ ^

30. **Date of Order:** Enter today's date.
31. **Deputy Clerk:** Sign the order.
32. **Court Seal:** Place the court seal on the order.

Distribute the order as indicated on the bottom of the form.

(Rev 12/19)

**Exhibit B - 73**

SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES

1. ☐ Amended / Supersedes Order of (date) _____

**REMAND / REMOVAL ORDER**

2. **Page** 1 of 1
3. ☐ PAPERS ONLY

| 4. INMATE'S NAME (Last, First, Middle) | 5. BOOKING NO. | 6. DOB |
|---|---|---|
| *Shannon, Daniel* | ☐ NEW BOOKING  *6 20 3305* | ▓▓▓ |
| 7. BOOKED AS | 8. COURTHOUSE LOCATION  *Airport* | 9. COURTROOM  *W30* |

## REMAND ORDER (HOLDING ORDER FOR DEFENDANT ONLY)

TO THE LOS ANGELES COUNTY SHERIFF: The Court orders the defendant received and detained in your custody until the defendant is legally discharged or delivered as indicated above, or until further order of the Court:

| 10. APPEARANCE DATE *  *7-22-21* | 11. TIME ☑ 8:30 a.m.  ☐ 1:30 p.m. | 12. COURTROOM  *W31* | 13. COURTHOUSE LOCATION  *Airport* |
|---|---|---|---|

* ALL REMANDS MUST HAVE AN APPEARANCE DATE.

14. ☐ **DEFENDANT REFERRED TO:** ☐ Dept. of Corrections per PC 1203.03  ☐ DJJ per WIC 707.2  ☐ Dept. 95 / mental competence per PC 1368
15. ☐ **JUVENILE DETENTION:** The Court finds the defendant's presence in the Juvenile Hall would endanger the public or staff, or be detrimental to other inmates. The Sheriff/Probation Dept. is to detain the juvenile pending his/her transfer to a state facility, or pending his/her removal to court, as specified.
16. ☐ The defendant is **to be housed at Juvenile Hall** pending further order of the Court.
17. **CASE / DEFENDANT STATUS:** ☐ Held to Answer  ☐ 3rd Strike Case  ☐ NGI Plea Entered  ☐ Prop 36-High Risk  ☐ Pro Per Granted / Revoked
18. ☐ **OTHER** _____
19. ☐ Case number(s) _____  **CONSOLIDATED** into Lead Case.
number _____  See the Lead Case number for all further proceedings.

| LINE | 20. CASE NUMBER | 21. CHARGE | 22. BAIL AMOUNT ** |
|---|---|---|---|
| 1 | *SA104786 - 01* | *368(b)(1)pc*  ☐ MISD ☑ FEL | $ *30,000*  ☐ NO BAIL  ☐ PC 1275 Bail Hold Placed / Lifted  ☐ BAIL RESET |
| 2 | — | ☐ MISD ☐ FEL | $  ☐ NO BAIL  ☐ PC 1275 Bail Hold Placed / Lifted  ☐ BAIL RESET |
| 3 | — | ☐ MISD ☐ FEL | $  ☐ NO BAIL  ☐ PC 1275 Bail Hold Placed / Lifted  ☐ BAIL RESET |
| 4 | — | ☐ MISD ☐ FEL | $  ☐ NO BAIL  ☐ PC 1275 Bail Hold Placed / Lifted  ☐ BAIL RESET |
| 5 | — | ☐ MISD ☐ FEL | $  ☐ NO BAIL  ☐ PC 1275 Bail Hold Placed / Lifted  ☐ BAIL RESET |

** NOTE: If bail is $10,000 or more on any case, specify line number and write out amount in words below:

| Line | 23. BAIL AMOUNT (Spelled Out) | |
|---|---|---|
| *1* | *Thirty Thousand Dollars* | Dollars |
|  |  | Dollars |
|  |  | Dollars |
|  |  | Dollars |
|  |  | Dollars |

## REMOVAL ORDER (NON-HOLDING ORDER FOR DEFENDANT / WITNESS - THIS IS NOT A REMAND)

TO THE LOS ANGELES COUNTY SHERIFF: Remove the inmate named above, a prisoner now confined in County Jail with the booking number indicated above, and bring him/her before the Court as follows:

| 24. APPEARANCE DATE | 25. TIME ☐ 8:30 a.m.  ☐ 1:30 p.m. | 26. COURTROOM | 27. COURTHOUSE LOCATION |
|---|---|---|---|

| 28. REASON FOR APPEARANCE:  ☐ Testify as Witness  ☐ Bail Review Hearing  ☐ Other (Specify): | 29. CASE NUMBER APPEARING ON  — |
|---|---|

30. DATE OF ORDER  *6-28-21*       31. DEPUTY CLERK  *S. Endley*       32.

**REMAND / REMOVAL ORDER**

CRIM 106 (Rev 04/15)  **DISTRIBUTION:** Original (White):Sheriff   4 Copies (Yellow): Case File(s)  1 Copy (Green): Courtroom
(Repl #CR-72, #CR-73 and #76C583 C138)

**Exhibit B - 74**

# REMAND / REMOVAL ORDER INSTRUCTIONS (CRIM 106)

Some Remand Removal Rules to Remember:

**REMAND** - This section of the order will hold a defendant in custody until a Release or Commitment is submitted, or bail is posted. The defendant will be brought to court on the date indicated.

**REMOVAL** - This section of the order will remove an inmate to court on the date indicated. You will not hold him/her in custody absent some other authority, e.g. a previous Remand issued for the same case (remand, a warrant hold, parole hold, State Prison hold, or other agency Hold, etc.)

**[STEP 1] INMATE & COURT INFORMATION** - *(Complete items 1 to 10)*

1. Amended / Supersedes Order OR (include date of previous order): Check if changes/instructions are being made to previous Remand/Removal.
2. Pages: Indicate the total number of custody paperwork packets prepared for this defendant today, and the number of this Remand/Removal is in relation to the total, e.g. 1 of 1.
3. Pages Only: Check if the inmate is not present in the courthouse today.
4. Inmate's Name: Enter the name of the person you wish to Remand or Remove (Last, First, Middle).
5. Booking No.: LA County Jail booking number is required. If known and available, otherwise DOB is required.
6. DOB: Date of birth is required if no booking number is entered, or if "New Booking" is checked.
7. New Booking: Check if a defendant is booked but only if different than "Inmate's Name".
8. Court Location: Enter the specific courthouse location where the paperwork is being prepared, e.g. Inglewood, Torrance, Pomona North, Van Nuys, CJC, CJC, Airport, Metro, Downey, etc. Do not use generic districts alone, e.g. East, West, Northeast, etc. Use the full court location name, or the designated abbreviation, as specified in the "List of Approved Court Location Names for Custody Paperwork."
9. Courtroom: Enter the division or department where the paperwork is prepared, in a three-character format, e.g. 124, 003, SWF, etc. Do not use TCIS dual designation codes.

**[STEP 2] REMAND ORDER** - *(Complete items 11 to 24 to remand a defendant and remove him/her to court for hearing date.)*  > > > > > GO TO STEP 2 OR 3, THEN GO TO STEP 4. ˅ ˅ ˅ ˅ ˅

10. Appearance Date: Enter the next court date the defendant is to be delivered to court.
11. Time: Indicate the time of day.
12. Court Location: Enter the division or department where the defendant is to appear, in a three-character format, e.g. 050, 003, EAS, etc. Do not use TCIS dual designation codes.
13. Courtroom: Enter the specific courthouse location where the defendant is to appear, e.g. East LA, Burbank, Santa Clarita, Long Beach, etc. Do not name generic districts alone, e.g. North, South, West, etc. Use the full court location name, or the designated abbreviation, as specified in the "List of Approved Court Location Names for Custody Paperwork."
14. Referred to: Check appropriate box if defendant is remanded and to be delivered temporarily to one of the following entities:
    - Dept of Corrections (DJJ)
    - DJJ per WIC 707.2 (pre-sentence diagnostic report)
    - Dmit 95 as NDA per WIC 3051 for commitment to California Rehabilitation Center / Mental Competence per PC1368
15. Juvenile Detention: Check if defendant is under 18 years and is not to be housed at Juvenile Hall.
16. House in Juvenile Hall: Check if defendant is under 18 years and to remain housed at Juvenile Hall.
17. Case Defendant Status: Mark the appropriate box, and strike out language if necessary
    - Held to Answer
    - 3rd Strike Case
    - NGI Plea Entered
    - Prop 36 High Risk
    - Pro Per Granted / Revoked

18. Other. Enter any additional orders here.
19. Case Number — Consolidated into: Enter the Secondary case numbers that the defendant is in custody on or that are consolidated into the Lead case number.
20. Case Number — Consolidated into: Enter the case number that all Secondary cases were consolidated into, and should be referred to for all further proceedings.
21. Lead File Number: Enter the case number that the defendant is remanded on, including the defendant identifier.
22. Charge: Enter the violation code and number (e.g. PC 211) of the first charge defendant is alleged to have committed. Degree is not necessary. Check box to indicate whether **Misdemeanor or Felony.**
23. Bail Amount: Enter the amount of bail set by the Court, e.g. $10,000; $2,500; $2,000,000, etc.
    - No Bail: Check if the Court orders "No Bail"
    - PC 1275 Bail Hold: Check if in order to hold bail per PC 1275 is placed or lifted. Check which is appropriate.
    - Bail Reset: Check if the Court reduces or increases the bail amount for an in custody defendant
24. Bail Amount (Spelled Out): Enter the Line number that corresponds to the case listed above in which bail is set in the amount of $10,000 or more. Write out the amount of bail in words, e.g. TEN THOUSAND

**[STEP 3] REMOVAL ORDER** - *(Complete items 25 to 30 to remove an inmate (witness or defendant) for an appearance in court. THIS SECTION WILL NOT HOLD AN INMATE IN CUSTODY.)*  > > > > > GO TO STEP 4. ˅ ˅ ˅ ˅ ˅

25. Appearance Date: Enter the date the defendant or witness is to be delivered to court.
26. Time: Indicate the time of day.
27. Courtroom: Enter the division or department where the defendant or witness is to appear, in a three character format, e.g. 001, SOC, 130, etc. Do not use TCIS dual designation codes.
28. Court Location: Enter the specific courthouse location where the defendant or witness is to appear, e.g. Whittier, Compton, Pomona-South, etc. Do not name generic districts alone, e.g. South, Central, Northwest, etc. Use the full court location name, or its designated abbreviation, as specified in the "List of Approved Court Location Names for Custody Paperwork." Do Not use generic judicial district codes.
29. Reason for Appearance: Check the appropriate box or enter the reason for the inmate's appearance.
30. Case Number Appearing On: Enter the case number that the inmate will be appearing on.

**[STEP 4] DATE, SIGNATURE AND COURT SEAL** - *(Complete items 31 to 33)*  > > > > > GO TO STEP 4. ˅ ˅ ˅ ˅ ˅

31. Date: Enter today's date.
32. Judge: Sign the order
33. Court: Place the court seal on the order.

Distribute the order as indicated on the bottom of the form.

(Rev 04/15)

**Exhibit B - 75**

```
*****************************************************************************
*****                COURT TRANSPORTATION AREA BROADCAST MESSAGE        *****


ATTN JAILER:     ** O R D E R   T O   T R A N S P O R T **

THIS IS YOUR AUTHORITY TO TRANSPORT THE FOLLOWING DEFENDANT TO
COURT FOR ARRAIGNMENT:

DEFT: SHANNON, DANIEL
BKG#: 6203305
ORIG BKG CHARGE: 368(B)(1)PC
DISPO: PRESENT TO DA OFFICE FOR REVIEW
BAIL $: 50000
COURT: LAX COURT W30
DAY: MONDAY      DATE: 062821   TIME: 0830
REFER: CHO              DIV: WLA              PHONE: ██████████
ADDL INFO:
CAPD LOS ANGELES POLICE DEPARTMENT


*****        END OF COURT TRANSPORATION AREA BROADCAST MESSAGE         *****
*****************************************************************************


COURT TRANSPORTATION BROADCAST SENT AT 06:07:19, 06/28/21
  SYSTEM MESSAGE NUMBER  A0300012C

OUTPUT MSG 002,      FROM A757        06/28/2021 06:07
```

**Exhibit B - 76**

2021 JUN 28  PM 6:53