# Exhibit C



**W.P.C.**

Quality Control

RELEASED BY | AUTHORIZED B

REASON FOR RELEASE

SOI8 12-11-21
M82 12-20-21

COMMENTS

BY
BY
BY
BY

HOLDS

**MUNOZ,  MARK**

| Sex: | Race: | Eyes: | Hair: | HGT: | WGT: |
| Birthplace: | | Birthdate: | | Arr. Age: |
| Agency: 4205 | Arr. Date: 10/13/2021 15:0 | | Bkg. Date: 10/13/2021 20:51 |

Case: 9999999999            Charge: 451(D)PC
ARSON OF PROPERTY
Proposed I/M location at jacket creation time: 1-IRC1

626 2 398

**Exhibit C - 78**



Exhibit C - 79

**LOS ANGELES COUNTY BOOKING AND PROPERTY RECORD**

SUSPECT PHOTO

| BOOKING No. | LOCAL AGENCY No. | | | |
|---|---|---|---|---|
| 6262398 | | | | |

| MAIN No. | SID. / CII. No. | FBI No. | ARN No. | DL LIC No. / STATE |
|---|---|---|---|---|
| | | | | |

ARRESTEE'S NAME (LAST, FIRST, MIDDLE): MUNOZ, MARK ANTHONY

HOME PHONE:

DNA STATUS:

ADDRESS, CITY, STATE, ZIP:

DNA COLLECTED BY:

| SEX | DESCENT | HAIR | EYES | HEIGHT | WEIGHT | BIRTHDATE | AGE |
|---|---|---|---|---|---|---|---|
| ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ |

DATE DNA COLLECTED:

| VEH. LIC. No.  ST. | RPT DIST | AKA/NICKNAME |
|---|---|---|
| | | |

| BIRTHPLACE | CITIZENSHIP | ARR. AGY. / DETAIL | MONIKER | AD CHG | LIVESCAN OPERATOR(S) |
|---|---|---|---|---|---|
| ▮ | ▮ | 4205 | | NO | |

1942

| FILE No. | DATE & TIME ARRESTED | TIME BKD |
|---|---|---|
| 0000000000 | 10-13-2021   1500 | 2051 |

15 / 0.45

LOCATION OF ARREST: 1741 E COLON ST

TOTAL BAIL: 50000

CHARGE: 451(D)PC (F) ARSON OF PROPERTY

WARR /COMM No:

| JAIL LOC | ARRAIGNMENT DATE | TIME | COURT | PRISONER'S SIGNATURE WHEN BOOKED |
|---|---|---|---|---|
| 4212 | | | | X Mark muy |

SOC SEC No.:

OCCUPATION:

OBSERVABLE PHYSICAL ODDITIES:

EMPLOYER (FIRM OR PERSON'S NAME, CITY & PHONE No.):

SPECIAL MEDICAL PROBLEMS:

CLOTHING WORN:

LOCATION OR DISPOSITION OF VEHICLE:

IN CASE OF EMERGENCY NOTIFY (NAME, RELATIONSHIP, ADDRESS, CITY & PHONE):

| ARRESTING OFFICER | BOOKING EMPLOYEE | SEARCHING OFFICER | TRANSPORTING OFFICER |
|---|---|---|---|
| ▮ | ▮ | | |

| CASH RETAINED | PROPERTY |
|---|---|
| | |

PRISONER'S SIGNATURE FOR RECEIPT OF FOREGOING CASH & PROPERTY

Mark muy

| CASH DEPOSITED | PROPERTY |
|---|---|
| | |

PRISONER'S SIGNATURE FOR RECEIPT OF REMAINING CASH & PROPERTY

2044 22:02:21

| RIGHT FOUR IN | RIGHT THUMB IN | RIGHT THUMB OUT | RIGHT FOUR OUT |
|---|---|---|---|

Exhibit C - 80

| ADDITIONAL CHARGE | | WARRANT NUMBER | ARRIGN DATE | TIME | COURT |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

**TELEPHONE CALLS**

INTERVIEWS - Code: A = ATTY, B = BONDSMAN, D = DOCTOR, E = EMPLOYER, R = RELATIVE, W = WAIVED, O = OTHER

| NAME | CODE | PHONE# OR INTERVIEWER | DATE & TIME MADE | OFFICER HANDLING SERIAL # | PRISONER'S INTIIALS |
|---|---|---|---|---|---|
| BAIL DEVIATION (800) 773-5151 | O | (213) 351-0311 | | | |
| | | | | | |
| | | | | | |
| | | | | | |

REMARKS                                      X COMPLETED

| Misdemeanor hold: | REASON FOR RELEASE ___ EXPIRATION ___ FINE ___ CITATION ___ BAIL ___ OTHER |
|---|---|
| ____ NO IDENTIFICATION | RECEIPT #                         DATE AND TIME |
| ____ WARRANT | |
| ____ ON GOING PROBLEM | RELEASED BY                       DOCUMENT ANALYST |
| ____ NON-CITABLE MISDEMEANOR | |
| ____ OTHER _____ | RELEASED TO (NAME, AGENCY & DETAIL) |
| APPROVED BY | |
| WATCH COMMANDER: | |

RECORD OF PROPERTY TRANSACTIONS          CODE: A = ADD   W = WITHDRAW   I = INSPECT   E = REMOVE FOR EVIDENCE

| NAME OF PERSON ADDING, WITHDRAWING OR INSPECTING | OFFICER HANDLING SERIAL # | PRISONER'S SIGNATURE AUTHORIZING WITHDRAW | CODE | DESCRIPTION OF PROPERTY | DATE AND TIME |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

| OFFICER MAKING FINAL RELEASE | DATE AND TIME | I DO HEREBY ACKNOWLEDGE RECEIPT OF ALL MY REMAINING PROPERTY |
|---|---|---|
| | | SIGNATURE |

| CA DMV IMAGES | BOOKING IMAGES |
|---|---|



**Exhibit C - 81**

# JAIL CUSTODY RECORD

BOOKING NO. 6262398 | U.O. | LOC.BKD. 4212 | DR. LIC. NO. NONE | STATE MT Y

ARRESTEE'S LAST NAME MUNOZ | FIRST MARK | MIDDLE ANTHONY | SUF.

ADDRESS [redacted] APT NO.

CITY [redacted] STATE [redacted]

SEX [redacted] DESCENT [redacted] HAIR [redacted] EYES [redacted] HEIGHT [redacted] WEIGHT [redacted] BIRTHDATE [redacted] AGE [redacted]

VEHICLE LIC. NO. | STATE | R.D. 0519 | AKA: LAST - FIRST - OR NICKNAME

BIRTHPLACE [redacted] | PROB. INV. UNIT 99 | JUV. DETAINED AT | AD. CHG N

DIVISION 4205 | DETAIL ARRESTING A | DATE ARRESTED 101321 | TIME ARR. 1500 | TIME BKD. 2051

LOCATION OF ARREST 1741 E COLON ST | BAIL 50000 | TOTAL BAIL 50000

TYP. F | CHARGE & CODE 451(D)PC | DEFINITION ARSON OF PROPRTY | WARRANT NO.

ADDITIONAL CHARGES (ON ADDL. WARRS. LIST NO., COURT, AND BAIL, INCL. P.A.)

DR | LA
J | CII
MAIN | FBI
CDC # PCD YES | PROBATION #
A.I. | CWWS | WARR | AJIS | RLSE | PAC | AWDI

DNA ON FILE

FINGERPRINTED BY (NAME, SERIAL #) VEEA N5972 | PHOTOGRAPHED BY (NAME, SERIAL #)

REASON FOR O.R. NON-RELEASE | OFFICER MAKING DETERMINATION (NAME, SERIAL #)

SOCIAL SECURITY NO. [redacted]

ARRAIGN. DATE | TIME | COURT | LOCATION CRIME COMMITTED SAA | R.D. SAME | RESIDENCE PHONE NO.

EMPLOYER/SCHOOL [redacted]

OCCUPATION/GRADE [redacted] | PHY. ODD. N/V

CLOTHING WORN [redacted] | EXACT LOCATION / DISPOSITION ARRESTEE'S VEHICLE PED

IN CASE OF EMERGENCY, NOTIFY [redacted] | HAS HEPATITIS [redacted] | HAS V.D. [redacted] | HAS OR EVER HAD T.B. [redacted] | OTHER [redacted] | SPECIAL MEDICAL PROBLEMS [redacted]

ARRESTING OFFICER [redacted] | SERIAL NO. [redacted] | SERIAL # OFCR. CHECKING CWWS [redacted] | BOOKING EMPLOYEE [redacted] | SERIAL NO. [redacted] | PROP. BAG # 04268608 | RETAINED $ NONE | CASH | DEPOSITED $ 0.45

SEARCHING OFFICER [redacted] | SERIAL NO. [redacted] | 2ND ARR. OFCR. [redacted] | TRANSPORTING OFFICER [redacted] | SERIAL NO. [redacted] | EC/IR READING | SUPV. APPROVING BKG SER # [redacted]

PROPERTY

EXCESS SLIP,(1)PLASCTIC NCKLC,(2)YM BRCLTS,(1)PLASTIC BRCLT,(1)GRY MTL NCKLC,(4) PAIR ERNGS,(2)PLSTC BRCLTS,(2)YM BRCLTS,(3)MTL ERNGS,(2)YLE BRCLT( 1)BLU NCKLC,(1)BLK NCKLC,(20BRLCT.INC#211013002968,PIN#896910111

FOLD HERE

PHONE CALLS/INTERVIEWS CODE: A - ATTY D - DR. E - EMPL. R - RELATIVE W - WAIVED O - OTHER

| NAME | CODE | PHONE # OR IF INTERV. | DATE AND TIME MADE | COMPLETED CALL X | OFFICER HANDLING SERIAL NO. | PRISONER'S INITIALS |
|---|---|---|---|---|---|---|
| | | | | | | |
| | | | | | | |

REMARKS: (INCL. SPECIAL MEDICAL PROBLEM, ATTITUDE)

PERSONS RECEIVING PROPERTY | LAPD OFCR. RELEASING PROPERTY

Pursuant to Penal Code Section 4030, I understand that I have the right to be segregated from the general jail population for three hours from time of my arrest. I hereby waive that right.

X

WHEN BOOKED | RIGHT FINGERPRINTS | WHEN RELEASED

[redacted]

WHEN BOOKED | RIGHT THUMB | WHEN RELEASED

[redacted]

REASON FOR RELEASE ☐ EXPIRATION ☐ FINE ☐ CITATION ☐ BAIL ☐ OTHER

SUPV. APPROVING O.R. RELEASE

DATE AND TIME RELEASED

RELEASED BY | JAILER ID'ING FINGERPRINTS

RELEASED TO (NAME, AGENCY AND DETAIL)

2021 OCT 15 PM 6:51

Exhibit C - 83

TO/pd77s-102@lafis.org/
Message received on Oct 14, 2021 07:15:23

6262398,        ,      ,   
CPPROD
\* \* \* \*
LIVE SCAN TRANSACTION AGENCY NOTIFICATION
\* \* \* \*

THE FOLLOWING INFORMATION IS IN RESPONSE TO YOUR LIVE SCAN TRANSMISSION
REGARDING SUBJECT/MUNOZ,MARK ANTHONY, DOB/     ,
BOOKING AGENCY,      , BOOKING NUMBER/6262398, MAIN NUMBER,    SCN,    .

YOUR SUBJECT HAS BEEN IDENTIFIED BY FINGERPRINTS AS NAM/MUNOZ,MARK ANTHONY
DOB/    CII/    .

\*\* DO NOT COLLECT DNA SAMPLE TYPED ANALYZED
\*\* PALM PRINTS AVAILABLE
\*\* III CALIFORNIA ONLY SOURCE RECORD
FBI,    
CII,    
DOB/    SEX/  RAC/    
HGT/  WGT/  EYE/  HAI/  POB,  
NAM/01 MUNOZ,MARK ANTHONY
AKA/02 MUNOZ,MARK ANNTHONY
AKA/03 MUNOZ,MARK
AKA/04 MUNOZ,MRK ANTHONY
CDL/      
SOC/      
INN/        

\* \* \* \* \* \* \* \* \* END OF DOJ MESSAGE \* \* \* \* \* \* \* \* \*

NTCN:    
LTCN:    
SCN:    
TOT: CRM
BKG: 6262398
MAIN:    
SID:    
FBI:    

\* \* \* \* \* \* \* \* \* \* END OF LACRIS MESSAGE \* \* \* \* \* \* \* \* \* \* \* \*

Exhibit C - 84

2021 OCT 15 PM 6:52

Exhibit C - 85

**LOS ANGELES COUNTY**
**CONSOLIDATED CRIMINAL HISTORY REPORTING SYSTEM**  **DNA**ON FILE
Date: 10/14/2021

Page 1
Time: 05:56

CRIMINAL HISTORY TRANSCRIPT FOR OFFICE USE ONLY - UNAUTHORIZED USE IS A CRIMINAL OFFENSE
*INFORMATION FINGERPRINT VERIFIED UNLESS OTHERWISE NOTED BY AN ASTERISK(\*)*

*Do not use for employment, licensing, or certification purposes. CCHRS information must be*
*confirmed and/or verified with the originating agency prior to taking any law enforcement action.*

**Key Name:**(3) MUNOZ, MARK ANTHONY | | **Date Name First Used:** 10/14/2021
**SID/CII** ▮▮▮ | **MAIN** ▮▮▮ | **FBI** ▮▮▮ | **ARN:**

**Requested By:** ▮▮▮ | **ACHS Data Included:** YES

**Agency:** ▮▮▮
LAPD - JAIL DIVISION | **Multi-Source Record:** NO

**Reason:** DNA

**Search Criteria:** Search Type:Other
ID; Specific
Record:BKGRecord
ID:6262398



*DEPT. OF JUSTICE AND DMV MAY HAVE ADDITIONAL INFORMATION*

## SUMMARY

| **Bookings** | | **Convictions** | | **Juvenile** | | **Warrants** | | **Probations** | | **ICE** | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Felony: | 19 | Felony: | 4 | Sustained: | 0 | Bench: | 11 *2 | Open: | 0 | Deport: | 0 |
| Misd: | 10 | Misd: | 8 | Dismissed: | 0 | Arrest: | 4 | Expired: | 8 | Removal: | 0 |
| | | | | | | Infract.(FTA) | 0 | | | Illegal Entry: | 0 |

## LATEST INFORMATION

### ALERTS
Custody | Special Handling

**Latest Name:** MUNOZ, MARK | **Date Name Last Used:** 10/13/2021

| **Sex** | **Race** | | **Hair** | **Eyes** | **Hgt** | **Wgt** | **DOB** | **Updated** |
|---|---|---|---|---|---|---|---|---|
| ▮ | ▮▮ | | ▮▮ | ▮▮ | ▮ | ▮ | ▮▮ | 10/14/2021 |
| | **Latest Address:** | ▮▮▮ | | | | | | 10/13/2021 |

| **Type** | **Start Date** | **End Date** | **Charge/Description** | | **Case Number** | **Updated** |
|---|---|---|---|---|---|---|

| **Registration** | **Reg Number** | **Location** | **Reg Date** |
|---|---|---|---|
| NARCO REGISTRATION 11352(A)HS | ▮▮ | Check VCIN for Reg Status | 06/15/1994 |
| DNAO/XSONA06573101 PRCS ACTIVE 08/01/19 TO 11/01/23 | CT ORDER | | 06/28/2005 08/01/2019 |
| DNA TYPED &amp; UPLOADED | ▮▮ | | 01/01/0001 |
| PALM PRINT ON FILE | ▮▮ | | 01/01/0001 |

Â© Copyright 1996, County of Los Angeles

**Exhibit C - 86**

2021 OCT 15 PM 6:51

Exhibit C - 87

Los Angeles Police Department
## BOOKING APPROVAL

BKG.# 6262398

| SEE DISTRIBUTION AT BOTTOM FOR NUMBER OF COPIES REQUIRED. | DATE & TIME OF ARREST 10-13-2021   3:00 P.M. | DATE AND TIME OF INSPECTION/INTERVIEW BY WATCH COMMANDER (LAPD MANUAL 4/216)   1730 |
|---|---|---|

ARRESTEE'S NAME (Last, First, Middle)
Munoz, Mark Anthony

| ARRESTING OFFICER(S) OR ☐ PRIVATE PERSON'S ARREST (Last and First Name) | SERIAL NO.(S) | DIVISION | DETAIL |
|---|---|---|---|
| ▓▓▓ | ▓▓▓ | Harbor | 5A15 |

ACTION ADVISED:

☑ Booking Charge   451 (D) PC- Arson of property                    BASIC CHARGE:   $   50000
                  (As appears on AJIS Charge Table)

☐ Additional charges                                              ADD'L CHARGES:   $ _____

☐ Enhancements (Attach Felony Bail Computation Worksheet, Form CRIM-208)   ENHANCEMENTS:   $ _____

☐ Advise arrestee of immediate cash bailout right (if two or fewer warrants for parking offense or traffic infraction)

☐ Release without booking   ☐ Phone call made   ☐ Phone calls refused by arrestee   TOTAL BAIL:   $   50000

1. EVIDENCE TO BE BOOKED  2. SUGGESTIONS FOR CONTENTS OF REPORTS  3. VISITATION RESTRICTION   RESPONSIBLE INVEST. UNIT

99

| PAROLE/PROBATION AGENT | PHONE NO. | TIME TELEPHONIC HOLD PLACED |
|---|---|---|

REASON FOR SEARCH:

☐ Offense involves a controlled substance.

☐ Articulable and reasonable suspicion that the arrestee is concealing contraband or weapons, regardless of the offense (Explain reasonable suspicion). _____

TYPE OF SEARCH AUTHORIZED:                          WATCH COMMANDER APPROVING SEARCH   SERIAL NO.
☐ STRIP            ☐ PHYSICAL BODY CAVITY*          (if different than booking)
☐ VISUAL BODY CAVITY   *Note: Search warrant required.   WARRANT NO.:

| DATE & TIME OF SEARCH 10-13-21  2:30 | LOCATION SEARCH CONDUCTED 777TH JAIL | SEARCHING EMPLOYEE ▓▓▓ | SERIAL NO. ▓▓▓ | DIVISION ▓▓▓ | SEX ▓▓▓ |
|---|---|---|---|---|---|

RESULTS OF SEARCH (List items and locations removed from:
NEG

| ADVISING INVESTIGATIVE SUPERVISOR (signature) LAFD ARSON INV. | ☐ Telephonic Advice | SERIAL NO. ▓▓▓ | DIVISION ARSON | RAP SHEET REVIEWED? YES ☐ NO ☑ NONE ☐ |
|---|---|---|---|---|

MISDEMEANOR ARRESTS: The watch commander shall complete the Conditions for Non-Eligibility for Release at the time of booking approval (Manual Sections 4/216.65, 216.67).

### CONDITIONS FOR NON-ELIGIBILITY FOR RELEASE

1. The person arrested is so intoxicated that he or she could be a danger to himself or herself or others.
2. The person arrested requires medical examination or medical care or is otherwise unable to care for his or her own safety.
3. The person is arrested for one or more of the offenses listed in Section 40302 or 40303 of the Vehicle Code.  (EXCEPTION – DUI ARRESTEES MAY BE RELEASED AFTER BOOKING, IF OTHERWISE ELIGIBLE.)
4. There are one or more outstanding felony arrest warrants for the person.
5. The person has one or more outstanding misdemeanor arrest warrants ineligible for release under Section 827.1 of the Penal Code (Manual Section 4/216.67).
6. The person cannot provide satisfactory evidence of personal identification.
7. The prosecution of the offense or offenses for which the person is arrested or the prosecution of any other offense or offenses would be jeopardized by immediate release of the person arrested.
8. There is a reasonable likelihood that the offense or offenses will continue or resume, or that the safety of persons or property will be imminently endangered by release of the person arrested.
9. The person arrested demands to be taken before a magistrate or refused to sign the notice to appear.
10. There is reason to believe that the person arrested would not appear at the time/place specified in the notice.

| AREA WATCH COMMANDER APPROVING BOOKING/O.R./STRIP ▓▓▓ | SERIAL NO. _____ | MISD O.R. YES ☐ NO ☐ | STRIP SEARCH YES ☑ NO ☐ | RAP SHEET REVIEWED? YES ☑ NO ☐ NONE ☐ |
|---|---|---|---|---|

NON-ELIGIBILITY FOR RELEASE NO.:

| CUSTODY SERVICES DIVISION WATCH COMMANDER MAKING O.R. DETERMINATION   SERIAL NO.: | MISD O.R. YES ☐ NO ☐ | NON-ELIGIBILITY FOR RELEASE NO.: |
|---|---|---|

REASON FOR RELEASE:

12.31.00 (09/19)    DISTRIBUTION:   ORIGINAL - ATTACH TO THE ORIGINAL ARREST REPORT; OR TO DFAR IF NO ARREST REPORT OR BKG.
                  COPY - 1 - ATTACH TO JAIL CUSTODY RECORD IF BOOKED; 1 - ATTACH TO DIV. COPY OF ARREST.

**Exhibit C - 88**

## SUPERIOR COURT OF CALIFORNIA
## COUNTY OF LOS ANGELES
### PROBABLE CAUSE DETERMINATION (DECLARATION)

| Location Booked: 4212 | Booking No.: 6262398 | Arrest File No.: |
|---|---|---|

| Arrestee/Suspect (Last, First, Middle): MUNOZ, MARK ANTHONY | DOB: |
|---|---|

| Arrestee/Suspect's Residential Address: | Location of Occurrence: ALAMEDA STREET/ O STREET |
|---|---|

| Booking Charge(s): 451(D) PC | Misdemeanor ☐ Felony ☒ | Supplemental Holds/Warrants Charges: |
|---|---|---|

| Date/Time of Arrest: 10/13/2021 1500 hrs | 48 Hour Expiration Date and Time: 10/15/2021 1500 hrs |
|---|---|

| Arresting Agency/Division: 4205 - LAPD - HARBOR | Arresting Officer(s): | Employee No.: |
|---|---|---|

| Supervisor(s) Approving: | Employee No.: | Date/Time: 10/13/2021 2215 hrs | Contact Phone No.: TBD |
|---|---|---|---|

Facts establishing elements of offense(s)/violation(s). Information identifying/connecting arrestee/suspect by name with the violation(s) listed:

The suspect, Mark Anthony Munoz is observed by multiple witnesses setting fire to vegetation belonging to Pacific Harbor Line. Civilians chase and detain him until officers arrive. That detention continued pending a fire investigation. LAFD Arson Investigator [redacted] arrived at the subject location, he conducted interviews and a fire investigation. Investigator [redacted] ruled out all accidental sources for the fire, he concluded that the suspect willfully and maliciously set fire to the vegetation and that due to the high wind conditions the fire spread rapidly, crossing the street and causing fire damage to the nearby businesses. Investigator McLoud stated based on witness statements the suspect was responsible for the fire, he advised officers to book on 451 (D) P.C. Arson of Property.

☐ **See attached reports incorporated herein by reference.**

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Executed on 10/13/2021     2203 hrs     in the County of Los Angeles, California.
     (date)       (time)

e-signed

| (Signature) | (Print Name) | (Employee No.) |
|---|---|---|

| **Telephonic Determination ONLY** | **Probable Cause Determination** |
|---|---|
| On _____, I was placed under oath and read the contents of the foregoing, including the contents of any attached reports or declaration. verbatim to the Honorable _____. The Judicial Officer advised me that there ( ) IS ( ) IS NOT probable cause to believe this arrestee has committed a crime. I declare under penalty of perjury that the foregoing is true and correct. Executed in Los Angeles County, California, on | On the basis of either reports reviewed and/or officer's declaration I hereby determine that there ( ☒ ) IS ( ) IS NOT probable cause to believe this arrestee has committed a crime.<br><br>Chung, C. (e-signed)     10/13/2021 2230 hrs<br>(Judicial Officer's Signature) |

| (Signature) | (Employee No.) | (Block Stamp) |
|---|---|---|

CRIM 064 Revised: 102108

**Exhibit C - 89**

SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES

☐ Amended / Supersedes Order of (date) _____

**REMAND / REMOVAL ORDER**

2. Page ___ of ___
3. ☐ PAPERS ONLY

| 4. INMATE'S NAME (Last, First, Middle) | MUNOZ, Mark Anthony | 5. BOOKING NO. ☐ NEW BOOKING 6262398 | 6. DOB |
|---|---|---|---|
| 7. BOOKED AS | | 8. COURTHOUSE LOCATION 1B | 9. COURTROOM 1 |

## REMAND ORDER (HOLDING ORDER FOR DEFENDANT ONLY)

TO THE LOS ANGELES COUNTY SHERIFF: The Court orders the defendant received and detained in your custody until the defendant is legally discharged or delivered as indicated below, or until further order of the Court:

| 10. APPEARANCE DATE * 10-26-21 | 11. TIME ☐ 8:30 a.m. ☐ 1:30 p.m. | 12. COURTROOM | 13. COURTHOUSE LOCATION 1B |
|---|---|---|---|

✱ ALL REMANDS MUST HAVE AN APPEARANCE DATE.

14. ☐ DEFENDANT REFERRED TO: ☐ Dept. of Corrections per PC 1203.03 ☐ DJJ per WIC 707.2 ☐ Dept. 95 / mental competence per PC 1368
15. ☐ JUVENILE DETENTION: The Court finds the defendant's presence in the Juvenile Hall would endanger the public or staff, or be detrimental to other inmates. The Sheriff/Probation Dept. is to detain the juvenile pending his/her transfer to a state facility, or pending his/her removal to court, as specified.
16. ☐ The defendant is to be housed at Juvenile Hall pending further order of the Court.
17. CASE / DEFENDANT STATUS: ☐ Held to Answer ☐ 3rd Strike Case ☐ NGI Plea Entered ☐ Prop 36-High Risk ☐ Pro Per Granted / Revoked
18. ☐ OTHER _____
19. ☐ Case number(s) _____  **CONSOLIDATED** into Lead Case.
number _____   See the Lead Case number for all further proceedings.

| LINE | 20. CASE NUMBER | 21. CHARGE | 22. BAIL AMOUNT ✱✱ |
|---|---|---|---|
| 1 | NA118254 01 | ☐☐ 451(b) ☐ MISD ☒ FEL | $ 150,000 ☐ NO BAIL ☐ PC 1275 Bail Hold Placed / Lifted ☐ BAIL RESET |
| 2 | — | ☐ MISD ☐ FEL | $ ☐ NO BAIL ☐ PC 1275 Bail Hold Placed / Lifted ☐ BAIL RESET |
| 3 | — | ☐ MISD ☐ FEL | $ ☐ NO BAIL ☐ PC 1275 Bail Hold Placed / Lifted ☐ BAIL RESET |
| 4 | — | ☐ MISD ☐ FEL | $ ☐ NO BAIL ☐ PC 1275 Bail Hold Placed / Lifted ☐ BAIL RESET |
| 5 | — | ☐ MISD ☐ FEL | $ ☐ NO BAIL ☐ PC 1275 Bail Hold Placed / Lifted ☐ BAIL RESET |

✱✱ NOTE: If bail is $10,000 or more on any case, specify line number and write out amount in words below:

| Line | 23. BAIL AMOUNT (Spelled Out) | |
|---|---|---|
| 1 | One hundred and fifty thousand | Dollars |
| | | Dollars |
| | | Dollars |
| | | Dollars |
| | | Dollars |

## REMOVAL ORDER (NON-HOLDING ORDER FOR DEFENDANT / WITNESS - THIS IS NOT A REMAND)

TO THE LOS ANGELES COUNTY SHERIFF: Remove the inmate named above, a prisoner now confined in County Jail with the booking number indicated above, and bring him/her before the Court as follows:

| 24. APPEARANCE DATE | 25. TIME ☐ 8:30 a.m. ☐ 1:30 p.m. | 26. COURTROOM | 27. COURTHOUSE LOCATION |
|---|---|---|---|

| 28. REASON FOR APPEARANCE: ☐ Testify as Witness ☐ Bail Review Hearing ☐ Other (Specify): | 29. CASE NUMBER APPEARING ON — |
|---|---|

30. DATE OF ORDER 10-15-21

31. DEPUTY CLERK    32.

Z. Ormino

**REMAND / REMOVAL ORDER**

CRIM 106 (Rev 04/15)  DISTRIBUTION: Original (White): Sheriff  4 Copies (Yellow): Case File(s)  1 Copy (Green): Courtroom (Reol #CR-72, #CR-73 and #76C583 C138)

**Exhibit C - 90**

## REMAND / REMOVAL ORDER INSTRUCTIONS (CRIM 106)

Some Remand / Removal Rules to Remember:

REMAND: This section of the order will hold a defendant in custody until a Release or Commitment is submitted, or bail is posted. The defendant will be brought to court on the date indicated.

REMOVAL: This section of the order will remove an inmate to court on the date indicated, but will not hold him/her in custody absent some other authority, e.g. a previous Remand issued for the same case number, a warrant hold, parole hold, State Prison hold, or other agency hold, etc.

[STEP 1] INMATE & COURT INFORMATION - *(Complete items 1 to 10)*

1. **Amended / Supercedes Order Of (include date of previous order):** Check if changes/corrections are being made to previous Remand/Removal.
2. **Page__ of __:** Indicate the total number of custody paperwork prepared for this defendant today, and the number this Remand/Removal is in relation to the total, e.g. 1 of 1.
3. **Papers Only:** Check if the inmate is not present in the courthouse today.
4. **Inmate's Name:** Enter the name of the person you wish to Remand or Remove (Last, First, Middle).
5. **Booking No.:** LA County Jail booking number is required, if known and available, otherwise DOB is required. If defendant is being remanded for the first time, check **"New Booking"** and enter the DOB.
6. **DOB:** The date of birth is required if no booking number is entered, or if "New Booking" is checked.
7. **Booked As:** Enter the name under which the inmate is booked but only if different than "Inmate's Name".
8. **Courthouse Location:** Enter the specific courthouse location where the paperwork is being prepared, e.g. Inglewood, Torrance, Pomona-North, Van Nuys, CAC, CJC, Airport, Metro, Downey, etc. Do not name generic districts alone, e.g. East, West, Northeast, etc. Use the full court location name, or its designated abbreviation, as specified in the "List of Approved Court Location Names for Custody Paperwork."
9. **Courtroom:** Enter the division or department where the paperwork is prepared, in a three-character format, e.g. 124, 003, SWF, etc. Do not use TCIS dual designation codes.

> > > > > GO TO STEP 2 OR 3. THEN GO TO STEP 4. < < < < <

[STEP 2] REMAND ORDER - *(Complete items 11 to 24 to remand a defendant and remove him/her to court for hearing date.)*

10. **Appearance Date:** Enter the next date the defendant is to be delivered to court.
11. **Time:** Mark the box to indicate the time of day.
12. **Courtroom:** Enter the division or department where the defendant is to appear, in a three-character format, e.g. 050, 003, EAS, etc. Do not use TCIS dual designation codes.
13. **Courthouse Location:** Enter the specific courthouse location where the defendant is to appear, e.g. East LA, Burbank, Santa Clarita, Long Beach, etc. Do not name generic districts alone, e.g. North, South, Southeast, etc. Use the full court location name, or its designated abbreviation, as specified in the "List of Approved Court Location Names for Custody Paperwork."
14. **Defendant Referred to:** Check appropriate box if defendant is remanded and to be delivered temporarily to one of the following entities:
    - Dept of Corrections per PC 1203.03 (pre sentence diagnostic report)
    - DJJ per WIC 707.2 (pre-sentence diagnostic report)
    - Dept 95 as NDA per WIC 3051 for commitment to California Rehabilitation Center / Mental Competence per PC1368.
15. **Juvenile Detention:** Check if defendant is under 18 years and is not to be housed at Juvenile Hall.
16. **Housed at Juvenile Hall:** Check if defendant is under 18 years and to remain housed at Juvenile Hall.
17. **Case / Defendant Status:** Mark the appropriate box, and strike out language if necessary.
    - Held to Answer
    - 3rd Strike Case
    - NGI Plea Entered
    - Prop 36 High Risk
    - Pro Per Granted / Revoked
18. **Other:** Write any additional orders here.
19. **Case Number...Consolidated into:** Enter the Secondary case numbers that the defendant is in custody on that are consolidated into the Lead case number.
    **Lead Case Number:** Enter the case number that all the Secondary cases were consolidated into, and that should be referred to for all further proceedings.
20. **Case Number:** Enter the case number that the defendant is remanded on, including the defendant identifier.
21. **Charge:** Enter the violation code and number (e.g. PC 211) of the first charge defendant is alleged to have committed. Degree is not necessary. Check box to indicate whether **Misdemeanor or Felony**.
22. **Bail Amount $____:** Enter the amount of bail set by the Court, e.g. $10,000, $2,500, $2,000,000, etc.
    - **No Bail:** Check if the Court orders "No Bail".
    - **PC 1275 Bail Hold:** Check if an order to hold bail per PC 1275 is placed or lifted. Check which is appropriate.
    - **Bail Reset:** Check if the Court reduces or increases the bail amount for an in-custody defendant.
23. **Bail Amount (Spelled Out):** Enter the Line number that corresponds to the case listed above in which bail is set in the amount of $10,000 or more. Write out the amount of bail in words, e.g. "TEN THOUSAND".

> > > > > GO TO STEP 4. < < < < <

[STEP 3] REMOVAL ORDER *(Complete items 25 to 30 to remove an inmate (witness or defendant) for an appearance in court. **THIS SECTION WILL NOT HOLD AN INMATE IN CUSTODY.**)*

24. **Appearance Date:** Enter the date the defendant or witness is to be delivered to court.
25. **Time:** Mark the box to indicate the time of day.
26. **Courtroom:** Enter the division or department where the defendant or witness is to appear, in a three character format, e.g. 001, SOC, 130, etc. Do not use TCIS dual designation codes.
27. **Courthouse Location:** Enter the specific courthouse location where the defendant or witness is to appear, e.g. Whittier, Compton, Pomona-South, etc. Do not name generic districts alone, e.g. Southwest, South Central, Northwest, etc. Use the full court location name, or its designated abbreviation, as specified in the "List of Approved Court Location Names for Custody Paperwork." Do Not use TCIS judicial district codes.
28. **Reason for Appearance:** Check the appropriate box or enter the reason for the inmate's appearance.
29. **Case Number Appearing On:** Enter the case number that the inmate will be appearing on.

> > > > > GO TO STEP 4. < < < < <

[STEP 4] DATE, SIGNATURE AND COURT SEAL - *(Complete items 31 to 33)*

30. **Date of Order:** Enter today's date.
31. **Deputy Clerk:** Sign the order.
32. **Court Seal:** Place the court seal on the order.

Distribute the order as indicated on the bottom of the form.

2021 OCT 15 PM 6:12

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES**

1. ☐ Amended / Supersedes Order of (date) _____

**REMAND / REMOVAL ORDER**

2. **Page** 1 of
3. ☐ PAPERS ONLY

| 4. INMATE'S NAME (Last, First, Middle) Munoz, Mark | 5. BOOKING NO. 626 2398 ☐ NEW BOOKING | 6. DOB |
| 7. BOOKED AS | 8. COURTHOUSE LOCATION LB | 9. COURTROOM 17 |

## REMAND ORDER (HOLDING ORDER FOR DEFENDANT ONLY)

**TO THE LOS ANGELES COUNTY SHERIFF:** The Court orders the defendant received and detained in your custody until the defendant is legally discharged or delivered as indicated below, or until further order of the Court:

| 10. APPEARANCE DATE * 4-11-22 | 11. TIME ☑ 8:30 a.m. ☐ 1:30 p.m. | 12. COURTROOM 19 | 13. COURTHOUSE LOCATION LB |

* ALL REMANDS MUST HAVE AN APPEARANCE DATE.

14. ☐ **DEFENDANT REFERRED TO:** ☐ Dept. of Corrections per PC 1203.03   ☐ DJJ per WIC 707.2   ☐ Dept. 95 / mental competence per PC 1368
15. ☐ **JUVENILE DETENTION:** The Court finds the defendant's presence in the Juvenile Hall would endanger the public or staff, or be detrimental to other inmates. The Sheriff/Probation Dept. is to detain the juvenile pending his/her transfer to a state facility, or pending his/her removal to court, as specified.
16. ☐ The defendant is **to be housed at Juvenile Hall** pending further order of the Court.
17. **CASE / DEFENDANT STATUS:** ☑ Held to Answer   ☐ 3rd Strike Case   ☐ NGI Plea Entered   ☐ Prop 36-High Risk   ☐ Pro Per Granted / Revoked
18. ☐ **OTHER** _____
19. ☐ Case number(s) _____   **CONSOLIDATED** into Lead Case.
number _____   See the Lead Case number for all further proceedings.

| LINE | 20. CASE NUMBER | 21. CHARGE | 22. BAIL AMOUNT ** |
|------|-----------------|------------|---------------------|
| 1 | NA118254 - 01 | 451(d)Pc ☐ MISD ☑ FEL | $ 150,000  ☐ NO BAIL ☐ PC 1275 Bail Hold Placed / Lifted  ☐ BAIL RESET |
| 2 | - | ☐ MISD ☐ FEL | $ ☐ NO BAIL ☐ PC 1275 Bail Hold Placed / Lifted  ☐ BAIL RESET |
| 3 | - | ☐ MISD ☐ FEL | $ ☐ NO BAIL ☐ PC 1275 Bail Hold Placed / Lifted  ☐ BAIL RESET |
| 4 | - | ☐ MISD ☐ FEL | $ ☐ NO BAIL ☐ PC 1275 Bail Hold Placed / Lifted  ☐ BAIL RESET |
| 5 | - | ☐ MISD ☐ FEL | $ ☐ NO BAIL ☐ PC 1275 Bail Hold Placed / Lifted  ☐ BAIL RESET |

** NOTE: If bail is $10,000 or more on any case, specify line number and write out amount in words below:

| Line | 23. BAIL AMOUNT (Spelled Out) | |
|------|-------------------------------|---|
| 1 | One Hundred Fifty Thousand | Dollars |
| | | Dollars |
| | | Dollars |
| | | Dollars |
| | | Dollars |

COMPUTER UPDATED
R. Correa #652687
Date 3/28 Time: 2007
3/28/22

## REMOVAL ORDER (NON-HOLDING ORDER FOR DEFENDANT / WITNESS - THIS IS NOT A REMAND)

**TO THE LOS ANGELES COUNTY SHERIFF:** Remove the inmate named above, a prisoner now confined in County Jail with the booking number indicated above, and bring him/her before the Court as follows:

| 24. APPEARANCE DATE | 25. TIME ☐ 8:30 a.m. ☐ 1:30 p.m. | 26. COURTROOM | 27. COURTHOUSE LOCATION |

| 28. REASON FOR APPEARANCE: ☐ Testify as Witness   ☐ Bail Review Hearing   ☐ Other (Specify): | 29. CASE NUMBER APPEARING ON - |

30. DATE OF ORDER 3-28-22

31. DEPUTY CLERK

32.

**REMAND / REMOVAL ORDER**

**Exhibit C - 92**

REMAND / REMOVAL ORDER INSTRUCTIONS (CRIM 106)

Some Remand / Removal Rules to Remember:

REMAND   The status of the inmate when s/he is a defendant in custody until a Release or Commitment order is submitted or bail is posted. The defendant will be brought to court on the date indicated.

REMOVAL   The status of the inmate when you require an inmate to court as a witness, or other case indicated. "State Prison hold, or other agency hold, etc.

[STEP 1]  INMATE'S COURT INFORMATION - (Complete items 1 to 10)

Amended / Supercedes Order Or (include date of previous order): Check if changes/corrections are being made to previous Remand/Removal

1. Paper Only: Check if the inmate is not present at that court case today, for this defendant today, and the number this Remand Removal is in relation to the total e.g. 1 of 1.

2. Inmate's Name: Enter the name of the person you wish to Remand or Remove (Last, First, Middle).

3. Booking No: LA County Jail booking number is required. If known and available, otherwise DOB is required. If defendant is being remanded for the first time, check "New Booking" and enter the DOB.

4. DOB: ...required if the inmate is booked but on only if Remand from "Inmate's Name"

5. Court Location: Enter the specific courthouse location where the inmate is processed, e.g. "New Booking" is checked.

Caution: Court Location / court's location, as specified in the "List of Approved Court Location Names for Custody

6. Court Location Move: e.g. East West, Northeast, etc. "Use the full court location name or its designated abbreviation, as specified in the "List of Approved Court Location Names for Custody

9. Court ... Enter the division or department where the paperwork is prepared, in a true-character format e.g. 124, 003, SWF, etc.  Do not use TCIS dual designation codes.

>  >  >  >  >   GO TO STEP 2 OR 3, THEN GO TO STEP 4. < < < <

[STEP 2]  REMAND ORDER   (Complete items 11 to 24 to remand a defendant and remove him/her to court for hearing date.)

11. Appearance Date: Enter the next date the defendant is to be delivered to court.

12. Time: Enter the time the defendant is to appear, in a true-character format, e.g. 050, 003, EAS, etc.  Do not use TCIS dual designation codes.

13. Court/New Location: Enter the specific courthouse location where the defendant is to appear, e.g. East LA, Burbank, Santa Clarita, Long Beach, etc.  Do not name generic districts alone, e.g. North.

14. Court/New Location: Enter the specific courthouse location when the defendant is to appear, as specified in the "List of Approved Court Location Names for Custody

15. Individual referred to: Check whether Remand or other is to be delivered temporarily to one of the following entities.

   Days of Conception per PC 1203.03 or under a diagnostic report.
   DUI per VNC 767.2 (pre-sentence diagnostic report)
   Back in at 90% per WIC 3051 is commonly known to California Rehabilitation Center / Mental Competence per PC1368.

16. Juvenile Detention: Check whether the defendant is in Juvenile Hall, Probation Camp or Youth Authority.
   Juvenile Hall:  Court's confinement is under 18 years and to remain required of Juvenile Hall.
   Defendant Status: Mark the appropriate box, and strike out language if necessary.
      Held to Answer
      first-time Case
      End Hold Case
      Pay-for-open-Held
      Five for Continued - Revoked

   No Bail: Check if No Court orders "No Bail"
   PC 1275 Bail Hold - Check if an under is held (set per PC 1275 in effect, no bail allowed.  Check which is appropriate.
   Bail Reset: Check if the Court reduces or increases the bail amount for an in-custody defendant.

20. Bail Amount: Check the Use-number that corresponds to the court lowest amount in which bail is set in the amount of $10,000 or more.  Write out the amount of bail in words, e.g. "TEN THOUSAND..."

>  >  >  >  >   GO TO STEP 4. < < < <

[STEP 3]  REMOVAL ORDER   (Complete items 25 to 30 to remove an inmate (witness or defendant) for an appearance in court.  THIS SECTION WILL NOT HOLD AN INMATE IN CUSTODY.)

25. Appearance Date: Enter the date the defendant or witness is to appear, in a true-character format e.g. 001, SOC, 130, etc.  Do not use TCIS dual designation codes.

26. Time: ...Enter the time the defendant or witness is to appear, in a true-character format e.g. Walnut, Compton, Pomona-South, etc.  Do not name generic districts alone.

27. Court: Enter the division or department where the defendant or witness is to appear, as specified in the "List of Approved Court Location Names for Custody, Paperwork."  Do Not

28. Court/New Location: Enter the specific courthouse location where the defendant or witness is to appear, as specified in the "List of Approved Court Location Names for Custody, Paperwork." Do Not.

29. Court/New Location: Enter the division or department where the ...

30. South Control: Northeast, etc. Use the full court location name or its designated abbreviation, as specified in the "List of Approved Court Location Names for Custody, Paperwork." Do Not

   Facial Identification
   30. Appearance: ... Degree is not necessary.  Check box to indicate whether Misdemeanor or Felony.

>  >  >  >  >   GO TO STEP 4. < < < <

[STEP 4]  DATE, SIGNATURE AND COURT SEAL - (Complete items 31 to 33)

31. Date Order: Enter today's date.
32. Department Clerk: Sign the order.
33. Court: Place the court seal on the order.

Distribute the order as indicated on the bottom of the form.

**Exhibit C - 93**

ADD

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES**

## ORDER FOR RELEASE

Page _1_ of _1_

**RELEASE NUMBER**
AY 120679

TO THE OFFICER HAVING CUSTODY OF:

DEFENDANT'S NAME (Last, First, Middle): Munoz, Mark

BOOKED AS

BOOKING NUMBER: 6262398

DEPARTMENT: Sar   DOB

☐ Papers Only   ☐ Conditional Release   ☐ Amended - Supersedes Order of  (Date:)

*The court orders you to release the defendant identified above for the following reason(s).*  **IMPORTANT: This release applies only to the case(s) identified below:**

| CASE NUMBER | OFFENSE | REASON CODE | CASE NUMBER | OFFENSE | REASON CODE |
|---|---|---|---|---|---|
| 1Lב1866-01 | 1/364(4)AS | 01 | | | |
| | | | | | |

**REASON CODES**

01 - CASE DISMISSED
02 - SENTENCE SUSPENDED
03 - BOND POSTED
04 - CASH BAIL POSTED
05 - CREDIT TIME SERVED

06 - WRONG PERSON IN COURT
07 - O.R. GRANTED
08 - FINE PAID
09 - PROBATION
10 - SUPERVISED RELEASE PROGRAM (SRP)
11 - DIVERSION / DEJ

12 - OTHER (Specify): _____

13 - RELEASE TO: _____

SEAL

**DEFENDANT TO APPEAR:**

DATE

TIME   ☐ A.M.   ☐ P.M.

DEPT

COURTHOUSE LOCATION

12/10/21   Date

Clerk's Signature

Courthouse Location

CRIM 136 (Rev. 07/14)
(Repl. 760706 & CR-223)

**DISTRIBUTION:   Blue - Sheriff   Yellow - Court File   White - Supervisor   Pink - Anchor Copy**

Exhibit C - 94

SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES

1. ☐ Amended / Supersedes Order of  (date) _____

**REMAND / REMOVAL ORDER**

2. Page **2** of **2**
3. ☐ PAPERS ONLY

| 4. INMATE'S NAME (Last, First, Middle)  MUNOZ MARK | 5. BOOKING NO. 6262 398  ☐ NEW BOOKING | 6. DOB |
|---|---|---|
| 7. BOOKED AS | 8. COURTHOUSE LOCATION  CAC | 9. COURTROOM  82 |

## REMAND ORDER (HOLDING ORDER FOR DEFENDANT ONLY)

TO THE LOS ANGELES COUNTY SHERIFF: The Court orders the defendant received and detained in your custody until the defendant is legally discharged or delivered as indicated below, or until further order of the Court:

| 10. APPEARANCE DATE * | 11. TIME ☐ 8:30 a.m.  ☐ 1:30 p.m. | 12. COURTROOM | 13. COURTHOUSE LOCATION |
|---|---|---|---|

\* ALL REMANDS MUST HAVE AN APPEARANCE DATE.

14. ☐ DEFENDANT REFERRED TO: ☐ Dept. of Corrections per PC 1203.03  ☐ DJJ per WIC 707.2  ☐ Dept. 95 / mental competence per PC 1368
    15. ☐ JUVENILE DETENTION: The Court finds the defendant's presence in the Juvenile Hall would endanger the public or staff, or be detrimental to other inmates. The Sheriff/Probation Dept. is to detain the juvenile pending his/her transfer to a state facility, or pending his/her removal to court, as specified.
    16. ☐ The defendant is **to be housed at Juvenile Hall** pending further order of the Court.
17. CASE / DEFENDANT STATUS: ☐ Held to Answer  ☐ 3rd Strike Case  ☐ NGI Plea Entered  ☐ Prop 36-High Risk  ☐ Pro Per Granted / Revoked
18. ☐ OTHER _____
    19. ☐ Case number(s) _____ **CONSOLIDATED** into Lead Case.
    number _____ See the Lead Case number for all further proceedings.

| LINE | 20. CASE NUMBER | 21. CHARGE | 22. BAIL AMOUNT ** |
|---|---|---|---|
| 1 | — | ☐ MISD ☐ FEL | $ _____  ☐ NO BAIL  ☐ PC 1275 Bail Hold Placed / Lifted  ☐ BAIL RESET |
| 2 | — | ☐ MISD ☐ FEL | $ _____  ☐ NO BAIL  ☐ PC 1275 Bail Hold Placed / Lifted  ☐ BAIL RESET |
| 3 | — | ☐ MISD ☐ FEL | $ _____  ☐ NO BAIL  ☐ PC 1275 Bail Hold Placed / Lifted  ☐ BAIL RESET |
| 4 | — | ☐ MISD ☐ FEL | $ _____  ☐ NO BAIL  ☐ PC 1275 Bail Hold Placed / Lifted  ☐ BAIL RESET |
| 5 | — | ☐ MISD ☐ FEL | $ _____  ☐ NO BAIL  ☐ PC 1275 Bail Hold Placed / Lifted  ☐ BAIL RESET |

** NOTE: If bail is $10,000 or more on any case, specify line number and write out amount in words below:

| Line | 23. BAIL AMOUNT (Spelled Out) | |
|---|---|---|
| | | Dollars |
| | | Dollars |
| | 1902 | Dollars |
| | 11/29/21 | Dollars |
| | | Dollars |

## REMOVAL ORDER (NON-HOLDING ORDER FOR DEFENDANT / WITNESS - THIS IS NOT A REMAND)

TO THE LOS ANGELES COUNTY SHERIFF: Remove the inmate named above, a prisoner now confined in County Jail with the booking number indicated above, and bring him/her before the Court as follows:

| 24. APPEARANCE DATE  12-1-21 | 25. TIME ☑ 8:30 a.m.  ☐ 1:30 p.m. | 26. COURTROOM  SO2 | 27. COURTHOUSE LOCATION  LONG BEACH |
|---|---|---|---|

| 28. REASON FOR APPEARANCE: ☐ Testify as Witness  ☐ Bail Review Hearing  ☑ Other (Specify): ARRAIGN | 29. CASE NUMBER APPEARING ON  1LB  11866 - 01 |
|---|---|

30. DATE OF ORDER  11-29-21 _____ 31. DEPUTY CLERK  32.

**REMAND / REMOVAL ORDER**

CRIM 106 (Rev 04/15)  DISTRIBUTION: Original (White): Sheriff   4 Copies (Yellow): Case File(s)  1 Copy (Green): Courtroom
(Repl #CR-72, #CR-73 and #76C583 C138)

**Exhibit C - 95**

# REMAND / REMOVAL ORDER INSTRUCTIONS (CRIM 106)

Some Remand / Removal Rules to Remember:
REMAND: This section of the order will hold a defendant in custody until a Release or Commitment is submitted, or bail is posted. The defendant will be brought to court on the date indicated.
REMOVAL: This section of the order will remove an inmate to court on the date indicated, but will not hold him/her in custody absent some other authority, e.g. a previous Remand issued for the same case number, a warrant hold, parole hold, State Prison hold, or other agency hold, etc.

[STEP 1] INMATE & COURT INFORMATION - *(Complete items 1 to 10)*

1. **Amended / Supercedes Order Of (include date of previous order):** Check if changes/corrections are being made to previous Remand/Removal.
2. **Page __ of __:** Indicate the total number of custody paperwork prepared for this defendant today, and the number this Remand/Removal is in relation to the total, e.g. 1 of 1.
3. **Papers Only:** Check if the inmate is not present in the courthouse today.
4. **Inmate's Name:** Enter the name of the person you wish to Remand or Remove (Last, First, Middle).
5. **Booking No:** LA County Jail booking number is required, if known and available, otherwise DOB is required. If defendant is being remanded for the first time, check "**New Booking**" and enter the DOB.
6. **DOB:** The date of birth is required if no booking number is entered, or if "**New Booking**" is checked.
7. **Booked As:** Enter the name under which the inmate is booked but only if different from "**Inmate's Name**".
8. **Courthouse Location:** Enter the specific courthouse location where the paperwork is being prepared, e.g. Inglewood, Torrance, Pomona-North, Van Nuys, CAC, CJC, Airport, Metro, Downey, etc. Do not name generic districts alone, e.g. East, West, Northeast, etc. Use the full court location name, or its designated abbreviation, as specified in the "List of Approved Court Location Names for Custody Paperwork."
9. **Courtroom:** Enter the division or department where the paperwork is prepared, in a three-character format, e.g. 124, 003, SWF, etc. Do not use TCIS dual designation codes.

> > > > > GO TO STEP 2 OR 3. THEN GO TO STEP 4. < < < < <

[STEP 2] REMAND ORDER - *(Complete items 11 to 24 to remand a defendant and remove him/her to court for hearing date.)*

10. **Appearance Date:** Enter the next date the defendant is to be delivered to court.
11. **Time:** Mark the box to indicate the time of day.
12. **Courtroom:** Enter the division or department where the defendant is to appear, in a three-character format, e.g. 050, 003, EAS, etc. Do not use TCIS dual designation codes.
13. **Courthouse Location:** Enter the specific courthouse location where the defendant is to appear, e.g. East LA, Burbank, Santa Clarita, Long Beach, etc. Do not name generic districts alone, e.g. North, South, Southeast, etc. Use the full court location name, or its designated abbreviation, as specified in the "List of Approved Court Location Names for Custody Paperwork."
14. **Defendant Referred to:** Check appropriate box if defendant is remanded and to be delivered temporarily to one of the following entities:
    - Dept of Corrections per PC 1203.03 (pre-sentence diagnostic report)
    - DJJ per WIC 707.2 (pre-sentence diagnostic report)
    - Dept 95 as NDA per WIC 3051 for Commitment to California Rehabilitation Center / Mental Competence per PC1368.
15. **Juvenile Detention:** Check if defendant is under 18 years and is not to be housed at Juvenile Hall.
16. **Housed at Juvenile Hall:** Check if defendant is under 18 years and to remain housed at Juvenile Hall.
17. **Case / Defendant Status:** Mark the appropriate box, and strike out language if necessary.
    - Held to Answer
    - 3rd Strike Case
    - NGI Plea Entered
    - Prop 36 High Risk
    - Pro Per Granted / Revoked
18. **Other:** Write any additional orders here.
19. **Case Number...Consolidated into:** Enter the Secondary case numbers that the defendant is in custody on that are consolidated into the Lead case number.
    **Lead Case Number:** Enter the case number that all the Secondary cases were consolidated into, and that should be referred to for all further proceedings.
20. **Case Number:** Enter the case number that the defendant is remanded on, including the defendant identifier.
21. **Charge:** Enter the violation code and number (e.g. PC 211) of the first charge defendant is alleged to have committed. Degree is not necessary. Check box to indicate whether **Misdemeanor** or **Felony**.
22. **Bail Amount $____:** Enter the amount of bail set by the Court, e.g. $10,000, $2,500, $2,000,000, etc.
    - **No Bail:** Check if the Court orders "No Bail".
    - **PC 1275 Bail Hold:** Check if an order to hold bail per PC 1275 is placed or lifted. Check which is appropriate.
    - **Bail Reset:** Check if the Court reduces or increases the bail amount for an in custody defendant.
23. **Bail Amount (Spelled Out):** Enter the Line number that corresponds to the case listed above in which bail is set in the amount of $10,000 or more. Write out the amount of bail in words, e.g. "TEN THOUSAND".

> > > > > GO TO STEP 4. < < < < <

[STEP 3] REMOVAL ORDER *(Complete items 25 to 30 to remove an inmate (witness or defendant) for an appearance in court.* ***THIS SECTION WILL NOT HOLD AN INMATE IN CUSTODY.)***

24. **Appearance Date:** Enter the date the defendant or witness is to be delivered to court.
25. **Time:** Mark the box to indicate the time of day.
26. **Courtroom:** Enter the division or department where the defendant or witness is to appear, in a three-character format, e.g. 001, SOC, 130, etc. Do not use TCIS dual designation codes.
27. **Courthouse Location:** Enter the specific courthouse location where the defendant or witness is to appear, e.g. Whittier, Compton, Pomona-South, etc. Do not name generic districts alone, e.g. Southeast, South Central, Northwest, etc. Use the full court location name, or its designated abbreviation, as specified in the "List of Approved Court Location Names for Custody Paperwork." Do Not use TCIS judicial district codes.
28. **Reason for Appearance:** Check the appropriate box or enter the reason for the inmate's appearance.
29. **Case Number Appearing On:** Enter the case number that the inmate will be appearing on.

> > > > > GO TO STEP 4. < < < < <

[STEP 4] DATE, SIGNATURE AND COURT SEAL - *(Complete items 31 to 33)*

30. **Date of Order:** Enter today's date.
31. **Deputy Clerk:** Sign the order.
32. **Court Seal:** Place the court seal on the order.

**Distribute the order as indicated on the bottom of the form.**



```
***************************CWS WARRANT-ABSTRACT*******************************
* BOOKING AGENCY:  LAPD HARBOR AREA                      17:20  -  12/09/21 *
* BOOKING DATE: 12/09/21           BOOKING NUMBER: 006262398                *
* LASD REPOSITORY OR THE COURT HOLDS:                                       *
* SURNAME MUNOZ            FIRST MARK        MIDDLE ANTHONY     SUFFIX       *
* RES. ADDR:                                                                *
* DESCRIPTION ██   ██  D.O.B. ███████ ████ ███ ████ ██    ██                *
* MISDEMEANOR            BENCH      WARRANT                                  *
* WARRANT NUMBER LB1LB1186601                                               *
* BAIL      $10000.00                                                       *
* VIOLATION 11364(A)/HS                                                     *
*                                                                           *
* DATE ISSUED 12/08/21 FILG AGY LAPD HARBOR AREA      PHONE ██████████      *
* COURT LONG BEACH COURTHSE  DIV  S02                                       *
* JUDGE POWELL SHERRY                                                       *
* RESTRICTED 840 PC                                                         *
* OFFICER HAZARDS                                                           *
* MISC DESCRIPTORS                                                          *
* OLN ████████  CA CII ████████ SSN        VLN           MAIN ████████      *
* ORIGINATING AGENCY REPORT NO: ██████████                                  *
* BAIL STATUS                                                               *
*           THIS ABSTRACT IS SUFFICIENT FOR BOOKING PURPOSES                *
*                                                                           *
*                                                                           *
*                                                                           *
```

Updated @ _____

DEC 0 9 2021

Exhibit C - 97



```
CWRWS              COUNTYWIDE WARRANT SYSTEM          DATE: 12/08/21
                   WARRANT INFORMATION SHEET         TIME: 20435890
                                                                          T271
                                                                           B16
WARRANT 01 OF 01                    WIS SELECTIONS
WARRANT SUMMARY  HITS/ 001 FEL/ 000 MIS/ 001 OTH/ 000 HZD/      EXON/ 00
WRNT NBR ▆▆▆▆▆▆         ENTRD BY 006262398      IRC   CA0190050

REC  TYPE W   CATEGORY B   LEVEL M  STATUS
NAME MUNOZ MARK ANTHONY
SEX ▆  DSCNT ▆  HAIR ▆   EYES ▆   HGT ▆   WGT ▆    D.O.B. ▆▆▆▆▆
PHY FEATURES
HOME/BUSINESS ADDRESS                                    PHONE
▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆                                        ( 000 ) 0000000
                                                        ( 000 ) 0000000
FBI ▆▆▆  OLN ▆▆▆▆▆▆   CA MAIN ▆▆▆▆    CII ▆▆▆▆▆   SSN 000000000
MISC BK# ▆▆         FCN 0000000000000   WPS/NCIC 0
VEHICLE VLN ▆▆▆      YEAR 00    MAKE       MODEL    STYLE     COLOR
        VIN                    LIC TYP    LIC YEAR
ORI AGY RPT# ▆▆▆▆▆      OFF HZRD          ISS AUTH LB 4S02 VIOLATION CITY LA
CHARGE 11364(A)/HS        ( M )                    (  ) ISSUE 12/08/21
                                                  (  )
FILING AGY CA0194205 ASGND AGY CA0194205 ASGND UNIT    GEOG AGY CA0194205
RST 840PC Y REL PTA   CONTACT PERSN                    ( 000 ) 0000000
BKNG# 000000000   DT 00/00/00    OFF           AGY         LOC
BKNG AUTH            BAIL RCT #            AMT$  $10000.00
PURGE DT 00/00/00 RECALL DT 00/00/00 REASON  REACT DT 00/00/00 EXON # 00
WARRANT REMARKS
NAME REMARKS
            **THIS IS NOT A WARRANT ABSTRACT**
```

I HAVE BEEN ADVISED OF THE ATTACHED ADDITIONAL CHARGE / HOLD

DATE _____ TIME _____

INMATE _____

PHONE CALL YES _____ NO _____

DEPUTY _____

DATE _____ TIME _____

HIGH OBSERVATION INMATE UNABLE TO SIGN WARRANT

CLERK _____

DATE 12/09 TIME 0180

**Exhibit C - 98**

CWR18                    COUNTYWIDE WARRANT SYSTEM
                            AJIS HIT NOTICE                              271

                                                    DATE:   12/08/21
                                                    TIME:   11:18

AN AJIS NAME SEARCH WAS DONE FOR CWS WARRANT LB1LB1186601

   SURNAME: MUNOZ           FIRST NAME: MARK          MIDDLE NAME: ANTHONY
   SEX: ▮    DESCENT: ▮   AGE: 00   DOB: ▮▮▮▮        11364(A)/HS              M

HIT FOUND FOR

   SURNAME:          MUNOZ              **AKA**   ▮  ▮  ▮  ▮  ▮  ▮
   FIRST NAME:       MARK        DOB:            ▮  ▮
   MIDDLE INITIAL:   A                  ▮  ▮  ▮  ▮
   BOOKING NUMBER:   006262398
   ARRESTING AGY:    4205
   BOOKED DATE:      10/13/21
   PHL:              ▮

DOB ✓
CII ✓
FBI ✓

Exhibit C - 99

SUPERIOR COURT OF CALIFORNIA ... Y OF LOS ANGELES

1. ☐ Amended / Supersedes Order of (date) _____

## REMAND / REMOVAL ORDER

2. Page 1 of 1
3. ☒ PAPERS ONLY

| 4. INMATE'S NAME (Last, First, Middle) MUNOZ, Mark | 5. BOOKING NO. ☐ NEW BOOKING 6262398 | 6. DOB ▉ |
|---|---|---|
| 7. BOOKED AS | 8. COURTHOUSE LOCATION CAC | 9. COURTROOM 83 |

## REMAND ORDER (HOLDING ORDER FOR DEFENDANT ONLY)

**TO THE LOS ANGELES COUNTY SHERIFF:** The Court orders the defendant received and detained in your custody until the defendant is legally discharged or delivered as indicated below, or until further order of the Court:

10. APPEARANCE DATE * 10-27-21   11. TIME ☒ 8:30 a.m. ☐ 1:30 p.m.   12. COURTROOM 83   13. COURTHOUSE LOCATION CAC

* ALL REMANDS MUST HAVE AN APPEARANCE DATE.

14. ☐ DEFENDANT REFERRED TO: ☐ Dept. of Corrections per PC 1203.03 ☐ DJJ per WIC 707.2 ☐ Dept. 95 / mental competence per PC 1368
15. ☐ JUVENILE DETENTION: The Court finds the defendant's presence in the Juvenile Hall would endanger the public or staff, or be detrimental to other inmates. The Sheriff/Probation Dept. is to detain the juvenile pending his/her transfer to a state facility, or pending his/her removal to court, as specified.
16. ☐ The defendant is **to be housed at Juvenile Hall** pending further order of the Court.
17. CASE / DEFENDANT STATUS: ☐ Held to Answer ☐ 3rd Strike Case ☐ NGI Plea Entered ☐ Prop 36-High Risk ☐ Pro Per Granted / Revoked
18. ☐ OTHER _____
19. ☐ Case number(s) _____ **CONSOLIDATED** into Lead Case.
number _____ See the Lead Case number for all further proceedings.

| LINE | 20. CASE NUMBER | 21. CHARGE | 22. BAIL AMOUNT ** |
|---|---|---|---|
| 1 | 1PB04188 – 01 | PC3455(A) ☐ MISD ☒ FEL | $ 150,000 ☐ NO BAIL ☐ PC 1275 Bail Hold Placed / Lifted ☐ BAIL RESET |
| 2 | – | ☐ MISD ☐ FEL | $ ☐ NO BAIL ☐ PC 1275 Bail Hold Placed / Lifted ☐ BAIL RESET |
| 3 | – | 10/21 ☐ MISD ☐ FEL | $ ☐ NO BAIL ☐ PC 1275 Bail Hold Placed / Lifted ☐ BAIL RESET |
| 4 | – | ☐ MISD ☐ FEL | $ ☐ NO BAIL ☐ PC 1275 Bail Hold Placed / Lifted ☐ BAIL RESET |
| 5 | – | ☐ MISD ☐ FEL | $ ☐ NO BAIL ☐ PC 1275 Bail Hold Placed / Lifted ☐ BAIL RESET |

** NOTE: If bail is $10,000 or more on any case, specify line number and write out amount in words below:

| Line | 23. BAIL AMOUNT (Spelled Out) | |
|---|---|---|
| 1 | ONE HUNDRED FIFTY THOUSAND | Dollars |
| | | Dollars |
| | HOLD IS LIFTED | Dollars |
| | | Dollars |
| | | Dollars |

## REMOVAL ORDER (NON-HOLDING ORDER FOR DEFENDANT / WITNESS - THIS IS NOT A REMAND)

**TO THE LOS ANGELES COUNTY SHERIFF:** Remove the inmate named above, a prisoner now confined in County Jail with the booking number indicated above, and bring him/her before the Court as follows:

| 24. APPEARANCE DATE | 25. TIME ☐ 8:30 a.m. ☐ 1:30 p.m. | 26. COURTROOM | 27. COURTHOUSE LOCATION |
|---|---|---|---|

28. REASON FOR APPEARANCE:
☐ Testify as Witness ☐ Bail Review Hearing
☐ Other (Specify): _____

29. CASE NUMBER APPEARING ON _____

30. DATE OF ORDER 10-21-21   31. DEPUTY CLERK _____   32.

### REMAND / REMOVAL ORDER

CRIM 106 (Rev 04/15) DISTRIBUTION: Original (White): Sheriff 4 Copies (Yellow): Case File(s) 1 Copy (Green): Courtroom (Repl #CR-72, #CR-73 and #76C583 C138)

**Exhibit C - 100**

## REMAND / REMOVAL ORDER INSTRUCTIONS (CRIM 106)

Some Remand / Removal Rules to Remember:
REMAND: This section of the order will hold a defendant in custody until a Release or Commitment is submitted, or bail is posted. The defendant will be brought to court on the date indicated.
REMOVAL: This section of the order will remove an inmate to court on the date indicated, but will not hold him/her in custody absent some other authority, e.g. a previous Remand issued for the same case number, a warrant hold, parole hold, State Prison hold, or other agency hold, etc.

[STEP 1] INMATE & COURT INFORMATION - *(Complete items 1 to 10)*
1. **Amended / Supercedes Order Of (include date of previous order):** Check if changes/corrections are being made to previous Remand/Removal.
2. Page __ of __: Indicate the total number of custody paperwork prepared for this defendant today, and the number this Remand/Removal is in relation to the total, e.g. 1 of 1.
3. Papers Only: Check if the inmate is not present in the courthouse today.
4. Inmate's Name: Enter the name of the person you wish to Remand or Remove (Last, First, Middle).
5. Booking No.: LA County Jail booking number is required, if known and available, otherwise DOB is required. If defendant is being remanded for the first time, check **"New Booking"** and enter the DOB.
6. DOB: Date of birth is required if no booking number is entered, or if **"New Booking"** is checked.
7. Booked As: Enter the name under which the inmate is booked but only if different than **"Inmate's Name"**.
8. Courthouse Location: Enter the specific courthouse location where the paperwork is being prepared, e.g. Inglewood, Torrance, Pomona-North, Van Nuys, CAC, CJC, Airport, Metro, Downey, etc. Do not name generic districts alone, e.g. East, West, Northeast, etc. Use the full court location name, or its designated abbreviation, as specified in the "List of Approved Court Location Names for Custody Paperwork."
9. Courtroom: Enter the division or department where the paperwork is prepared, in a three-character format, e.g. 124, 003, SWF, etc. Do not use TCIS dual designation codes.

> > > > > GO TO STEP 2 OR 3. THEN GO TO STEP 4. < < < < <

[STEP 2] REMAND ORDER - ***(Complete items 11 to 24 to remand a defendant and remove him/her to court for hearing date.)***

10. Appearance Date: Enter the next date the defendant is to be delivered to court.
11. Time: Mark the box to indicate the time of day.
12. Courtroom: Enter the division or department where the defendant is to appear, in a three character format, e.g. 050, 003, EAS, etc. Do not use TCIS dual designation codes.
13. Courthouse Location: Enter the specific courthouse location where the defendant is to appear, e.g. East LA, Burbank, Santa Clarita, Long Beach, etc. Do not name generic districts alone, e.g. North, South, Southeast, etc. Use the full court location name, or its designated abbreviation, as specified in the "List of Approved Court Location Names for Custody Paperwork."
14. Defendant Referred to: Check appropriate box if defendant is remanded and to be delivered temporarily to one of the following entities:
    - Dept of Corrections per PC 1203.03 (pre-sentence diagnostic report)
    - DJJ per WIC 707.2 (pre-sentence diagnostic report)
    - Dept 95 as NDA per WIC 3051 for commitment to California Rehabilitation Center / Mental Competence per PC1368.
15. Juvenile Detention: Check if defendant is under 18 years and is not to be housed at Juvenile Hall.
16. Housed at Juvenile Hall: Check if defendant is under 18 years and to remain housed at Juvenile Hall.
17. Case / Defendant Status: Mark the appropriate box, and strike out language if necessary.
    - Held to Answer
    - 3rd Strike Case
    - NGI Plea Entered
    - Prop. 36-High Risk
    - Pro Per Granted / Revoked
18. Other: Write any additional orders here.
19. Case Number... Consolidated into: Enter the Secondary case numbers that the defendant is in custody on that are consolidated into the Lead case number.
    Lead Case Number: Enter the case number that all the Secondary cases were consolidated into, and that should be referred to for all further proceedings.
20. Case Number: Enter the case number that the defendant is remanded on, including the defendant identifier.
21. Charge: Enter the violation code and number (e.g. PC 211) of the first charge defendant is alleged to have committed. Degree is not necessary. Check box to indicate whether **Misdemeanor or Felony**.
22. Bail Amount $____: Enter the amount of bail set by the Court, e.g. $10,000; $2,500; $2,000,000, etc.
    - **No Bail:** Check if the Court orders "No Bail"
    - **PC 1275 Bail Hold:** Check if an order to hold bail per PC 1275 is placed or lifted. Check which is appropriate.
    - **Bail Reset:** Check if the Court reduces or increases the bail amount for an in-custody defendant.
23. Bail Amount (Spelled Out): Enter the **Line** number that corresponds to the case listed above in which bail is set in the amount of $10,000 or more. Write out the amount of bail in words, e.g. "TEN THOUSAND".

> > > > > GO TO STEP 4. < < < < <

[STEP 3] REMOVAL ORDER - ***(Complete items 25 to 30 to remove an inmate (witness or defendant) for an appearance in court. THIS SECTION WILL NOT HOLD AN INMATE IN CUSTODY.)***

24. Appearance Date: Enter the date the defendant or witness is to be delivered to court.
25. Time: Mark the box to indicate the time of day.
26. Courtroom: Enter the division or department where the defendant or witness is to appear, in a three-character format, e.g. 001, SOC, 130, etc. Do not use TCIS dual designation codes.
27. Courthouse Location: Enter the specific courthouse location where the defendant or witness is to appear, e.g. Whittier, Compton, Pomona-South, etc. Do not name generic districts alone, e.g. Southwest, South Central, Northwest, etc. Use the full court location name, or its designated abbreviation, as specified in the "List of Approved Court Location Names for Custody Paperwork." Do Not use TCIS judicial district codes.
28. Reason for Appearance: Check the appropriate box or enter the reason for the inmates appearance.
29. Case Number Appearing On: Enter the case number that the inmate will be appearing on.

> > > > > GO TO STEP 4. < < < < <

[STEP 4] DATE, SIGNATURE AND COURT SEAL - *(Complete items 31 to 33)*
30. Date of Order: Enter today's date.
31. Deputy Clerk: Sign the order.
32. Court Seal: Place the court seal on the order.

**Distribute the order as indicated on the bottom of the form.**

(Rev. 4/15)

2021 OCT 21 PM 5:40

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES**
**COMMITMENT – CJ, STATE PRISON, MENTAL HEALTH OR DJJ**

1. [ ] Amended Order / Supersedes Order of (date) _____

2. Page 1 of 1
3. [ ] PAPERS ONLY

| 4. DEFENDANT'S NAME (Last, First, Middle) | MUNOZ   MARK | 5. BOOKING NO. 6202 [ ] New Booking 398 | 6. D.O.B ▬▬ |
|---|---|---|---|
| 7. BOOKED AS | | 8. DATE OF SENT 12-20-21 | 9. COURTHOUSE LOCATION CAC | 10. COURTROOM 82 |

TO THE SHERIFF OF LOS ANGELES COUNTY: The defendant herein, having been convicted before a judge in the above-named court of the offense(s) and the case(s) described below, and the judgment having been duly entered in the minute order of said court, I hereby certify the foregoing to be a true copy of the portion of said judgment ordering the defendant confined. ALL CHARGES IN CONNECTION WITH THE CASES BELOW HAVE BEEN ADJUDICATED.

| 11. CASE NUMBER PBD 4188 [D] | 13. CONVICTED CHARGE 3455(A)PC [ ] MISD [X] FELONY | 14. DEFENDANT COMMITTED TO: [ ] STATE PRISON [ ] CRC [ ] DJJ 12 m [X] COUNTY JAIL (Misd/Felony Non PC 1170(h)) [ ] COUNTY JAIL (PC 1170(h)) [ ] DEPT OF MENTAL HEALTH _____ |
|---|---|---|
| 12. MISD COUNT NO. | [ ] Felony Probation Violation [ ] Misd Probation Violation | 15. FOR THE TERM OF: 170   Days / Months / Years |
| 18. PRE-SENTENCE CUSTODY CREDITS (Complete either A or B) A. [X] Total Days 138 [X] Includes 69 GTWT Days B. [ ] Sheriff to Determine Total (Misd only) Actual Days 69 | | 16. TO RUN CONSECUTIVE TO: [ ] Any Other Case [ ] Jail in Lieu of Fine Below [ ] Case No. _____ [ ] Count No. _____ 17. JAIL IN LIEU OF FINE: |
| 19. IMPRISONMENT STAYED TO: _____ (date) | | Pay $_____ Fine or Serve _____ Days in Jail at the Rate Per Day of $_____ and pay Penalty Assessment at the Rate of $_____ for every $10 or portion thereof |

| CASE NUMBER [ ] Same as above MISD COUNT NO. | CONVICTED CHARGE [ ] MISD [ ] FELONY [ ] Felony Probation Violation [ ] Misd Probation Violation | DEFENDANT COMMITTED TO: [ ] STATE PRISON [ ] CRC [ ] DJJ [ ] COUNTY JAIL (Misd/Felony Non PC 1170(h)) [ ] COUNTY JAIL (PC 1170(h)) [ ] DEPT OF MENTAL HEALTH _____ FOR THE TERM OF: _____ Days / Months / Years |
|---|---|---|
| PRE-SENTENCE CUSTODY CREDITS (Complete either A or B) A. [ ] Total Days _____ - [ ] Includes _____ GTWT Days B. [ ] Sheriff to Determine Total (Misd only) Actual Days _____ | | TO RUN CONSECUTIVE TO: [ ] Any Other Case [ ] Jail in Lieu of Fine Below [ ] Case No. _____ [ ] Count No. _____ JAIL IN LIEU OF FINE: |
| IMPRISONMENT STAYED TO: _____ (date) | | Pay $_____ Fine or Serve _____ Days in Jail at the Rate Per Day of $_____ and pay Penalty Assessment at the Rate of $_____ for every $10 or portion thereof |

| CASE NUMBER [ ] Same as above MISD COUNT NO. | CONVICTED CHARGE [ ] MISD [ ] FELONY [ ] Felony Probation Violation [ ] Misd Probation Violation | DEFENDANT COMMITTED TO: [ ] STATE PRISON [ ] CRC [ ] DJJ [ ] COUNTY JAIL (Misd/Felony Non PC 1170(h)) [ ] COUNTY JAIL (PC 1170(h)) [ ] DEPT OF MENTAL HEALTH _____ FOR THE TERM OF: _____ Days / Months / Years |
|---|---|---|
| PRE-SENTENCE CUSTODY CREDITS (Complete either A or B) A. [ ] Total Days _____ - [ ] Includes _____ GTWT Days B. [ ] Sheriff to Determine Total (Misd only) Actual Days _____ | | TO RUN CONSECUTIVE TO: [ ] Any Other Case [ ] Jail in Lieu of Fine Below [ ] Case No. _____ [ ] Count No. _____ JAIL IN LIEU OF FINE: |
| IMPRISONMENT STAYED TO: _____ (date) | | Pay $_____ Fine or Serve _____ Days in Jail at the Rate Per Day of $_____ and pay Penalty Assessment at the Rate of $_____ for every $10 or portion thereof |

20. [ ] JUVENILE DETENTION: The Court finds the defendant's presence in the Juvenile Hall would endanger the public or staff, or be detrimental to other inmates. The Sheriff is to detain the juvenile pending his/her transfer to a state facility or pending his/her removal to court, as specified

21. [ ] Ineligible for credits – Parole Revoked     22. [ ] No / Work Release/Work Furlough Recommended

23. [ ] Defendant to be Housed in DJJ per WIC 1731.5(c)     24. [ ] DNA Sampling required

25. [ ] Defendant to Surrender to _____ on _____

26. [ ] _____ days may be served in _____ provided a representative picks up the defendant

27. [ ] OTHER _____

28. [ ] WEEKENDS: Defendant shall serve _____ days in consecutive weekends in L.A.C.J., each weekend period to be from _____ AM / PM on (day) to _____ AM / PM on _____ (day) commencing _____

| 29. DATE OF ORDER 12-20-21 | 30. DEPUTY CLERK S.D. ____ |
|---|---|

**COMMITMENT – CJ, STATE PRISON, MENTAL HEALTH OR DJJ**

DISTRIBUTION: Original (White): Sheriff   3 Copies (Yellow): Case File(s)   1 Copy (Green): Courtroom

CRIM 105 (Rev. 07/14)

Z. Ornelas

**Exhibit C - 102**

## COMMITMENT – CJ, STATE PRISON, MENTAL HEALTH OR DJJ INSTRUCTIONS (CRIM 105)

### SENTENCING RULES:

**MISDEMEANOR SENTENCES:** If counts are consecutive, the amount of time as to each individual count within a case must be reported. If counts are concurrent, only report the longest sentence imposed for a single count.
**FELONY SENTENCES:** The total amount of time imposed for the entire case must be reported, not individual counts
**CONSECUTIVE TERMS:** A consecutive relationship must be reported if ordered.
**CONCURRENT TERMS:** This is not required and should not be reflected. When no relationship between terms is stated, terms will be served concurrently, by operation of law.

### STEP 1] DEFENDANT AND COURT INFORMATION

- Amended/Supersedes Order of (include date of previous order).
- **Page ___ of ___:** Indicate the total number of custody paperwork prepared for this defendant today, and the number this Commitment is in relation to the total. e.g. 1 of 1
- **Papers Only:** Check if the defendant is not present in the courthouse today, or if he/she will not be committed to custody today
- **Defendant's Name:** Enter the defendant's true name or name as charged in the accusatory pleading.
- **Booking No.:** LA County Jail booking number is required, if known and available, otherwise DOB is required. If defendant is being committed for the first time, check "New Booking" and enter the DOB.
- **DOB:** The date of birth is required if no booking number is entered, or if "New Booking" is checked.
- **Booked As:** Enter the name under which defendant is booked but only if different
- **Date of Sentence:** Enter the date the defendant was sentenced
- **Courthouse Location:** Enter the specific courthouse location where the paperwork is being prepared, e.g. Inglewood, Torrance, Van Nuys, CAC, CJC, Airport, Metro, Downey, etc. Do not name generic districts alone; e.g. East, West, Northeast, etc. Use the full court location name, or its designated abbreviation, as specified in the "List of Approved Court Location Names for Custody Paperwork."
10. **Courtroom:** Enter the division or department where the paperwork is prepared, in a three-character format, e.g. 124, 003, SWF, etc. Do not use TCIS dual designation codes

### STEP 2] COMMITMENT ORDER

1. **Case Number:** Enter the case number that the defendant is committed on, including the defendant identifier. If entering a misdemeanor commitment or felony commitment pursuant to PC 1170(h) on multiple consecutive counts for the same case, check **"Same As Above"**
2. **Misdemeanor Count No.:** Enter the misdemeanor count number if counts are to run consecutive. Leave blank if counts are to run concurrently
3. **Convicted Charge:** Enter the violation code and number (e.g. PC 211 or VC 23152(a)) of the first convicted charge. Degree is not necessary. Check the box to indicate whether **Misdemeanor** or **Felony**
   - **Felony Probation Violation:** Check if sentence is for felony probation violation (No Early Release)
   - **Misd. Probation Violation:** Check if sentence is for misdemeanor probation violation
4. **Defendant Committed To:** Mark box indicating where the defendant is to be committed. If Mental Health is checked, indicate the location (e.g. Patton State Hospital) and authority (e.g. PC 1368 or PC 1026)
5. **For the Term Of:** Specify the length of time to be served, e.g. "2 days", "16 months", "2 years" or write in the amount "5 years 8 months", "25 years to Life", "Life with parole, plus 14 years", "LWOP", etc.
6. **To Run Consecutive To:** Specify what the sentence on this case is consecutive to, check all that apply in this section
   - **Any Other Case:** Any other case sentenced prior to today.
   - **Jail in Lieu of Fine:** The period specified on this form in the "Jail in Lieu of Fine" section
   - **Case No:** Specify the consecutive case number
   - **Misd. Count No:** Specify the consecutive misdemeanor count number within this case
7. **Jail in Lieu of Fine:** Fill in the blanks as appropriate
   - **Pay $___:** Enter the amount of misdemeanor base fine for which the defendant will be serving time
   - **Serve ___:** Enter the number of days to be served in lieu of fine payment
   - **Rate Per Day of $___:** Divide the amount of fine by the number of days to be served, minimum $30
   - **Penalty Assessment rate of $___:** Enter the current rate of penalty assessment, e.g. $21
18. **Pre-Sentence Custody Credits:** Fill in the fields in sections A or B as appropriate. Do not fill in both sections
   A. **Total Days and Includes ___ GT/WT Days:** Enter the Total credit days as ordered and indicate the amount of good time/work time days included in the total. Do not report the actual number of days
   B. **Sheriff to Determine and Actual Days:** Check only in a misdemeanor case where the Court orders the Sheriff to determine the total credits. Indicate the number of actual days if stated.
19. **Imprisonment Stayed To:** Enter the date that a term is stayed to (usually the surrender date)

### STEP 3] ADDITIONAL ORDERS

20. **Juvenile Detention:** Check if defendant is under 18 years
21. **Ineligible for Credits** – Parole Revoked: Check this box if parole has been revoked and defendant is ineligible for credits.
22. **No/ Work Release/Work Furlough:** Check box if the Court recommends work release or work furlough and strike the word "No". If work release/furlough is prohibited, check the box and circle the word No.
23. **Housed in DJJ:** Check if defendant is sentenced to state prison, but the Court orders housing in DJJ
24. **DNA Sampling:** Check if DNA evidence collection is ordered.
25. **Surrender:** Indicate where and when the defendant will surrender to County Jail
26. ___ **days may be served in:** Specify conditions of a "Conditional Commitment" order, e.g. "Last 180 days may be served in New Day Program " or "In lieu of CJ, 180 days may be served in New Day Program..."
27. **Other:** Write any additional orders here.
28. **Weekends:** Complete the information when a defendant is ordered to serve a sentence on weekends. Include the time and weekday the defendant will surrender to jail (e.g. 6:00 PM Friday), the time and weekday of release (e.g. 6:00 AM Monday) and state the commencement date.

### STEP 4] DATE, SIGNATURE AND COURT SEAL

29. **Date of Order:** Enter today's date.
30. **Deputy Clerk:** Sign the order.
31. **Court Seal:** Place the court seal on the order.

Distribute the order as indicated on the bottom of the form.

**Exhibit C - 103**




**LOS ANGELES COUNTY PROBATION DEPARTMENT**
**POSTRELEASE COMMUNITY SUPERVISION**
**DETENTION INSTRUCTIONS NOTIFICATION**

| Agency: | L.A.P.D-HARBOR DIVISION | | Today's Date: | 10/15/2021 |
|---|---|---|---|---|
| **Attention: Jailer/Warden and Detainer Unit** | | | **Arrest Date:** | 10/13/2021 |

| Inmate/PSP Information | Name: MUNOZ, MARK | | | Booking #: ▮ |
|---|---|---|---|---|
| | X #: ▮ | PB#: ▮ | | CII#: ▮ |

| DPO of Record Information | Name: ▮ | | | Phone #: ▮ |
|---|---|---|---|---|
| | Caseload #: ▮ | Area Office: LONG BEACH | | Cell #: ▮ |

### DETENTION INSTRUCTIONS

| ☒ | **PRCS HOLD** | This notification is your authority, pursuant to PC 3455(c) to hold the above Postrelease Supervised Person (PSP) without bail pending their first appearance date in Department 83 of the Central Arraignment Court. |
|---|---|---|
| ☐ | **REMOVE PRCS HOLD** | This notification is your authority to remove the PC 3455(c) Hold for the above PSP issued on _____.  **REMOVE HOLD EFFECTIVE** _____. |

### PROBATION USE ONLY

☐ ASSIGNED DPO IS TO COMPLETE THE INTERMEDIATE SANCTIONS FORM TO ACCOMPANY THE FLASH INCARCERATION.

☐ ARREST WARRANT (COURT ONLY)    ☒ NEW FEL. ARREST    ☐ NEW MISD. ARREST    ☐ VIOLATION OF T&C OF PRCS

| DPO Name: | ▮ | SDPO Name: | ▮ |
|---|---|---|---|
| DPO Signature: | ▮ | SDPO Signature: | |
| Date: | October 15, 2021 | Date: | October 15, 2021 |

**PROBATION DISTRIBUTION:**

COMPUTER UPDATED
Date: 10/15/21  Time: 2122

➢ One copy scanned to the "EDL-PROB AB109PRCSHolds" email ▮
➢ One copy e-mailed to the LA County Sheriff's Inmate Reception Center at ▮
➢ One copy emailed to the DPO of Record (if applicable)
➢ One copy emailed to the SDPO of Record (if applicable)
➢ Teletype or fax to detaining agency/jailer for non LASD agencies only (see Attachment 2 for sample) in addition to e-mail to ▮

**IMPORTANT NOTICE:** This message is intended for the use of the individual or entity to which it is addressed and may contain information that is privileged, confidential, or exempt from disclosure under applicable federal or state law. If the reader of this material is not the indicated recipient or the employee of agent responsible for delivering this message to the intended recipient, you are hereby notified that any dissemination, distribution, copying of this communication is strictly prohibited. If you receive the communication in error, please call the above phone number immediately.

**Exhibit C - 104**

# Exhibit D

# 2022

# FELONY BAIL SCHEDULE



SUPERIOR COURT OF CALIFORNIA

COUNTY OF LOS ANGELES

**Exhibit D - 105**

Copies or interim amendments can be obtained at
http://www.lacourt.org

# LOS ANGELES COUNTY
# Felony Bail Schedule

## HOW TO USE THIS BAIL SCHEDULE

**(1)      The purpose of this bail schedule is to fix an amount upon which a person who is arrested without a warrant may be released from custody prior to appearance in court. At and after a defendant's first appearance, pursuant to Penal Code section 1269b(b), the amount of bail, if any is allowed, shall lie with the sound discretion of the judicial officer before whom the defendant appeared, and may be greater or less than the amount set forth in this schedule, subject to the provisions of Penal Code section 1275. This schedule may also be used by a magistrate in fixing bail pursuant to Penal Code section 815a at the time an arrest warrant is issued, the amount of which lies with the sound discretion of the magistrate.**

**(2)      Bail for an offense pursuant to this schedule shall be the sum of the amount specifically listed for the offense (pages 5-22), and the amounts listed for all applicable enhancements and prior convictions (page 23). If an offense is not specifically listed in this schedule, bail should be set according to the following schedule based on the maximum state prison term applicable to the offense:**

| | | | |
|---|---|---|---|
| TOP TERM 3 YEARS | 20,000 | TOP TERM 11 YEARS | 65,000 |
| TOP TERM 4 YEARS | 25,000 | TOP TERM 12 YEARS | 70,000 |
| TOP TERM 5 YEARS | 30,000 | TOP TERM 13 YEARS | 75,000 |
| TOP TERM 6 YEARS | 35,000 | TOP TERM 14 YEARS | 80,000 |
| TOP TERM 7 YEARS | 40,000 | TOP TERM 15 YEARS | 90,000 |
| TOP TERM 8 YEARS | 45,000 | TOP TERM 16 YEARS | 100,000 |
| TOP TERM 9 YEARS | 50,000 | ALL LIFE SENTENCES | 1,000,000 |
| TOP TERM 10 YEARS | 55,000 | | |

**(3)      When a defendant is booked for or charged with two or more offenses, bail shall be the amount computed under this schedule for the charge having the highest bail, including applicable amounts for enhancements and prior convictions except: (1) where the offenses are committed against separate victims or on separate dates, or (2) where separate sex acts are committed on the same victim and each may be punished separately (including circumstances enumerated in Penal Code sections 667.6(c) and (d)).  In addition, amounts for enhancements and prior convictions shall each be added one time per person arrested, per defendant, or per case.**

**(4)      The Bail Deviation Program is available to process all bail increase and decrease requests for persons who have been arrested (other than pursuant to an arrest warrant) but not arraigned. All requests to increase or decrease bail should be called in at (213) 351-0373 or (800) 773-5151. The Program's hours of operation are 6:30 a.m. to 1:30 a.m.**

**(5)      Penal Code Section 1270.1 prohibits the release of an arrestee on bail in an amount OTHER THAN THAT SET FORTH IN THIS BAIL SCHEDULE prior to a hearing in *open court* for:**

   **(a) Violent felonies as described in P.C. Section 667.5(c), but not 460(a);**

   **(b) Serious felonies as described in P.C. Section 1192.7(c) (including those listed in P.C. Section 1192.8);**

**Exhibit D - 107**

**(c) Violations of P.C. Sections 136.1(c), 243(e)(1), 273.5, 422 (as a felony), and 646.9; and**

**(d) Violation of P.C. Section 273.6 if the detained person made threats to kill or harm, has engaged in violence against, or has gone to the residence or workplace of the protected party.**

**Exhibit D - 108**

**Felony Bail Computation Worksheet**

| | | |
|---|---|---|
| **1** | Name of Arrestee: | |
| **2** | List all offenses: | |

| | **Base Bail** *(see Felony Bail Schedule at pages 5-22)* | **AMOUNT** |
|---|---|---|
| **3** | Of the offenses listed in 2, which carries the highest bail schedule amount? *List code and section number here: _____* | |
| | *List the bail schedule amount for that offense in 3a.* | **3a** |
| | Is arrestee charged with two or more offenses? *If yes, move to 3b and 3c.  If no, move to 4* | |
| **3b** | Were additional offenses committed against separate victims OR were the offenses committed on separate dates? *If yes, list the sum of the bail schedule amount(s) for each additional offense committed against a separate victim and/or on a separate date in 3b.* | **3b** |
| **3c** | Were additional separate sex acts committed on the same victim AND may each act be punished separately? *If yes, list the sum of the bail schedule amounts for each additional separate sex act in 3c.* | **3c** |
| | *If no to 3b and 3c, base bail is **only** the bail amount for the offense listed in 3a* | |

| | **Enhancements** *(see Felony Bail Schedule at page 23)* | | |
|---|---|---|---|
| **4** | Was the offense committed for the benefit of a gang? | If yes, add $40,000 | **4** |
| **5** | Was a weapon involved? *If yes, add only the greatest of 5a-5d. If no weapon, move to 6* | | |
| **5a** | Did the arrestee personally discharge a firearm, causing GBI or death? | If yes, add $1,000,000 | **5a** |
| **5b** | Did the arrestee personally discharge a firearm, not causing GBI/death? | If yes, add $200,000 | **5b** |
| **5c** | Did the offense involve possession, use, or discharge of a firearm? | If yes, add $50,000 | **5c** |
| **5d** | Did the arrestee use a weapon other than a firearm? | If yes, add $20,000 | **5d** |
| **6** | Did the offense involve infliction of GBI? | If yes, add $30,000 | **6** |
| **7** | Does the arrestee have any prior convictions? *If no prior convictions, move to 8* | | |
| **7a** | Does the arrestee have a prior conviction for a serious or violent felony or enumerated sex offense? | If yes, add $50,000 per prior conviction | **7a** |
| **7b** | Is the arrestee charged with a serious or violent felony AND does the arrestee have two or more convictions for serious or violent felonies? | If yes, add $1,000,000 | **7b** |
| **7c** | Has the arrestee served a prison term during the past 5 years? | If yes, add $10,000 per term | **7c** |
| **8** | Are there any other enhancements to be added? *If no other enhancements, move to 9* | | |
| **8a** | Is the crime a hate crime? | If yes, add $25,000 | **8a** |
| **8b** | Is the victim over 65, under 15, or disabled AND is the crime enumerated in Penal Code sections 667.9-667.10? | If yes, add $25,000 | **8b** |
| **8c** | *Add only once:* Are there other felony charges pending against arrestee, or is the arrestee on parole, felony probation, or probation department supervision? | If yes, add $25,000 | **8c** |
| **8d** | *If base bail is less than $1,000,000 and neither 6a nor 8c apply:* Does the offense carry a possible term of life imprisonment? | If yes, add $1,000,000 | **8d** |
| **9** | **Add lines 3a through 8d.** | **This is the Total Bail: 9** | _____ |

_____    _____
Name of Person Completing Form      Badge/ID #

If Law Enforcement, Do You Oppose O/R Release?   ☐ Yes   ☐ No

If deviation from Felony Bail Schedule is sought, please attach request and supporting documentation.

**Exhibit D - 109**

4

## PENAL CODE

| PENAL CODE SECTION | OFFENSE | PRESUMPTIVE BAIL |
|---|---|---|
| 32 | ACCESSORIES<br>The greater of ½ the amount for the principal offense or | 20,000 |
| 67 | BRIBERY OF STATE EXECUTIVE OFFICER | 25,000 |
| 67.5 | BRIBERY OF PUBLIC OFFICER OR EMPLOYEE<br>(If theft or thing given or offered would be grand theft) | 20,000 |
| 68 | BRIBE, SOLICITING BY PUBLIC OFFICER OR EMPLOYEE | 25,000 |
| 69 | RESISTING ARREST/THREATENING EXECUTIVE OFFICER | 25,000 |
| 76 | THREATS TO THE LIFE OF AN OFFICIAL OR JUDGE | 100,000 |
| 92, 93 | BRIBE, OFFERING, ACCEPTING BY JUDGE, JUROR, REFEREE | 100,000 |
| 113 | MANUFACTURING OR SELLING FALSE CITIZENSHIP OR RESIDENT ALIEN DOCUMENTS | 75,000 |
| 114 | USING FALSE DOCUMENTS TO CONCEAL TRUE CITIZENSHIP | 50,000 |
| 115 | OFFERING FORGED/FALSE DOCUMENTS FOR FILING | 35,000 |
| 115.1 | CAMPAIGN VIOLATIONS | 50,000 |
| 118 | PERJURY | 25,000 |
| 127 | SUBORNATION OF PERJURY | 25,000 |
| 136.1 | PREVENTING, DISSUADING WITNESS FROM ATTENDANCE, TESTIFYING | 100,000 |
| 137(a),(b) | INFLUENCING TESTIMONY | 100,000 |
| 141(b) | FILING OF FALSE EVIDENCE BY POLICE | 50,000 |
| 141(c) | FILING OF FALSE EVIDENCE BY PROSECUTING ATTORNEY | 50,000 |
| 149 | ASSAULT BY OFFICER UNDER COLOR OF AUTHORITY | 35,000 |
| 165 | BRIBERY OF COUNCILMAN, SUPERVISOR, etc. | 25,000 |
| 182 | CONSPIRACY | Same as substantive offense |
| 187 | MURDER - with special circumstance | NOT BAILABLE |
|  | All other murders | 2,000,000 |
| 191.5<br>191.5(a)<br>191.5(b) | VEHICULAR MANSLAUGHTER<br>DUI with gross negligence<br>DUI without gross negligence | 100,000<br>50,000 |
| 192(a) | MANSLAUGHTER – Voluntary | 100,000 |
| 192(b) | MANSLAUGHTER – Involuntary | 25,000 |

Exhibit D - 111

| PENAL CODE SECTION | OFFENSE | PRESUMPTIVE BAIL |
|---|---|---|
| | PENAL CODE | |
| 192(c)(1) | VEHICULAR MANSLAUGHTER - Driving vehicle with gross negligence | 50,000 |
| 192(c)(3) | VEHICULAR MANSLAUGHTER - Accident caused for financial gain | 100,000 |
| 192.5 | VEHICULAR MANSLAUGHTER - Operating a vessel | |
| 192.5(a) | DUI with gross negligence | 100,000 |
| 192.5(b) | DUI without gross negligence | 50,000 |
| 192.5(c) | With gross negligence | 50,000 |
| 203 | MAYHEM | 100,000 |
| 205 | AGGRAVATED MAYHEM (LIFE) | 1,000,000 |
| 207 | KIDNAPPING | 100,000 |
| | Kidnapping child under age 14 to deprive custody (P.C. 667.85) | 150,000 |
| | Kidnapping for purpose of felony sexual offense (P.C. 667.8(a) and (b)) | 1,000,000 |
| 209 | KIDNAPPING FOR RANSOM, ROBBERY, SEX OFFENSE, etc. (LIFE) Including kidnapping child under age 14 to deprive custody (P.C. 667.85), and kidnapping for purpose of felony sexual offense (P.C. 667.8(a) and (b)) | 1,000,000 |
| 209.5 | KIDNAPPING DURING A CARJACKING (LIFE) | 1,000,000 |
| 210.5 | FALSE IMPRISONMENT - KIDNAP TO EVADE ARREST | 100,000 |
| 211 | ROBBERY | |
| | First Degree | 100,000 |
| | Second Degree | 50,000 |
| 215 | CARJACKING | 100,000 |
| 219 | TRAINWRECKING (LIFE) | 1,000,000 |
| 220(a) | ASSAULT WITH INTENT TO COMMIT MAYHEM, RAPE, SODOMY, ORAL COPULATION, OR ANY VIOLATION OF P.C. 264.1, 288 or 289 | Same as substantive offense |
| 220(b) | ASSAULT WITH INTENT TO COMMIT SPECIFIED SEX OFFENSES WHILE IN THE COMMISSION OF FIRST DEGREE BURGLARY | 1,000,000 |
| 222 | ADMINISTERING DRUGS TO AID FELONY | 20,000 |
| 236 | FALSE IMPRISONMENT | 50,000 |
| 236.1 | HUMAN TRAFFICKING | 100,000 |
| | If victim is under age 18 | 150,000 |
| 237(b) | FALSE IMPRISONMENT - ELDER OR DEPENDENT PERSON | 50,000 |
| 241.1 | ASSAULT | |
| | Upon custodial officer | 25,000 |
| 243 | BATTERY | |
| 243(c) | Upon peace officer, etc. with injury | 50,000 |
| 243(d) | With serious bodily injury | 50,000 |

6

**Exhibit D - 112**

| PENAL CODE SECTION | PENAL CODE OFFENSE | PRESUMPTIVE BAIL |
|---|---|---|
| 243.1 | BATTERY<br>Upon custodial officer in performance of duties.......................................... 25,000 | |
| 243.4 | SEXUAL BATTERY.................................................................................. 25,000 | |
| 244 | ASSAULT WITH CHEMICALS..................................................................... 50,000 | |
| 245(a)(1) | ASSAULT WITH DEADLY WEAPON, OTHER THAN A FIREARM.............................. 30,000 | |
| 245(a)(2) | ASSAULT WITH A FIREARM ...................................................................... 50,000 | |
| 245(a)(4) | ASSAULT WITH FORCE LIKELY TO PRODUCE G.B.I. ............................................ 30,000 | |
| 245(b) | ASSAULT WITH A SEMIAUTOMATIC FIREARM .................................................. 75,000 | |
| 245(c) | ASSAULT WITH DEADLY WEAPON OTHER THAN A FIREARM OR FORCE LIKELY TO PRODUCE G.B.I. UPON A PEACE OFFICER OR FIREFIGHTER .................................................................................. 50,000 | |
| 245(d)(1) | ASSAULT WITH A FIREARM UPON A PEACE OFFICER OR FIREFIGHTER ............................................................................... 100,000 | |
| 245(d)(2) | ASSAULT WITH A SEMIAUTOMATIC FIREARM UPON A PEACE OFFICER OR FIREFIGHTER ........................................... 200,000 | |
| 246 | SHOOTING AT INHABITED DWELLING, BUILDING, OCCUPIED MOTOR VEHICLE................................................... 250,000 | |
| 246.3(a) | DISCHARGE OF FIREARM - GROSS NEGLIGENCE ................................. 35,000 | |
| 261 | RAPE............................................................................................... 100,000<br>If victim is under 18...........................................................................200,000<br>If victim is under 14………………………………………………………......250,000 | |
| 261.5(c)<br>261.5(d) | UNLAWFUL SEXUAL INTERCOURSE WITH PERSON UNDER 18 ........................20,000<br>If defendant is over 21 and minor under 16 ...........................................25,000 | |
| 264.1 | RAPE IN CONCERT WITH ANOTHER BY FORCE OR VIOLENCE.......................... 100,000<br>If victim is under 18......................................................................... 200,000<br>If victim is under 14………………………………………………………. .... 250,000 | |
| 266h(a)<br>266h(b)(1)<br>266h(b)(2) | PIMPING ............................................................................................ 25,000<br>If other person is a minor age 16 or older .............................................50,000<br>If other person is a minor under age 16........................................................ 75,000 | |
| 266i | PANDERING........................................................................................ 35,000<br>If other person is a minor...................................................................... 50,000 | |
| 269 | AGGRAVATED SEXUAL ASSAULT OF A CHILD UNDER 14 YEARS....................250,000 | |
| 273a(a) | WILLFUL HARM OR INJURY TO CHILD LIKELY TO PRODUCE G.B.I. OR DEATH............................................................... 100,000 | |

**Exhibit D - 113**

| PENAL CODE SECTION | PENAL CODE OFFENSE | PRESUMPTIVE BAIL |
|---|---|---|

| PENAL CODE SECTION | OFFENSE | PRESUMPTIVE BAIL |
|---|---|---|
| 273d(a) | CORPORAL PUNISHMENT OR INJURY OF CHILD .................................................. | 50,000 |
| 273.5 | CORPORAL INJURY TO SPECIFIED PERSONS…………………………………… | 50,000 |
| | With prior conviction under P.C. 273.5(f)…………………………………………… | 100,000 |
| 273.6 | VIOLATION OF A PROTECTIVE ORDER .......................................................... | 50,000 |
| 278 | CHILD STEALING......................................................................................... | 40,000 |
| | By use of the internet ................................................................................. | 100,000 |
| 285 | INCEST ...................................................................................................... | 50,000 |
| 286 | SODOMY | |
| 286(b)(1) | If victim is under age 18 ............................................................................ | 50,000 |
| 286(b)(2) | If victim is under age 16 and defendant is over age 21 ................................ | 100,000 |
| 286(c)(1) | If victim is under age 14 and defendant more than 10 years older than victim............ | 100,000 |
| 286(c)(2)(A) | If defendant compelled another by force, duress or threats of great bodily injury ....... | 100,000 |
| 286(c)(2)(B) | If victim is under age 14 with force or duress ............................................. | 100,000 |
| 286(c)(2)(C) | If victim is a minor age 14 or older with force or duress .............................. | 100,000 |
| 286(d)(1) | If in concert with force or fear .................................................................... | 250,000 |
| 286(d)(2) | If in concert with force or fear upon a victim age 14 .................................... | 250,000 |
| 286(d)(3) | If in concert with force or fear upon a minor victim age 14 or over ............... | 250,000 |
| 286(e) | If committed in state prison or jail .............................................................. | 100,000 |
| 286(f) and (g) | If victim unconscious of nature of act/incapable of consent......................... | 100,000 |
| 287 | ORAL COPULATION | |
| 287(b)(1) | If victim is under age 18 ............................................................................ | 50,000 |
| 287(b)(2) | If victim is under age 16 and defendant is over age 21 ................................ | 75,000 |
| 287(c)(1) | If victim is under age 14 and defendant more than 10 years older than victim............ | 100,000 |
| 287(c)(2)(A) | If defendant compelled another by force, duress or threats of great bodily injury ....... | 100,000 |
| 287(c)(2)(B) | If victim is under age 14 with force or duress ............................................. | 100,000 |
| 287(c)(2)(C) | If the victim is a minor age 14 or older with force or duress ....................... | 100,000 |
| 287(d)(1) | If in concert with force or fear .................................................................... | 250,000 |
| 287(d)(2) | If in concert with force or fear upon a victim under age 14 ......................... | 250,000 |
| 287(d)(3) | If in concert with force or fear upon a minor victim age 14 or over ............... | 250,000 |
| 287(e) | If committed in state prison or jail .............................................................. | 100,000 |
| 287(f) and (g) | If victim unconscious of nature of act/incapable of consent......................... | 100,000 |
| 288.2 | DISTRIBUTION OF CHILD PORNOGRAPHY .................................................. | 20,000 |
| With Prior | 40,000 | |
| 288 | LEWD ACTS | |
| 288(a) | If victim is under age 14.............................................................................. | 100,000 |
| 288(b)(1) | If victim is under age 14 with force ............................................................. | 100,000 |
| 288(b)(2) | By caretaker upon a dependent person with force ....................................... | 100,000 |
| 288(i) | If victim is under age 14 with bodily harm.................................................... | 1,000,000 |
| 288.2 | DISTRIBUTION OF CHILD PORNOGRAPHY .................................................. | 20,000 |
| | With Prior ................................................................................................. | 40,000 |
| 288.3(a) | CONTACT MINOR WITH INTENT TO COMMIT SEXUAL OFFENSE .......................... | 5,000 |
| 288.3(c) | With Prior ................................................................................................. | 25,000 |
| 288.4(a)(2) | ARRANGE MEETING WITH MINOR FOR PURPOSE OF EXPOSING OR PROCURING SEXUAL EXPOSURE WITH PRIOR ......................................... | 75,000 |
| 288.4(b) | ATTEND AN ARRANGED MEETING WITH MINOR FOR PURPOSE OF EXPOSING OR PROCURING SEXUAL EXPOSURE OR ENGAGING IN LEWD ACT .................. | 75,000 |

**Exhibit D - 114**

| PENAL CODE SECTION | OFFENSE | PRESUMPTIVE BAIL |
|---|---|---|

**PENAL CODE**

| | | |
|---|---|---|
| 288.5 | CONTINUOUS SEXUAL ABUSE OF A CHILD ...........................................350,000 | |
| 288.7 | ENGAGE IN SPECIFIED SEX ACTS WITH MINOR UNDER 10................................ 250,000 | |
| 289 | SEXUAL PENETRATION.......................................................................... 100,000 | |
| 289(a)(1)(B) | If victim is under age 14 with force or duress ................................................ 100,000 | |
| 289(a)(1)(C) | If victim is a minor age 14 or older with force or duress ................................ 100,000 | |
| 289.6(a)(2-3) | ENGAGE IN SPECIFIED SEX ACTS WITH PERSON CONFINED IN PUBLIC OR PRIVATE DETENTION FACILITY........................................... 50,000 | |
| 290 | FAILURE OF CONVICTED SEX OFFENDER TO REGISTER.................................... 20,000 | |
| 290.46(j)(2) | USE INFORMATION DISCLOSED ON SEX OFFENDER INTERNET WEB SITE TO COMMIT A FELONY ................................................................. 25,000 | |
| 311.2 | BRING OR DISTRIBUTE OBSCENE MATTER WITHIN STATE................................ .40,000 | |
| 311.4 | USE OF MINOR IN BRINGING OR DISTRIBUTING OBSCENE MATTER WITHIN STATE ....................................................................... 40,000 | |
| 311.11(a) | POSSESSION OR CONTROL OF CHILD PORNOGRAPHY...................................... 20,000 | |
| 311.11(b) | With Prior........................................................................................... 40,000 | |
| 311.11(c) | More than 600 images (with at least 10 images involving prepubescent minor) or images portraying sexual sadism or masochism ........................................ 40,000 | |
| 314(1) | INDECENT EXPOSURE ........................................................................... 35,000 | |
| 337a | BOOKMAKING....................................................................................... 10,000 | |
| | Second Offense...................................................................................... 12,500 | |
| | Third Offense........................................................................................ 15,000 | |
| 368 | ELDER ABUSE ...................................................................................... 50,000 | |
| 405a | TAKING PERSON FROM LAWFUL CUSTODY OF A PEACE OFFICER BY MEANS OF A RIOT............................................................................ 50,000 | |
| 422 | CRIMINAL THREATS .............................................................................. 50,000 | |
| 424 | EMBEZZLEMENT OR FALSIFICATION OF ACCOUNTS BY PUBLIC OFFICERS ................................................................................. 25,000 | |
| 451(a) | ARSON CAUSING GREAT BODILY INJURY.................................................... 250,000 | |
| 451(b) | ARSON, INHABITED STRUCTURE ............................................................. 250,000 | |
| 451(c) | ARSON, STRUCTURE OR FOREST LAND ...................................................... 75,000 | |
| 451(d) | ARSON, OTHER PROPERTY ...................................................................... 50,000 | |
| 451.5 | AGGRAVATED ARSON............................................................................ 500,000 | |
| 452(a) | RECKLESSLY CAUSING FIRE WITH GREAT BODILY INJURY................................ 35,000 | |
| 452(b) | RECKLESSLY CAUSING FIRE, INHABITED STRUCTURE ........................................ 25,000 | |

**Exhibit D - 115**

| PENAL CODE SECTION | OFFENSE | PENAL CODE | PRESUMPTIVE BAIL |
|---|---|---|---|
| 452(c) | RECKLESSLY CAUSING FIRE, STRUCTURE OR FOREST LAND | | 20,000 |
| 453(a) | POSSESSION, ETC.OF EXPLOSIVES, FLAMMABLE MATTER | | 50,000 |
| 454 | ARSON DURING STATE OF EMERGENCY | | 350,000 |
| 455 | ATTEMPT OR PREPARATION TO BURN ANY STRUCTURE OR PROPERTY | | 75,000 |
| 459 | BURGLARY Residential All others | | 50,000 20,000 |
| 463 | LOOTING | | 50,000 |
| 464 | BURGLARY WITH EXPLOSIVES | | 50,000 |
| 470 | FORGERY | | 20,000 |
| 470a | FORGERY/COUNTERFEITING DRIVER'S LICENSE OR I.D. CARD | | 20,000 |
| 470b | DISPLAYING OR POSSESSING FORGED DRIVER'S LICENSE OR I.D. CARD WITH INTENT TO ACCOMPLISH A FORGERY | | 20,000 |
| 471 | FORGERY, FALSE ENTRIES IN RECORDS OR RETURNS | | 20,000 |
| 472 | FORGERY OR COUNTERFEITING ANY PUBLIC OR CORPORATE SEAL | | 20,000 |
| 475 | FORGED BILLS OR NOTES, POSSESSION OR RECEIPT | | 20,000 |
| 476 | FICTITIOUS CHECKS, MAKING, UTTERING | | 20,000 |
| 476a | N.S.F. CHECKS | | 5,000 |
| 477, 479, 480 | COUNTERFEITING OF COIN | | 25,000 |
| 484b | THEFT, DIVERSION OF MONEY RECEIVED FOR SERVICES, LABOR, MATERIAL, etc. If amount diverted exceeds $2,350 | | 20,000 |
| 484c | EMBEZZLEMENT OF FUNDS FOR CONSTRUCTION | | 25,000 |
| 484e - 484i | VARIOUS FELONIES RELATING TO CREDIT CARDS | | 20,000 |
| 487(a) and (b) | GRAND THEFT IF VALUE EXCEEDS $950, OR WITH QUALIFYING PRIOR CONVICTION(S) IF VALUE DOES NOT EXCEED $950 If amount of theft is over $50,000 If amount of theft is over $250,000 If amount of theft is over $1,000,000 | | 20,000 45,000 70,000 120,000 |
| 487(c) | GRAND THEFT PERSON | | 25,000 |
| 487(d)(1) | THEFT OF AUTOMOBILE When there is evidence of a chop shop operation | | 35,000 50,000 |
| 487(d)(2) | GRAND THEFT – FIREARM | | 50,000 |

Exhibit D - 116

| PENAL CODE SECTION | OFFENSE | PENAL CODE | PRESUMPTIVE BAIL |
|---|---|---|---|
| 487a | GRAND THEFT OF HORSE OR OTHER LIVESTOCK IF VALUE EXCEEDS $950, OR WITH QUALIFYING PRIOR CONVICTION(S) | | |
| | IF VALUE DOES NOT EXCEED $950 | | 20,000 |
| | If amount of theft is over $50,000 | | 45,000 |
| | If amount of theft is over $250,000 | | 70,000 |
| | If amount of theft is over $1,000,000 | | 120,000 |
| 487b | GRAND THEFT – CONVERSION OF REAL PROPERTY IF VALUE EXCEEDS $950, OR WITH QUALIFYING PRIOR CONVICTION(S) | | |
| | IF VALUE DOES NOT EXCEED $950 | | 20,000 |
| | If amount of theft is over $50,000 | | 45,000 |
| | If amount of theft is over $250,000 | | 70,000 |
| | If amount of theft is over $1,000,000 | | 120,000 |
| 487d | GRAND THEFT OF GOLD DUST, AMALGAM OR QUICKSILVER IF VALUE EXCEEDS $950, OR WITH QUALIFYING PRIOR CONVICTION(S) IF VALUE DOES NOT EXCEED $950 | | 20,000 |
| | If amount of theft is over $50,000 | | 45,000 |
| | If amount of theft is over $250,000 | | 70,000 |
| | If amount of theft is over $1,000,000 | | 120,000 |
| 487e | GRAND THEFT OF DOG IF VALUE EXCEEDS $950 | | 20,000 |
| | If amount of theft is over $50,000 | | 45,000 |
| | If amount of theft is over $250,000 | | 70,000 |
| | If amount of theft is over $1,000,000 | | 120,000 |
| 487g | GRAND THEFT OF ANIMAL FOR PURPOSE OF SALE, MEDICAL RESEARCH, SLAUGHTER OR OTHER COMMERCIAL USE IF VALUE EXCEEDS $950, OR WITH QUALIFYING PRIOR CONVICTION(S) | | |
| | IF VALUE DOES NOT EXCEED $950 | | 20,000 |
| | If amount of theft is over $50,000 | | 45,000 |
| | If amount of theft is over $250,000 | | 70,000 |
| | If amount of theft is over $1,000,000 | | 120,000 |
| 487h | GRAND THEFT OF CARGO IF VALUE EXCEEDS $950, OR WITH QUALIFYING PRIOR CONVICTION(S) IF VALUE DOES NOT EXCEED $950 | | 20,000 |
| | If amount of theft is over $50,000 | | 45,000 |
| | If amount of theft is over $250,000 | | 70,000 |
| | If amount of theft is over $1,000,000 | | 120,000 |
| 487i | DEFRAUD A HOUSING PROGRAM OF A PUBLIC HOUSING AUTHORITY OF VALUE EXCEEDING $950, OR WITH QUALIFYING PRIOR CONVICTION(S) IF VALUE DOES NOT EXCEED $950 | | 20,000 |
| | If amount of theft is over $50,000 | | 45,000 |
| | If amount of theft is over $250,000 | | 70,000 |
| | If amount of theft is over $1,000,000 | | 120,000 |
| 487j | GRAND THEFT OF COPPER MATERIALS IF VALUE EXCEEDS $950, OR WITH QUALIFYING PRIOR CONVICTION(S) IF VALUE DOES NOT EXCEED $950 | | 20,000 |
| | If amount of theft is over $50,000 | | 45,000 |
| | If amount of theft is over $250,000 | | 70,000 |
| | If amount of theft is over $1,000,000 | | 120,000 |

Exhibit D - 117

| PENAL CODE SECTION | OFFENSE | PENAL CODE | PRESUMPTIVE BAIL |
|---|---|---|---|

| | | | |
|---|---|---|---|
| 487m | GRAND THEFT OF WAGES IF VALUE EXCEEDS $950 FROM ONE EMPLOYEE, OR IF VALUE EXCEEDS $2350 IN AGGREGATE FROM TWO OR MORE EMPLOYEES IN ANY CONSECUTIVE 12-MONTH PERIOD | | 20,000 |
| | If amount of theft is over $50,000 | | 45,000 |
| | If amount of theft is over $250,000 | | 70,000 |
| | If amount of theft is over $1,000,000 | | 120,000 |
| 490.4 | ORGANIZED RETAIL THEFT | | 20,000 |
| 496 | RECEIVING STOLEN PROPERTY IF VALUE MORE THAN $950, OR WITH QUALIFYING PRIORS IF VALUE DOES NOT EXCEED $950 | | 20,000 |
| | If amount received is over $50,000 | | 45,000 |
| | If amount received is over $250,000 | | 70,000 |
| | If amount received is over $1,000,000 | | 120,000 |
| 497 | STOLEN PROPERTY, BRINGING INTO STATE | | 20,000 |
| | If amount stolen is over $50,000 | | 45,000 |
| | If amount stolen is over $250,000 | | 70,000 |
| | If amount stolen is over $1,000,000 | | 120,000 |
| 502 | COMPUTER RELATED CRIMES | | |
| 502(c)(1)-(7) | Unlawful Access, Data Usage/Damage/Deletion/Alteration, Non-permitted Use, Denial of Service | | 25,000 |
| 502(c)(8) | Introduction of a Contaminant | | 50,000 |
| 502(c)(10)-(14) | Government Computer System or Public Safety Infrastructure | | 100,000 |
| 504 | EMBEZZLEMENT, MISAPPROPRIATION BY PUBLIC OFFICERS | | 50,000 |
| | If amount stolen is over $50,000 | | 75,000 |
| | If amount stolen is over $250,000 | | 100,000 |
| | If amount stolen is over $1,000,000 | | 150,000 |
| 504a | EMBEZZLEMENT, DISPOSAL OF PERSONAL PROPERTY UNDER LEASE OR LIEN | | 20,000 |
| 504b | EMBEZZLEMENT OF PROCEEDS OF SALE OF SECURED PROPERTY | | 20,000 |
| | If amount stolen is over $50,000 | | 45,000 |
| | If amount stolen is over $250,000 | | 70,000 |
| | If amount stolen is over $1,000,000 | | 120,000 |
| 505 | EMBEZZLEMENT BY CARRIER OR INDIVIDUAL TRANSPORTING PROPERTY FOR HIRE | | 20,000 |
| | If amount stolen is over $50,000 | | 45,000 |
| | If amount stolen is over $250,000 | | 70,000 |
| | If amount stolen is over $1,000,000 | | 120,000 |
| 506 | EMBEZZLEMENT, MISAPPROPRIATION BY TRUSTEE, CONTRACTOR | | 25,000 |
| | If amount stolen is over $50,000 | | 50,000 |
| | If amount stolen is over $250,000 | | 75,000 |
| | If amount stolen is over $1,000,000 | | 125,000 |

**Exhibit D - 118**

| PENAL CODE SECTION | OFFENSE | PENAL CODE | PRESUMPTIVE BAIL |
|---|---|---|---|
| 507 | EMBEZZLEMENT BY BAILEE | | 20,000 |
| | If amount stolen is over $50,000 | | 45,000 |
| | If amount stolen is over $250,000 | | 70,000 |
| | If amount stolen is over $1,000,000 | | 120,000 |
| 514 | EMBEZZLEMENT OR DEFALCATION OF PUBLIC FUNDS | | 25,000 |
| | If amount stolen is over $50,000 | | 50,000 |
| | If amount stolen is over $250,000 | | 75,000 |
| | If amount stolen is over $1,000,000 | | 125,000 |
| 518, 519 | EXTORTION, NOT AMOUNTING TO ROBBERY | | 35,000 |

**Exhibit D - 119**

| PENAL CODE SECTION | OFFENSE | PENAL CODE | PRESUMPTIVE BAIL |
|---|---|---|---|
| 522 | EXTORTION, OBTAINING SIGNATURE BY THREATS | | 50,000 |
| 523(a) | EXTORTION, THREATENING LETTERS | | 35,000 |
| 523(b) | EXTORTION, RANSOMWARE | | 50,000 |
| 529 | FALSE PERSONATION OF ANOTHER | | 50,000 |
| 530.5 | UNAUTHORIZED USE OF PERSONAL INFORMATION TO OBTAIN CREDIT, GOODS, etc. | | 50,000 |
| 532 | FALSE PRETENSES | | 20,000 |
| 532f | MORTGAGE FRAUD | | 20,000 |
| | If amount of loss is over $50,000 | | 45,000 |
| | If amount of loss is over $250,000 | | 70,000 |
| | If amount of loss is over $1,000,000 | | 120,000 |
| 548 | DEFRAUDING INSURER | | 25,000 |
| | If amount taken is over $50,000 | | 50,000 |
| | If amount taken is over $250,000 | | 75,000 |
| | If amount taken is over $1,000,000 | | 125,000 |
| 550 | FALSE OR FRAUDULENT INSURANCE CLAIM | | 25,000 |
| | If amount taken is over $50,000 | | 50,000 |
| | If amount taken is over $250,000 | | 75,000 |
| | If amount taken is over $1,000,000 | | 125,000 |
| 594.3(b) | CHURCH/CEMETERY VANDALISM | | 50,000 |
| 597.5(a) | DOG FIGHTING | | 20,000 |
| 646.9(a-c) | STALKING | | 150,000 |
| 647.6 | CHILD MOLESTATION WITH SPECIFIED PRIOR | | 150,000 |
| 653f(b) | SOLICIT MURDER | | 1,000,000 |
| 653f(c) | SOLICIT RAPE, etc | | 100,000 |
| 653w(a) | FAILURE TO DISCLOSE ORIGIN OF RECORDING OR AUDIOVISUAL WORK | | 25,000 |
| 664(a) | ATTEMPT WHERE COMPLETED CRIME PUNISHABLE BY STATE PRISON | | |
| | Except for attempted murder | | Same as substantive offense |
| 664/187 | ATTEMPTED MURDER | | 1,000,000 |
| 666 | PETTY THEFT | | |
| | With qualifying prior conviction(s) | | 20,000 |
| 4501 | ASSAULT WITH DEADLY WEAPON BY PRISON INMATE | | 25,000 |
| 4501.5 | BATTERY ON NON-INMATE BY PRISON INMATE | | 25,000 |

Exhibit D - 120

| PENAL CODE SECTION | OFFENSE | PENAL CODE | PRESUMPTIVE BAIL |
|---|---|---|---|
| 4502 | POSSESSION OF DEADLY WEAPON BY PRISON INMATE | | 50,000 |
| 4503 | HOLDING OF HOSTAGES BY PRISON INMATE | | 100,000 |
| 4530 | ESCAPE, ATTEMPTED ESCAPE FROM PRISON WITH OR WITHOUT FORCE OR VIOLENCE | | 250,000 |
| 4532 | ESCAPE, ATTEMPTED ESCAPE BY FELON, MISDEMEANANT, INEBRIATE, OR PERSON ON WORK FURLOUGH FROM JAIL, INDUSTRIAL FARM, etc | | 100,000 |
| 4573 | BRINGING CONTROLLED SUBSTANCE INTO JAIL OR PRISON | | 25,000 |
| 4574 | BRINGING WEAPON INTO JAIL OR PRISON | | 50,000 |
| 11418 (except (b)(2)) | POSSESSION, ETC. WEAPONS OF MASS DESTRUCTION | | 500,000 |
| 11418(b)(2) | EMPLOY WEAPON OF MASS DESTRUCTION – CAUSE DEATH (LIFE) | | 1,000,000 |
| 11418.1 | SEND, ETC. FALSE WEAPON OF MASS DESTRUCTION WITH INTENT TO CAUSE FEAR | | 50,000 |
| 11419 | POSSESSION OF BIOLOGICAL AGENTS | | 500,000 |
| 18715 | POSSESSION OF DESTRUCTIVE DEVICES OR EXPLOSIVES IN PUBLIC PLACES | | 500,000 |
| 18720 | POSSESSION OF MATERIALS WITH INTENT TO MAKE DESTRUCTIVE DEVICE OR EXPLOSIVE | | 150,000 |
| 18725 | CARRY OR PLACE EXPLOSIVE ON COMMON CARRIER | | 500,000 |
| 18740 | POSSESSION OF EXPLODING OR DESTRUCTIVE DEVICE OR EXPLOSIVE WITH INTENT TO INJURE | | 500,000 |
| 18745 | EXPLODING DESTRUCTIVE DEVICE OR EXPLOSIVE WITH INTENT TO MURDER (LIFE) | | 1,000,000 |
| 18750 | UNLAWFUL EXPLOSION CAUSING BODILY INJURY | | 500,000 |
| 22810 | UNLAWFUL USE OF TEAR GAS | | 25,000 |
| 25400 | CONCEALED WEAPON ON PERSON OR IN VEHICLE | | 35,000 |
| 25850 | POSSESSION OF A LOADED FIREARM | | 35,000 |
| 26100(c) | PERSONALLY SHOOTING FROM MOTOR VEHICLE | | 250,000 |
| 29800 | CONCEALABLE FIREARMS, OWNERSHIP OR POSSESSION BY FELON, ADDICT; KNOWLEDGE OF OUTSTANDING WARRANT | | 35,000 |
| 30305(a) | UNLAWFUL POSSESSION OF AMMUNITION | | 35,000 |

Exhibit D - 121

| PENAL CODE SECTION | OFFENSE | PENAL CODE | PRESUMPTIVE BAIL |
|---|---|---|---|
| 30600 | MANUFACTURE, DISTRIBUTE, etc. ASSAULT WEAPON | | 50,000 |
| 30605 | POSSESSION OF ANY ASSAULT WEAPON | | 35,000 |
| 31360 | FELON WITH BODY ARMOR | | 100,000 |

**Exhibit D - 122**

## VEHICLE CODE

| VEHICLE CODE SECTION | OFFENSE | PRESUMPTIVE BAIL |
|---|---|---|
| 2800.2 | ATTEMPTING TO EVADE PEACE OFFICER<br>Reckless driving | 75,000 |
| 2800.3<br>2800.3(a)<br>2800.3(b) | ATTEMPTING TO EVADE PEACE OFFICER<br>Causing serious bodily injury<br>Causing death | 100,000<br>150,000 |
| 2800.4 | ATTEMPTING TO EVADE PEACE OFFICER<br>Driving in opposite direction of lawfully moving traffic | 75,000 |
| 4463 | OWNERSHIP CERTIFICATE, LICENSE FORGERY | 20,000 |
| 10801 | OWN OR OPERATE A CHOP SHOP | 50,000 |
| 10851(a) | DRIVING CAR WITHOUT CONSENT | 25,000 |
| 10851(b),(e) | DRIVING CAR WITHOUT CONSENT<br>Specified vehicles, P.C. 666.5 prior | 30,000 |
| 20001 | HIT AND RUN:  PERSONAL INJURY | 50,000 |
| 23110(b) | THROWING SUBSTANCE AT VEHICLE WITH INTENT TO CAUSE G.B.I. | 30,000 |
| 23152 | DRIVING UNDER THE INFLUENCE OF ALCOHOL OR DRUGS<br>If a felony per V.C. 23550 or 23550.5 | 100,000 |
| 23153 | DRIVING UNDER THE INFLUENCE OF ALCOHOL OR DRUGS<br>Causing bodily injury | 100,000 |

**Exhibit D - 123**

# HEALTH AND SAFETY CODE

| H & S CODE | OFFENSE | PRESUMPTIVE BAIL |
|---|---|---|
| 443.17(a) | KNOWINGLY ALTERING OR FORGING, OR CONCEALING OR DESTROYING WITHDRAWAL OR RESCISSION OF, REQUEST FOR AID-IN-DYING DRUG TO END LIFE | 25,000 |
| 443.17(b) | KNOWINGLY COERCING OR EXERTING UNDUE INFLUENCE TO, OR DESTROYING WITHDRAWAL OR RESCISSION OF, REQUEST FOR AID-IN-DYING DRUG TO END LIFE | 35,000 |
| 11054 - 11058 | CONTROLLED SUBSTANCES DEFINED: SCHEDULES I, II, III, IV, V | |
| 11152, 11153 | CONTROLLED SUBSTANCES, WRITING, DISPENSING PRESCRIPTION | 20,000 |
| 11154, 11155 | CONTROLLED SUBSTANCES, PRESCRIBING, ADMINISTERING, FURNISHING | 20,000 |
| 11156 | CONTROLLED SUBSTANCES, PRESCRIBING, ADMINISTERING, FURNISHING TO ADDICT | 20,000 |
| 11162.5(a) | COUNTERFEITING PRESCRIPTION BLANK | 20,000 |
| 11350 | ILLEGAL POSSESSION OF CERTAIN SPECIFIC OR CLASSIFIED CONTROLLED SUBSTANCES WITH QUALIFYING PRIOR CONVICTION(S) | 10,000 |
| 11350.5 | POSSESSION OF GHB WITH INTENT TO COMMIT SEXUAL ASSAULT | 50,000 |
| 11351 | POSSESSION OR PURCHASE FOR SALE OF CERTAIN SPECIFIC OR CLASSIFIED CONTROLLED SUBSTANCES | |
| | Up to 1 kilogram | 30,000 |
| | If over 1 kilogram | 100,000 |
| | If over 4 kilograms | 250,000 |
| | If over 10 kilograms | 500,000 |
| | If over 20 kilograms | 1,000,000 |
| | If over 40 kilograms | 2,000,000 |
| | If over 80 kilograms | 5,000,000 |
| 11351.5 | POSSESSION OR PURCHASE FOR SALE OF COCAINE BASE | |
| | Up to 1 kilogram | 30,000 |
| | If over 1 kilogram | 100,000 |
| | If over 4 kilograms | 250,000 |
| | If over 10 kilograms | 500,000 |
| | If over 20 kilograms | 1,000,000 |
| | If over 40 kilograms | 2,000,000 |
| | If over 80 kilograms | 5,000,000 |
| 11352 | ILLEGAL TRANSPORTATION, SALE, FURNISHING OF CERTAIN SPECIFIC OR CLASSIFIED CONTROLLED SUBSTANCES | |
| | Up to 1 kilogram | 30,000 |
| | If over 1 kilogram | 100,000 |
| | If over 4 kilograms | 250,000 |
| | If over 10 kilograms | 500,000 |
| | If over 20 kilograms | 1,000,000 |
| | If over 40 kilograms | 2,000,000 |
| | If over 80 kilograms | 5,000,000 |

Exhibit D - 124

## HEALTH AND SAFETY CODE

| H & S CODE | OFFENSE | PRESUMPTIVE BAIL |
|---|---|---|
| 11353 | PERSON 18 YEARS OR OVER USING MINOR IN SALE, TRANSPORTATION, OR GIVING TO A MINOR CERTAIN SPECIFIC OR CLASSIFIED CONTROLLED SUBSTANCES | |
| | Up to 1 kilogram | 50,000 |
| | If over 1 kilogram | 100,000 |
| | If over 4 kilograms | 250,000 |
| | If over 10 kilograms | 500,000 |
| | If over 20 kilograms | 1,000,000 |
| | If over 40 kilograms | 2,000,000 |
| | If over 80 kilograms | 5,000,000 |
| 11353.5 | ADULT PREPARING TO SELL TO MINOR DRUGS OR NARCOTICS | |
| | Up to 1 kilogram | 50,000 |
| | If over 1 kilogram | 100,000 |
| | If over 4 kilograms | 250,000 |
| | If over 10 kilograms | 500,000 |
| | If over 20 kilograms | 1,000,000 |
| | If over 40 kilograms | 2,000,000 |
| | If over 80 kilograms | 5,000,000 |
| 11354 | PERSON UNDER 18 YEARS USING MINOR IN SALE, TRANSPORTATION, OR GIVING TO A MINOR CERTAIN SPECIFIC OR CLASSIFIED SUBSTANCES | |
| | Up to 1 kilogram | 50,000 |
| | If over 1 kilogram | 100,000 |
| | If over 4 kilograms | 250,000 |
| | If over 10 kilograms | 500,000 |
| | If over 20 kilograms | 1,000,000 |
| | If over 40 kilograms | 2,000,000 |
| | If over 80 kilograms | 5,000,000 |
| 11355 | SALE OR FURNISHING SUBSTANCE FALSELY REPRESENTED AS CONTROLLED SUBSTANCE, WITH RESPECT TO CERTAIN SPECIFIC OR CLASSIFIED CONTROLLED SUBSTANCES | 20,000 |
| 11358 | MARIJUANA: CULTIVATE, PROCESS. | 10,000 |
| 11359 | MARIJUANA, POSSESSION FOR SALE | |
| | Person 18 years or over with prior convictions. | 20,000 |
| | Person 21 years or over while knowingly hiring, employing, or using person 20 years or younger to cultivate, transport, carry, sell, etc. | 25,000 |
| 11360(a) | MARIJUANA: TRANSPORTATION, SALE, FURNISHING. | 20,000 |
| 11361 | MARIJUANA: PERSON 18 YEARS OR OVER USING MINOR UNDER 14 IN SALE, TRANSPORTATION, GIVING TO MINOR | |
| | Up to 25 lbs. | 40,000 |
| | If over 25 lbs. | 50,000 |
| | If over 50 lbs. | 100,000 |
| 11362.3(a)(6) | MANUFACTURE CONCENTRATED CANNABIS  USING VOLATILE SOLVENT WITHOUT LICENSE | 50,000 |
| 11363 | PEYOTE: CULTIVATING, PROCESSING | 30,000 |

19

**Exhibit D - 125**

## HEALTH AND SAFETY CODE

| H & S CODE | OFFENSE | PRESUMPTIVE BAIL |
|---|---|---|
| 11366 | MAINTAIN PLACE FOR SELLING, GIVING, USING OF CERTAIN SPECIFIC OR CLASSIFIED CONTROLLED SUBSTANCE | 30,000 |
| 11366.5(a) | RENT, LEASE etc. ROOM FOR MANUFACTURE, STORAGE OR DISTRIBUTION OF CONTROLLED SUBSTANCE | 30,000 |
| 11366.5(b) | ALLOWING LOCATION TO BE FORTIFIED FOR SALE | 30,000 |
| 11366.6 | USING FORTIFIED LOCATION FOR SALE | 40,000 |
| 11368 | NARCOTIC DRUG: FORGING, ALTERING PRESCRIPTION | 20,000 |
| 11370.1 | POSSESSION OF SPECIFIED CONTROLLED SUBSTANCES WHILE ARMED WITH A LOADED FIREARM | 50,000 |
| 11370.4 | CONSPIRACY TO VIOLATE SECTIONS 11351, 11351.5 OR 11352 | |
| | Up to 1 kilogram | 30,000 |
| | If over 1 kilogram | 100,000 |
| | If over 4 kilograms | 250,000 |
| | If over 10 kilograms | 500,000 |
| | If over 20 kilograms | 1,000,000 |
| | If over 40 kilograms | 2,000,000 |
| | If over 80 kilograms | 5,000,000 |
| 11377 | POSSESSION OF CONTROLLED SUBSTANCES WITH QUALIFYING PRIOR CONVICTION(S) | 10,000 |
| 11377.5 | POSSESSION OF CONTROLLED SUBSTANCES WITH INTENT TO COMMIT SEXUAL ASSAULT | 50,000 |
| 11378 | POSSESSION OF CONTROLLED SUBSTANCES FOR SALE | |
| | Up to 1 kilogram | 30,000 |
| | If over 1 kilogram | 100,000 |
| | If over 4 kilograms | 250,000 |
| | If over 10 kilograms | 500,000 |
| | If over 20 kilograms | 1,000,000 |
| | If over 40 kilograms | 2,000,000 |
| | If over 80 kilograms | 5,000,000 |
| 11378.5 | POSSESSION OR PURCHASE FOR SALE OF PCP | |
| | Up to 8 oz. liquid or 8 grams powder | 30,000 |
| | If over 8 oz. liquid or over 8 grams powder | 50,000 |
| | If over 1 quart liquid or 2 oz. powder | 75,000 |
| | If over 1 gallon liquid or 8 oz. powder | 150,000 |
| | If over 3 gallons liquid or 1 ½ lbs. powder | 250,000 |
| | If over 5 gallons liquid or 2 ½ lbs. powder | 500,000 |
| | If over 20 gallons liquid or 10 lbs. powder | 1,000,000 |
| | If over 25 gallons liquid or 12 ½ lbs. powder | 2,000,000 |
| | If over 200 gallons liquid or 100 lbs. powder | 5,000,000 |

**Exhibit D - 126**

## HEALTH AND SAFETY CODE

| H & S CODE | OFFENSE | PRESUMPTIVE BAIL |
|---|---|---|
| 11379 | SALE OF CONTROLLED SUBSTANCES | |
| | Up to 1 kilogram | 30,000 |
| | If over 1 kilogram | 100,000 |
| | If over 4 kilograms | 250,000 |
| | If over 10 kilograms | 500,000 |
| | If over 20 kilograms | 1,000,000 |
| | If over 40 kilograms | 2,000,000 |
| | If over 80 kilograms | 5,000,000 |
| 11379.5 | SALE OF PCP | |
| | Up to 8 oz. liquid or 8 grams powder | 30,000 |
| | If over 8 oz. liquid or over 8 grams powder | 50,000 |
| | If over 1 quart liquid or 2 oz. powder | 75,000 |
| | If over 1 gallon liquid or 8 oz. powder | 100,000 |
| | If over 3 gallons liquid or 1 ½ lbs. powder | 250,000 |
| | If over 5 gallons liquid or 2 ½ lbs. powder | 500,000 |
| | If over 20 gallons liquid or 10 lbs. powder | 1,000,000 |
| | If over 25 gallons liquid or 12 ½ lbs. powder | 2,000,000 |
| | If over 200 gallons liquid or 100 lbs. powder | 5,000,000 |
| 11379.6(a) | MANUFACTURE OF ANY CONTROLLED SUBSTANCE | 75,000 |
| 11379.6(c) | OFFER TO MANUFACTURE | 30,000 |
| VIOLATION OF (OR ATTEMPT) H & S 11379.6 OR 11383 | | |
| | When child under 16 present | 500,000 |
| | When child under 16 suffers G.B.I. | 750,000 |
| | VIOLATION OF H & S 11379.6 | |
| | If over 1 lb. or 3 gallons | 500,000 |
| | If over 3 lbs. or 10 gallons | 1,000,000 |
| | If over 10 lbs. or 25 gallons | 2,000,000 |
| | If over 44 lbs. or 105 gallons | 3,000,000 |
| 11380 | SOLICITING MINOR RE CONTROLLED SUBSTANCES | |
| | If 2,000 pills or less | 50,000 |
| | If 2,001 - 5,000 pills | 75,000 |
| | If 5,001 - more pills | 100,000 |
| 11382 | SALE SUBSTANCE REPRESENTED TO BE CONTROLLED SUBSTANCE | 20,000 |

**Exhibit D - 127**

### HEALTH AND SAFETY CODE

| H & S CODE | OFFENSE | PRESUMPTIVE BAIL |
|---|---|---|
| 11383 | POSSESSION WITH INTENT TO MANUFACTURE PCP | 50,000 |
| | POSSESSION WITH INTENT TO MANUFACTURE METHAMPHETAMINE OR N-ETHYLAMPHETAMINE | 50,000 |
| | POSSESSION WITH INTENT TO SELL, TRANSFER OR FURNISH SPECIFIED CHEMICALS TO ANOTHER PERSON HAVING INTENT TO MANUFACTURE PCP | 50,000 |
| | POSSESSION WITH INTENT TO SELL, TRANSFER OR FURNISH SPECIFIED CHEMICALS TO ANOTHER PERSON HAVING INTENT TO MANUFACTURE METHAMPHETAMINE OR N-ETHYLAMPHETAMINE | 50,000 |

Exhibit D - 128

## BUSINESS AND PROFESSIONS CODE

| B & P CODE | OFFENSE | PRESUMPTIVE BAIL |
|---|---|---|
| 22449 | PRICE GOUGING IN CONNECTION WITH DREAM ACT APPLICATIONS................ | 15,000 |

**Exhibit D - 129**

## BAIL FOR SENTENCE ENHANCING ALLEGATIONS

ADD TO
PRESUMPTIVE BAIL

**GANGS**

ANY FELONY FOR THE BENEFIT OF A STREET GANG - Penal Code section 186.22.................................................40,000

**WEAPONS**

PERSONAL USE OF A WEAPON OTHER THAN FIREARM ...............................................................20,000
      Includes Penal Code sections 12022(b)(1) and (2)

OFFENSE INVOLVED POSSESSION/USE/DISCHARGE OF FIREARM ...............................................50,000
      Includes Penal Code sections 12022(a)(1) and (2), 12022(c), 12022(d), 12022.2, 12022.3, 12022.4,
      12022.5, and 12022.53(b)

PERSONAL DISCHARGE OF A FIREARM NOT CAUSING GBI .........................................................200,000
      Includes Penal Code section 12022.53(c)

PERSONAL DISCHARGE OF A FIREARM CAUSING GBI OR DEATH .........................................1,000,000
      Includes Penal Code sections 12022.53(d), 12022.55

**MULTIPLE FELONIES INVOLVING FRAUD OR EMBEZZLEMENT**

AGGRAVATED WHITE COLLAR CRIME ENHANCEMENT - Penal Code section 186.11
      Loss exceeds   $100,000 ...........................................................................................100,000
      Loss exceeds   $500,000 ...........................................................................................250,000

**INJURY**

INFLICTION OF GREAT BODILY INJURY ...................................................................................30,000
      Includes Penal Code sections 236.4, 12022.7, 12022.8, and 12022.9

**NARCOTICS**

INDUCING ANOTHER TO COMMIT LARGE-SCALE NARCOTICS OFFENSE......................................30,000
      Health & Safety Code section 11356.5

**PRIOR CONVICTIONS/SENTENCES**

PRIOR CONVICTION FOR SERIOUS/VIOLENT ("STRIKE") OR ENUMERATED SEX OFFENSE .......... 50,000 per prior
      Includes serious/violent offenses listed in Penal Code sections 667.5(c), 1192.7(c), and 1192.8 (listed in
      Addendum pages 1-4), or circumstances enumerated in Penal Code sections 667(a)(1), 667.51(a),
      667.6(a), and 667.10(a)

CURRENT SERIOUS/VIOLENT ("STRIKE") OR ENUMERATED SEX OFFENSE WITH
TWO OR MORE PRIOR CONVICTIONS FOR SERIOUS/VIOLENT OR SEX OFFENSES..............................1,000,000
      Includes serious/violent offenses listed in Penal Code sections 667.5(c), 1192.7(c), and 1192.8 (listed in
      Addendum pages 1-4), or circumstances enumerated in Penal Code sections 667.51(c) and 667.6(b)

DEFENDANT SERVED A PRIOR PRISON TERM WITHIN THE PAST FIVE YEARS ..............................10,000 per prior
      Penal Code sections 667.5(a) and (b)

**OTHER ENHANCEMENTS**

FELONY THAT IS A HATE CRIME - Penal Code sections 422.7 and 422.75...............................................25,000

SPECIFIED OFFENSES AGAINST VICTIM OVER 65, UNDER 14, DISABLED .....................................25,000
      Includes circumstances enumerated in Penal Code sections 667.9 and 667.10

FELONY OFFENSE COMMITTED WHILE ANY OR ALL OF THE FOLLOWING CONDITIONS EXIST:
FELONY CHARGES PENDING AGAINST DEFENDANT, OR DEFENDANT ON PAROLE OR
FELONY PROBATION, OR PROBATION DEPARTMENT SUPERVISION.............................................25,000
      Including but not limited to circumstances enumerated in Penal Code section 12022.1

ANY ENHANCEMENT, NOT OTHERWISE LISTED ON THIS SCHEDULE,
WHICH CARRIES A POSSIBLE TERM OF LIFE IMPRISONMENT.....................................................1,000,000
      Includes circumstances enumerated in Penal Code sections PC 667.61, PC 667.7, PC 667.71

Approved by the Executive Committee of the Superior        ————————————————
Court of California, County of Los Angeles

**Exhibit D - 130**

## VIOLENT FELONY REFERENCE SHEET

| Charge | Description | PC 667.5 Reference |
|---|---|---|
| XXXXXXXXXXXXXX | Any felony punishable by death or life imprisonment | 667.5(c)(7) |
| PC 37 | Treason | 667.5(c)(7) |
| PC 128 | Perjury resulting in capital punishment | 667.5(c)(7) |
| PC 136.1 | Preventing or dissuading testimony, if a felony under Penal Code Section 186.22 | 667.5(c)(20) |
| PC 187 | Murder | 667.5(c)(1) |
| PC 192(a) | Voluntary manslaughter | 667.5(c)(1) |
| PC 203 | Mayhem | 667.5(c)(2) |
| PC 205 | Aggravated mayhem | 667.5(c)(2) |
| PC 207 | Kidnapping | 667.5(c)(14) |
| PC 211 | Any robbery | 667.5(c)(9) |
| PC 215(a) | Carjacking | 667.5(c)(17) |
| PC 220 | Assault with intent to commit specified felony | 667.5(c)(15) |
| PC 261(a)(2), (a)(6) | Rape | 667.5(c)(3) |
| PC 264.1 | Rape, spousal rape, or sexual penetration in concert | 667.5(c)(18) |
| PC 286(c), (d) | Sodomy | 667.5(c)(4) |
| PC 287(c), (d) | Oral copulation | 667.5(c)(5) |
| PC 288(a), (b) | Lewd or lascivious act | 667.5(c)(6) |
| PC 288.5 | Continuous sexual abuse of a child | 667.5(c)(16) |
| PC 289(a), (j) | Sexual penetration | 667.5(c)(11) |
| PC 451(a), (b) | Arson | 667.5(c)(10) |
| PC 459, 460(a) | First degree burglary of inhabited dwelling with person present | 667.5(c)(21) |
| PC 518 | Extortion which would constitute a felony violation of Penal Code Section 186.22 | 667.5(c)(19) |
| PC 664/187 | Attempted murder | 667.5(c)(12) |
| PC 11418(b), (c) | Use weapon of mass destruction in form that may cause widespread illness/injury or damage to natural resources | 667.5(c)(23) |
| PC 12022.3(a) | Use of firearm in commission of specified sex offenses | 667.5(c)(8) |
| PC 12022.5 | Use of firearm in commission of felony | 667.5(c)(8) |
| PC 12022.53 | Use or discharge of firearm in specified felonies | 667.5(c)(22) |
| PC 12022.55 | Intentional infliction of great bodily injury or death by discharging firearm from vehicle | 667.5(c)(8) |
| PC 12022.7 | Infliction of great bodily injury in commission of a felony | 667.5(c)(8) |
| PC 12022.8 | Infliction of great bodily injury in commission of specified sex offenses | 667.5(c)(8) |
| PC 12022.9 | Intentional infliction of injury in commission of a felony upon pregnant victim which terminates pregnancy | 667.5(c)(8) |

**Exhibit D - 131**

## VIOLENT FELONY REFERENCE SHEET

| Charge | Description | PC 667.5 Reference |
|---|---|---|
| PC 18745 | Explosion of device with intent to commit murder | 667.5(c)(13) |
| PC 18750 | Explosion of device which causes bodily injury | 667.5(c)(13) |
| PC 18755 | Explosion of device which causes death, mayhem or great bodily injury | 667.5(c)(13) |

## SERIOUS FELONY REFERENCE SHEET

| Charge | Description | PC 1192.7 Reference |
|---|---|---|
| XXXXXXXXXXX XXXXXXXXXXX | Any felony punishable by death or life imprisonment | 1192.7(c)(7) |
| XXXXXXXXXXX XXXXXXXXXXX XXXXXXXXXXX XXXXXXXXXXX | Any felony in which the defendant personally inflicts great bodily injury on any person, other than an accomplice, or any felony in which the defendant personally uses a firearm | 1192.7(c)(8) |
| XXXXXXXXXXX | Assault by life prisoner on a non-inmate | 1192.7(c)(12) |
| XXXXXXXXXXX | Exploding a destructive device with intent to injure | 1197.2(c)(15) |
| XXXXXXXXXXX XXXXXXXXXXX | Attempt to commit a felony punishable by death or imprisonment in the state prison for life | 1192.7(c)(22) |
| XXXXXXXXXXX XXXXXXXXXXX | Any felony in which the defendant personally used a dangerous or deadly weapon | 1192.7(c)(23) |
| XXXXXXXXXXX XXXXXXXXXXX XXXXXXXXXXX XXXXXXXXXXX XXXXXXXXXXX XXXXXXXXXXX XXXXXXXXXXX XXXXXXXXXXX XXXXXXXXXXX XXXXXXXXXXX | Selling, furnishing, administering, giving, or offering to sell, furnish, administer, or give to a minor any heroin, cocaine, phencyclidine (PCP), or any methamphetamine-related drug, as described in paragraph (2) of subdivision (d) of Section 11055 of the Health and Safety Code, or any of the precursors of methamphetamines, as described in subparagraph (A) of paragraph (1) of subdivision (f) of Section 11055 or subdivision (a) of Section 11100 of the Health and Safety Code | 1192.7(c)(24) |
| XXXXXXXXXXX XXXXXXXXXXX | Attempt to commit a crime listed in 1192.7(c) other than an assault | 1192.7(c)(39) |
| XXXXXXXXXXX | Conspiracy to commit a crime listed in 1192.7(c) | 1192.7(c)(42) |
| PC 136.1 | Victim or witness intimidation | 1192.7(c)(37) |
| PC 186.22 | Criminal street gang activity that constitutes a felony | 1192.7(c)(28) |
| PC 187 | Murder | 1192.7(c)(1) |
| PC 191.5 | Gross vehicular manslaughter while intoxicated | 1192.8 |
| PC 192(a), (c)(1) | Voluntary manslaughter, Vehicular manslaughter | 1192.7(c)(1), 1192.8 |

**Exhibit D - 132**

## SERIOUS FELONY REFERENCE SHEET

| Charge | Description | PC 1192.7 Reference |
|---|---|---|
| PC 191.5 | Gross vehicular manslaughter while intoxicated | 1192.8 |
| PC 192(c)(1) | Vehicular manslaughter | 1192.8 |
| PC 192.5(a), (b), (c) | Vehicular manslaughter-vessel | 1192.8 |
| PC 203 | Mayhem | 1192.7(c)(2) |
| PC 207 | Kidnapping | 1192.7(c)(20) |
| PC 211 | Robbery/bank robbery | 1192.7(c)(19) |
| PC 215(a) | Carjacking | 1192.7(c)(27) |
| PC 220/211/261 | Assault with intent to commit rape/robbery | 1192.7(c)(10) |
| PC 220 | Assault with intent to commit mayhem, rape, sodomy, or oral copulation | 1192.7(c)(29) |
| PC 244 | Assault with caustic chemicals, etc. | 1192.7(c)(30) |
| PC 245(a)(1), (a)(2), (a)(3), 245(b) | Assault with a deadly weapon, firearm, machinegun, or semiautomatic firearm | 1192.7(c)(31) |
| PC 245(c); (d) | Assault with a deadly weapon or instrument on a peace officer or firefighter | 1192.7(c)(11)(31) |
| PC 245.2, 245.3, 245.5 | Assault with a deadly weapon or instrument on a public transit employee, custodial officer or school employee | 1192.7(c)(32) |
| PC 246 | Discharging firearm at inhabited dwelling, vehicle, or aircraft | 1192.7(c)(33) |
| PC 246.3 | Discharging firearm in grossly negligent manner. (*People v. Leslie* (1996) 47 Cal.App.4th 198.) | 1192.7(c)(8) |
| PC 261 | Rape | 1192.7(c)(3) |
| PC 264.1 | Rape/sexual penetration in concert by force or violence | 1192.7(c)(34) |
| PC 286(c); (d) | Sodomy by force, violence, duress, menace, fear or threat of retaliation on victim or another | 1192.7(c)(4) |
| PC 287(c) | Oral copulation by force, violence, duress, menace or fear | 1192.7(c)(5) |
| PC 287(d) | Oral copulation by force, violence, duress, menace or fear – acting in concert | 1192.7(c)(5) |
| PC 288(a), (b)(1) | Lewd acts on a child under 14 | 1192.7(c)(6) |
| PC 288.5 | Continuous sexual abuse of a child | 1192.7(c)(35) |
| PC 288a(c) | Oral copulation by force, violence, duress, menace or fear | 1192.7(c)(5) |
| PC 288a(d) | Oral copulation by force, violence, duress, menace or fear – acting in concert | 1192.7(c)(5) |
| PC 289(a) | Sexual penetration by force, violence, duress, menace or fear | 1192.7(c)(25) |

**Exhibit D - 133**

## SERIOUS FELONY REFERENCE SHEET

| Charge | Description | PC 1192.7 Reference |
|---|---|---|
| PC 422 | Criminal threats | 1192.7(c)(38) |
| PC 451 | Arson | 1192.7(c)(14) |
| PC 459/460(a) | First degree burglary | 1192.7(c)(18) |
| PC 487 | Grand theft involving a firearm | 1192.7(c)(26) |
| PC 664/187 | Attempted murder | 1192.7(c)(9) |
| PC 4501 | Assault with a deadly weapon by an inmate | 1192.7(c)(13) |
| PC 4503 | Holding of hostage by state prisoner | 1192.7(c)(21) |
| PC 11418(b), (c) | Use weapon of mass destruction in form that may cause widespread illness/injury or damage to natural resources | 1192.7(c)(41) |
| PC 12022.53 | Use or discharge of firearm in specified felonies | 1192.7(c)(40) |
| PC 26100(c), (d) | Shooting from a vehicle | 1192.7(c)(36) |
| PC 18745 | Explosion of destructive device with intent to commit murder | 1192.7(c)(17) |
| PC 18750 | Explosion of destructive device which causes bodily injury | 1192.7(c)(16) |
| PC 18755 | Explosion of destructive device which causes mayhem or great bodily injury | 1192.7(c)(16) |
| VC 2800.3 | Attempting to Evade Peace Officer; causing serious bodily injury or involving use of a dangerous or deadly weapon | 1192.8 |
| VC 23104(b) | Reckless driving with a prior Reckless, Speed Contest or DUI conviction, causing serious bodily injury or involving use of a dangerous or deadly weapon | 1192.8 |
| VC 23153 | DUI causing serious bodily injury or involving use of a dangerous or deadly weapon | 1192.8 |

**Exhibit D - 134**

# Exhibit E

# 2022

# BAIL SCHEDULE
## for
# INFRACTIONS and MISDEMEANORS



SUPERIOR COURT OF CALIFORNIA

COUNTY OF LOS ANGELES

**Exhibit E - 135**

Copies or interim amendments can be obtained at
http://www.lasuperiorcourt.org

# TABLE OF CONTENTS

## STATE CODES

GENERAL PROVISIONS _____ 1

UNIFORM BAIL CODES _____ 1

BUSINESS AND PROFESSIONS CODE _____ 3

FISH AND GAME CODE _____ 3

HARBORS AND NAVIGATION CODE _____ 7

HEALTH AND SAFETY CODE _____ 8

PENAL CODE _____ 11

PUBLIC RESOURCES CODE _____ 24

VEHICLE CODE _____ 25

    General Information _____ 25

    Division 11 (Rules of the Road) _____ 32

    Overweight Charts _____ 38

    Speed Violations Bail Chart _____ 39

WELFARE AND INSTITUTIONS CODE _____ 40

## CALIFORNIA CODE OF REGULATIONS _____ 41

## LOS ANGELES COUNTY CODE

UNLISTED MISDEMEANORS AND INFRACTIONS _____ 50

ANIMALS _____ 50

BEACHES _____ 50

FIRE CODE _____ 51

HARBORS _____ 51

PARKS AND RECREATION AREAS _____ 54

PYRAMID LAKE _____ 56

VEHICLES AND TRAFFIC _____ 57

MISCELLANEOUS SECTIONS _____ 59

## FOOTNOTES _____ 60

## <u>BAIL SCHEDULE FOR INFRACTIONS AND MISDEMEANORS</u>

## GENERAL PROVISIONS

### <u>Uniform Bail Codes</u>

The following state codes have a single bail amount for all **misdemeanor** offenses within that code:

| CODE | UNIFORM BAIL |
|------|--------------|
| Civil Code | $250 |
| Code of Civil Procedure | $250 |
| Education Code | $250 |
| Election Code | $250 |
| Financial Code | $250 |
| Food and Agricultural Code | $500 |
| Government Code | $250 |
| Insurance Code | $250 |
| Labor Code | $250 |
| Public Utilities Code | $1,000 |
| Revenue and Taxation Code | $250 |
| Streets and Highways Code | $100 |
| Unemployment Insurance Code | $250 |

### <u>Unlisted Misdemeanors</u>

For all offenses chargeable as straight misdemeanors under state statutes or municipal or agency ordinances, for which there is no uniform bail and which are not otherwise provided for in this schedule, including unlisted subdivisions, the bail is **$500**, except that if the minimum fine for the offense (not including any penalty assessments) is greater than **$500**, then the bail is the amount of the minimum fine.

For all offenses chargeable either as a felony or a misdemeanor ("wobblers") for which there is no uniform bail and which are not otherwise provided for in this schedule, the bail is **$750** (not including any penalty assessments), except that if the minimum fine is greater than **$750**, then the bail is the amount of the minimum fine.

All violations of County ordinances constituting misdemeanors for which no provision is made in this schedule shall have bail of **$250**. All misdemeanor violations of the California Code of Regulations for which no provision is made shall have bail of **$125**, except that if the minimum fine for the offense (not including any penalty assessments) is greater than **$125**, then the bail is the amount of the minimum fine.

### <u>Unlisted Infractions</u>

For all violations of state statutes, provisions of the California Code of Regulations or county, municipal and agency ordinances constituting infractions, which are not otherwise provided for in this schedule or in any other bail schedule approved by the Los Angeles Superior Court, including unlisted subdivisions, the bail is **$35**, except that if the minimum fine is greater than **$35**, the bail shall be the amount of the minimum fine.

Exhibit E - 139

**GENERAL PROVISIONS** (continued)

<u>Use of this Bail Schedule</u>

The purpose of this bail schedule is to fix an amount upon which a person who is arrested without a warrant may be released from custody prior to appearance in court.  At and after the defendant's first appearance, pursuant to Penal Code section 1269b(b), the amount of bail, if any is allowed, shall lie with the sound discretion of the judicial officer before whom the defendant appeared, and may be greater or less than the amount set forth in this schedule, subject to the provisions of Penal Code section 1275. This schedule may also be used by a magistrate in fixing bail pursuant to Penal Code section 815a at the time an arrest warrant is issued, the amount of which lies with the sound discretion of the magistrate.

When a defendant is booked for or charged with two or more misdemeanor offenses, bail shall be the amount computed under this schedule for the charge having the highest bail except where the offenses are committed against separate victims or on separate dates.

<u>Penalties and Assessments</u>

"P." designates the state penalty, county penalty or any additional penalty required by law. When an offense listed in this schedule requires a court appearance ("Ct."), the assessment shall not be added to the bail amount. Upon conviction, however, the assessment shall be added to the fine imposed.

An additional penalty of **$29** shall be levied upon every **$10**, or part of $10, upon every fine, penalty, or forfeiture imposed by and collected by the court for criminal offenses.  The additional penalty is calculated as follows:

- State penalty required by PC § 1464 ............................................................... $10
- County penalty required by GC § 76000(e) ........................................................ $ 7
- State court construction penalty required by GC § 70372(a)............................ $ 5
- DNA Identification Fund penalty required by GC §§ 76104.6 and 76104.7...................... $ 5
- Emergency medical services penalty required by GC § 76000.5 ...................................... $ 2

Penal Code § 1464(b) provides that in the case of multiple offenses, the amount of "additional penalties" is to be determined by the total base bail or fine for all offenses cited, and if the fine or base bail is suspended in whole or part, the "additional penalties" shall be reduced in proportion to the amount of suspension.

In addition to the penalty calculated above, Penal Code § 1465.7(a) requires imposition on criminal offenses of a state surcharge equal to **20** percent of the base fine used to calculate the state penalty assessment as specified in Penal Code § 1464(a).

Penal Code § 1465.8 requires imposition of an additional assessment of **$40** for court operations on every conviction for a criminal offense, including a traffic offense, except parking offenses as defined in Penal Code § 1463(i).

Government Code § 70373 requires the imposition of a conviction assessment, on every conviction for a criminal offense, including a traffic offense, in the amount of **$30** for each misdemeanor and **$35** for each infraction.

For additional penalties and fees relating to Vehicle Code violations see page 25.

<u>Abbreviations</u>

"**Ct.**" designates "court appearance."
"**I**" designates "infraction."
"**M**" designates "misdemeanor."
"**P.**" designates "penalty."  See above for further information on penalties.

<u>Footnotes</u>

Footnotes are at the end of the document. Unless otherwise specified, a footnote applies to every bail indicated for a section.

2

**Exhibit E - 140**

## BUSINESS AND PROFESSIONS CODE

Bail on all misdemeanor violations of the Business and Professions Code is **$250** with the following exceptions:

|   | SECTION | DESCRIPTION | BAIL (IN DOLLARS) | P |
|---|---------|-------------|-------------------|---|
| M | 3660(a,b) | License Required to Claim to Be or Practice as a Naturopathic Doctor | 1,500   + Ct. | |
| I | 13660 | Failure to Follow Refueling Service Policy for Disabled Drivers | 100, 200, 500[1] | + P. |
| M | 17529.5(a) | Unlawful Commercial E-mail Advertisement | 1,000   + Ct. | |
| M | 22449 | Price Gouging in Connection with Dream Act Applications | 500   + Ct. | |
| M | 22972 - 22980.2 | Cigarette and Tobacco Products - Licensing | 1,500   + Ct. | |
| I | 25620 | Possession of Open Container | 25 | + P. |
| M | 25621(c)(1) | Sell or Offer for Sale Any Vaporized Form of Alcohol | 1,000   + Ct. | |
| M | (c)(2) | Purchase or Use Any Vaporized Form of Alcohol | 250   + Ct. | |
| I | 25623(b) | Sell, Offer for Sale, Manufacture, Distribution, or Use of Powdered Alcohol | 100   + Ct. | |
| M | 25658(c) | Furnishing an Alcoholic Beverage to a Minor (Bodily Injury) | 1,000   + Ct. | |
| M | 25658.2 | Permitting Minor Under 18 to Consume Alcoholic Beverage/ Use Controlled Substance | 1,000   + Ct. | |
| M | 25661 | Presenting Fraudulent or False Identification (Minors) | 500   + Ct.[2] | |
| M | 25662 | Minor in Possession of Alcoholic Beverages | 1,000   + Ct.[3] | |
| M | 25665 | Permitting Minor Under 21 on Premises Where Liquor Is Sold Without Lawful Business | 1,000   + Ct. | |

## FISH AND GAME CODE[4]

|   | T-14[5] | SECTION | DESCRIPTION | BAIL (IN DOLLARS) |
|---|---------|---------|-------------|-------------------|
| M | | 1006 | Failure to Allow Inspection | 150   + Ct. |
| M | | 1052(a-f) | Illegal Transfer, Possession or Use of License | 200   + Ct. |
| | | 1053.1 | More Than One License, Illegally | 100   + Ct. |
| M | | 1054 | False Statement to Obtain License | 200   + Ct. |
| M | | 1059(a) | Failure of License Agent to Account for Licenses, Stamps, Tags, or Fees | 300   + Ct. |
| M | | 1530 | Trespass to Wildlife Management Area or Public Shooting Ground | 35   + P. |
| M | | 1583 | Trespass to Ecological Reserves (See special schedule by county of location) | 250   + Ct. |
| M | 679 | 2000 | Unlawful Taking or Possessing of Fish or Wildlife | 200   + Ct. |
| M | | 2001(a-c) | Unlawful Taking or Possession After Season (Specific violations also provided) | 200   + Ct. |
| M | | 2002 | Unlawful Possession (Specific violations also provided) | 250   + Ct. |

FOOTNOTES ARE AT END OF DOCUMENT

3

**Exhibit E - 141**

# FISH AND GAME CODE[4]

| | T-14[5] | SECTION | DESCRIPTION | BAIL (IN DOLLARS) |
|---|---|---|---|---|
| M | | **2004** | Damage or Destroy Real or Personal Property | **200** + Ct. |
| M | 264, 264.5 | **2005(a-c)** | Use of Lights While Hunting | **300** + Ct. |
| M | | **2006(a)** | Loaded Rifle or Shotgun in Vehicle | **100** + Ct. |
| M | | **2011** | Take, Mutilate or Destroy Another's Game | **100** + Ct. |
| M | | **2012** | Failure to Show License, Gear, Game or Fish | **150** + Ct. |
| M | | **2016** | Trespass on Private Property to Hunt | **200** + Ct. |
| M | | **2018** | Destruction of Private Signs | **250** + Ct. |
| M | | **2024** | Unlawful Taking or Possessing of Dudleya<br>   Value less than $250<br>   Value greater than $250<br>   Second or Subsequent Offense (value greater than $250) | **1,000** + Ct.<br>**5,000** + Ct.<br>**10,000** + Ct. |
| M | | **2118** | Importation, Transportation, Possession and Release of a Prohibited Species | **500** + Ct. |
| M | | **3000** | Unlawful Hunting Hours<br>(Specific violations also provided) | **200** + Ct. |
| M | | **3001** | Hunting While Intoxicated | **350** + Ct. |
| M | | **3002** | Hunt From Vehicle, Boat or Plane | **200** + Ct. |
| M | | **3003** | Unlawful Online Hunting | **350** + Ct. |
| M | | **3003.5** | Herding Game With Vehicle, Boat or Plane | **250** + Ct. |
| M | | **3004(a)** | Shooting Near Dwelling | **150** + Ct. |
| M | | **(b)** | Unlawful Discharge of Firearm, Arrow, or Crossbow Bolt Across a Public Road | **150** + Ct. |
| I/M | | **3004.5(a)(1)** | Use of Unlawful Rifle or Pistol Ammunition<br>   Second or Subsequent Offense | **500** + Ct.[6]<br>**1,000** + Ct. |
| M | 700 | **3007** | Hunting Without License | **100** + Ct. |
| M | | **3039** | Unlawful Sale or Purchase of Bird or Mammal | **200** + Ct. |
| M | | **3200** | Possession of Live Game Without License for More Than 30 Days | **100** + Ct. |
| M | 251 | **3501** | Herd Game Birds With Boat, Vehicle or Airplane | **150** + Ct. |
| M | 677 | **3502** | Use Mammal or Imitation While Hunting Game Birds | **50** |
| M | | **3503** | Take, Possess or Destroy Nest or Eggs | **400** + Ct. |
| M | | **3504** | Buy or Sell Game or Nongame Bird or Part | **200** + Ct. |
| M | | **3511(a)** | Take or Possess Fully Protected Birds | **500** + Ct. |
| M | | **3513** | Take or Possess Migratory Nongame Bird | **150** |
| M | | **3660** | Possess Pheasant Carcass So That Sex or Species Indeterminable | **50** |
| M | | **3680** | Taking of Registered Racing Pigeon | **50** |
| M | | **3700.1** | Take Migratory Game Bird Without State Duck Stamp | **50** |
| M | | **3800** | Take or Possess One Nongame Bird<br>For Each Additional Bird | **400** + Ct.<br>+ $100 For Each |
| M | | **3960** | Hunting Dog Pursuing Big Game During Closed Season or Fully Protected Mammal Anytime | **100** |
| M | | **4003** | Use Poison on Fur-bearers Without Permit | **200** |
| M | | **4004(b)** | Setting or Maintaining Illegal Types of Traps | **300** + Ct. |
| M | | **(f)** | Unlawfully Killing Trapped Animal By Specified Methods | **1,000** + Ct. |
| M | | **4005** | Trap Fur-bearer Without Trapping License | **150** |
| M | | **4301** | Sell, Purchase or Transport for Sale Deer Meat (See also F&G 3039) | **200** |

FOOTNOTES ARE AT END OF DOCUMENT

## FISH AND GAME CODE[4]

| | T-14[5] | SECTION | DESCRIPTION | BAIL (IN DOLLARS) |
|---|---|---|---|---|
| M | 708.7 | 4302 | Failure to Keep Deer Head and Antlers During Deer Season Plus 15 Days | 100 |
| M | | 4304 | Allow Game (Deer, Bird, Mammal, etc.) to Spoil | 150 + Ct. |
| M | 708.1 | 4330 | Take Deer Without Deer Tag or Permit | 150 + Ct. |
| M | 708.5 | 4336(a,b) | Untagged Venison | 150 + Ct. |
| M | 361 | 4370 | Carry Gun During Archery Season | 100 |
| M | | 4600(a) | Unlawful Killing or Capture of Undomesticated Burro | 300 + Ct. |
| M | 708.13 | 4657 | Wild Pig License Tag Violation | 150 + Ct. |
| M | | 4700(a)(1) | Take or Possess Fully Protected Mammals | 5,000 + Ct. |
| M | | 4750 | Take Bear By Specified Methods Without License | 500 + Ct. |
| M | 708.12 | 4753 | Bear License Tag Violation | 150 + Ct. |
| M | | 4757 | Failure to Keep Bear Skin and Ears During Season Plus 15 Days | 100 |
| M | | 4758 | Buy, Sell, or Possess For Sale Bear Meat or Other Parts | 3,250 + Ct. |
| | | | Possession of Three or More Bear Gall Bladders | 10,000 + Ct. |
| M | | 5000 | Unlawful to Sell, Purchase, Harm, Take, Possess, Transport or Shoot Any Projectile at a Tortoise | 300 + Ct. |
| M | 225.1 | 5500 | Fish With Explosives Without Permit | 150 |
| M | | 5503 | Take Fish for Eggs | 50 + P. |
| M | 2.06 | 5507 | Possession of Fish Spear or Gaff Illegally | 100 |
| M | | 5508-5509 | Take Fish of Indeterminate Size or Species | 250 + Ct. + $20 For Each Fish |
| M | | 5650 | Pollution of State Waters | 500 + Ct. |
| M | | 5652(a) | Littering Within 150 Feet of High Water Mark | 100 + Ct. |
| M | | 7120 | Possess Over Limit of Fish | 50 + $5 For Each Fish |
| M | | 7121 | Unlawful Sale or Purchase of Fish | 2,000 + Ct.[7] |
| M | | | Unlawful Sale or Purchase of Abalone | 15,000 + Ct.[8] |
| I | | 7145(a) | Fishing Without a License | 100[9] + P. |
| | | | With Proof of Valid License to Court | 25 |
| M | | 7702.1 | Illegal Unloading or Weighing Process | 300 |
| M | | 7850 | Commercial Fishing Without a Valid License | 100 |
| M | | 7860 | No Commercial Fishing Stamps for Salmon | 200 + Ct. |
| M | | 7880-7881 | Commercial Boat Registration (Any Violation) | 150 |
| M | | 7891 | Deliver Fish to Location Outside of California, No Permit | 500 + Ct. + forfeit boat and gear |
| M | 195(b) | 7920 | Commercial Passenger Fishing Boat, No License | 100 |
| M | 190 | 7923 | Failure to Keep Record of All Fish Taken | 50 |
| M | | 8043 | Failure to Make Landing Receipt | 300 |
| M | | 8045 | Failure to Include Required Information | 25 |
| M | | 8046 | Failure to Deliver Receipt to Fisherman | 100 |
| M | | 8047 | Failure to Make Receipt for Fish Unloaded | 100 |
| M | | 8051-8070 | Failure to Pay Landing Tax | 500 |
| M | | 8075 | Fish Reduction Process (To meal and oil) | 500 |

FOOTNOTES ARE AT END OF DOCUMENT

5

**Exhibit E - 143**

## FISH AND GAME CODE[4]

| | T-14[5] | SECTION | DESCRIPTION | BAIL (IN DOLLARS) |
|---|---|---|---|---|
| M | | 8150.5 | Sardines: Illegal Taking or Possession | **Mandatory Court** |
| M | | 8182 | Anchovy Boat: Failure to Display Registration | 100 |
| M | | 8210.2-8239 | Undersized Salmon: Closed Season, Illegal Gear, Illegal Sale, No Permit, Sport & Commercial Take on Same Boat | **250 + $20 Each Species** |
| M | 122 | 8251-8254 | Spiny Lobster: Closed Season, No Permit, Undersized | **250 + $20 Each Lobster** |
| M | 29.85 | 8276-8283 | Dungeness Crab: Closed Season, Undersized, Illegal | **200 + $10 Each Crab** |
| M | | 8278 | Undersized Dungeness Crab | **125 + $10 Each Crab** |
| M | | 8340-8346 | Clams: Closed Season, Undersized, Unlawful Sale, etc. | **100; see species + $10 Each Mollusk** |
| M | | 8370 | Striped Bass, Salmon or Sturgeon: Illegal Taking or Possession | 300 |
| M | | 8371 | Striped Bass or Salmon: Illegal Sale | 300 |
| M | | 8372-8375 | Sale of Prohibited Species or Undersized | **300 + Forfeit Fish** |
| M | 28.00 | 8381 | Grunion: Unlawful, Closed Season | 200 |
| M | | 8382 | Yellowtail, Barracuda: Undersized | **100 + $10 Each Fish** |
| M | | 8384 | Barracuda, Yellowtail: Exceed Limit, Undersize | **100 + $10 Each Fish** |
| M | | 8387 | Yellowtail: Possess Over Limit on Vessel | 500 |
| M | 164 | 8389 | Herring Eggs (Permit regulations) | 300 |
| M | | 8392 | Halibut: Undersized | **100 + $10 Each Fish** |
| M | | 8393 | Marlin Meat: Unlawful Sale or Possession | **Mandatory Court** |
| M | | 8394 | Swordfish (See permit regulations) | 300 |
| M | 112 | 8395 | Surfperch: No Tags, Closed Season | 200 |
| M | | 8430 | Trout: Unlawful Sale or Purchase | 300 |
| M | | 8432 | Trout: District Closure Violations | 300 |
| M | | 8435 | Catfish: Unlawful Sale | 300 |
| M | | 8436 | Freshwater Fish: Unlawful Sale | 300 |
| M | | 8460 | Bait Dealer Without License | 100 |
| M | 4.05 | 8462 | Bait Dealer Possessing Unauthorized Fish | 100 |
| M | | 8463 | Illegal Use of Traps or Seines to Take Fish for Bait | 25 |
| M | | 8495 | Halibut Trawl Grounds Violations | 500 |
| M | 123 | 8500 | Tidal Invertebrates: No Permit | 200 |
| M | | 8561 | Unlawful Take of Shark, Swordfish Without Drift Gill Net Permit | **500 + Forfeit Fish** |
| M | | 8563 | Drift Gill Net Permittee Not Aboard | **500 + Forfeit Fish** |
| M | | 8573 | Illegal Use of Drift Gill Net | **500 + Forfeit Fish** |
| M | | 8574 | Illegal Use of Drift Gill Net Less Than 14" Mesh Under Drift Gill Net Permit | **500 + Forfeit Fish** |
| M | | 8575-8576 | Shark, Swordfish: Closed Season | **500 + Forfeit Fish** |
| M | | 8580 | Swordfish: Unlawful Sale | **350 + Forfeit Fish** |
| M | | 8603 | Unlawful, Unauthorized Use of Net or Other Appliance | **500 + Forfeit Net** |
| M | | 8604 | Unlawfully Disturb Legal Net, Trap, etc. | 300 |
| M | | 8623 | Unlawful Use of Purse Seine or Round Haul Net for Yellowtail, White Sea Bass or Barracuda | **200 + Forfeit Net** |

6

FOOTNOTES ARE AT END OF DOCUMENT

**Exhibit E - 144**

# FISH AND GAME CODE[4]

| | T-14[5] | SECTION | DESCRIPTION | BAIL (IN DOLLARS) |
|---|---|---|---|---|
| M | | 8660-8665 | Unlawful Use of Net | 200 |
| M | | 8685 | Possess Gill Nets on Boat in Districts 1-2-3 | 500 + Forfeit Net |
| M | | 8686-8696 | Illegal Use of Gill Nets in Specific Districts | 300 |
| M | | 8721-8725 | Trammel Nets, Unlawful Use | 300 |
| M | | 8751-8757 | Round Haul Nets, Unlawful Use | 300 |
| M | | 8801-8807 | Beach Nets, Unlawful Use | 300 |
| M | | 8831 | Unlawful Mesh Size | 500 |
| M | 172 | 8833 | Possess Trawl Net in Closed District No Permit | 100 |
| M | | 8834 | Possess Over 500 lbs. of Crabs on Trawl Vessel | 200 |
| M | | 8837-8840 & 8843 | Illegal Mesh Size or Type of Trawl Net | Mandatory Court |
| M | 120 | 8842 | Illegal Use of Shrimp or Prawn Trawl Net | 300 |
| M | | 8870 | Dip Nets: Illegal Use or Area | 200 |
| M | | 9002 | Disturb Other Person's Trap, etc. | 200 |
| M | | 9010 | Lobster: Illegal Traps, etc. | 300 |
| M | | 9025.5-9027 | Unlawful Use or Unauthorized Gear | 100 |
| M | 120.6 | 9050-9054 | Unlawful Use of Power Equipment, etc. | 200 |
| M | | 10500-10666 | Acts Unlawful in Refuge | 500 + Ct. |
| M | | 12000-12165 | Fines and Penalties, Forfeitures, Revocations and Seizures | Defined by Code Sections |

# HARBORS AND NAVIGATION CODE

(See also Harbors - Title 19, Los Angeles County Code)

| | NEW CODE | SIMILAR VEHICLE CODE | DESCRIPTION | BAIL (IN DOLLARS) | P |
|---|---|---|---|---|---|
| M | 131 | | Obstructing Navigable Waters | 75 + Ct. | |
| M | 133 | | Discharging Oil | 100 + Ct. | |
| M | 652(b) | 24400, etc. | Lights | 5 + P.C. or $50 | |
| | | 27000 | Whistle | 5 + P.C. or $50 | |
| | | 27000 | Bell | 5 + P.C. or $50 | |
| | | 24002 | Life Preservers | 10 | |
| | | | Fire Extinguishers | 10 + P.C. or $50 | |
| | | 24002 | Carburetors | 10 + P.C. or $50 | |
| | | 24002 | Ventilation | 10 + P.C. or $50 | |
| I | 652.5(c) | | Blue Light - Unauthorized Use | 75 | |
| I | (d) | | Failure to Yield to Blue Light or Siren | 75 + Ct. | |
| I | 654(b) | | Improper Mufflers/ Use of Cutouts | 50 | + P. |
| I | 654.05 (a)(1-3) | | Motorized Vessel - Noise Level | 50 | + P. |

FOOTNOTES ARE AT END OF DOCUMENT

7

**Exhibit E - 145**

# HARBORS AND NAVIGATION CODE

(See also Harbors - Title 19, Los Angeles County Code)

| | New Code | Similar Vehicle Code | Description | Bail (in dollars) | P |
|---|---|---|---|---|---|
| M | 655(a) | 23103 | Negligent or Reckless Operation | 2,500   + Ct. | |
| M | (b) | 23152 & 23153 | Negligent or Reckless Operation - Under Influence of Liquor or Drugs | 5,000   + Ct. | |
| I | 655.2 | | Speed - Over 5 miles/hour | 2 per mile | + P. |
| | | | Speed - Over 20 miles/hour | | |
| M | 655.3 | | Use of Vessels | 75   + Ct. | |
| | 656(a) | 20003(a) | Accident, Duty to Give Information & Aid | 300 | |
| | (d) | 20008(a) | Accident, Duty to File Report | 300 | |
| | 656.2 | | Operator of Vessel Involved in Accident Resulting in Personal Injury | 1,000   + Ct. | |
| | 656.3 | | Operator of Vessel Involved in Accident Resulting in Death or Disappearance | 2,000   + Ct. | |
| M | 658(a) | | Operator and Additional Person Over 12 Years of Age in Towing Vessel | 80   + Ct. | |
| M | (b) | | Prohibited Hours for Water Skiing | 80   + Ct. | |
| M | (d) | | Cause Collision | 400   + Ct. | |
| M | (e) | 23103 | Dangerous Operation - Water Skis | 400   + Ct. | |
| I | 658.3(a) | | Children 13 Years and Under Required to Wear Personal Flotation Device | 50 | + P. |
| I | 659 | 21465 | Uniform Navigational Marking of Waters | 50 | + P. |
| | 665 | 40508 | Violation of Promise to Appear | 50 | |
| I | 673 | | Boat Livery Recordkeeping | 50 | + P. |
| I | 681(a) | | Operation or Idling of Motorized Vessel While Person Is Teak Surfing, Platform Dragging, or Bodysurfing Behind the Vessel | 50   + Ct. | |
| I | (b) | | Operation or Idling of Motorized Vessel While Person Is On or Holding Onto Swim Platform, Swim Deck, Swim Step, or Swim Ladder of the Vessel | 50   + Ct. | |
| I | 780(a) | | Illegal Discharge of Sewage | 50 | + P. |
| M | | | | 100   + Ct. | |

# HEALTH AND SAFETY CODE

Bail on all violations of the Health and Safety Code is **$500** with the following exceptions:

| | Section | Description | Bail (in dollars) |
|---|---|---|---|
| M | 7114 | Autopsy Without Authorization | 1,000   + Ct. |
| M | 7208 | Unlawful Use, Sale or Disposal of Body | 1,000   + Ct. |
| M | 11100(g) | Sale/ Transfer/ Possession of Specified Chemicals | 1,000   + Ct. |
| | | Second or Subsequent Offense | 5,000   + Ct. |
| M | 11107.1 | Sale/ Purchase of Specified Substances | 1,000   + Ct. |
| | | Second or Subsequent Offense | 5,000   + Ct. |

FOOTNOTES ARE AT END OF DOCUMENT

**Exhibit E - 146**

# HEALTH AND SAFETY CODE

Bail on all violations of the Health and Safety Code is **$500** with the following exceptions:

| | SECTION | DESCRIPTION | BAIL (IN DOLLARS) |
|---|---|---|---|
| I | 11110 | Over-the-Counter Sale of Dextromethorphan to Minor Without Prescription | 100      + P. |
| M | 11153 | Controlled Substance: Unlawful-Prescription | 1,000    + Ct. |
| M | 11162.6 | Counterfeits/ Possesses/ Obtains Under False Pretenses or Fraudulently Produces a Controlled Substance Prescription Form | 1,000    + Ct. |
| M | 11164 | Controlled Substance: Unlawful Prescription Execution/ Content | 1,000    + Ct. |
| M | 11215 | Unlawful Administration of Narcotics | 1,000    + Ct. |
| M | 11350 | Illegal Possession of Specified Controlled Substances | 1,000    + Ct. |
| M | 11352.1 | Dispense or Provide Dangerous Drug or Device | 1,000    + Ct. |
| I<br>I/M<br>M | 11357.5(b)(1)<br>      (b)(2)<br>      (b)(3) | Use/Possession of Synthetic Cannabinoid Compound/Derivative<br>   Second Offense<br>   Third or Subsequent Offense | 35       + Ct.<br>75       + Ct.<br>75       + Ct. |
| M | 11362.81(a)(1)<br>     (a)(2) | Medical Marijuana Program - Violation of Specified Provisions<br>   Second Offense | 1,000    + Ct.<br>2,000    + Ct. |
| M | 11364.1 | Possession of Opium Pipe, Drug Paraphernalia | 250      + Ct. |
| M | 11366 | Maintenance of Place for Disposal of Narcotics | 1,000    + Ct. |
| I<br>I/M<br>M | 11375.5(b)(1)<br>      (b)(2)<br>      (b)(3) | Use/Possession of Synthetic Stimulant Compound/Derivative<br>   Second Offense<br>   Third or Subsequent Offense | 35       + Ct.<br>75       + Ct.<br>75       + Ct. |
| M | 11377 | Possession of Controlled Substance | 1,000    + Ct. |
| M | 11550 | Use or Under the Influence of Controlled Substance | 2,500    + Ct.[10] |
| M | 12761 | Possession of Flamethrowing Device Without Permit | 15,000  + Ct. |
| M | 13002 | Littering of Flaming or Glowing Substance | 100, 500, 750 + Ct.[11] |
| I | 104559.5(b) | Sale or Possession with Intent to Sell Flavored Tobacco Product | 250      + P. |
| I<br>M | 105256 | Refuse to Obey Order Regarding Lead Hazard<br>   Second Offense | 1,000<br>5,000    + Ct. |
| M | 108240-108290 | Hazardous Substances Act Violations | 1,000    + Ct. |
| M | 108800-108810 | Label Requirements for Containers | 1,000    + Ct. |
| M | 110390 | Disseminate False Advertisement of Food, Drug, Device or Cosmetic | 1,000    + Ct. |
| M | 110395 | Manufacture, Sell, Deliver, Hold or Offer for Sale Any Food, Drug, Device or Cosmetic That Is Falsely Advertised | 1,000    + Ct. |
| M | 110403(a-an) | Advertise Drug/ Device To Have Effect Upon Specified Conditions | 1,000    + Ct. |
| I | 110422 | Failure to Include a Clear and Conspicuous Label on a Dietary Supplement | 100, 200, 500 + Ct.[12] |
| M | 110423.2 | Sale/ Transfer/ Furnish a Dietary Supplement Containing Ephedrine Group Alkaloids to a Minor | 1,000    + Ct. |
| M | 110620 | Manufacture, Sell, Deliver, Hold or Offer for Sale Any Adulterated Food | 1,000    + Ct. |
| M | 110625 | Adulteration of a Food | 1,000    + Ct. |
| M | 110760 | Manufacture, Sell, Deliver, Hold or Offer for Sale Any Misbranded Food | 1,000    + Ct. |
| M | 110765 | Misbranding a Food | 1,000    + Ct. |

**Exhibit E - 147**

# HEALTH AND SAFETY CODE

Bail on all violations of the Health and Safety Code is **$500** with the following exceptions:

| | SECTIOM | DESCRIPTION | BAIL (IN DOLLARS) | |
|---|---|---|---|---|
| M | 110775 | Alter, Mutilate, Destroy, Obliterate or Remove Label or Labeling Resulting in Misbranded Food | 1,000 | + Ct. |
| M | 110960 | Hold or Display Any Potentially Hazardous Food Above 45 Degrees Fahrenheit | 1,000 | + Ct. |
| M | 111295 | Manufacture, Sell, Deliver, Hold or Offer for Sale Any Drug or Device That Is Adulterated | 1,000 | + Ct. |
| M | 111300 | Adulteration of a Drug or Device | 1,000 | + Ct. |
| M | 111550 | Sell, Deliver or Give Away New Drug or Device Without Approval by Department | 1,000 | + Ct. |
| M | 111615 | Manufacture a Drug or Device Without a License | 1,000 | + Ct. |
| M | 111765 | Manufacture or Sell a Misbranded Cosmetic | 1,000 | + Ct. |
| M | 111865 | Remove, Sell or Dispose of a Detained or Embargoed Food, Drug, Device or Cosmetic Without Department Permission | 1,000 | + Ct. |
| M | 112075 | Clean, Sterilize and Resell Reusable Bottles Without a License | 1,000 | + Ct. |
| M | 112400 | Operating a Cold Storage or Refrigerating Warehouse Without a License | 1,000 | + Ct. |
| M | 112505 | Operate a Frozen Food Locker Plant Without a License | 1,000 | + Ct. |
| M | 112550 | Failure to Maintain Legal Temperature Limits in a Frozen Food Locker Plant | 1,000 | + Ct. |
| I | 114094 | Failure to Disclose Nutritional Information | 50[13] | + Ct. |
| M | 115215 | Radiation Control Law | 1,000 | + Ct. |
| I | 115810 | Minor Operating Snow Skis or Snowboard Without a Helmet | 25 | + P. |
| I | 118948 | Smoke in a Vehicle with Minor Present | 35 | + P. |
| M | 120280 | Refusal to Cooperate with Local Health Officer Quarantine | 25,000 | + Ct. |
| M | 120290 | Willful Exposure to Disease | 25,000 | + Ct. |
| I | 121630 | Possession of Animals in Violation of Rabies Control Act | 50 | |
| I | 122335 | Unlawful Tethering of Dog | 250 | |

FOOTNOTES ARE AT END OF DOCUMENT

**Exhibit E - 148**

# PENAL CODE

Bail for unlisted Penal Code infractions and misdemeanors - See page 1.

| | SECTION | | BAIL (IN DOLLARS) | P |
|---|---|---|---|---|
| M | 69 | Obstruct/ Resist Public Official by Threats/ Violence | 15,000 + Ct. | |
| M | 71 | Threaten Injury to Public Official | 15,000 + Ct. | |
| M | 76 | Threaten Death/ Great Bodily Injury to Public Official or Judge | 20,000 + Ct. | |
| M | 95.1 | Threaten Juror | 15,000 + Ct. | |
| M | 96.5 | Obstruction of Justice by Judicial Officer, Commissioner, Referee | 15,000 + Ct. | |
| M | 112 | Manufacture False Government Documents to Conceal Citizenship | 10,000 + Ct. | |
| M | 131 | Misrepresentation in Connection With an Investigation into Specified Corporate Misconduct | 10,000 + Ct. | |
| M | 135.5 | Alter or Destroy Evidence in a Public Safety Officer Disciplinary Proceeding | 5,000   + Ct. | |
| M | 136.1(a,b) | Witness Intimidation or Tampering | 15,000 + Ct. | |
| M | 139 | Felon Threatening Witness | 15,000 + Ct. | |
| M | 140 | Threaten Witness, Victim or Informant | 15,000 + Ct. | |
| M | 141(a) | Alter, Plant, Modify, etc. Evidence | 5,000   + Ct. | |
| M | 146g(a-b) | Disclose or Solicit Information for Financial Gain | 500     + Ct. | |
| M | (c) | Disclose or Solicit Unauthorized Photograph or Video | 500     + Ct. | |
| M | 148(a)(1) | Interfere With a Police Officer | 10,000 + Ct. | |
| | (a)(2) | Interfere, etc., With Transmission of Communication Over a Public Safety Radio Frequency | 10,000 + Ct. | |
| | (b) | Taking Weapon From a Police Officer (Non-Firearm) | 10,000 + Ct. | |
| | (d) | Attempted Taking of Firearm From Police Officer | 25,000 + Ct. | |
| M | 148.1 | Make a False Bomb Report | 15,000 + Ct. | |
| M | 148.2 | Interfere With Emergency Personnel | 10,000 + Ct. | |
| M | 148.4 | Tamper With Fire Alarm, Equipment or False Alarm | 5,000   + Ct. | |
| M | 148.5 | Making a False Report | 10,000 + Ct. | |
| M | 148.9 | Falsely Representing Self as Another Person to a Peace Officer | 5,000   + Ct. | |
| M | 151(a)(1) | Advocate Killing/ Injuring Peace Officer | 15,000 + Ct. | |
| M | 152 | Conceal or Attempt to Conceal an Accidental Death | 10,000 + Ct. | |
| M | 152.3 | Failure to Notify Peace Officer if Observed Commission of Murder, Rape or Lewd or Lascivious Act by Force or Menace Against a Child Victim Under 14 Years of Age | 10,000 + Ct. | |
| M | 166(a)(4) | Willful Disobedience of Terms as Written of Any Process or Court Order or Out-of-State Court Order | 5,000   + Ct. | |
| M | (a)(9) | Willful Disobedience of Terms of Any Injunction that Restrains the Activities of a Street Gang | 10,000 + Ct. | |
| M | (c)(1) | Contempt of Court – Violation of Protective Order | 20,000 + Ct. | |
| M | (c)(2) | Contempt of Court – Violation of Protective Order With Injuries | 25,000 + Ct. | |
| M | 171c/ 171d | Bring or Possess Loaded Firearms in Specified Offices | 25,000 + Ct. | |
| M | 171.5 | Possession of Weapon Within Sterile Area of Airport | 20,000 + Ct. | |
| M | 171.7 | Possession of Weapon Within Sterile Area of Public Transit Facility | 20,000 + Ct. | |
| M | 186.22 | Participation in Criminal Street Gang Activity | 15,000 + Ct. Added to Charge | |
| M | 186.28 | Supply, Sell, Give Firearm Used in Felony by Criminal Street Gang Member | 25,000 + Ct. | |

**Exhibit E - 149**

# PENAL CODE

Bail for unlisted Penal Code infractions and misdemeanors - See page 1.

| | SECTION | DESCRIPTION | BAIL (IN DOLLARS) | P |
|---|---|---|---|---|
| M | 191.5(b) | Vehicular Manslaughter While Intoxicated Without Gross Negligence | 25,000 + Ct. | |
| M | 192(c)(1-2) | Vehicular Manslaughter | 25,000 + Ct. | |
| M | 192.5(b-d) | Vehicular Manslaughter While Operating a Vessel | 25,000 + Ct. | |
| M | 217.1(a) | Assault on Public Official or Immediate Family of Public Official | 20,000 + Ct. | |
| M | 236 | False Imprisonment | 20,000 + Ct. | |
| M | 241 | Assault | 20,000 + Ct. | |
| M | 241.5 | Assault Committed Against Highway Worker | 20,000 + Ct. | |
| M | 241.8 | Assault on Member of United States Armed Forces | 20,000 + Ct. | |
| M | 243(a) | Battery | 20,000 + Ct. | |
| | (b) | Battery on Peace Officer/ EMT/ Firefighter, etc. | 20,000 + Ct. | |
| | (c)(1) | Battery on Custodial Officer/ EMT/ Firefighter, etc. With Injury | 20,000 + Ct. | |
| | (c)(2) | Battery on Peace Officer With Injury | 20,000 + Ct. | |
| | (d) | Simple Battery With Serious Bodily Injury | 25,000 + Ct. | |
| | (e) | Domestic Battery Without Traumatic Injury | 20,000 + Ct. | |
| M | 243.2 | Battery on School, Park, Hospital Property | 20,000 + Ct. | |
| M | 243.25 | Battery Against Elder or Dependent Adult | 20,000 + Ct. | |
| M | 243.3 | Battery on Transit Personnel or Passenger | 20,000 + Ct. | |
| M | 243.4 | Sexual Battery | 20,000 + Ct. | |
| M | 243.6 | Battery on School Employee | 20,000 + Ct. | |
| M | 243.65 | Battery Against Highway Worker | 20,000 + Ct. | |
| M | 243.7 | Battery Against a Juror | 50,000 + Ct. | |
| I | 243.83 | Unlawful Acts at Professional Sporting Event | 250 + Ct.[14] | |
| M | 243.9 | Aggravated Battery by Gassing Peace Officer or Employee of Detention Facility | 20,000 + Ct. | |
| M | 243.10 | Battery Against Member of United States Armed Forces | 20,000 + Ct. | |
| M | 245(a)(1) | Assault With a Deadly Weapon | 20,000 + Ct. | |
| | (a)(2) | Assault With a Firearm | 25,000 + Ct. | |
| | (a)(4) | Assault With Force Likely to Produce G.B.I. | 20,000 + Ct. | |
| M | 245.6(c) | Hazing Without Serious Bodily Injury | 1,000 + Ct. | |
| M | (d) | Hazing Resulting in Death or Serious Bodily Injury | 10,000 + Ct. | |
| M | 246 | Shooting at an Occupied Dwelling/ Vehicle | 35,000 + Ct. | |
| M | 246.3 | Grossly Negligent Discharge of Firearm or BB Device | 25,000 + Ct. | |
| M | 247(b) | Shooting at an Unoccupied Dwelling/ Vehicle | 25,000 + Ct. | |
| M | 247.5 | Malicious Discharge of Laser at Occupied Aircraft | 25,000 + Ct. | |
| M | 248 | Interfere With Operation of Aircraft | 10,000 + Ct. | |
| M | 261.5(b) | Unlawful Sexual Intercourse With Minor | 20,000 + Ct. | |
| M | (d) | Unlawful Sexual Intercourse by Defendant Over 21 With Person Under 16 Years | 25,000 + Ct. | |
| M | 270 | Willful Failure to Provide for Minor Child | 5,000 + Ct. | |
| M | 270.6 | Leave State With Intent to Avoid Spousal Support | 20,000 + Ct. | |
| M | 271/ 271a | Fail to Maintain Child Under 14 Years | 5,000 + Ct. | |

FOOTNOTES ARE AT END OF DOCUMENT

**Exhibit E - 150**

# PENAL CODE

Bail for unlisted Penal Code infractions and misdemeanors - See page 1

| | SECTION | DESCRIPTION | BAIL (IN DOLLARS) | P |
|---|---|---|---|---|
| M | 272(a)(1) | Contribute to the Delinquency of a Minor | 5,000 + Ct. | |
| | (b)(1) | Communicate With or Contact Minor for Luring or Transporting Minor Away From Home | 20,000 + Ct. | |
| M | 273a(a) | Child Endangerment With Risk of Great Bodily Injury or Death | 25,000 + Ct. | |
| | (b) | Child Endangerment Without Risk of Great Great Bodily Injury or Death | 15,000 + Ct. | |
| M | 273d | Cruel or Inhuman Corporal Punishment or Traumatic Injury Upon a Child | 25,000 + Ct. | |
| M | 273i | Publish Information With Intent that Another Use the Information to Commit Crime Against a Child | 20,000 + Ct. | |
| M | 273.5 | Domestic Battery With Traumatic Injury | 30,000 + Ct. | |
| M | 273.6(a) | Violation of Protective Order | 20,000 + Ct. | |
| | (b) | Violation of Protective Order With Injuries | 25,000 + Ct. | |
| M | 273.65 | Violation of Dependency Protective Order | 20,000 + Ct. | |
| M | 273.7 | Malicious Disclosure of Trafficking Shelter or Domestic Violence Shelter Location | 25,000 + Ct. | |
| M | 278 | Child Abduction Without Right of Custody | 25,000 + Ct. | |
| M | 278.5 | Child Abduction Depriving Custody or Visitation Right | 20,000 + Ct. | |
| M | 280 | Child Concealment | 20,000 + Ct. | |
| M | 286(b)(1) | Sodomy With Minor Under 18 Years | 25,000 + Ct. | |
| M | 287(b)(1) | Oral Copulation With a Minor | 25,000 + Ct. | |
| M | 288(c)(1) | Lewd/ Lascivious Act on Child of 14 or 15 Years | 25,000 + Ct. | |
| | (c)(2) | Lewd/ Lascivious Act on Dependent Person by Caretaker | 25,000 + Ct. | |
| M | 288.2(a)(1) | Distributes, etc. Harmful Matter Depicting a Minor Engaging in Sexual Conduct With Intent to Seduce | 20,000 + Ct. | |
| | (a)(2) | Harmful Matter Not Depicting a Minor Engaged in Sexual Conduct | 10,000 Ct. | |
| M | 288.4(a)(1) | Arrange Meeting With Minor For Purpose of Exposing or Procuring Sexual Exposure or Engaging in Lewd Act | 5,000 + Ct. | |
| M | 289(c) | Penetration With Foreign Object of Mental Patient by Patient | 25,000 + Ct. | |
| | (h) | Assist Penetration Act Upon Minor With Foreign Object | 25,000 + Ct. | |
| M | 289.5 | Flee to California to Avoid Prosecution for Sex Offenses | 50,000 + Ct. | |
| M | 289.6(a)(2-3) | Sexual Activity, as Specified, With Person Confined in Public or Private Detention Facility | 50,000 + Ct. | |
| M | 290 | Failure of Convicted Sex Offender to Register | 20,000 + Ct. | |
| M | 290.46(j)(1) | Use Information Disclosed on Sex Offender Internet Web Site to Commit a Misdemeanor | 10,000 + Ct. | |
| M | (k) | Sex Offender Prohibited from Entering Sex Offender Internet Web Site | 10,000 + Ct. | |
| M | 290.95(a,b) | Failure to Disclose Sex Offender Status upon Application or Acceptance of Position Involving Minors | 20,000 + Ct. | |
| | (c) | Prohibition on Registered Sex Offender Working With Minors | 25,000 + Ct. | |

FOOTNOTES ARE AT END OF DOCUMENT

13

**Exhibit E - 151**

# PENAL CODE

Bail for unlisted Penal Code infractions and misdemeanors - See page 1.

| | SECTION | DESCRIPTION | BAIL (IN DOLLARS) | P |
|---|---|---|---|---|
| M | 299.5(1)(A) | Knowingly Use or Disclose Offender Sample or DNA Profile to an Unauthorized Person/Agency for Unauthorized Purpose | 5,000  + Ct. | |
| | (1)(B) | Knowingly and for Financial Gain Use Offender Sample or DNA Profile for Unauthorized Purpose or Disclose DNA or Other Forensic Identification Information to Unauthorized Person/ Agency for Unauthorized Purpose | 10,000 + Ct. | |
| M | 308.1 | Import/ Distribute/ Offer to Sell/ Sell to an Unauthorized Person or Business a Tobacco Product Known as "Beedies" or "Bidis" | 10,000 + Ct. | |
| M | 311.1 | Sale/ Distribution of Obscene Matter Depicting a Minor | 20,000 + Ct. | |
| M | 311.2 (a) | Production/ Distribution/ Exhibition of Obscene Matter | 20,000 + Ct. | |
| M | 311.3 | Sexual Exploitation of Child | 20,000 + Ct. | |
| M | 311.4 | Employment of Minor in Sale/ Distribution of Obscene Matter or Production of Pornography | 20,000 + Ct. | |
| M | 313.1(a-c) | Distribute Harmful Matter to Minor | 10,000 + Ct. | |
| M | 314(1) | Indecent Exposure | 10,000 + Ct. | |
| M | 330 | Gambling (12 specified games or where there exists a "bank") | 100      + Ct.[15] | |
| M | 332 | Theft by Trick or Device | 2,500  + Ct. | |
| | | Second or Subsequent Offense | 5,000  + Ct. | |
| M | 337a | Bookmaking | 1,000  + Ct. | |
| | (b) | Second Offense | 1,250  + Ct. | |
| | (c) | Third or Subsequent Offense | 1,500  + Ct. | |
| M | 337j | Controlled Game | 2,000  + Ct. | |
| M | 337u | Engage in Acts of Cheating in Gambling Games | 2,000  + Ct. | |
| | | Second or Subsequent Offense | 5,000  + Ct. | |
| M | 337v | Use or Possess Device that Assists in Gambling | 2,000  + Ct. | |
| | | Second or Subsequent Offense | 5,000  + Ct. | |
| M | 337w | Use of Counterfeit Wagering Instruments | 2,000  + Ct. | |
| | | Second or Subsequent Offense | 5,000  + Ct. | |
| M | 337x | Cheat in a Gambling Establishment | 2,000  + Ct. | |
| | | Second or Subsequent Offense | 5,000  + Ct. | |
| M | 337y | Manufacture or Sell Prohibited Device / Mark or Alter Gaming Device / Instruct Another in Cheating | 2,000  + Ct. | |
| | | Second or Subsequent Offense | 5,000  + Ct. | |
| M | 347(b) | False Report of Poisoning food, drink, medicine, pharmaceutical product, or water | 1,000  + Ct. | |
| M | 368(b)(1) | Elder Abuse With Risk of Great Bodily Injury, Inflicting Pain | 25,000 + Ct. | |
| | (c) | Elder Abuse Without Risk of Great Bodily Injury, Inflicting Pain | 15,000 + Ct. | |
| | | Second Offense | 20,000 + Ct. | |
| | (d) | Theft/ Embezzlement, etc. of Elder by Non-caretaker | | |
| | | With Value Not Exceeding $950 | 1,000  + Ct. | |
| | | With Value Exceeding $950 | 5,000  + Ct. | |
| | (e) | Theft/ Embezzlement, etc. of Elder by Caretaker | | |
| | | With Value Not Exceeding $950 | 1,000  + Ct. | |
| | | With Value Exceeding $950 | 5,000  + Ct. | |

FOOTNOTES ARE AT END OF DOCUMENT

**Exhibit E - 152**

## PENAL CODE

Bail for unlisted Penal Code infractions and misdemeanors - See page 1

| | SECTION | DESCRIPTION | BAIL (IN DOLLARS) | P |
|---|---|---|---|---|
| M | 369g | Drive On or Along Railroad Track or Right of Way | 1,000   + Ct. | |
| M | 369i | Trespass on Railroad Property | 1,000   + Ct. | |
| M | 374c | Shooting on a Public Highway | 25,000 + Ct. | |
| M | 374.2 | Malicious Discharge of Toxic Waste Without Permit | 10,000 + Ct. | |
| | 374.3(a,b) | Dump or Deposit Waste, Rocks or Dirt on Roads or Highways | 250, 500, 750[16] | + P. |
| | (h) | Dump or Deposit Waste in Commercial Quantities | 1,000, 3,000, 6,000   + Ct.[17] | |
| I | 374.4 | Littering Upon Public/ Private Property | 250, 500, 750[18] | + P. |
| M | 374.7 | Littering of Waste in Waters | 250, 500, 750 + Ct.[19] | |
| M | 375 (a) – (c) | Discharge of Noxious/ Injurious Substance | 1,000   + Ct. | |
| M | 379 | Sale, etc. Salvia Divinorum or Salvinorin A to a Minor | 500   + Ct. | |
| M | 381c | Sell or Furnish a Device or Receptacle Containing Nitrous Oxide to a Minor | 1,000   + Ct. | |
| M | 399(b) | Keep Mischievous Animal That Causes Serious Bodily Injury | 25,000 + Ct. | |
| M | 399.5 | Owner/ Custodian of Dog Trained to Fight, Attack or Kill That Inflicts Substantial Physical Injury or Bites a Human Being on Two Separate Occasions | 25,000 + Ct. | |
| M | 402 | Interfere With Emergency Personnel | 10,000 + Ct. | |
| M | 404.6(a) | Incitement to Riot | 20,000 + Ct. | |
| | (c) | Incitement to Riot In Prison or Jail, With Serious Bodily Injury | 25,000 + Ct. | |
| M | 405 | Rioting | 5,000   + Ct. | |
| M | 409 | Fail to Disperse From Riot | 5,000   + Ct. | |
| M | 417(a)(1) | Brandishing a Deadly Weapon | 25,000 + Ct. | |
| | (a)(2) | Brandishing a Firearm | 25,000 + Ct. | |
| | (b) | Brandishing a Firearm at a Daycare Center | 25,000 + Ct. | |
| | (c) | Brandishing a Firearm in the Presence of a Peace Officer | 25,000 + Ct. | |
| M | 417.25 | Aim or Point a Laser Scope or Pointer at a Person in a Threatening Manner | 15,000 + Ct. | |
| M | 417.26 | Aim or Point a Laser Scope or Pointer at a Peace Officer With Specific Intent to Cause Apprehension or Fear of Bodily Harm | 25,000 + Ct. | |
| M | 417.4 | Brandishing a Fake Firearm | 15,000 + Ct. | |
| M | 417.6 | Brandishing A Deadly Weapon or Firearm With Serious Bodily Injury | 25,000 + Ct. | |
| I | 420.1 | Prevent, Hinder, Obstruct Access to or Egress From Property | 5,000   + Ct. | |
| M | 422 | Criminal Threats | 25,000 + Ct. | |
| M | 422.4 | Publish Information With Intent that Another Use the Information to Commit A Violent Crime Against an Academic Researcher | 10,000 + Ct. | |
| M | 422.6 | Interference With Civil Rights | 10,000 + Ct. | |
| M | 422.7 | Aggravated Interference With Civil Rights | 10,000 + Ct. | |
| M | 422.77 | Violate Order for Injunctive Relief for Interference With a Person's Free Exercise of a Legal Right or Privilege | 1,000   + Ct. | |

Exhibit E - 153

## PENAL CODE

Bail for unlisted Penal Code infractions and misdemeanors - See page 1.

| | SECTION | DESCRIPTION | BAIL (IN DOLLARS) | | P |
|---|---|---|---|---|---|
| M | 423.2(a) | By Force, Threat of Force or Physical Obstruction That Is a Crime of Violence, Attempt to or Intentionally Injure, Intimidate or Interfere With a Reproductive Health Services Client, Provider or Assistant | 15,000 + | Ct. | |
| | | Second Offense | 20,000 + | Ct. | |
| M | 423.2(b) | By Force, Threat of Force, or Physical Obstruction That Is a Crime of Violence, Attempt to or Intentionally Injure, Intimidate or Interfere With a Person's Lawful Exercise of Religious Freedom at Place of Religious Worship | 15,000 + | Ct. | |
| | | Second Offense | 20,000 + | Ct. | |
| M | 423.2(c) | By Nonviolent Physical Obstruction, Attempt to or Intentionally Injure, Intimidate or Interfere With a Reproductive Health Services Client, Provider or Assistant, or Intimidate Persons/ Entities From Becoming or Remaining the Same | 15,000 + | Ct. | |
| | | Second Offense | 20,000 + | Ct. | |
| M | 423.2(d) | By Nonviolent Physical Obstruction, Attempt to or Intentionally Injure Person's Lawful Exercise of Religious Freedom at Place of Religious Worship | 15,000 + | Ct. | |
| | | Second Offense | 20,000 + | Ct. | |
| M | 423.2(e) | Intentionally Damage/ Destroy Property of a Reproductive Services Client, Provider, Assistant or Facility | 10,000 + | Ct. | |
| | | Second Offense | 15,000 + | Ct. | |
| M | 423.2(f) | Intentionally Damage/ Destroy the Property of a Place of Religious Worship | 10,000 + | Ct. | |
| | | Second Offense | 15,000 + | Ct. | |
| | 452 (a) | Recklessly Causing a Fire with Great Bodily Injury | 10,000 + | Ct. | |
| | (b) | Recklessly Causing a Fire, Inhabited Structure | 10,000 + | Ct. | |
| | (c) | Recklessly Causing Fire, Structure or Forest Land | 5,000  + | Ct. | |
| M | 459 | Burglary | 5,000  + | Ct. | |
| M | 459.5 | Shoplifting If Value Does Not Exceed $950 and No Disqualifying Prior Conviction(s) | 5,000  + | Ct. | |
| M | 463 | Petty Theft During a State of Emergency or Local Emergency or Under Evacuation Order | 5,000  + | Ct. | |
| M | 468 | Knowingly Buy or Sell Sniperscope | 20,000 + | Ct. | |
| M | 470(d) | Forgery of an Instrument Listed in 473(b) If Value Does Not Exceed $950 | 5,000  + | Ct. | |
| M | 475 | Forged Bills or Notes, Possession or Receipt If Value Does Not Exceed $950 | 5,000  + | Ct. | |
| M | 476 | Fictitious Checks, Making, Uttering If Value Does Not Exceed $950 | 5,000  + | Ct. | |
| | 476a | N.S.F. Checks With Aggregate Total That Does Not Exceed $950 | 5,000  + | Ct. | |
| M | 483.5(b) | Possess Document-Making Device With Intent to Defraud | 5,000  + | Ct. | |
| M | 488 | Petty Theft | 1,000  + | Ct. | |
| M | 487(a), (b) | Petty Theft, Not Qualifying as Shoplifting, If Value Does Not Exceed $950 and No Disqualifying Prior Conviction(s) | 5,000  + | Ct. | |
| M | 487a | Petty Theft of Horse or Other Livestock If Value Does Not Exceed $950 and No Disqualifying Prior Conviction(s) | 5,000  + | Ct. | |

FOOTNOTES ARE AT END OF DOCUMENT

**Exhibit E - 154**

# PENAL CODE

Bail for unlisted Penal Code infractions and misdemeanors - See page 1

| | SECTION | DESCRIPTION | BAIL (IN DOLLARS) | P |
|---|---|---|---|---|
| M | 487b & 487c | Petty Theft – Conversion of Real Property If Value Does Not Exceed $950 and No Disqualifying Prior Conviction(s) | 5,000  +  Ct. | |
| M | 487d | Petty Theft of Gold Dust, Amalgam or Quicksilver If Value Does Not Exceed $950 and No Disqualifying Prior Conviction(s) | 5,000  +  Ct. | |
| M | 487f | Petty Theft of Dog If Value Does Not Exceed $950 | 5,000  +  Ct. | |
| M | 487g | Petty Theft of Animal for Purpose of Sale, Medical Research, Slaughter or Other Commercial Use If Value Does Not Exceed $950 and No Disqualifying Prior Conviction(s) | 5,000  +  Ct. | |
| M | 487h | Petty Theft of Cargo If Value Does Not Exceed $950 and No Disqualifying Prior Conviction(s) | 5,000  +  Ct. | |
| M | 487i | Defraud a Housing Program of a Public Housing Authority If Loss Does Not Exceed $950 and No Disqualifying Prior Conviction(s) | 5,000  +  Ct. | |
| M | 487j | Petty Theft of Copper Materials If Value Does Not Exceed $950 and No Disqualifying Prior Conviction(s) | 5,000  +  Ct. | |
| M | 490.4(a)(1-3) (a)(1-3) (a)(4) | Retail Theft Committed on 2 or More Separate Occasions Within 12-Month Period and Aggregated Value Exceeds $950 Retail Theft Committed in a Manner Not Described Above Retail Theft Committed by Recruiting, Coordinating etc. Another to Undertake Specified Acts | 10,000 + Ct. 5,000  + Ct. 10,000 + Ct. | |
| I | 490.7 | Take 25 or More Copies of Free/Complimentary Newspaper | 35[20] | |
| M M | 496 | Receiving Stolen Property With Value Less Than $950 With Value Exceeding $950 | 1,000  +  Ct. 2,500  +  Ct. | |
| M | 496d | Purchase, Receive, Sell, Stolen/ Extorted Vehicles, Vessels or Equipment | 2,500  +  Ct. | |
| M | 502(c)(1-5) | Unlawful Computer Access, Data Usage, Data Damage, Deletion or Alteration, Nonpermitted Use of or Disruption/ Denial of Computer Services | 5,000  +  Ct. + | |
| I | 502(c)(6-7) | Unlawful Provision of Access to Computers; Unlawful Access of System/ Network | 1,000  +  Ct. | |
| M | 502(c)(8) | Unlawful Introduction of Contaminant Into Any Computer System/ Network | 5,000  +  Ct. | |
| I | 502(c)(9) | Use of Another's Domain Name/ Profile to Send Damaging Electronic Mail | 1,000  +  Ct. | |
| M | 502(c)(10) | Disruption of Government Computer System/ Denial/ Causing the Denial of Services | 5,000  +  Ct. | |
| M | 502(c)(11) | Add, Alter, Damage, Delete or Destroy Any Data, Computer Software or Computer Programs Associated With a Public Safety Infrastructure Computer, System Network | 5,000  +  Ct. | |
| M | 502(c)(12) | Disruption of Public Safety Infrastructure Computer or Denial or Causing the Denial of Services | 5,000  +  Ct. | |
| I | 502(c)(13) | Unlawful Access or Provision of Means of Access to Computer, Computer System or Public Safety Infrastructure Computer, System/ Network | 1,000  +  Ct. | |
| M | 502(c)(14) | Introduce Computer Contaminant into Public Safety Infrastructure Computer/ System/ Network | 5,000  +  Ct. | |

Exhibit E - 155

## PENAL CODE

Bail for unlisted Penal Code infractions and misdemeanors - See page 1.

| | SECTION | DESCRIPTION | BAIL (IN DOLLARS) | P |
|---|---|---|---|---|
| M | 502.6 | Possession or Use of Scanning/ Reencoder Device to Access, etc. Information Encoded on Payment Card With Intent to Defraud | 5,000   + Ct. | |
| M | 528.5 | Impersonate Another Person on an Internet Web Site for the Purpose of Harming Another Person | 1,000   + Ct. | |
| M | 529.7 | Obtaining False DMV-Issued Documents | 5,000   + Ct. | |
| M | 530.5 | Misuse of Personal Information | 5,000   + Ct. | |
| M | 532b(c)(1) | Fraudulently Represent Self as Having Been Awarded Military Decoration with Intent to Obtain Tangible Benefit | 5,000   + Ct. | |
| M | (c)(2) | Veteran Fraudulently Represent Self as Having Been Awarded Military Decoration with Intent to Obtain Tangible Benefit | 5,000   + Ct. | |
| I | | If Offense Cited as an Infraction | 35 | + P. |
| M | 532d | False Statement in Soliciting for Charitable Purpose | 2,500   + Ct. | |
| M | 532f | Mortgage Fraud | 2,500   + Ct. | |
| M | 538c | Insert Unauthorized Advertisement Into Newspaper for Redistribution | 2,500   + Ct. | |
| M | 538d(a) | Fraudulent Use of Uniform, Insignia, Emblem, Device, Label Certificate, Card or Writing of Peace Officer | 2,500   + Ct. | |
| | (b)(1-2) | Fraudulent Use of Peace Officer's Badge | 2,500   + Ct. | |
| | (c) | Unlawful Wearing, Using, Making, Selling, Loaning, Giving or Transferring of Peace Officer's Badge, etc. | 2,500   + Ct. | |
| M | 538e | Fraudulent Impersonation of A Member of Fire Department or Officer of the State Fire Marshal | 2,500   + Ct. | |
| M | 538g | Fraudulent Impersonation of Public Officer or Employee | 2,500   + Ct. | |
| M | 538h | Fraudulent Impersonation of a Government Agency Search and Rescue Unit/Team Officer/Member | 2,500   + Ct. | |
| M | 591.5 | Destruction of Wireless Communication Device to Prevent Summoning Law Enforcement | 7,500   + Ct. | |
| M | 594(b)(1) | Vandalism, Damage of $400 or More | 5,000   + Ct. | |
| | (b)(2)(A) | Vandalism, Less Than $400 Damage | 1,000   + Ct. | |
| | (b)(2)(B) | Vandalism, With a Prior Conviction and Less Than $400 Damage | 5,000   + Ct. | |
| M | 594.3(a) | Vandalism of a Place of Worship or Cemetery | 5,000   + Ct. | |
| M | 594.35 | Vandalism of Cemetery Grave Markers and Buildings or Interference With Funerals or Interments | 5,000   + Ct. | |
| M | 594.37 | Picketing at a Funeral | 1,000   + Ct. | |
| M | 594.39 | Obstructing, Intimidating, or Harassing Persons at Vaccination Sites | 1,000   + Ct. | |
| M | 597.6 | Declaw Exotic or Native Wild Cat | 2,500   + Ct. | |
| M | 597b (a) – (b) | Animal Fighting or Cockfighting | 5,000   + Ct. | |
| | (c) | Second or Subsequent Offense | 10,000 + Ct. | |
| M | 597c | Spectator at Animal Fighting Exhibition | 2,500   + Ct. | |
| M | 597i | Manufacture/ Buy/ Sale/ Possess Gaffs or Slashers | 5,000   + Ct. | |
| M | 597j | Own/ Possess/ Train Any Bird or Animal for Fighting Exhibition | 5,000   + Ct. | |
| | | Second Offense | 10,000 + Ct. | |
| I | 597z | Sell Dogs Under 8 Weeks of Age Without Documentation from Veterinarian | 250    + Ct. | |

FOOTNOTES ARE AT END OF DOCUMENT

**Exhibit E - 156**

## PENAL CODE

Bail for unlisted Penal Code infractions and misdemeanors - See page 1

| | SECTION | DESCRIPTION | BAIL (IN DOLLARS) | P |
|---|---|---|---|---|
| M | 597.7 | Confine Animal in Unattended Motor Vehicle | 500 + Ct. | |
| M | 599f | Prohibitions Against Nonambulatory Animals | 1,000 + Ct. | |
| I | 600.2(b) | Injury or Death of Guide, Signal or Service Dog Caused by Another Dog | 250 + Ct. | |
| M | (c) | Injury or Death of Guide, Signal or Service Dog Caused by Reckless Disregard in Exercising Control of Another Dog | 2,500 + Ct. | |
| M | 600.5(a) | Intentionally Cause Injury to or the Death of Guide, Signal or Service Dog | 5,000 + Ct. | |
| M | 601 | Trespass With Credible Threat | 10,000 + Ct. | |
| M | 602(h) | Trespass Upon Land Whereon Animals are Being Raised for Human Consumption | 5,000 + Ct. | |
| M | (k) | Trespass to Injure Property/ Interfere With Business | 5,000 + Ct. | |
| M | (o) | Refusal to Leave Private Property | 1,000 + Ct. | |
| M | (q) | Refusal to Leave Public Building | 1,000 + Ct. | |
| I | (u)(2)(A) | Enter Restricted Area of Any Airport Operations Area / Passenger Vessel Terminal / Public Transit Facility | 100 | + P. |
| M | | Second or Subsequent Offense | 10,000 + Ct. | |
| M | (u)(2)(B) | Refusal to Leave Restricted Area of any Airport / Passenger Vessel Terminal / Public Transit Facility After Request | 10,000 + Ct. | |
| I | (v)(1) | Avoid Inspection When Entering Sterile Area of Airport / Passenger Vessel Terminal / Public Transit Facility | 100 | + P. |
| M | | Second or Subsequent Offense | 10,000 + Ct. | |
| M | (v)(2) | Avoid Inspection When Entering Sterile Area of Airport that Causes Delays / Cancellations of Scheduled Flights | 10,000 + Ct. | |
| M | (w) | Trespass to Battered Women's Shelter | 10,000 + Ct. | |
| I | (x)(2)(A) | Enter Neonatal Unit Without Lawful Business | 100 | |
| M | (x)(2)(B) | Refusal to Leave Neonatal Unit After Request to Leave | 1,000 + Ct. | |
| M | (x)(2)(C) | Second or Subsequent Offense | 5,000 + Ct. | |
| M | (y) | Avoid Inspection When Entering Courthouse or Other Governmental Building | 10,000 + Ct. | |
| M | 602.1 | Intentional Interference With Business | 5,000 + Ct. | |
| M | 602.5(a) | Unauthorized Entry of Dwelling | 2,500 + Ct. | |
| | (b) | Aggravated Trespass | 4,000 + Ct. | |
| I | 602.8 | Trespass Upon Land Under Cultivation/ Enclosed by a Fence | 75[21] | + P. |
| | | Second Offense | 250 | + P. |
| M | 602.9 | Rent Skimming | 2,500 + Ct. | |
| M | 602.12 | Trespass on Residential Property of an Academic Researcher for Purpose of Chilling Academic Freedom | 10,000 + Ct. | |
| M | 602.13 | Unlawful Entry into an Animal Enclosure at a Zoo or Circus | 500 + Ct. | |
| I | | If Offense Cited as an Infraction | 35 | + P. |
| M | 626.2 | Unauthorized Reentry to School After Suspension | 5,000 + Ct. | |
| | | or Expulsion With Prior or 415.5 Conviction | 10,000 + Ct. | |

FOOTNOTES ARE AT END OF DOCUMENT

Exhibit E - 157

## PENAL CODE

Bail for unlisted Penal Code infractions and misdemeanors - See page 1

| | SECTION | DESCRIPTION | BAIL (IN DOLLARS) | P |
|---|---|---|---|---|
| M | 626.6 | Entry to Campus to Disrupt With Prior or 415.5 Conviction | 5,000  +  Ct.<br>10,000 +  Ct. | |
| M | 626.7 | Failure to Leave Campus<br>With Prior or 415.5 Conviction | 5,000  +  Ct.<br>10,000 +  Ct. | |
| M | 626.8(a)(1-3) | School Disruption<br>   With Prior or 415.5 Conviction | 5,000  +  Ct.<br>10,000 +  Ct. | |
| M | 626.81 | Sex Offender on Campus With Prior | 10,000 +  Ct.<br>15,000 +  Ct. | |
| M | 626.85 | Drug Offender on Campus With Prior or 415.5 Conviction | 5,000  +  Ct.<br>10,000 +  Ct. | |
| M | 626.9 (f)(2)(B) | Possession of a Firearm on Within 1,000 Feet From School Grounds | 50,000 + Ct. | |
| M | 626.95 | Firearm or Deadly Weapon on Playgrounds or Youth Centers | 50,000 + Ct. | |
| M | 626.10 | Possession of Dangerous Weapon on School grounds | 15,000 + Ct. | |
| M | 637.7 | Unlawful Use of Electronic Tracking Device | 10,000 + Ct. | |
| M | 637.9 | Prohibited Activities of List Broker re Personal Information of Minors | 5,000  + Ct. | |
| M | 638.51(a) | Unlawful Use of Pen Register | 10,000 + Ct. | |
| I<br><br>I<br>I | 640(b)(1-6) | Eat, Drink, Play loud sound equipment or fail to comply with warning of transit official related to disturbing another person by loud unreasonable noise, Smoke, Spit, or Skateboard / Roller Skate / Operate a Motorized Scooter / Peddle Goods in or on a System Facility or Vehicle<br>   Second Offense<br>   Third or Subsequent Offense | 25       + Ct.[22]<br><br><br><br><br>50       + Ct.<br>100     + Ct. | |
| I<br><br>I<br>M | 640(c)(1-3) | Evade Payment of Fare, Misuse Fare Media, or Misuse of Discount Fare<br>   Second Offense<br>   Third or Subsequent Offense | 25       + Ct.[23]<br><br>50       + Ct.<br>500     + Ct. | |
| M | 640(d)(1-5) | Willfully Disturb Others, Carry Explosive or Hazardous Substance, Urinate / Defecate, Willfully Block Free Movement of Another Person on or in a System Facility, or Willfully Tamper With or Destroy Any Part of Any Facility or Vehicle of a Transportation System | 250     + Ct. | |
| M | 646.9 | Stalking | 50,000 + Ct. | |
| M | 647(b) | Solicit or Engage in Prostitution<br>   With Pending 647(b) or 653.22 Charges | 2,000  + Ct.<br>Double bail | |
| M | 647(c) | Accosting Others in Public to Beg/Soliciting Alms | 250     + Ct. | |
| M | 647(e) | Lodging Without Permission | 500     + Ct. | |
| M | 647(f) | Public Intoxication | 250     + Ct. | |
| M | 647(h) | Prowling/ Loitering/ Wandering on Private Property | 5,000  + Ct. | |
| M | 647(i) | While Loitering/ Prowling/ Wandering Upon Private Property, Peek in the Door or Window of an Inhabited Building<br>   Second or Subsequent Offense | 5,000  + Ct.<br><br>10,000 + Ct. | |

FOOTNOTES ARE AT END OF DOCUMENT

**Exhibit E - 158**

# PENAL CODE

Bail for unlisted Penal Code infractions and misdemeanors - See page 1

| | SECTION | DESCRIPTION | BAIL (IN DOLLARS) | P |
|---|---|---|---|---|
| M | 647(j)(1) | View by Means of an Instrumentality Into Private Area | 5,000  + Ct. | |
| | | Second or Subsequent Offense | 10,000 + Ct. | |
| M | (j)(2) | Use Concealed Camcorder or Camera of Any Type to Secretly Tape, Film, Photograph Under/ Through the Clothing of a Person With Intent to Arouse | 25,000 + Ct. | |
| M | (j)(3) | Use Concealed Camcorder or Camera of Any Type to Secretly Tape, Film, Photograph in the Interior of a Bedroom, etc. With Intent to Invade Privacy of Another | 25,000 + Ct. | |
| | | With Prior Conviction of 647(l) or 647(j) | 35,000 + Ct. | |
| M | (j)(4) | Distribute Private Image of Intimate Body Part(s) of Another | 5,000  + Ct. | |
| | | Second or Subsequent Offense | 10,000 + Ct. | |
| M | 647(m) | Solicit or Engage in Prostitution with a Minor | 2,000  + Ct. | |
| | | With Pending 647(b) or 647(m) or 653.22 Charges | Double Bail | |
| M | 647.6 | Child Molestation/ Annoying | 20,000 + Ct. | |
| M | 647.9 | Capture of Photographic Image of Deceased Person by First Responder | 1,000  + Ct. | |
| M | 653b(a) | Loitering About School Grounds | 1,000  + Ct. | |
| M | (b) | Sex Offender Loitering About School Grounds | 5,000  + Ct. | |
| | | With Prior | 10,000 + Ct. | |
| M | (c) | Registered Gang Member Loitering About School Grounds | 2,500  + Ct. | |
| M | 653c | Sex Offender Entry Onto the Grounds of Day Care or Residential Facility for Elders Without Registering With Facility Administrator | 2,500  + Ct. | |
| | | With Prior | 5,000  + Ct. | |
| M | 653f(a) | Solicitation of Certain Felonies | 10,000 + Ct. | |
| | (d) | Solicitation of Drug Offenses | 1,000  + Ct. | |
| M | 653m | Make Annoying Telephonic or Electronic Contact | 2,500  + Ct. | |
| I | 653y(a) | Misuse of 911 Emergency System | | |
| | | Second Offense | 50[24] | + P. |
| | | Third Offense | 100 | + P. |
| | | Fourth or Subsequent Offense | 250 | + P. |
| I | 653y(b) | Knowing Misuse of 911 Emergency System for Purpose of Harassment | 250 | + P. |
| M | | | 1,000  + Ct. | |
| M | | Second or Subsequent Offense | 1,000  + Ct. | |
| M | 653y(c) | Knowing Misuse of 911 Emergency System for Purpose of Harassment as Hate Crime | 500-2,000 + Ct. | |
| M | 653z | Operate Recording Device in Motion Picture Theater | 2,500  + Ct. | |
| M | 653aa | Electronically Disseminate a Commercial Recording or Audiovisual Work | 2,500  + Ct. | |
| M | 653.2 | Electronically Distribute Personal Identifying Information to Incite Unlawful Action | 10,000 + Ct. | |
| M | 653.22 | Loitering With Intent to Commit Prostitution | 2,000  + Ct. | |
| | | With One Prior 653.22 or 647(b) Conviction | 5,000  + Ct. | |
| | | With Two or More Prior 653.22 or 647(b) Convictions | 10,000 + Ct. | |
| | | With a Pending 653.22 or 647(b) Charge | Double bail | |

FOOTNOTES ARE AT END OF DOCUMENT

**Exhibit E - 159**

## PENAL CODE

Bail for unlisted Penal Code infractions and misdemeanors - See page 1

| | SECTION | DESCRIPTION | BAIL (IN DOLLARS) | P |
|---|---|---|---|---|
| M | 653.23 | Supervise/ Recruit/ Aid Person in Committing an Act of Prostitution | 5,000  + Ct. | |
| M | 666 | Petty Theft With Prior Conviction | 5,000  + Ct. | |
| M | 853.7 | Willful Violation of Promise to Appear | 500  + Ct.[25, 26] | |
| | | With Prior Failure to Appear in the Same Case | 5,000  + Ct. | |
| M | 1203.2 | Warrantless Probation Violation Arrest | 10,000 + Ct. | |
| M | 1299.11 | Noncompliance with the Bail Fugitive Recovery Persons Act | 5,000  + Ct. | |
| M | 1320 | Willful Failure to Appear After Release on Own Recognizance | 5,000  + Ct. | |
| M | 3003.5 | Residing With Another Required to Register as Sex Offender | 2,500  + Ct. | |
| M | 3003.6 | Sex Offender Residing, Working or Volunteering in Facility/Home | 20,000 + Ct. | |
| M | 3010.10 | Removal of Electronic, GPS or Other Monitoring Device by One | 25,000 + Ct. | |
| M | 4501.1 | Aggravated Battery by Gassing Officer or Employee of Prison | 20,000 + Ct. | |
| M | 4532 | Escape From Jail, Prison, Industrial Farm, Alternative Custody | 20,000 + Ct.[27] | |
| M | 4550 (b) | Rescue of Prisoner | 25,000 + Ct. | |
| M | 4570 | Communication With Prisoner | 1,000  + Ct. | |
| M | 4570.5 | Fraudulent Entry Into Correctional Institute | 10,000 + Ct. | |
| M | 4575 (d) | Possession of Handcuff Key by Inmate | 5,000  + Ct. | |
| M | 4576 | Possession of a Wireless Communication Device w/ Intent to Deliver to an Inmate | 25,000 + Ct. | |
| I | 4577(a) | Operate Unmanned Aircraft System On/Above State Prison/Jail/Juvenile Hall etc. Grounds | $100 | |
| M | 11166.01(b) | Willful Failure of Mandated Reporter to Report Abuse Where Abuse Results in Death or Great Bodily Injury | 1,000  + Ct. | |
| M | 11411 | Burn or Desecrate Religious Symbol or Hang Noose at School or on Private Property of Another | 10,000 + Ct. | |
| M | 17510(a)(1) | Carrying Concealed Firearm on Person or in Vehicle While Picketing | 10,000 + Ct. | |
| M | (a)(2) | Carrying Loaded Firearm on Person or in Vehicle While Picketing | 10,000 + Ct. | |
| M | (a)(3) | Carrying Deadly Weapon While Picketing | 2,500  + Ct. | |
| M | 18205 | Possession of Firearm or Ammunition in Knowing Violation of TRO | 20,000 + Ct. | |
| M | 18710 | Possession of Destructive Device | 10,000 + Ct.[28] | |
| M | 18735 | Sale, Possession or Transport of Fixed Ammunition - Caliber Greater Than .60 Caliber | 10,000 + Ct.[29] | |
| I | 19200 | Manufacture, Sale, Possession, etc., Metal Military Practice Hand grenade (first offense by non-gang member) | 75  + Ct. | |
| M | | Otherwise | 5,000  + Ct.[30] | |
| M | 19910 | Sale of BB Device, Air or Gas-operated Gun to Minor | 10,000 + Ct. | |
| M | 19915 | Furnishing BB Device, Air or Gas-operated Gun to Minor | 10,000 + Ct. | |
| M | 20310 | Manufacture, Sale, Possession, etc., Air Gauge Knife | 5,000  + Ct. | |
| M | 20410 | Manufacture, Sale, Possession, etc., Belt Buckle Knife | 5,000  + Ct. | |
| M | 20510 | Manufacture, Sale, Possession, etc., Cane Sword | 5,000  + Ct. | |
| M | 20610 | Manufacture, Sale, Possession, etc., Lipstick Case Knife | 5,000  + Ct. | |
| M | 20710 | Manufacture, Sale, Possession, etc., Shobi-zue | 5,000  + Ct. | |
| M | 20810 | Commercially Manufacture/ Import/ Export/ Sale Knives Not Detectable by a Metal Detector | 5,000  + Ct. | |

FOOTNOTES ARE AT END OF DOCUMENT

**Exhibit E - 160**

## PENAL CODE

Bail for unlisted Penal Code infractions and misdemeanors - See page 1

| | SECTION | DESCRIPTION | BAIL (IN DOLLARS) | P |
|---|---|---|---|---|
| M | 20910 | Manufacture, Sale, Possession, etc., Writing Pen Knife | 5,000   + Ct. | |
| M | 21110 | Manufacture, Sale, Possession, etc., Ballistic Knife | 5,000   + Ct. | |
| M | 21710 | Commercially Manufacture/ Import/ Sale Composite Knuckles or Hard Wooden Knuckles | 5,000   + Ct. | |
| M | 21810 | Manufacture, Sale, Possession, etc., Metal Knuckles | 5,000   + Ct. | |
| M | 22010 | Manufacture, Sale, Possession, etc., Nunchaku | 5,000   + Ct. | |
| M | 22210 | Manufacture, Sale, Possession, etc., Leaded Cane, Billy, Blackjack, Sandbag, Sandclub, Sap or Slungshot | 5,000   + Ct. | |
| M | 22410 | Manufacture, Sale, Possession, etc., Shuriken | 5,000   + Ct. | |
| | | | | |
| M | 22900 | Sale, Possession, etc. Tear Gas Weapon | 2,500   + Ct.[31] | |
| M | 23920 | Purchase/Sale/Possession/Transfer Unmarked Firearm | 10,000 + Ct. | |
| M | 24310 | Manufacture, Sale, Possession, etc., Camouflaging Firearm | 5,000   + Ct. | |
| M | 24410 | Manufacture, Sale, Possession, etc., Cane Gun | 5,000   + Ct. | |
| M | 24510 | Manufacture, Sale, Possession, etc., Firearm Not Readily | 5,000   + Ct. | |
| M | 24610 | Manufacture, Sale, Possession, etc., Undetectable Firearm | 5,000   + Ct. | |
| M | 24710 | Manufacture, Sale, Possession, etc., Wallet Gun | 5,000   + Ct. | |
| M | 25850 | Carrying a Loaded Firearm in Public | 10,000 + Ct. | |
| M | 25100(a) | Criminal Storage of Firearm of First Degree | 15,000 + Ct. | |
| M | (b) | Criminal Storage of Firearm of Second Degree | 10,000     Ct. | |
| | (c) | Criminal Storage of Firearm of Third Degree | 10,000 + Ct. | |
| I | 25140 | Improper Storage of Handgun in Unattended Vehicle | 100     + Ct. | |
| M | 25200(a) | Keep Concealable Firearm, Loaded or Not, Within Premises Under Custody/ Control, With Knowledge That Child Under 18 Is Likely to Access, and Child Carries It Off Premises | 10,000 + Ct. | |
| M | (b) | Concealable Firearm Kept on Any Premises Under Custody/ Control With Knowledge That Child Is Likely to Access, and Child Carries It to School or School-sponsored Activity, as Specified | 10,000 + Ct. | |
| I | 25275 | Making a False Report That Firearm Was Lost/Stolen | 100     + Ct. | |
| | | Second/Subsequent Offense | 250     + Ct. | |
| M | 25400 | Carrying a Concealed or Concealable Firearm | 10,000 + Ct. | |
| M | 26350 | Openly Carrying an Unloaded Handgun in a Public Place, Street, or Vehicle | 10,000 + Ct. | |
| M | 26400 | Carrying Unloaded Firearm on Person Outside of Vehicle | 10,000 + Ct. | |
| I | 27535 | Application to Purchase Within Any 30-day Period More Than One Pistol, Revolver, or Firearm Capable of Being Concealed Upon the Person Prohibited | 50 | + P. |
| I | | Second Offense | 100 | + P. |
| M | | Third or Subsequent Offense | 10,000 + Ct. | |
| M | 28215 | Falsify Firearm Purchaser Information | 10,000 + Ct. | |
| M | 29010 | License Requirements for Firearm Manufacturer | 10,000 + Ct. | |
| M | 29525 | Falsify Information on An Entertainment Firearms Permit | 2,500   + Ct. | |
| M | 29805 | Possession of a Firearm by Person Convicted of Specified Misdemeanor or Has Knowledge of an Outstanding Warrant | 10,000 + Ct.[32] | |

Exhibit E - 161

## PENAL CODE

Bail for unlisted Penal Code infractions and misdemeanors - See page 1

|   | SECTION | DESCRIPTION | BAIL (IN DOLLARS) | P |
|---|---------|-------------|-------------------|---|
| M | 29815 | Possession of a Firearm by Person Prohibited by Probation Condition | 10,000 + Ct. | |
| M | 29820 | Possession of a Firearm by Person Adjudged Ward of Court for Specified Offense | 10,000 + Ct. | |
| M | 29825 | Purchase/Receipt/Ownership/Possession of Firearm by Person Prohibited by TRO, Injunction, or Protective Order | 10,000 + Ct. | |
| M | 30105(h) | Require Firearms Eligibility Check | 2,500 + Ct. | |
| M | 30210 | Manufacture, Sale, Possession, etc., Ammunition with Flechette Dart or Bullet With Explosive Agent | 5,000 + Ct. | |
| M | 31500 | Manufacture, Sale, Possession, etc., Unconventional Pistol | 5,000 + Ct. | |
| M | 32310(a) | Manufacture, Sale, , etc., Large Capacity Magazines | 5,000 + Ct. | |
| M | 32311 | Manufacture, Sale, , etc., Large Capacity Magazine Conversion Kits | 5,000 + Ct. | |
| M | 32900 | Manufacture, Sale, Possession, etc., Multiburst Trigger Activator | 5,000 + Ct. | |
| M | 33215 | Manufacture, Sale, Possession, etc., Short-barreled Shotgun or | 5,000 + Ct. | |
| M | 33600 | Manufacture, Sale, Possession, etc., Zip Gun | 5,000 + Ct. | |
| M | 33850 | Furnish Fictitious Name or Information to Obtain Possession of | 10,000 + Ct. | |

## PUBLIC RESOURCES CODE

Bail on all violations of the Public Resources Code is $1,000 with the following exceptions

|   | SECTION | DESCRIPTION | BAIL (IN DOLLARS) | P |
|---|---------|-------------|-------------------|---|
| M | 5008.7 | Littering in State Park System | 100, 500, 750 + Ct.[33] | |
| I | 5008.10 | Smoking or Inappropriate Disposal of Used Cigar or Cigarette Waste in State Park or on State Beach | 25 | + P. |
| M | 33211.6(a) (b) (c) | Dumping or Littering on Conservancy Property<br>Damage to Land; Vandalism<br>Violation of Posted Conditions | 200 + Ct.<br>200 + Ct.<br>200 + Ct.[34] | |

FOOTNOTES ARE AT END OF DOCUMENT

**Exhibit E - 162**

# VEHICLE CODE

**GENERAL INFORMATION**

### Unlisted Misdemeanors

For all violations of the State Vehicle Code or Title 15 of the Los Angeles County Code constituting misdemeanors, which are not otherwise provided for in this schedule, including unlisted subdivisions, the bail is **$300**, except, if the minimum fine is greater than **$300**, the bail shall be the amount of the minimum fine.

### Determining Vehicle Code Infraction Bail

1. Bail shall be determined by first using the most current publication of the Judicial Council Uniform Traffic Infraction Penalty Schedule.  The Judicial Council Uniform Traffic Infraction Penalty Schedule is hereby adopted and incorporated by reference.

2. If bail cannot be set under the provisions of number 1 above, then the bail shall be $50 for all violations of statutes, regulations or ordinances, except that if the minimum fine for the offense is greater than or less than $50, the bail shall be the amount of the minimum fine.

3. For those infractions not set forth in the Judicial Council Uniform Traffic Infraction Penalty Schedule in which the statute reflects a minimum and maximum fine (e.g., "a fine of not less than XXX and not more than XXX"), the bail shall be the minimum fine amount.

4. For those infractions not set forth in the Judicial Council Uniform Traffic Infraction Penalty Schedule in which the statute reflects a "fine not to exceed XXX" and the amount is greater than $50 (e.g., "a fine not to exceed $100"), then the bail shall be set at $50, as referenced under the provisions of number 2 above.

5. If the infraction penalty statute requires a sentence, in addition to a monetary fine, the infraction shall require a mandatory appearance to enable the judicial officer to impose a full sentence (with the exception of VC 22349(a-b) and VC 22350 when speed exceeds 25 MPH over the speed limit).

6. If the infraction penalty statute reflects a fine or an alternative (e.g., community service), the infraction shall require a mandatory appearance to permit judicial discretion in the sentencing.

For all violations of Title 15 of the Los Angeles County Code constituting infractions, which are not otherwise provided for in this schedule, including unlisted subdivisions, the bail is **$35**, except that if the minimum fine is greater than **$35**, the bail shall be the amount of the minimum fine.

### Arrest Without Warrant

When a defendant is arrested without a warrant for more than one misdemeanor offense, the defendant shall be entitled to his release upon posting bail in the sum equal to the highest bail fixed for any one single offense with which he may be charged.

### Prior Offenses

The indicated bail/ penalty is for one Vehicle Code moving violation that is assessed "points" on a current arrest or citation. The penalty for a Vehicle Code offense shall be enhanced by **$10** for each "prior" conviction. For calculating enhancement, both the current and "prior" offense must be a moving violation for which a "point" has been assigned per Vehicle Code § 12810 or 12810.2. Regardless of the number of moving violation convictions on a citation only one "prior" per citation shall be counted in determining the enhancement of the current offense.

An offense for which one or more points have been assigned is identified by an exclamation mark "!" in the "P" (penalties) column.

In the case of an owner responsibility citation (see Vehicle Code § 40001(a, b)), the "prior" must relate to the particular vehicle for which the new offense is charged.

### Additional Penalty for Vehicle Code Violations

In addition to the penalties and assessments listed on page 2 of this bail schedule, Government Code § 76000.10 requires the imposition of an additional penalty of **$4** upon every conviction for a violation of the Vehicle Code or a local ordinance adopted pursuant to the Vehicle Code, except parking offenses.  Government Code § 76000.10(c)(1).  The assessment of this penalty is due to end on December 31, 2022.

### Traffic Violator School Fee

A fee of $49, added to the total bail, shall be collected from every person who is ordered or permitted to attend a traffic violator school. Vehicle Code § 42007.1(a).

FOOTNOTES ARE AT END OF DOCUMENT

**Exhibit E - 164**

# PENAL CODE

Bail for unlisted Penal Code infractions and misdemeanors - See page 1

## Bail on Accident Cases

Bail shall be set as for underlying violations.

## Penalties Column

"P." designates the state penalty, county penalty or additional penalty required by law. When an offense listed in this schedule requires a court appearance ("Ct."), the additional penalty shall not be added to the bail amount. Upon conviction, however, the additional penalty shall be added to the fine imposed.

For Vehicle Code offenses, the Penalties Column includes the symbols designating point offenses ("**!**") and offenses which may be charged as occurring either in a highway construction or maintenance area. ("•").

## Court Appearances

With the exception of juveniles under age 18, there shall be no mandatory court appearance required for any infraction of the California Vehicle Code punishable by fine only.  A court may require a mandatory appearance for an infraction violation of the Vehicle Code when a statutory driver's license restriction, suspension, or revocation is authorized, community service or proof of payment or correction is mandatory, or a violation requires specific action under the Vehicle Code in addition to the fine. This paragraph does not apply to violations of local ordinances based on Vehicle Code sections.

## Abbreviations and Symbols

"**Ct.**"      designates "court appearance."

"**I**"        designates "infraction."

"**M**"       designates "misdemeanor."

"**P**"       designates "penalty."

"**E. P.C.**" designates the offenses potentially eligible for "proof of correction" or "compliance." When the citation indicates that it is issued in accordance with Vehicle Code § 40610(b) and proof of correction is submitted within the time limitation specified in the citation or any continuance granted, the violation shall be dismissed as provided for in Vehicle Code § 40522. Vehicle Code § 40611 authorizes courts to collect a **$25** transaction fee for each violation. No bail amount shall be collected.

If a citation does not indicate that an offense is eligible for correction, a court may presume that the offense is cited as noncorrectable.  (See *California Highway Patrol v. Superior Court* (2008) 158 Cal.App.4th 726, 740.)

"**!**" designates a Vehicle Code offense for which one or more points have been assigned pursuant to Vehicle Code §§ 12810, 12810.2, 12810.3, and 12810.4.

"**•**" designates those offenses which may be charged as highway construction or maintenance area offenses (Vehicle Code § 42009).

## Highway Construction or Maintenance Area Offenses (Vehicle Code § 42009)

**Infractions:** The bail for designated offenses is increased by **$35**, if committed in a highway construction or maintenance area, except as noted for specified offenses.  The bail for speeding offenses is indicated on the chart entitled "Increased Bail Amounts for Violations in Highway Construction Zones (Section 42009)."

**Misdemeanors:** The bail for designated offenses is **doubled**, if committed in a highway construction or maintenance area.

## Evidence of Financial Responsibility

Pursuant to Vehicle Code § 16028(e), upon submission of evidence of financial responsibility, in a form consistent with Vehicle Code § 16020, showing that the driver was in compliance with that section at the time the notice to appear for violating subdivision (a) of Vehicle Code § 16028 was issued, further proceedings for the violation shall be dismissed and no bail amount shall be collected. Vehicle Code § 40611 authorizes courts to collect a **$25** transaction fee for each violation that is dismissed pursuant to Vehicle Code § 16028(e).

**Exhibit E - 165**

## VEHICLE CODE
## GENERAL PROVISIONS

| | SECTION | DESCRIPTION | BAIL (IN DOLLARS) | P |
|---|---|---|---|---|
| M | 20 | False Statements | 2,500 + Ct. | |
| M | 31 | False Statements to Peace Officer | 5,000 + Ct.[35] | |

## DIVISION 2 – ADMINISTRATION

| | SECTION | DESCRIPTION | BAIL (IN DOLLARS) | P |
|---|---|---|---|---|
| M | 1808.45 | Unauthorized Disclosure of DMV Records | 2,250 + Ct. | |
| M | 2468(a) | Failure of Licensed Renderer to Keep Written Records of Inedible Kitchen Grease | 200 + Ct. | |
| M | (b) | Refusal of Licensed Renderer or Registered Transporter to Exhibit Required Record or Destruction of Required Record | 500 + Ct.[36] | |
| M | 2800(a) | Refusal to Obey Peace Officer | 500 + Ct.[37] | ! |
| M | (b) | Refusal to Comply With Peace Officer's Out-of-Service Order | 500 + Ct. | ! |
| M | (c) | Refusal to Comply With U.S. Secretary of Department of Transportation's Out-of-Service Order | 500 + Ct. | ! |
| M | 2800.1(a,b) | Fleeing Peace Officer Prohibited | 25,000 + Ct. | ! |
| M | 2800.2(a) | Evade Peace Officer - Disregard for Safety | 35,000 + Ct. | ! |
| M | 2800.3 | Evade Peace Officer - Causing Death or Great Bodily Injury | 50,000 + Ct. | ! |
| M | 2800.4 | Driving Opposite to Direction of Lawfully Moving Traffic While Fleeing Peace Officer | 35,000 + Ct. | ! |
| M | 2801 | Refusal to Obey Firefighter Prohibited | 50 + Ct. | ! |
| M | 2803(a) | Refusal to Adjust Unsafe or Unlawful Load | 50 + Ct. | ! |
| M | (b) | Failure to Submit Weight Certificate or Bill of Lading to Officer | 50 + Ct. | ! |
| M | 2813 | Commercial Vehicle Inspection | 35 + Ct. | |
| M | 2813.5 (b) | Use or Issuance of Unauthorized Inspection Stickers | 25 | + P. |

## DIVISION 3 – REGISTRATION

| | SECTION | DESCRIPTION | BAIL (IN DOLLARS) | P |
|---|---|---|---|---|
| M | 4461(b) | Unlawful Lending/Use of Disabled Person Placard | 250 + Ct. | |
| M | (c) | Unlawful Display of Disabled Person Placard | 250 + Ct. | |
| M | (d) | Unlawful Use of Special Identification Plate | 250 + Ct. | |
| M | 4462.5 | Unlawful Display of Evidence of Registration With Intent to Avoid Compliance | 150 + Ct. | |
| M | 4463(b)(1-3),(c) | Unlawful Forgery, Passing, Possession, Sale or Display of Disabled Person Placard With Fraudulent Intent | 500 + Ct.[38] | |
| M | 5506 | Resell/ Transfer of Total Loss Salvage Vehicle | 1,000 + Ct. | |
| M | 5753(a-d) | Failure of **Commercial Dealer** to Deliver Certificate of Ownership and Registration Card to Transferee | 1,000 + Ct. | |
| M | (f) | Failure of **Licensed Dealer** Upon Written Request to Disclose Pertinent Information | 1,000 + Ct. | |
| M | 5901 | Notice by Dealer, etc. of Transfer or Mileage | 1,000 + Ct. | |

Exhibit E - 166

# VEHICLE CODE

## DIVISION 3 – REGISTRATION

| | SECTION | DESCRIPTION | BAIL (IN DOLLARS) | P |
|---|---|---|---|---|
| M | 8802 | Failure to Return Evidence of Registration to DMV Upon Cancellation, Suspension, or Revocation When Committed With Intent to Defraud | 1,000   + Ct. | |
| M | 8804 | Resident Registering Vehicle in Foreign Jurisdiction | 300    + Ct. | |

## DIVISION 3.5 - VESSELS

| | SECTION | DESCRIPTION | BAIL (IN DOLLARS) | P |
|---|---|---|---|---|
| M | 9872 | Defacing, Destroying or Altering Hull Identification Number | 100    + Ct. | |
| M | 9872.1(a) | Knowingly Buy, Sell or Possess Altered/ Destroyed Hull Identification Number | 100    + Ct. | |

## DIVISIONS 4 AND 5 - ANTITHEFT LAWS AND OCCUPATIONAL LICENSING

| | SECTION | DESCRIPTION | BAIL (IN DOLLARS) | P |
|---|---|---|---|---|
| M | 10501(a) | False Report of Vehicle Theft With Intent to Deceive | 300    + Ct. | |
| M | 10750(a) | Unauthorized Alteration of Vehicle Numbers or Identification Marks | 200    + Ct. | |
| M | 10751(a) | Knowing Purchase, Sale, or Possession of Vehicle With Removed, Defaced, Altered, or Destroyed Registration or | 300    + Ct. | |
| M | 10851(a) | Taking or Driving Vehicle Without Consent | 5,000   + Ct. | |
| M | 10851.5 | Theft of Binder Chains | 1,000   + Ct. | |
| M | 10852 | Injuring or Tampering With Vehicle or Contents Without Consent of Owner | 300    + Ct. | |
| M | 10853 | Climbing Onto, Attempting to Manipulate, or Tampering With Unattended Vehicle With Intent to Commit Malicious Injury, | 500    + Ct. | |
| M | 10854 | Tampering With, Driving, or Removing any Part of Vehicle by Bailee | 300    + Ct. | |
| M | 11500 | Conducting Business as Automobile Dismantler Without Valid Permit/License and Official Place of Business | 250    + Ct. | |
| M | 11515(a,b,d,e) | Salvage Vehicle Notice and Certificate Requirements | 500    + Ct. | |
| M | 11520(a) | Failure of Licensed Auto Dismantler to Provide Required Notice to DMV and DOJ Within Required Time | 150    + Ct. | |
| M | 11700 | Acting as Dealer, Remanufacturer, Manufacturer, Transporter, or Distributor Without A Valid License | 250    + Ct. | |
| M | 11713(a-t) | Engage in Prescribed Unlawful Acts by a Licensed Manufacturer, Transporter or Dealer | 250    + Ct. | |
| M | 11713.17(a,b) | Violation by Dealer, Manufacturer, or Distributor of Requirements for Securing Front License on Vehicle | 150    + Ct. | |
| M | 11725(a) | Removal of Vehicle to Foreign Jurisdiction for Registration | 150    + Ct. | |
| M | (b) | Failure to Remove License Plates From Vehicle if Known That Vehicle Is to be Exported to Foreign Jurisdiction | 150    + Ct. | |

**Exhibit E - 167**

# VEHICLE CODE

## DIVISIONS 4 AND 5 - ANTITHEFT LAWS AND OCCUPATIONAL LICENSING

| | SECTION | DESCRIPTION | BAIL (IN DOLLARS) | P |
|---|---|---|---|---|
| M | 11800 | Conduct of Business as Vehicle Salesperson Without Valid License | 250    + Ct. | |
| M | 12110(a) | Providing or Requesting a Commission, Gift or Compensation in Consideration of Arranging or Requesting the Services of a Tow Truck | 1,000    + Ct. | |
| M | (c) | Exchange of Valuable Consideration Between Towing Service or Employee of Towing Service and Repair Shop or Employee of Repair Shop for the Delivery or Arranging of Delivery of a Vehicle for Storage or Repair | 1,000    + Ct. | |

## DIVISION 6 - DRIVERS' LICENSES

| | SECTION | DESCRIPTION | BAIL (IN DOLLARS) | P |
|---|---|---|---|---|
| M | 12500(a) | Unlawful to Drive Unless Licensed  (No License) | 100    + Ct.[39] | |
| M | 12515(b) | Minor Under 21 Employed to Drive in Interstate Commerce or Carry Hazardous Materials | 200    + Ct. | |
| M | 12517(a)(2) | Operation of School Bus Without Certificate in Possession While Transporting Pupils | 250    + Ct. | |
| M | (b) | Operation of School Pupil Activity Bus Without **Certificate** in Possession While Transporting Pupils | 250    + Ct. | |
| M | 12517.45(a) | Unlawful Operation of Specified Vehicle Transporting Pupils | 250    + Ct. | |
| M | 12519(a) | Farm Labor Vehicle License | 80    + Ct. | |
| M | 12951(b) | Refusal to Present License to Officer | 50    + Ct. | |
| M | 13004(a-g) | Identification Card - Unlawful Use | 50    + Ct. | |
| M | 13004.1(a) | Manufacture or Sale of Fraudulent I.D. | 1,000  + Ct.[40] | |
| M | 14601(a) | Driving When Privilege Suspended or Revoked<br>  One Prior Conviction<br>  Two or More Prior Convictions | 1,000  + Ct.[41]<br>2000  + Ct.<br>5,000  + Ct. | !<br>!<br>! |
| M | 14601.1(a) | Driving When Privilege Suspended or Revoked for Offenses Not Relating to Driving Ability<br>  One Prior Conviction<br>  Two or More Prior Convictions | 300    + Ct.[42]<br>2000  + Ct.<br>5,000  + Ct. | !<br><br>!<br>! |
| M | 14601.2(a,b) | Driving When Privilege Suspended or Revoked for Driving Under Influence of Alcohol/Drugs<br>  One or More Prior Convictions | 1,000  + Ct.<br><br>2,000  + Ct. | !<br><br>! |
| M | 14601.3(a) | Accumulation of Driver Record History By Habitual Traffic Offender During Period of License Suspension or After Revocation<br>  Two or More Prior Convictions | 1,000  + Ct.[43]<br><br><br>2,000  + Ct. | !<br><br><br>! |

FOOTNOTES ARE AT END OF DOCUMENT

**Exhibit E - 168**

# VEHICLE CODE

## DIVISION 6 - DRIVERS' LICENSES

| | SECTION | DESCRIPTION | BAIL (IN DOLLARS) | P |
|---|---|---|---|---|
| M | 14601.4(a) | Causing Bodily Injury While Driving With Suspended or Revoked License | 2,500   + Ct. | ! |
| M | 14601.5(a,b) | Driving When Privilege Suspended or Revoked for Refusing Chemical Test or Driving With Excessive Blood Alcohol Second Offense (Section 14601, 14601.2, 14601.3, 14601.5 Within 5 Years) | 1,000   + Ct.<br><br>2,000   + Ct. | !<br><br>! |
| M | 14604(a) | Knowingly Allow Another to Drive Vehicle Without Valid Driver's License | 150   + Ct. | |
| M | 14610(a)(1-8) | Unlawful Use of License | 100   + Ct. | |
| M | 14610.1(a) | Manufacture or Sale of Fraudulent I.D./Driver's License Prohibited | 1,000   + Ct.[44] | |
| M | 15501 | Presentation of False Driver's License by Minor | 150   + Ct. | |

## DIVISION 7 - FINANCIAL RESPONSIBILITY

| | SECTION | DESCRIPTION | BAIL (IN DOLLARS) | P |
|---|---|---|---|---|
| M | 16030(a) | Knowingly Provide False Evidence of Financial Responsibility | 750   + Ct. | |
| M | 16560(a,b) | Violation of Interstate Highway Carrier Requirements | 300   + Ct. | |

## DIVISION 10 - ACCIDENTS AND ACCIDENT REPORTS

| | SECTION | DESCRIPTION | BAIL (IN DOLLARS) | P |
|---|---|---|---|---|
| M | 20001(a) | Duty to Stop When Involved in Accident With Injury or Death | 10,000 + Ct. | ! |
| M | 20002(a,b) | Hit and Run - Property Damage | 5,000   + Ct. | ! |
| M | 20003 | Failure to Provide Required Information or Render Necessary Assistance to Occupants of Struck Vehicle With Accident Resulting in Injury or Death | 250   + Ct. | ! |

## DIVISION 11 - RULES OF THE ROAD

| | SECTION | DESCRIPTION | BAIL (IN DOLLARS) | P |
|---|---|---|---|---|
| M | 21200.5 | Bicyclist Riding Under the Influence | 250   + Ct. | |
| M | 21464(d) | Willful Interference With Traffic Device or Willful Use, Possession, or Distribution of Traffic Interference Device That Results in Injury or Death | 5,000   + Ct. | |
| M | 21651(b)<br>(c) | Wrong Way Driving<br>Wrong Way Driving With Injury or Death | 80   + Ct.<br>1,000   + Ct. | !<br>! |
| M | 21655.9(c) | Operate or Own Vehicle That Displays Low-Emission Decal Not Issued for the Vehicle | 250   + Ct. | |
| M | 21702(a,b) | Limitation on Driving Hours | 100   + Ct.[45] | ! |
| M | 21713 | Armored Car Without License | 100   + Ct. | |
| M | 21963 | Blind Pedestrians - Right of Way | 500   + Ct. | ! |

## VEHICLE CODE
## DIVISION 11 - RULES OF THE ROAD

| | SECTION | DESCRIPTION | BAIL (IN DOLLARS) | P |
|---|---|---|---|---|
| M | 22406.1 | Maximum Speed for Commercial Vehicles <br> - In Excess of Speed Limit by 15 MPH or More | 300    + Ct. | ☛ ! |
| M | 22513(b) | Stop to Solicit Towing Services | 100    + Ct. | |
| M | (c) | Towing Without Authorization | 100    + Ct. | |
| M | 22520.5(a) | Vending on Freeway Right-of-Way (Second Offense) | 50    + Ct.[46] | |
| M | 22658(g)(1)(B) | Failure of Tow Company or Driver on Request by Owner or Owner's Agent to Release Vehicle Not Yet in Transit | 250   + Ct. | |
| M | (i)(1)(B) | Failure to Make Rate Approved by CHP Available for Inspection Within 24 Hours of Request | 1,000   + Ct. | |
| M | (j)(2) | Charging Excessive Rate for Towing Service or Storage | 1,000   + Ct. | |
| M | (k)(1,2) | Refusal of Credit Card by Storage Facility for Payment of Charges for Towed Vehicle | 1,000   + Ct. | |
| M | (l) | Violation by Tow Company of Requirements for Removal of Vehicle from Private Property | 1,000   + Ct. | |
| M | (m)(1) | Failure of Tow Company to Provide Notice of Removal of Vehicle | 250   + Ct. | |
| M | 23103(a,b) | Reckless Driving | 5,000   + Ct. | ☛ ! |
| M | 23104(a,b) | Reckless Driving – Bodily Injury | 20,000   + Ct. | ☛ ! |
| M | 23105(a) | Reckless Driving – Specific Injury | 15,000   + Ct. | ☛ ! |
| M | 23109(a) | Engaging in Speed Contests | 10,000 + Ct.[47] | ☛ ! |
| M | (b) | Abetting Speed Contests | 1,000   + Ct. | ☛ ! |
| M | (c) | Engaging in or Abetting Exhibition of Speed | 1,000   + Ct.[48] | ☛ ! |
| M | (d) | Placing Barricades or Obstructions | 1,000   + Ct. | ☛ ! |
| M | (e)(2) | Engaging in Speed Contest and Causing Bodily Injury | 15,000 + Ct. | ☛ ! |
| M | (f)(1) | Engaging in Speed Contest With Prior | 15,000 + Ct. | ☛ ! |
| M | (f)(2) | Engaging in Speed Contest and Causing Bodily Injury With Prior | 20,000 + Ct. | ☛ ! |
| M | 23109.1 | Engaging in Speed Contest – Specific Injury | 15,000 + Ct. | ☛ ! |
| M | 23110(a) | Throwing Substance at Vehicle Prohibited | 250+ Ct. | |
| M | 23112.5(a) | Hazardous Materials - Notification of Agency | 2,000   + Ct.[49] | |
| M | 23114(a,b,e,f) | Spilling Load on Highway Prohibited (Second or Subsequent Offense Within 2 Years) | 100    + Ct.[50] | |
| M | 23127 | Unauthorized Motor Vehicle on Riding/ Hiking Trails | 50    + Ct. | ! |
| M | 23152(a-g) | Driving Under Influence of Alcohol and/or <br> Drugs One Prior Conviction Within 10 Years <br> Two or More Prior Convictions Within 10 <br> Years Add for Traffic Collision, BAC Greater <br> Than <br> .15% or Refusal <br> Add for Both Traffic Collision and BAC Greater | 5,000   + Ct. <br> 15,000 + Ct. <br> 25,000 + Ct. <br> 10,000 additional bail <br><br> 25,000 additional bail | ☛ ! <br> ☛ ! <br> ☛ ! |
| M | 23153(a-g) | Driving Under Influence Causing Injury <br> One Prior Conviction <br> Add for BAC Greater Than .15% | 20,000 + Ct. <br> 50,000 + Ct. <br> 10,000 additional bail | ☛ ! <br> ☛ ! |

**Exhibit E - 170**

## VEHICLE CODE

### DIVISION 11 - RULES OF THE ROAD

| | SECTION | DESCRIPTION | BAIL (IN DOLLARS) | P |
|---|---|---|---|---|
| M | 23224(a,b) | Possession of Alcohol by Minor In a Vehicle Prohibited | 100 + Ct. | • |
| M | 23247(a) | Unlawful to Rent/ Loan Vehicle to Person With License Restriction Requiring Ignition Interlock Device | 2,000 + Ct. | |
| M | (b-e) | Unlawful to Request/ Solicit Someone to Blow Into Device/ Start Motor Vehicle With Device; to Drive Unequipped Vehicle; Tamper With Vehicle Requiring Interlock Device | 1,200 + Ct. | |
| M | 23253 | Failure to Obey CHP or DOT Officers at Vehicular Crossing | 50 + Ct. | ! |
| M | 23332 | Trespass on Vehicular Crossing | 50 + Ct. | |

### DIVISION 11.5 – DUI

| | SECTION | DESCRIPTION | BAIL (IN DOLLARS) | P |
|---|---|---|---|---|
| M | 23573(i) | Willful Failure to Install Ignition Interlock Device Within Required 30 Days | 500 + Ct. | |

### CHAPTER 1 OF DIVISION 12 - GENERAL PROVISIONS

| | SECTION | DESCRIPTION | BAIL (IN DOLLARS) | P |
|---|---|---|---|---|
| M | 24002.5(a) | Unlawful Operation of a Farm Labor Vehicle | 1,000 + Ct.[51] | ! |
| M | 24011.3(c)(1) | Passenger Vehicle Manufacturer - Willful Failure to Affix Bumper Strength Notice or Willful Misstatement of Information in the Notice | 200 + Ct. | |
| M | (c)(2) | Willful Defacement, Alteration or Removal of New Vehicle Bumper Strength Notice Prior to Delivery of the Vehicle | 200 + Ct. | |

### CHAPTER 5 OF DIVISION 12 - OTHER EQUIPMENT

| | SECTION | DESCRIPTION | BAIL (IN DOLLARS) | P |
|---|---|---|---|---|
| M | 27150.1 | Sale of Exhaust Systems Restricted | 50 + Ct.[52] | |
| M | 27362(a) | Sale or Installation of Non-Conforming Child Restraint System | 200 + Ct. | |
| M | 28050 | Advertisement, Sale, Use or Installation of Device Causing Motor Vehicle Odometer to Register Mileage Other Than True Mileage Driven | 200 + Ct. | |
| M | 28050.5 | Operation of Motor Vehicle Knowing the Odometer Is Disconnected or Nonfunctional With Intent to Defraud | 200 + Ct. | |

## VEHICLE CODE
## CHAPTER 5 OF DIVISION 12 - OTHER EQUIPMENT

| | SECTION | DESCRIPTION | BAIL (IN DOLLARS) | P |
|---|---|---|---|---|
| M | 28051 | Disconnecting, Turning Back or Resetting Odometer of Motor Vehicle | 200   + Ct. | |
| M | 28051.5 | Advertisement, Sale or Use of Device Designed for Purpose of Turning Back or Resetting Odometer to Reduce Mileage Indicated | 200   + Ct. | |
| M | 28150(d) | Possession of Four or More Radar Jamming Devices | 200   + Ct. | |

## CHAPTER 5 OF DIVISION 13 - TRANSPORTING OTHER LOADS

| | SECTION | DESCRIPTION | BAIL (IN DOLLARS) | P |
|---|---|---|---|---|
| M | 31303(b-e) | Violating Requirements for Transportation of Hazardous Waste | 350   + Ct. | ! |
| M | 31401(b) | Farm Labor Buses and Trucks - Inspection Required | 500   + Ct. | |
| M | (d) | Willful Rental or Use of Farm Labor Vehicle by Owner or Contractor Without CHP Inspection per VC 31401(b) | 1,000   + Ct.[53] | |
| M | 31402(a) | Operation of Unsafe Farm Labor Vehicle | 1,000   + Ct.[54] | ! |
| M | 31403 | Mechanic Certification of Farm Labor Vehicle | 500   + Ct. | |

## DIVISION 14 - TRANSPORTATION OF EXPLOSIVES

| | SECTION | DESCRIPTION | BAIL (IN DOLLARS) | P |
|---|---|---|---|---|
| M | 31602(a-c) | License, Routes To Be Used, Stopping Specified | 1,000   + Ct. | ! |
| M | 31607(a) | Inspection Required | 1,000   + Ct. | |
| M | 31609 | Record of Inspection | 1,000   + Ct. | |
| M | 31610(a-e) | Improper Equipment, Maintenance | 1,000   + Ct. | |
| M | 31611 | Improper/ Lack of Maps of Route | 1,000   + Ct. | |
| M | 31612 | Carry and Display Shipping Instructions | 1,000   + Ct. | |
| M | 31613 | Prohibited Cargoes | 1,000   + Ct. | |
| M | 31614(a,b,d,e,h) | Transport Explosives Through Local Routes; Congested Areas; With Enclosed, Uncovered Loads; While Smoking or Open Flame | 1,000   + Ct. | ! |
| M | (c,g) | Loading Explosives Without Motor Stopped, Brakes Set; Vehicle Transporting Explosives Left Unattended | 1,000   + Ct. | |
| M | (f,i) | Driving Near or Through Fires; Transportation of Explosives in a Passenger Vehicle | 1,000   + Ct. | ! |
| M | 32000.5(a) | Hazardous Materials Transportation - Company Not Licensed | 2,000   + Ct. | |
| M | (d) | Fireworks Transportation - Failure to Carry License or Present | 1,000   + Ct. | |

FOOTNOTES ARE AT END OF DOCUMENT

**Exhibit E - 172**

## VEHICLE CODE

## DIVISION 14 - TRANSPORTATION OF EXPLOSIVES

| | SECTION | DESCRIPTION | BAIL (IN DOLLARS) | P |
|---|---|---|---|---|
| M | 32001(c) | Hazardous Material - Motor Carrier Directing Transportation Unlawfully | 1,000   + Ct. | |
| M | 32002(a) | Violations of Division 14.1 or Regulations | 2,000   + Ct. | |
| M | (b) | Unlicensed Transportation | 2,000   + Ct. | |
| | | Second or Subsequent Offense | 4,000   + Ct. | |
| M | 33000 | Violation of Shipment Regulations for the Transportation of Radioactive Materials | 1,000   + Ct. | |
| M | 34100 | Illegal Operation of Tank Vehicle Transporting Hazardous Waste or Flammable and Combustible Liquids on a Public Highway | 1,000   + Ct. | |
| M | 34501(e) | Operation of Bus Without Current Inspection by CHP | 200    + Ct. | |
| M | 34501.3(a)(2) | Motor Carriers - Unlawful Schedule Exceeding Maximum Hours of Service | 300, 600, 900 +  Ct.[55] | |
| M | 34505(a-c) | Violation of Tour Bus Inspection and Repair Requirements | 200    + Ct. | |
| M | 34505.5(a-c) | Violation of Motor Carrier Vehicle Inspection and Repair Requirements | 200    + Ct. | |
| M | 34505.9(a)(4)(D) | Violation of Intermodal Roadability Inspection Program | 200    + Ct. | |
| M | 34506(a) | Failure to Comply With Specified Regulation of Hours of Service of Drivers | 500    + Ct. | ! |
| M | (b) | Failure to Comply With Specified Regulation of Hazardous Material Transportation | 200    + Ct. | |
| M | (c) | Failure to Comply With Specified Regulation of School Buses | 200    + Ct. | |
| M | (d) | Failure to Comply With Specified Regulation of Youth Buses | 200    + Ct. | |
| M | (e) | Failure to Comply With Specified Regulation of Tour Buses | 200    + Ct. | |
| M | (f) | Failure to Comply With Specified Regulation of Described Vehicles | 200    + Ct. | |
| M | (g) | Failure to Comply With Specified Regulation of School Pupil Activity Buses | 200    + Ct. | |
| M | 34623(h) | Motor Carrier of Property Operating Vehicle While Permit Suspended | 200    + Ct. | |
| M | (i)(1) | Motor Carrier of Property With Suspended Permit Allowing Any Vehicles Subject to Suspension Based on Failure to Maintain to be Operated by Another Carrier | 500    + Ct. | |
| M | (i)(2) | Motor Carrier of Property Knowingly Utilizing a Vehicle From a Motor Carrier Whose Permit Is Suspended Based on a Failure to Maintain Any Vehicle | 300    + Ct. | |

**Exhibit E - 173**

## VEHICLE CODE

### DIVISION 15 - SIZE, WEIGHT AND LOAD

| | SECTION | DESCRIPTION | BAIL (IN DOLLARS) | P |
|---|---|---|---|---|
| M | 35550(a-c)[56] | Maximum Weight on Axle or Wheel | **See Overweight Chart Per 42030 (See page 38)** | + Ct. |
| M | 35551(a,b)[56] | Computation of Allowable Gross Weight (Overweight) | **See Overweight Chart Per 42030 (See page 38)** | + Ct. |
| M | 35551.5[56] | Violation of Gross Weight Computation Method Prescribed for Combinations Containing Trailer/Semi-trailer by More than 4,500 Pounds | **See Overweight Chart Per 42030 (See page 38)** | + Ct. |
| M | 35554(a)(1) | Gross Weight More Than 20,500 Pounds on Any One Axle of a Bus and More Than 4,500 Pounds Over Weight Limit | **See Overweight Chart Per 42030 (See page 38)** | + Ct. |
| M | 35554(c) | Operation of Transit Bus in Excess of Federal Weight Limit | **See Overweight Chart Per 42030 (See page 38)** | + Ct. |
| M | 35600[56] | Noncompliance With Solid Tire Gross Weight Limitation Standards by More Than 4,500 Pounds | **See Overweight Chart Per 42030 (See page 38)** | + Ct. |
| M | 35601[56] | Noncompliance With Metal Tire Gross Weight Limitation Standards by More Than 4,500 Pounds | **See Overweight Chart Per 42030 (See page 61)** | + Ct. |
| M | 35655(a)[56] | Operation of Vehicle on Highway Containing Load Exceeding Maximum Weight Highway is Designed to Sustain by More Than 4,500 Pounds | **See Overweight Chart Per 42030 (See page 38)** | + Ct. |
| M | 35712[56] | Violation of County Ordinance Prohibiting Commercial Vehicles Exceeding Certain Weight Limitations by More Than 4,500 Pounds in Residential Area | **See Overweight Chart Per 42030 (See page 38)** | + Ct. |
| M | 35753(a)[56] | Operation of Vehicle Over Bridge, Causeway, Viaduct, Trestle or Dam Containing Load Exceeding the Maximum Weight the Structures will Safely Sustain by More Than 4,500 Pounds | **See Overweight Chart Per 42030 (See page 38)** | + Ct. |
| M | 35784(b) | Violation of Special Permit Requirements | **150**   + Ct. | ! |
| M | 35784.5(a) | Transportation of Extra-legal Load Without Permit | **150**   + Ct. | |
| M | 35785(b) | Violation of Single Saw Log Hauling Speed Limit of 15 MPH Over Bridge or Causeway or 25 MPH on Highway | **150**   + Ct. | |
| M | 35786(b) | Operation of Truck Booster Power Unit in Noncompliance With Route Specifications | **100**   + Ct. | |
| M | 35790(g) | Failure to Carry Appropriate Permits, Certificates, and Notices Required for Movement of Manufactured Homes | **100**   + Ct. | |
| M | (h) | Violation of Terms, Conditions, or Limitations Specified in Manufactured-Home Transportation Permits | **100**   + Ct. | |

FOOTNOTES ARE AT END OF DOCUMENT

**Exhibit E - 174**

## VEHICLE CODE

### DIVISION 16.5 - OFF HIGHWAY VEHICLES

| | SECTION | DESCRIPTION | BAIL (IN DOLLARS) | | P |
|---|---|---|---|---|---|
| M | 38316(a) | Reckless Driving of Off-Highway Motor Vehicle | 150 | + Ct. | |
| M | 38317 | Reckless Driving of Off-Highway Motor Vehicle Causing Injury | 300 | + Ct. | |
| M | 38318(a) | Throwing Substance at Off-Highway Motor Vehicle | 300 | + Ct. | |
| M | 38318.5 | Malicious Removal or Alteration of Markers or Signs | 300 | + Ct. | |
| M | 38319 | Operation of Off-Highway Motor Vehicle Likely to Cause Damage | 300 | + Ct. | |
| M | 38320(a,b) | Throwing, Depositing or Dumping Matter | 50 | + Ct.[57] | |

### DIVISION 17 - OFFENSES AND PROSECUTION

| | SECTION | DESCRIPTION | BAIL (IN DOLLARS) | | P |
|---|---|---|---|---|---|
| M | 40001(c) | Violation by Employer of Out-of-Service Order | 300 | + Ct. | |
| M | (d) | Employer Allows, Permits, Requires, or Authorizes Driver to Operate Commercial Motor Vehicle in Violation of Railroad-Highway Grade Crossing Statute or Regulation | 2,000 | + Ct. | |
| M | 40005 | Employer Undertakes Responding to Employee Driver's Citation and Inaction By Employer Results in Issuance of Warrant For Employee | 200 | + Ct. | |
| M | 40008(a) | Violation of VC 21701, 21703, or 23103 with Intent to Capture Physical Impression of Another Person for Commercial Purpose | 750 | + Ct. | ! |
| | (b) | Violation of VC 21701, 21703, or 23103 with Intent to Capture Physical Impression of Another Person and Causing Endangerment of Minor | 1,500 | + Ct. | ! |
| M | 40504(b) | Signing Written Promise to Appear With False Name | 250 | + Ct. | |
| M | 40508(a-c) | Violation of Promise to Appear, Promise to Pay [In Addition to the Bail on Original Offense.] | 75 | + Ct.[58] | |
| M | 40519(c) | Failure to Appear at Time of Trial After Pleading Not Guilty in Writing | 50 | + Ct. | |
| M | 40614 | Use of Fictitious Name | 150 | + Ct. | |
| M | 40616 | Violation of Promise to Correct | 100 | + Ct. | |
| M | 42005(e) | Failure to Attend Traffic Violator School | 100 | + Ct.[59] | |

**Exhibit E - 175**

# VEHICLE CODE

## OVERWEIGHT

**Vehicle Code § 42030(a) provides**:
"Every person convicted of a violation of any weight limitation provision of Division 15 (commencing with Section 35000), and every person convicted of a violation of Section 21461 with respect to signs provided pursuant to Section 35654 or Section 35752, and every person convicted of a violation of Section 40001 for requiring the operation of a vehicle upon a highway in violation of any provision referred to in this section shall be punished by a fine which equals the amounts specified in the following table:

### OVERWEIGHT CHART PER 42030[60]

| POUNDS OF EXCESS WEIGHT | FINE |
|---|---|
| 0 -  1,000 lbs. excess | 20 |
| 1,001 -  1,500 lbs. excess | 30 |
| 1,501 -  2,000 lbs. excess | 40 |
| 2,001 -  2,500 lbs. excess | 55 |
| 2,501 -  3,000 lbs. excess | 85 |
| 3,001  - 3,500 lbs. excess | 105 |
| 3,501 -  4,000 lbs. excess | 125 |
| 4,001 -  4,500 lbs. excess | 145 |
| 4,501 -  5,000 lbs. excess | 175 |
| 5,001 -  6,000 lbs. excess | [200.04] + .04 each lb. |
| 6,001 -  7,000 lbs. excess | [360.06] + .06 each lb. |
| 7,001 -  8,000 lbs. excess | [560.08] + .08 each lb. |
| 8,001 - 10,000 lbs. excess | [1,200.15] + .15 each lb. |
| 10,001  and over | [2,000.20] + .20 each lb. |

(b) **No part of the penalties prescribed by this section shall be suspended for a conviction of any of the following:**
1) Section 4001 for requiring operation of a vehicle upon a highway in violation of any provision referred to in this section.
2) Any provision referred to in this section when the amount of the weight exceeds 4,000 pounds.
3) Any provision referred to in this section when a second or subsequent conviction of a violation thereof occurs within three years immediately preceding the violation charged.  (Emphasis, bracketed numbers added.)"

## WEIGHT CHART PER 42030.1

### Pounds in Excess of the Declared Gross Vehicle Weight

| POUNDS OF EXCESS WEIGHT | FINE | |
|---|---|---|
| 1,001 -  1,500 lbs. excess | 250 | + P. |
| 1,501 -  2,000 lbs. excess | 300 | + P. |
| 2,001 -  2,500 lbs. excess | 350 | + P. |
| 2,501 -  3,000 lbs. excess | 400 | + P. |
| 3,001  - 3,500 lbs. excess | 450 | + P. |
| 3,501 -  4,000 lbs. excess | 500 | + P. |
| 4,001 -  4,500 lbs. excess | 550 | + P. |
| 4,501 -  5,000 lbs. excess | 600 | + P. |
| 5,001 -  6,000 lbs. excess | 700 | + P. |
| 6,001 -  7,000 lbs. excess | 800 | + P. |
| 7,001 -  8,000 lbs. excess | 900 | + P. |
| 8,001 - 10,000 lbs. excess | 1,000 | + P. |
| 10,001 and over | 2,000 | + P. |

FOOTNOTES ARE AT END OF DOCUMENT

**Exhibit E - 176**

## VEHICLE CODE

### Speed Violations Bail Chart: Applicable Violations

| SECTION | DESCRIPTION | BAIL (IN DOLLARS) |
|---|---|---|
| 22349(a) | Exceeding Maximum Speed Limit of 65 MPH | (see following chart) |
| 22349(b) | Exceeding Maximum Speed of 55 MPH on a Two-Lane Undivided Highway | (see following chart) |
| 22350 | Unsafe Speed for Prevailing Conditions | (see following chart) |
| 22351(a,b) | Driving in Excess of Prima Facie Speed Limits Established in VC 22352 | (see following chart) |
| 22352(a)(1,2) | Operating Vehicle in Excess of 15 MPH at Railroad Crossing or Freeway Intersection With No Clear Field of Vision | (see following chart) |
| 22354(a) | Failure to Abide by Speed Limits Set by DOT on State Highways | (see following chart) |
| 22355 | Failure to Abide by Variable Speed Limits Set by DOT | (see following chart) |
| 22356(b) | Exceeding Maximum Speed Limit of 70 MPH Where Posted | (see following chart) |
| 22357(a) | Violation of Prima Facie Local Speed Limit | (see following chart) |
| 22358(a) | Violation of Local Speed Limit | (see following chart) |
| 22358.3 | Violation of Local Speed Limit on Narrow Street | (see following chart) |
| 22358.4 | Violation of Prima Facie Local Speed Limit | (see following chart) |
| 22360 | Violation of Local Speed Limits Between Business and Residence Districts | (see following chart) |
| 22361 | Violation of Speed Limit on Multiple Lane Highways | (see following chart) |
| 22362 | Violation of Speed Limit Surrounding Special Work Crew | (see following chart) |
| 22363 | Violation of DOT or Local Speed Limit Set for Snow or Ice | (see following chart) |
| 22364 | Violation of Speed Limit Set by DOT on State Highways | (see following chart) |
| 22405(a) | Exceeding Maximum Posted Speeds on Bridge/ Tube/ Tunnel | (see following chart) |
| 22409 | Speed Limit for Solid Tire Vehicle | (see following chart and chart in section 22409) |
| 22413 | Violation of Speed Limit Set by Local Authority for Steep Grades | (see following chart) |

### SPEED VIOLATIONS BAIL CHART

| | DESCRIPTION | BAIL (IN DOLLARS) | P. |
|---|---|---|---|
| | 1 to 15 Miles Over Limit | 35 | + P. |
| | 16 to 25 Miles Over Limit | 70 | + P. |
| | 26 and Above (Miles Over Limit) | 100 | + P. |

### Increased Bail Amounts for Violations in Highway Construction Zones (Section 42009)

| SECTION | DESCRIPTION | BAIL (IN DOLLARS) | P. |
|---|---|---|---|
| | 1 to 15 Miles Over Limit | 70 | + P. |
| | 16 to 25 Miles Over Limit | 105 | + P. |
| | 26 and Above (Miles Over Limit) | 135 | + P. |

**Exhibit E - 177**

## WELFARE AND INSTITUTIONS CODE

| SECTION | DESCRIPTION | BAIL (IN DOLLARS) |
|---------|-------------|-------------------|
| **5150** | Certification to Department 95 | **25,000** |

FOOTNOTES ARE AT END OF DOCUMENT

**Exhibit E - 178**

## CALIFORNIA CODE OF REGULATIONS, TITLE 2

### (California Museum of Science and Industry)

| | SECTION | DESCRIPTION | BAIL (IN DOLLARS) |
|---|---|---|---|
| I | 5066 | One-way Traffic | 15 |

## CALIFORNIA CODE OF REGULATIONS, TITLE 13

### (Registration of Vessels)

| | SECTION | DESCRIPTION | BAIL (IN DOLLARS) | |
|---|---|---|---|---|
| I | 190.00(a,b) | Number Display | 25 | + P. |
| I | 190.01 | Registration Stickers | 25 | + P. |
| I | 190.08(c) | Dealer Number Display | 25 | + P. |
| I | 190.15 | Hull Identification Numbers | 25 | + P. |

## CALIFORNIA CODE OF REGULATIONS, TITLE 14[61]

| | SECTION | DESCRIPTION | BAIL (IN DOLLARS) | |
|---|---|---|---|---|
| I/M | 1.14 | General: Illegal Take or Possession | See species-specific amounts | |
| I<br>M | 1.17 | Excess of Bag Limit – Fish | 100 + $20 Each Fish<br>250 + $20 Each Fish | |
| I<br>M | 1.62 | Undersize Fish | 100 + $20 Each Fish<br>250 + $20 Each Fish | |
| I<br>M | 1.74 | Sport Fishing Report Card and Tagging Requirements | 100<br>300 | |
| I<br><br>M | 2.00 | Fishing Methods - With 2 Poles<br>  With Net<br>Fishing Methods - With 2 Poles<br>  With Net | 100<br>150<br>200<br>300 | |
| I<br>M | 2.10 | Fishing Methods – Hooks | 100<br>200 | |
| I<br>M | 5.80 | White Sturgeon | 250 + $50 Each Fish<br>500 + $100 Each Fish | |
| I<br>M | 7.50 | Waters With Special Fishing Regulations | 100<br>300 | |
| I/M | 27.15 | Multi-Day Trip Regulations | 50 | |
| I/M | 27.20-27.51 | Reserves | 50 + Each Fish | |
| I<br>M | 27.60 | Fin Fish Limits | 100 + $20 Each Fish<br>250 + $20 Each Fish | |
| I<br>M | 27.65 | Filleting of Fish on Vessels | 100 + $20 Each Fish<br>250 + $20 Each Fish | |
| I<br>M | 27.70 | Trout in the Ocean | 100 + $20 Each Fish<br>250 + $20 Each Fish | |

FOOTNOTES ARE AT END OF DOCUMENT

**Exhibit E - 179**

## CALIFORNIA CODE OF REGULATIONS, TITLE 14[61]

| | SECTION | DESCRIPTION | BAIL (IN DOLLARS) | |
|---|---|---|---|---|
| I | 27.75 | Salmon Closures | 100 + $20 Each Fish | |
| M | | | 250 + $20 Each Fish | |
| I | 27.80 | Salmon | 100 + $25 Each Fish | |
| M | | | 250 + $25 Each Fish | |
| I | 27.85 | Striped Bass | 100 + $20 Each Fish | |
| M | | | 250 + $20 Each Fish | |
| I | 27.90 | White Sturgeon | 250 + $50 Each Fish | |
| M | | | 500 + $100 Each Fish | |
| I | 27.92 | White Sturgeon Reporting and Tagging Requirements for Ocean Waters | 100 | |
| M | | | 300 | |
| I | 27.95 | Sturgeon Closure | 100 + $20 Each Fish | |
| M | | | 250 + $20 Each Fish | |
| I | 28.00 | Grunion, California | 100 + $20 Each Fish | |
| M | | | 250 + $20 Each Fish | |
| I | 28.05 | Garibaldi | 100 + $20 Each Fish | |
| M | | | 250 + $20 Each Fish | |
| I | 28.06 | White Shark | 100 + $20 Each Fish | |
| M | | | 250 + $20 Each Fish | |
| I | 28.10 | Giant (Black) Sea Bass | 100 + $100 Each Fish | |
| M | | | 250 + $100 Each Fish | |
| I | 28.12 | Gulf Grouper and Broomtail Grouper | 100 + $100 Each Fish | |
| M | | | 250 + $100 Each Fish | |
| I | 28.15 | Halibut, California | 100 + $20 Each Fish | |
| M | | | 250 + $20 Each Fish | |
| I | 28.20 | Halibut, Pacific | 100 + $20 Each Fish | |
| M | | | 250 + $20 Each Fish | |
| I | 28.25 | Barracuda, California | 100 + $20 Each Fish | |
| M | | | 250 + $20 Each Fish | |
| I | 28.26 | California Sheephead | 100 + $20 Each Fish | |
| M | | | 250 + $20 Each Fish | |
| I | 28.27 | Lingcod | 100 + $20 Each Fish | |
| M | | | 250 + $20 Each Fish | |
| I | 28.28 | Cabezon | 100 + $20 Each Fish | |
| M | | | 250 + $20 Each Fish | |
| I | 28.29 | Kelp Greenling, Rock Greenling | 100 + $20 Each Fish | |
| M | | | 250 + $20 Each Fish | |
| I | 28.30 | Kelp Bass, Barred Sand Bass, and Spotted Sand Bass | 100 + $20 Each Fish | |
| M | | | 250 + $20 Each Fish | |
| I | 28.32 | Pacific Bonito | 100 + $20 Each Fish | |
| M | | | 250 + $20 Each Fish | |

**Exhibit E - 180**

## CALIFORNIA CODE OF REGULATIONS, TITLE 14[61]

| | SECTION | DESCRIPTION | BAIL (IN DOLLARS) | |
|---|---|---|---|---|
| I | 28.35 | White Seabass | 100 + $20 Each Fish | |
| M | | | 250 + $20 Each Fish | |
| I | 28.37 | Yellowtail | 100 + $20 Each Fish | |
| M | | | 250 + $20 Each Fish | |
| I | 28.40 | Broadbill Swordfish | 100 + $100 Each Fish | |
| M | | | 250 + $100 Each Fish | |
| I | 28.45 | Surf Smelt (Night Smelt, Day Fish, Whitebait Smelt) | 100 + $20 Each Fish | |
| M | | | 250 + $20 Each Fish | |
| I | 28.50 | Marlin | 100 + $100 Each Fish | |
| M | | | 250 + $100 Each Fish | |
| I | 28.54 | California Scorpionfish (Sculpin) | 100 + $20 Each Fish | |
| M | | | 250 + $20 Each Fish | |
| I | 28.55 | Rockfish (Sebastes) | 100 + $20 Each Fish | |
| M | | | 250 + $20 Each Fish | |
| I | 28.56 | Leopard Shark | 100 + $20 Each Fish | |
| M | | | 250 + $20 Each Fish | |
| I | 28.58 | Ocean Whitefish | 100 + $20 Each Fish | |
| M | | | 250 + $20 Each Fish | |
| I | 28.59 | Surfperch | 100 + $20 Each Fish | |
| M | | | 250 + $20 Each Fish | |
| I | 28.60 | Herring Eggs | 100 + $20 Each Lb. | |
| M | | | 250 + $20 Each Lb. | |
| I | 28.65 | Fin Fish-General Gear Restrictions | 100 | |
| M | | | 250 | |
| I | 28.70 | Weight, Power Driven Gurdies, or Power Driven Winches | 100 | |
| M | | | 250 | |
| I | 28.75 | Baited Traps for Shiner Surfperch, Pacific Staghorn Sculpin, and Longjaw Mudsuckers | 100 | |
| M | | | 250 | |
| I | 28.80 | Dip Nets and Hawaiian Type Throw Nets | 100 | |
| M | | | 250 | |
| I | 28.85 | Beach Nets | 100 | |
| M | | | 250 | |
| I | 28.90 | Diving, Spearfishing | 100 | |
| M | | | 250 | |
| I | 28.91 | Slurp Guns | 100 | |
| M | | | 250 | |
| I | 28.95 | Spears, Harpoons, and Bow & Arrow Fishing Tackle | 100 + species | |
| M | | | 250 + species | |
| I | 29.00 | Gear Used in Taking Grunion | 100 | |
| M | | | 250 | |

**Exhibit E - 181**

## CALIFORNIA CODE OF REGULATIONS, TITLE 14[61]

| | SECTION | DESCRIPTION | BAIL (IN DOLLARS) | |
|---|---|---|---|---|
| I | 29.05 | Invertebrates – General | 100 | |
| M | | | 250 | |
| I | 29.10 | Taking and Sizing of Mollusks | 100 | |
| M | | | 250 | |
| I | 29.15 | Abalone | 100 + $20 Each Fish | |
| M | | | 250 + $20 Each Fish | |
| I | 29.20 | Clams – General | 100 + $20 Each Clam | |
| M | | | 250 + $20 Each Clam | |
| I | 29.25 | Gaper Clams and Washington Clams | 100 + $20 Each Clam | |
| M | | | 250 + $20 Each Clam | |
| I | 29.30 | Geoduck Clams | 100 + $20 Each Clam | |
| M | | | 250 + $20 Each Clam | |
| I | 29.35 | Littleneck Clams, Soft-Shell Clams, Chiones, Northern Quahogs, and Cockles | 100 + $20 Each Clam | |
| M | | | 250 + $20 Each Clam | |
| I | 29.40 | Pismo Clams | 100 + $20 Each Clam | |
| M | | | 250 + $20 Each Clam | |
| I | 29.45 | Razor Clams | 100 + $20 Each Clam | |
| M | | | 250 + $20 Each Clam | |
| I | 29.55 | Mussels | 100 + $20 Each Mussel | |
| M | | | 250 + $20 Each Mussel | |
| I | 29.60 | Rock Scallops | 100 + $5 Each Scallop | |
| M | | | 250 + $5 Each Scallop | |
| I | 29.65 | Speckled (Bay) Scallops | 100 + $5 Each Scallop | |
| M | | | 250 + $5 Each Scallop | |
| I | 29.70 | Market Squid, Jumbo Squid | 100 | |
| M | | | 250 | |
| I | 29.71 | Moon Snails | 100 + $1 Each Snail | |
| M | | | 250 + $1 Each Snail | |
| I | 29.80 | Crustacean Gear Restrictions | 100 + (see species) | |
| M | | | 250 + (see species) | |
| I | 29.85 | Crabs | 100 + $20 Each Crab | |
| M | | | 250 + $20 Each Crab | |
| I | 29.86 | Bay Shrimp (Grass Shrimp) | 100 | |
| M | | | 250 | |
| I | 29.87 | Ghost Shrimp and Blue Mud Shrimp | 100 + $1 Each Fish | |
| M | | | 250 + $1 Each Fish | |
| I | 29.88 | Coonstripe Shrimp | 100 | |
| M | | | 250 | |
| I | 29.90 | Spiny Lobster | 100 + $20 Each Lobster | |
| M | | | 250 + $20 Each Lobster | |
| I | 30.00 | Kelp-General | 100 | |
| M | | | 250 | |

FOOTNOTES ARE AT END OF DOCUMENT

**Exhibit E - 182**

## CALIFORNIA CODE OF REGULATIONS, TITLE 14[61]

| | SECTION | DESCRIPTION | BAIL (IN DOLLARS) | |
|---|---|---|---|---|
| I M | 30.10 | Prohibited Marine Plant Species | 100 | |
| M | 100 | Abalone – Unlawful Taking for Commercial Purposes | 15,000 | |
| M | 200 | Freshwater Bait Dealer | 100 | |
| M | 200.10 | Sale and Transfer of Freshwater Bait License | 100 | |
| M | 200.12 | Bait Dealer License Required | 100 | |
| M | 200.13 | Species Provided For | 100 | |
| M | 200.29 | Sources of Live Freshwater Bait | 100 | |
| M | 300 | Upland Game Birds: Overlimit or Out of Season | 200 + $20 Each Bird | |
| I<br>M | 307 | Tree Squirrels: Overlimit or Out of Season | 100+ $20 Each<br>200+ $20 Each | |
| I<br>M | 308 | Rabbits: Overlimit or Out or Season | 100 + $20 Each<br>200 + $20 Each | |
| M | 310 | Illegal Hours to Hunt Small Game Mammals | 200 + $10 Each Minute | |
| M | 310.5 | Illegal Hours to Shoot Game Birds | 200 + $10 Each Minute | |
| I<br>M | 311 | Weapons or Methods Authorized | 100<br>200 | |
| M | 352 | Illegal Hours to Shoot Big Game | 200    + Ct.<br>+ $10 Each Minute | |
| M | 353 | Illegal Weapons or Ammo in Deer, Bear, Wild Pig Hunting | 200    + Ct. | |
| M | 360(a,b)<br>(c) | Deer: Overlimit, Young, or Out of Season | 500    + Ct.<br>+ $200 Each Deer | |
| M | 361 | Illegal Archery Deer Hunting | 100 | |
| M | 365 | Bear: Overlimit or Out of Season and Area | 500 + $200 Each Bear | |
| M | 460 | Possession of Fisher, Marten, River Otter, etc. | 200  (fully protected) | |
| M | 461 | Gray Fox or Badger Out of Season | 100 | |
| M | 462 | Muskrat or Mink Out of Season | 50 + $50 Each | |
| M | 463 | Illegal Location or Out of Season Beaver | 50 + $50 Each | |
| M | 464 | Illegal Location or Out of Season Raccoon | 100 | |
| M | 472-473 | Possess or Hunt Illegal Nongame Birds or Mammals | 100 + $10 Each | |
| M | 474 | Illegal Hours to Hunt Nongame Mammals | 100 + $10 Each Minute | |
| M | 502(a)<br>(b) | Out of Season Migratory Waterfowl<br>Overlimit Migratory Waterfowl | 200 + $20 Each Bird<br>200 + $20 Each Bird | |
| I/M | 505 | Use of Live Decoys | 150 | |
| M | 506 | Migratory Game Birds – Shooting Hours | 200    + Ct.<br>+ $10 Each Minute | |
| I<br>M | 507 | Migratory Game Birds – Method of Take | 100<br>200 | |
| I/M | 509 | Concurrence With Federal Migratory Game Birds | 50 | + P. |
| I/M | 510 | Possess Migratory Bird Without State Duck Stamp | 50 | + P. |
| I/M | 550 | Illegal Use Wildlife and Public Shooting Area | 100 | + P. |
| I/M | 551 | Illegal Hunting or Use of State or Federal Areas | 100 | + P. |
| I/M | 552 | Illegal Hunting or Use of Enumerated Areas | 100 | |
| I/M | 600 | Violation of Game Bird Club Regulations | 50 | + P. |

**Exhibit E - 183**

## CALIFORNIA CODE OF REGULATIONS, TITLE 14[61]

| | Section | Description | Bail (in dollars) | |
|---|---|---|---|---|
| I/M | 650 | Violation of Scientific Collecting | 100 | |
| I/M | 670 | Illegal Practice of Falconry | 150 | |
| I/M | 670.5 | Endangered or Threatened Animals | 350 | |
| I/M | 671 | Illegal Importation of Wild Animals | 200 <br> + $50 Each Animal | |
| I/M | 700(a) <br> (b) | Display of Fishing License: <br> Hunting License in <br> Possession Without Proof of | 10 <br> 200 <br> 300 | |
| I <br> M | 4302 | Payment of Fee for Use of Facilities Required | 35 <br> 75    + Ct. | + P. |
| I <br> M | 4304 | No Aircraft Landing or Takeoff Without Authorization | 100 <br> 500    + Ct. | |
| I <br> M <br> I <br> M <br> I <br> M | 4305(a) <br><br> (b) <br><br> (e) | No Hunting or Fishing in a State Park <br><br> No Taking, Killing, or Injuring Wildlife in Park <br><br> No Feeding of Posted Wildlife | 100 <br> 250    + Ct. <br> 100 <br> 250    + Ct. <br> 50 <br> 75    + Ct. | <br><br><br><br> + P. |
| I <br> M | 4306 | No Collecting/ Destroying Vegetation in a State Park | 50 <br> 100    + Ct. | + P. |
| I <br><br> M | 4307 | No Destruction of Geological Features in a State Park (+ damages) | 50 <br><br> 100    + Ct. | + P. |
| I <br><br> M | 4308 | No Destruction of Archaeological Features in a State Park (+ damages) | 100 <br><br> 250    + Ct. | |
| I <br> M | 4310 | No Littering in a State Park | 50 <br> 100[62] | + P. <br> + P. |
| I <br> M <br> I <br> M <br> I <br> M | 4311(a) <br><br> (b) <br><br> (c) | No Fires Except in Appropriate Stoves/ Fireplaces <br><br> No Unsafe Fires <br><br> No Fire or Smoking Where Posted | 50 <br> 100    + Ct. <br> 100 <br> 500    + Ct. <br> 100 <br> 250    + Ct. | + P. |
| I <br> M <br> I <br> M <br> I <br> M <br> I <br> M <br> I <br> M | 4312(a,b,d) <br><br> (c) <br><br> (e) <br><br> (f) <br><br> (g) | No Dog or Animal Running Loose <br><br> Keeping Noisy, Vicious or Dangerous Dogs or Animals <br><br> No Dogs in Area Unless on a Leash <br><br> No Dogs in a Unit Except Under Control <br><br> No Grazing Without Authorization + $30 per head | 35 <br> 75    + Ct. <br> 100 <br> 250    + Ct. <br> 50 <br> 100    + Ct. <br> 35 <br> 75    + Ct. <br> 50 <br> 100    + Ct. | + P <br><br><br><br> + P. <br><br> + P. <br><br> + P. |

FOOTNOTES ARE AT END OF DOCUMENT

**Exhibit E - 184**

## CALIFORNIA CODE OF REGULATIONS, TITLE 14[61]

| | SECTION | DESCRIPTION | BAIL (IN DOLLARS) | |
|---|---|---|---|---|
| I | 4313 | No Weapons or Traps Except Where Authorized | 100 | |
| M | | | 250    + Ct. | |
| I | 4314 | No Fireworks Allowed | 50 | |
| M | | | 100    + Ct. | |
| I | 4316 | No Photography/Filming for Commercial Purposes Without Authorization | 100 | |
| M | | | 500    + Ct. | |
| I | 4317 | No Juvenile Shall Violate Posted Curfew Hours | 35 | + P. |
| M | | | 75    + Ct. | |
| I | 4318 | No Loitering About Park Restrooms, Showers, etc. | 100 | |
| M | | | 250    + Ct. | |
| I | 4319 | No Dangerous Recreational Activities | 35 | + P. |
| M | | | 75    + Ct. | |
| I | 4320(a) | Observation of Quiet Hours Required | 50 | + P. |
| M | | | 100    + Ct. | |
| I | (b) | No Outside Machinery Operated Without Permission | 50 | + P. |
| M | | | 100    + Ct. | |
| I | (c) | No Noisy Disturbance During Specified Hours | 35 | + P. |
| M | | | 75    + Ct. | |
| I | 4321 | Restrictions on Assembly | 50 | + P. |
| M | | | 100    + Ct. | |
| I | 4322 | No Nudity Except Where Authorized | 50 | + P. |
| M | | | 100    + Ct. | |
| I | 4323(a) | Restrictions on Recreation Equipment | 35 | + P. |
| M | | | 75    + Ct. | |
| I | (b) | Restrictions on Food Storage | 50 | + P. |
| M | | | 100    + Ct. | |
| I | (c) | Restrictions on Tents on Beaches | 35 | + P. |
| M | | | 75    + Ct. | |
| I | 4324(a-c) | Requirements for Sanitation | 50 | + P. |
| M | | | 100    + Ct. | |
| I | 4326 | Violation of Posted Orders/ Special Permits Prohibited | 50 | + P. |
| M | | | 100    + Ct. | |
| I | 4330 | Restrictions for Use of Pesticides | 100 | |
| M | | | 500    + Ct. | |
| I | 4331 | No Soliciting Without Authorization | 50 | + P. |
| M | | | 100    + Ct. | |
| I | 4333 | Restriction of Glass Containers Except as Authorized | 50 | + P. |
| M | | | 100    + Ct. | |
| I | 4351 | Restrictions in Natural Preserve | 100 | |
| M | | | 500    + Ct. | |
| I | 4351.1 | Restrictions in State Wilderness | 100 | |
| M | | | 500    + Ct. | |

**Exhibit E - 185**

## CALIFORNIA CODE OF REGULATIONS, TITLE 14[61]

| | SECTION | DESCRIPTION | BAIL (IN DOLLARS) | |
|---|---|---|---|---|
| I<br>M | 4352 | No Off-Highway Vehicles | 50<br>100     + Ct. | + P. |
| I/M | 4353 | No Violations of Posted Speed Limits<br>   1-15 MPH Over Limit<br>   16-25 MPH Over Limit<br>   ≥ 26 MPH Over Limit | <br>25<br>50<br>100 | <br>+ P.<br>+ P.<br>+ P. |
| I<br>M | 4354 | No Vehicle Operations That Endanger Persons/<br>Animals | 50<br>100     + Ct. | + P. |
| I<br>M | 4355 | Restrictions on Vehicle Operation | 50<br>75     + Ct. | + P. |
| I<br>M | 4357 | License Requirements to Operate Vehicle | 50<br>75     + Ct. | + P. |
| M/I | 4358 | Parking | 25 | |
| I<br>M | 4359(b) | No Horses/ Pack Animals except in Designated Areas | 50<br>75     + Ct. | + P. |
| I<br>M | (c) | No Riding Horses/ Pack Animals in Reckless Manner | 50<br>100     + Ct. | + P. |
| I<br>M | (e) | Gate Requirements When Riding | 35<br>100     + Ct. | + P. |
| I<br>M | 4360 | Regulations for Operation of Bicycles | 50<br>75     + Ct. | + P. |
| I<br>M | 4451(a) | Camping in Designated Areas Only | 35<br>75     + Ct. | + P. |
| I<br>M | 4452 | Number Occupying Campsites | 35<br>75     + Ct. | + P. |
| I<br>M | 4453 | Camping Fees Due at Certain Times | 35<br>75     + Ct. | + P. |
| I<br>M | 4454 | Occupancy Authorized Only After Fees Are Paid | 35<br>75     + Ct. | + P. |
| I<br>M | 4455 | Camping Time Limits - Days per Year | 35<br>75     + Ct. | + P. |
| I<br>M | 4456 | Vacating Campsite Requirements | 35<br>75     + Ct. | + P. |
| I<br>M | 4457 | No Camping in Day Use Area Unless Authorized | 35<br>75     + Ct. | + P. |
| I<br>M | 4458 | Nighttime Closure Requirements | 50<br>100     + Ct. | + P. |
| I<br>M | 4610(a) | Unlicensed Driver Off-Highway Requirements | 50<br>100     + Ct. | + P. |
| I<br>M | (b) | Unlicensed Driver Off-Highway Capabilities | 50<br>100     + Ct. | + P. |
| I<br>M | 4611(c-i) | Rockhounding Regulations | 50<br>100     + Ct. | + P. |

48                         FOOTNOTES ARE AT END OF DOCUMENT

**Exhibit E - 186**

## CALIFORNIA CODE OF REGULATIONS, TITLE 14[61]

| | SECTION | DESCRIPTION | BAIL (IN DOLLARS) | |
|---|---|---|---|---|
| I M | 4650 | No Swimming Except in Designated Areas | 50<br>100    + Ct. | + P. |
| I<br><br>M | 4651 | No Boating/Water Skiing in Designated Swimming Areas | 100<br><br>500    + Ct. | |
| M/I | 4654 | Surf Riding | 25 | + P. |
| I<br>M | 4656 | No Diving Allowed | 50<br>100    + Ct. | + P. |
| I<br>M | 4657 | No Boat Launching Where Posted | 50<br>100    + Ct. | + P. |
| I<br>M | 4658 | No Exceeding Posted Speed Limits in Boats | 50<br>100    + Ct. | + P. |
| I<br>M | 4659 | Speed Restriction for Nighttime Boat Operation | 50<br>100    + Ct. | + P. |
| I<br>M<br>I<br>M<br>I<br>M | 4660(a)<br><br>(b)<br><br>(c) | Vessel Overnight Stay Prohibited Except Where Permitted<br><br>Vessel Restrictions Apply If Posted<br><br>Abandoned Vessels Must Be Removed by Registered Owner of Notification | 50<br><br>100    + Ct.<br>50<br>100    + Ct.<br>50<br><br>100    + Ct. | + P.<br><br>+ P.<br><br>+ P. |
| I<br>M | 4661 | Restrictions for Disposal of Waste From Boats | 50<br>100    + Ct. | + P. |
| I<br>M<br>I<br>M | 4662(a)<br><br>(b) | Vessel Inspection Requirements - Any Time<br><br>Vessel Inspection Requirements - Continued Use | 50<br>100    + Ct.<br>35<br>75    + Ct. | + P.<br><br>+ P. |
| I<br>M | 4664(a) | Restrictions on Underwater Activities - Entry Areas | 35<br>75    + Ct. | + P. |
| I<br>M | 4700 | Requirements for Runaway Snow Skis | 35<br>75    + Ct. | + P. |
| I<br>M | 4701 | Winter Sports Allowed Only in Designated Areas | 50<br>100    + Ct. | + P. |
| M/I | 6565.5 | Required Personal Flotation Device | 35  E. P.C. | + P. |
| M/I | 6565.8 | Size and Condition of Personal Flotation Device | 35  E. P.C. | + P. |
| M/I | 6574 | Improper Backfire Flame Arrestor | 35  E. P.C. | + P. |
| M/I | 6575 | Required Cowled Ventilator Ducts | 35  E. P.C. | + P. |
| M | 6600.1 | Pilot Rules/ Rules of the Road | 75    + Ct. | |
| M/I | 6692 | Required Visual Distress Signals | 35  E. P.C. | + P. |

## LOS ANGELES COUNTY CODE

**Unlisted Misdemeanors and Infractions**

All violations of County ordinances for which no provision is made in this schedule shall have bail as follows:

Misdemeanors: **$250**

Infractions: **$35**, except, if the minimum fine is greater than $35, the bail shall be the amount of the minimum fine.

# ANIMALS - TITLE 10

| | SECTION | DESCRIPTION | BAIL (IN DOLLARS) |
|---|---|---|---|
| M | 10.12.190 | Failure to Exhibit Dog License or Certificate Upon Request | 250 |
| M | 10.12.200 | Interfering With Officer | 250 |
| I | 10.20.180 | Tag Not Affixed | 25 |
| I | 10.20.190 | Dog License | 25 |
| I | 10.20.220 | Vaccination | 25 |
| M | 10.28.060 | Operating a Kennel | 250 |
| M | 10.32.010 | Leash Law | 25 |
| M | 10.32.020 | Attack Dogs - Fence/ Wall Required | 250 |
| I | 10.32.040 | Control of Animal | 25 |
| M | 10.40.010 | Animal Care | 250 |
| M | 10.86.010 | Interference With Police Dog | 250 |

# BEACHES - TITLE 17, CHAPTER 17.12

Misdemeanor violations of Title 17, Chapter 17.12 are preceded by the letter "M".

| | SECTION | DESCRIPTION | BAIL (IN DOLLARS) |
|---|---|---|---|
| | 17.12.190 | Flora | 25 |
| | 17.12.200 | Turf | 25 |
| | 17.12.205 | Sand – No Digging | 25 |
| | 17.12.210 | Structures | 50 |
| | 17.12.220 | Recreation Building | 10 |
| | 17.12.230 | Motor Vehicles, Parking | 20 No P. |
| | 17.12.240 | Bicycle Paths | 10 |
| | 17.12.250 | Overnight Use and Camping | 25 |
| | 17.12.260 | Shelters | 10 |
| | 17.12.280 | Animals | 25 |
| | 17.12.290 | Cats and Dogs | 10 |
| | 17.12.300 | Horses | 10 |
| | 17.12.310 | Disturbances | 25 |
| | 17.12.320 | Alcoholic Beverages | 25 |
| | 17.12.340 | Solicitation | 25 |
| | 17.12.350 | Loitering | 25 |
| M | 17.12.360 | Nudity | 50 |
| | 17.12.365 | Smoking | 25 |
| | 17.12.370 | Fires | 25 |
| | 17.12.380 | Rubbish | 25 |
| | 17.12.390 | Glass, etc. | 25 |
| | 17.12.400 | Fireworks | 25 |

FOOTNOTES ARE AT END OF DOCUMENT

**Exhibit E - 188**

## LOS ANGELES COUNTY CODE

### BEACHES - TITLE 17, CHAPTER 17.12

|  | SECTION | DESCRIPTION | BAIL (IN DOLLARS) |
|---|---|---|---|
| M | 17.12.410 | Shooting Weapons | 50 |
|  | 17.12.420 | Throwing Missiles | 25 |
|  | 17.12.430 | Ball Playing | 25 |
| M | 17.12.440 | Designation of Hazardous Areas | 50 |
|  | 17.12.450 | Bathing | 25 |
|  | 17.12.460 | Use of Inflated Equipment | 15 |
|  | 17.12.470 | Boating | 25 |
| M | 17.12.480 | Surfboards, Surfmats, Paddleboards, etc. | 50 |
|  | 17.12.510 | Surfriders Beach | 25 |
|  | 17.12.520 | Oil Pollution | 50 |
|  | 17.12.530 | Indirect Pollution | 50 |
|  | 17.12.540 | Other Pollution | 50 |

### FIRE CODE - TITLE 32

All violations of Title 32 of the Los Angeles County Code, the Fire Code, constituting misdemeanors for which no provision is made in this schedule shall have bail of **$300**.

All violations of Title 32 of the Los Angeles County Code, the Fire Code, constituting infractions for which no provision is made in this schedule shall have bail of **$50** for a first violation, **$100** for a second violation, **$250** for a third violation, and **$500** for each succeeding violation within a 12-month period.

|  | SECTION | DESCRIPTION | BAIL (IN DOLLARS) |
|---|---|---|---|
|  | 307.6 | Open Fires | 50 |
|  | 326.17 | Travel on Fireroads and Firebreaks | 25 |

### HARBORS - TITLE 19, CHAPTER 19.12

The bail on all violations of Title 19, Chapter 19.12 is **$300** with the exception of the misdemeanors listed below. Misdemeanors are preceded by the letter "M".

|  | SECTION | DESCRIPTION | BAIL (IN DOLLARS) |
|---|---|---|---|
|  | 19.12.610 | Compliance With Markers, Signals, etc. | 20 |
|  | 19.12.620(a) | Basic Speed Law (Court appearance in excess 15 mile) | 2 per n mile |
|  | (b) | 5 Knots or Posted (Court appearance in excess 15 mile) | 2 per n mile |
|  | 19.12.630 | Race without Permit | 120 |
|  | 19.12.640 | Reverse Gear | 60 |
|  | 19.12.660 | Failure to Provide Information - Vessels | 60 |
|  | 19.12.680 | Obey Posted Signs | 20 |

**Exhibit E - 189**

## LOS ANGELES COUNTY CODE

## HARBORS - TITLE 19, CHAPTER 19.12

The bail on all violations of Title 19, Chapter 19.12 is **$300** with the exception of the misdemeanors listed below. Misdemeanors are preceded by the letter "M".

| | SECTION | DESCRIPTION | BAIL (IN DOLLARS) |
|---|---|---|---|
| | 19.12.700 | Maritime Repair without Proper Registration | 20 |
| | 19.12.710(b) | Launching at Undesignated Places | 20 |
| | 19.12.720 | Debark without Permission | 20 |
| | 19.12.730 | Sleeping Overnight | 20 |
| | 19.12.740 | Alcoholic Beverage, Public Area - Sell | 40 |
| | 19.12.780 | Vessel in Swim Area | 60 |
| | 19.12.790 | Swimming Area | 20 |
| | 19.12.800 | Obstruction of Facilities | 20 |
| M | 19.12.810 | Damage Aids/ Signs | 20 |
| | 19.12.870 | No Peddling Land/ Water | 40 |
| | 19.12.890 | Sale Live Bait | 20 |
| | 19.12.900 | Transfer Bait | 20 |
| | 19.12.950 | Owner Responsible Safe Mooring | 40 |
| | 19.12.960 | Moor in Slip without Permission | 20 |
| | 19.12.970(a) | No Anchoring | 40 |
| | (b) | Anchor Lights Required | 60 |
| | 19.12.980 | No Mooring Buoys | 40 |
| | 19.12.990 | Moor to Navigation Aid | 20 |
| | 19.12.1000 | Moor to Another Vessel | 20 |
| | 19.12.1010 | Moor to County Structure without Permission | 20 |
| | 19.12.1020(a) | Unlawful Anchoring/ Sinking | 100 |
| | (b) | Marking Sunken Vessel | 120 |
| | 19.12.1030 | County Correct Unsafe Mooring | **Authoritative Only** |
| | 19.12.1050 | Disabled Vessels | 120 |
| | 19.12.1060 | Unseaworthy Vessels | 100 |
| | 19.12.1070 | Illegally Moored or Abandoned Vessel | 40 |
| | 19.12.1100 | No Toilets Used | 60 |
| | 19.12.1120 | Discharge Trash, Sewage or Other Waste | 60 |
| | 19.12.1130(a) | Dead Animals Into Water | 60 |
| | (b) | Cleaning Fish | 20 |
| | 19.12.1140 | Oil or Paint Into Water | 60 |
| M | 19.12.1150 | Installed Hazardous Lights | 20 |
| M | 19.12.1170 | Welding or Cutting | 120 |
| | 19.12.1180 | Walkways Kept Clear | 20 |
| | 19.12.1190(a) | Steps Permanently Secured | 20 |
| | (b) | Platforms Over 1/2 Walkway | 20 |
| | (c) | Ladders within 5 Feet of Terminus | 20 |
| | 19.12.1220(b) | Mooring without Permit | 20 |
| | 19.12.1230 | 25' Maximum | 40 |

FOOTNOTES ARE AT END OF DOCUMENT

**Exhibit E - 190**

## LOS ANGELES COUNTY CODE

## HARBORS - TITLE 19, CHAPTER 19.12

The bail on all violations of Title 19, Chapter 19.12 is **$300** with the exception of the misdemeanors listed below. Misdemeanors are preceded by the letter "M".

| | SECTION | DESCRIPTION | BAIL (IN DOLLARS) |
|---|---|---|---|
| | 19.12.1240(a) | Extend Beyond 4 Feet | 20 |
| | (b) | Extend Over Walkway | 20 |
| M | 19.12.1250(a) | 8 Knots or Posted (Court appearance in excess 15 mile) | 2 per n mile |
| M | (b) | 5 Knots Entrance (Court appearance in excess 15 mile) | 2 per n mile |
| | | Excessive Wake | 60 |
| | | Endangering | 40 |
| | 19.12.1260(a) | Vessels at Beach Area | 40 |
| | (b) | Vessels in Swim Area | 60 |
| | 19.12.1270 | Sportfishing | 60 |
| | 19.12.1290 | Recreation Building, Permit Only | 20 |
| | 19.12.1300(a) | Motor Vehicle without Permit | 20 |
| | (b) | Failure to Comply | 20 |
| | 19.12.1310-19.12.1360 | Parking and Driving Regulations | 20 |
| | 19.12.1370(a) | Cats and Dogs on Leash | 20 |
| | (b) | Horses by Permit | 20 |
| | (c) | Owner Animal Cleanup | 20 |
| M | 19.12.1380(a) | Hunt, Scare Wild Animals | 20 |
| M | (b) | Feed Toxic Substances | 20 |
| | 19.12.1400 | Servicing and Repair Vessel in Unauthorized Manner | 40 |
| | 19.12.1410(a) | Emergency Access | 20 |
| | 19.12.1420(a) | Climb Over Bulkheads | 20 |
| M | 19.12.1420(b) | Water Ski or Aquaplane | 20 |
| | 19.12.1420(c) | Excess 75' Towline | 20 |
| | 19.12.1420(d) | Swimming Where Not Permitted | 20 |
| M | 19.12.1420(e) | Hydrofoil, Seaplane, etc. | 40 |
| | 19.12.1420(f) | Loitering | 20 |
| | 19.12.1420(g) | Barbecue Where Permitted | 20 |
| | 19.12.1420(h) | Smoking | 20 |
| | 19.12.1420(i) | Change Clothes | 20 |
| | 19.12.1420(j) | Soliciting, Peddling, etc. | 40 |
| | 19.12.1420(k) | Moored Vessel High rpm | 40 |
| | 19.12.1420(l) | Broken Glass Deposited | 40 |
| | 19.12.1420(m) | Garbage, Refuse, Bottle, Can Deposited | 40 |
| | 19.12.1420(n) | Dump Hot Coals | 20 |
| | 19.12.1420(o) | Throw Objects Intentionally | 40 |
| | 19.12.1420(p) | Discharge Guns, Bow & Arrow | 120 |
| | 19.12.1420(q) | Remove or Destroy Shrubs | 40 |
| | 19.12.1420(r)(1) | Deface Building | 40 |
| | 19.12.1420(r)(2) | Write on Building | 40 |
| | 19.12.1420(r)(3) | Attach Sign/ Building | 40 |
| | 19.12.1420(s)(1) | Disturb Peace/ Loud Music | 40 |

**Exhibit E - 191**

LOS ANGELES COUNTY CODE

## HARBORS - TITLE 19, CHAPTER 19.12

The bail on all violations of Title 19, Chapter 19.12 is **$300** with the exception of the misdemeanors listed below.
Misdemeanors are preceded by the letter "M".

| | SECTION | DESCRIPTION | BAIL (IN DOLLARS) |
|---|---|---|---|
| | 19.12.1420(s)(2) | Disturb Peace/ Sounding Horn Excessive | 20 |
| | 19.12.1420(s)(3) | Disturb Peace/ Tumultuous Conduct | 100 |
| | 19.12.1420(s)(4) | Disturb Peace/ Loud Engine | 40 |
| | 19.12.1420(s)(5) | Disturb Peace/ Motor Vehicle Maintenance | 40 |

## PARKS AND RECREATION AREAS, TITLE 17, CHAPTER 17.04

| | SECTION | DESCRIPTION | BAIL (IN DOLLARS) |
|---|---|---|---|
| | 17.04.330 | Violation of Park Hours | 50 |
| | 17.04.340(a) | Injure, Tree, Plant, Shrub, etc. | 100 |
| | (b) | Remove, Wood, Turf, Grass, etc. | 100 |
| | (c) | Cut, Break, Injure, Deface, etc. | 100 |
| | 17.04.350 | Islands, Go or Remain Upon | 25 |
| | 17.04.360 | Children Visiting Park | 50 |
| | 17.04.370 | Motor Vehicles, Operation & Parking | 25 |
| | 17.04.380 | House Trailers | 50 |
| | 17.04.390 | Overnight Camping, Designated Areas | 50 |
| | 17.04.400 | Animals, Entry in Park | 50 |
| | 17.04.410 | Dogs and Cats, on Leash | 20 |
| | 17.04.420 | Horses, Designated Trails | 50 |
| | 17.04.430 | Grazing Animals | 50 |
| M | 17.04.435(a) | Disturbances, Loud or Unusual Noise | 25 |
| | (b) | Obscene Conduct | 50 |
| | (c) | Vulgar Language | 50 |
| M | 17.04.440 | Possession of Alcoholic Beverages | 25 |
| | | Possession of Dangerous Drugs | 500 |
| | | Sale of Either | 500 |
| M | 17.04.450 | Intoxication | 50 |
| | 17.04.460 | Solicitation, etc. | 25 |
| | 17.04.470 | Molesting Animals | 250 |
| | 17.04.480 | Changing Clothes | 25 |
| | 17.04.490 | Washing, etc. | 25 |
| | 17.04.500 | Rubbish, Place or Dispose | 25 |
| | 17.04.530 | Swimming | 20 |
| | 17.04.550 | Boating, Authorized Types | 50 |
| | 17.04.560(a) | Unlawful Fishing | 50 |
| | (b)(1) | Fishing, Overlimit | 25 + $5 Each Fish |
| | (b)(2) | Fishing, No License | 50 |
| | (b)(3) | Cleaning of Fish | 50 |
| M | 17.04.590 | Fires | 100 |

FOOTNOTES ARE AT END OF DOCUMENT

**Exhibit E - 192**

## LOS ANGELES COUNTY CODE
## PARKS AND RECREATION AREAS, TITLE 17, CHAPTER 17.04

| | SECTION | DESCRIPTION | BAIL (IN DOLLARS) |
|---|---|---|---|
| | 17.04.600 | Harmful Objects, Place or Throw | 50 |
| | 17.04.610 | Firecrackers, etc. | 100 |
| M | 17.04.620 | Discharge or Shoot Firearms | 250 |
| | 17.04.630 | Model Airplanes, etc. | 25 |
| | 17.04.640 | Sleds, etc. | 25 |
| | 17.04.645 | Smoking | 25 |
| | 17.04.660 | Boat Registration | 5 or 50 |
| | 17.04.680 | Permits to Operate on Park Waters | 5 or 50 |
| M | 17.04.690 | Inspection | 50 |
| | 17.04.700 | Motorboat Racing | 100 |
| | 17.04.710 | Size of Vessels | 50 |
| | 17.04.730 | Designated Boating Areas | 25 |
| | 17.04.740 | Hours of Operation of Vessels | 50 |
| | 17.04.750 | Designated Launching Areas | 50 |
| M | 17.04.800 | Seating, Passengers | 25 |
| | | Overloading, Passengers | 50 |
| | | Unsafe Operation of Vessel | 250 |
| | 17.04.820 | Speed, 5 knots within 15' of Shore, etc. | 50 |
| | | Speed, 12 knots Designated Areas | 50 |
| | 17.04.830 | Surfboards, etc. | 50 |
| | 17.04.840 | Canoes, Designated Areas | 50 |
| | 17.04.850 | Sailboats, Safe Operation | 50 |
| | 17.04.860 | Toilets, on Park Waters | 50 |
| | 17.04.980(a) | Bank Fishing - Hours | 50 |
| | (b) | Fishing From Vessel – Hours | 50 |
| | 17.04.990 | Fishing in Ski Areas, Hours | 50 |
| | 17.04.1010 | Observance to Number of Vessels | 50 |
| | 17.04.1020 | Water Skiing, Designated Areas | 50 |
| | 17.04.1030 | Skiing Take-off and Landing Areas | 50 |
| | 17.04.1040 | Water Skiing, Designated Times | 50 |
| | 17.04.1050 | Operators and Observers | 100 |
| | 17.04.1060 | Responsibility, Registered Owner | 50 |
| | 17.04.1070 | Water Skiing Equipment | 25 |
| | 17.04.1080 | Length of Towline | 25 |
| | 17.04.1090 | Speed, Excess of 35 MPH | 50 |
| | 17.04.1100 | One Skier Only | 25 |
| | 17.04.1110(a) | Traffic Pattern, Counterclockwise, etc. | 50 |
| | (b) | Leaving and Approaching Shore | 50 |
| | (c) | Man Overboard or Fallen Skier | 25 |
| | (d) | Signal That Person is in Water | 25 |
| | (e) | Landing Skier Procedures | 25 |
| M | 17.04.1120 | Following Too Close, Skier | 50 |
| M | 17.04.1130 | Passing Distance | 50 |
| M | 17.04.1140 | Figure Eights in Ski Area | 50 |
| | 17.04.1160 | Unsafe Conditions | 50 |

FOOTNOTES ARE AT END OF DOCUMENT

**Exhibit E - 193**

**LOS ANGELES COUNTY CODE**

## PYRAMID LAKE, TITLE 17, CHAPTER 17.16

| SECTION | DESCRIPTION | BAIL (IN DOLLARS) |
|---------|-------------|-------------------|
| 17.16.250 | Time of Day | 25 |
| 17.16.260 | Closure of Lake for Boating | 50 |
| 17.16.270 | Undocumented Vessels | 5 or 50 |
| 17.16.280 | Launching and Recovery | 50 |
| 17.16.290 | Area Closed to Vessels | 50 |
| 17.16.300 | Navigation | 50 |
| 17.16.310 | Vessels Restricted to Designated Areas | 20 |
| 17.16.330(a) | Waterway Markers - Destroy, Damage, Deface or Remove | 50 |
| (b) | Waterway Markers - Use as a Mooring | 20 |
| 17.16.340 | Basic Speed Limit | 30 + $1 Per Mile |
| 17.16.350(a,b) | Prima Facie Speed Limit | 25 + $1 Per Mile |
| 17.16.360 | Maximum Speed Limit | 25 + $1 Per Mile |
| 17.16.370(a) | Water Skiing | 50 |
| (b) | Water Skiing-Boat Traffic Plan | 50 |
| 17.16.380 | Courses Established for Boating Events | 50 |
| 17.16.390 | Permits for Boat Races | 5 or 50 |
| 17.16.400 | Seaplane Prohibited | 50 |
| 17.16.410 | Securing Vessel without Permission | 10 |
| 17.16.420 | Anchoring | 10 |
| 17.16.430 | Dangerous Disabled Vessels | 50 |

FOOTNOTES ARE AT END OF DOCUMENT

**Exhibit E - 194**

## LOS ANGELES COUNTY CODE

### <u>VEHICLES AND TRAFFIC - TITLE 15</u>

For all violations of the Title 15 of the Los Angeles County Code constituting misdemeanors, which are not otherwise provided for in this schedule, including unlisted subdivisions, the bail is **$300**, except, if the minimum fine is greater than **$300**, the bail shall be the amount of the minimum fine.

For all violations of Title 15 of the Los Angeles County Code constituting infractions, which are not otherwise provided for in this schedule, including unlisted subdivisions, the bail is **$35**, except that if the minimum fine is greater than **$35**, the bail shall be the amount of the minimum fine.

## VEHICLES AND TRAFFIC - TITLE 15[63]

| SECTION | FORMER SECTION | DESCRIPTION | BAIL (IN DOLLARS) |
|---|---|---|---|
| **15.20.060** | 1321 | Obedience to Traffic Signal:<br>  Vehicle<br>  Pedestrian | **35**<br>**10** |
| **15.20.070** | 1319 | Obedience to Traffic Signs:<br>  Vehicle<br>  Pedestrian | **35**<br>**10** |
| **15.20.130** | 1310 | Parking Space Markings (Occupying two spaces at curb) | **20** |
| **15.20.220** | 1318 | Interference, Defacing, or Removing Signs | **50** |
| **15.28.010** | 1601 | Reckless Driving, Private Street | **225   + Ct.** |
| **15.28.020** | 1602 | Basic Speed | **See Speed Violations Bail Chart** |
| **15.28.030** | 1603 | Speed Limits | **See Speed Violations Bail Chart** |
| **15.36.010** | 4001 | Boulevard Stops | **35** |
| **15.36.040** | 4003 | Yield Right-of-Way Signs | **20** |
| **15.40.010** | 2305 | Special Turning Provisions | **35** |
| **15.40.040** | 2303 | Turn Against Signal | **35** |
| **15.40.050** | 2304 | Turning Around Prohibited | **20** |
| **15.44.140** | 8305 | Parking in Delineated Spaces | **20** |
| **15.44.150** | 8306 | Restricted Parking | **20** |
| **15.44.160** | 8307 | No Vehicle Maintenance in Public Parking Areas | **20** |
| **15.48.050** | 5055 | Weight Exceeding 6,000 Pounds | **25** |
| **15.52.040** | 1401.5 | Vehicles in Bicycle Lane | **20** |
| **15.52.050** | 1401.53 | Pedestrians in Unmarked Bicycle Lane | **20** |
| **15.52.070** | 1401.52 | Pedestrians in Marked Bicycle Lane | **20** |
| **15.56.010** | 2401 | Train Blocking Streets | **50** |
| **15.64.010** | 3202 | Stopping Prohibited, Parking Time Limits | **20** |
| **15.64.020** | 3205 | Parking Loading Zone (Commercial) | **25  No P.** |
| **15.64.030** | 3201 | Parking, Time Limit - Post Office | **20  No P.** |
| **15.64.040** | 3214 | Parking, at Mail Box | **20  No P.** |
| **15.64.060** | 3203 | Parking, Overnight | **25  No P.** |
| **15.64.070** | 3204 | Parking Limit - Special Location | **10  No P.** |

**Exhibit E - 195**

## LOS ANGELES COUNTY CODE

## VEHICLES AND TRAFFIC - TITLE 15[63]

| SECTION | FORMER SECTION | DESCRIPTION | BAIL (IN DOLLARS) |
|---|---|---|---|
| 15.64.100 | 3205.6 | Parking, Disconnected Trailer | 25  No P. |
| 15.64.110 | 3215 | Bus Loading Zone | 25 |
| 15.64.120 | 3207 | Parking in Passenger Zone | 25  No P. |
| 15.64.130 | 3206 | No Parking – Alleys | 25 |
| 15.64.140 | 3208 | Temporary No Parking | 25  No P. |
| 15.64.210 | 3110 | Key in Ignition/ Unattended Vehicle | 20 |
| 15.64.220 | 3304 | Parking on Grades | 20  No P. |
| 15.64.230 | 3301 | Parallel Parking Over 18" From Curb | 20 |
| 15.64.240 | 3303 | Angle Parking | 20  No P. |
| 15.64.250 | 3306 | Double Parking | 25  No P. |
| 15.64.260 | 3109 | No Parking Anytime | 25  No P. |
| 15.64.270 | 3115 | Parking in Private or Public Property without Consent | 25 |
| 15.64.280 | 3302 | Parking Wrong Side of Street | 25  No P. |
| 15.64.290 | 3117 | Parking in Parkway | 25 |
| 15.64.300 | 3104 | Blocking Street | 25 |
| 15.64.310 | 3120 | Vehicles Parked with Hazardous Materials | 100 |
| 15.64.320 | 3106 | Parking, Driveway | 25 |
| 15.64.330 | 3105 | Parking in Intersection | 25 |
| 15.64.341 | | Displaying Parked Vehicle for Sale | 25  No P. |
| 15.64.350 | 3102 | Parking, Special Hazard | 25  No P. |
| 15.64.360 | 3103 | Parking, Adjacent to School | 25  No P. |
| 15.64.370 | 3107 | Parking, Fire Hydrant | 25  No P. |
| 15.64.390 | 3118 | Parking, Assigned Parking Spaces | 25  No P. |
| 15.64.400 | 3119 | Handicapped Parking - On Street | 100 |
| 15.64.410 | 3119.1 | Handicapped Parking - Off Street | 100 |
| 15.64.440 | 3113 | Taxicab Stands | 25  No P. |
| 15.64.470 | 3212 | Parking Meters | 10  No P. |
| 15.64.480 | 3212.1 | Observance of Parking Meters | 10  No P. |
| 15.64.490 | 3212.2 | Motor Violation - Deposit of Fee Required | 25  No P. |
| 15.64.500 | 3213 | Deposit of Slug in Parking Meter | 100 No P. |
| 15.64.700 | | Preferential Parking District, No Permit | 25 |
| 15.68.020 | 7011 | Trespass - Driving Vehicle on Private Property | 20 |
| 15.68.030 | 7012 | Trespass - Driving Vehicle on Public Property | 20 |
| 15.68.040 | 7013 | Possession of Permit | 20 |
| 15.72.010 | 7001 | Notification of Repossession | 100 |
| 15.76.040 | 1407 | Closed Streets - Through Traffic Restricted | 35 |
| 15.76.060 | 1410.5 | Closed Streets - Traffic Prohibited | 35 |
| 15.76.070 | 1403 | Funeral Processions | 25 |
| 15.76.080 | 1401 | Vehicles on Sidewalk | 20 |
| 15.76.090 | 1402 | Riding on Handle Bars | 10 |
| 15.76.100 | 1404 | Clinging to Moving Vehicles | 25 |
| 15.76.120 | 1503 | Repairing Vehicles on Street | 10 |

FOOTNOTES ARE AT END OF DOCUMENT

**Exhibit E - 196**

**LOS ANGELES COUNTY CODE**

## VEHICLES AND TRAFFIC - TITLE 15[63]

| Section | Former Section | Description | Bail (in dollars) |
|---------|----------------|-------------|-------------------|
| 15.76.130 | 1502 | Washing Vehicles on Highway | 10 |
| 15.76.140 | 1501 | Tampering with Traffic Counting Devices | 50 |
| 15.76.150 | 1405 | Injury to New Pavement or Markings | 50 |
| 15.76.180 | 1504.1 | Cleaning Sidewalks | 10 |
| 15.76.190 | 1505 | Littering Highway or Sidewalk | 100 |
| 15.76.200 | 7021 | Noisy Motor Vehicle | 20 |

## MISCELLANEOUS SECTIONS

| | Section | Description | Bail (in dollars) |
|---|---------|-------------|-------------------|
| | 1.24.020 | Violation of County Ordinance | 100 |
| | 7.30.110 | Dances, License Required | 100 |
| | 7.36.040 | Entertainment Licenses | 100 |
| | 7.62.030 | Peddlers, License Required | 15 |
| | 7.62.090 | Solicitors, License Required | 25 |
| | 7.72.020 | Public Eating Place, License Required | 25 |
| | 7.80.450 | Taxicab Drivers, License Required | 25 |
| | 7.86.020 | License, Valet Parking Service | 50 |
| | 11.16.050 | Urinating on Public Grounds | 50 |
| M | 11.44.010 | Discarded Refrigerator with Functional Door | 100 |
| | 11.50.110 | Unsecured Doorway to Swimming Pool Area | 100 |
| | 13.12.030(b,c) | Defacing County Property | 200 |
| | 13.16.010 | Soliciting in County Buildings | 100 |
| M | 13.18.010 | Drinking in Public | 25 |
| M | 13.20.060 | Being Present Where Gambling Is Being Conducted | 50 |
| M | 13.20.110 | Gambling, or Possession of Gambling Paraphernalia | 100 |
| M | 13.24.010 | Nudity, Point Dume State Beach | 50 |
| M | 13.24.060 | Nudity, Riviera Section, Malibu | 50 |
| M | 13.24.110 | Nudity, Private Beaches | 50 |
| M | 13.30.010 | Diving From Pier | 50 |
| M | 13.34.010 | Lookouts | 100 |
| M | 13.34.020 | Signaling | 100 |
| | 13.38.170 | Peddling on Highway | 100 |
| | 13.42.010 | Trespass/Unlawful Assembly | 100 |
| M | 13.66.110 | Illegal Discharge of Firearms | 500 |

**Exhibit E - 197**

## Footnotes to the
## Bail Schedule for Infractions and Misdemeanors

1.   Statutory fine for 1st, 2nd, and 3rd or subsequent violations.  Business and Professions Code § 13660(f).

2.   Pursuant to Penal Code §§ 19.8 and 17(d), this violation, if charged as an infraction, is punishable by a fine not to exceed $250.

3.   Pursuant to Penal Code §§ 19.8 and 17(d), this violation, if charged as an infraction, is punishable by a fine not to exceed $250.

4.   Fish and Game Code § 12000 provides: "(a) Except as expressly provided otherwise in this code, any violation of this code, or of any rule, regulation, or order made or adopted under this code, is a misdemeanor. [¶] (b) Notwithstanding subdivision (a), any person who violates any of the … statutes or regulations [listed in Fish and Game Code § 12000(b)] is guilty of an infraction punishable by a fine of not less than … ($100) and not to exceed … ($1,000), or of a misdemeanor[.]"

     One $15 additional penalty per proceeding, pursuant to Fish and Game Code § 12021, is imposed for violations. The $15 additional penalty does not apply to violations punishable to Fish and Game Code § 12002.1(b) or 12002.2(b), or any regulation relating to the wearing or display of a fishing license.

5.   Refers to similar provision in Title 14, California Code of Regulations.

6.   Statutory fine.  Fish and Game Code § 3004.5(g).

7.   Minimum statutory fine.  Fish and Game Code § 12002.3(a).

8.   Minimum statutory fine.  Fish and Game Code § 12009(a).

9.   Minimum statutory fine. Fish and Game Code § 12002.2(a). Pursuant to Fish & Game Code § 12002.2(b), a court may reduce the fine for conviction to $25 with proof of a license valid at the time of arrest.

10.  Bail shown may be deposited for release when a misdemeanor complaint has been filed charging as a misdemeanor an offense that would otherwise be a felony.

11.  Minimum statutory fine for 1st, 2nd, and 3rd or subsequent violations.  Health and Safety Code § 13002(b).

12.  1st, 2nd, and 3rd or subsequent violations.  Health and Safety Code § 110422.5.

13.  Minimum statutory fine.  Health and Safety Code § 114094(b)(2)(A).

14.  Pursuant to Penal Code § 243.83(d), the fine shall not be subject to penalty assessments as provided in Penal Code § 1464 or 1465.7 or Government Code § 76000.

15.  Pursuant to Penal Code §§ 19.8 and 17(d), this violation, if charged as an infraction, is punishable by a fine not to exceed $250.

16.  Minimum statutory fine for 1st, 2nd, and 3rd or subsequent violations. Penal Code § 374.3(e). Pursuant to Penal Code § 1202.51, the court shall order the defendant to pay a fine of $100 if the conviction is for an infraction, in addition to any other penalty or fine imposed.

17.  Minimum statutory fine for 1st, 2nd, and 3rd or subsequent violations. Penal Code § 374.3(h)(1). Pursuant to Penal Code § 1202.51, the court shall order the defendant to pay  a fine of $200 if the conviction is for a misdemeanor, in addition to any other penalty or fine imposed.

**Exhibit E - 198**

18. Minimum statutory fine for 1st, 2nd, and 3rd or subsequent violations. Penal Code § 374.4(d). Pursuant to Penal Code § 1202.51, the court shall order the defendant to pay a fine of $100 if the conviction is for an infraction, in addition to any other penalty or fine imposed.

19. Minimum statutory fine for 1st, 2nd, and 3rd or subsequent violations. Penal Code § 374.7(b). Pursuant to Penal Code § 1202.51, the court shall order the defendant to pay a fine of $200 if the conviction is for a misdemeanor, in addition to any other penalty or fine imposed.

20. "[T]he court may order community service in lieu of the punishment otherwise provided for an infraction or misdemeanor in the amount of 20 hours for an infraction, and 40 hours for a misdemeanor.. . ." Penal Code § 490.7(e).

21. Statutory fine. Penal Code § 602.8(b).

22. Pursuant to Penal Code § 640(a)(1), this violation is punishable by a fine not to exceed $250 and by community service for a total time not to exceed 48 hours over a period not to exceed 30 days.

23. Pursuant to Penal Code § 640(a)(1), a first and second violation is an infraction punishable by a fine not to exceed $250 and by community service for a total time not to exceed 48 hours over a period not to exceed 30 days. A third or subsequent violation is a misdemeanor.

24. Minimum statutory fine. Penal Code § 653y(a)(2).

25. Pursuant to Penal Code §§ 19.8 and 17(d), this violation, if charged as an infraction, is punishable by a fine not to exceed $250.

26. Pursuant to Penal Code § 853.7a(a), an additional $15 assessment is imposed.

27. Bail shown may be deposited for release when a misdemeanor complaint has been filed charging as a misdemeanor an offense that would otherwise be a felony.

28. Bail shown may be deposited for release when a misdemeanor complaint has been filed charging as a misdemeanor an offense that would otherwise be a felony.

29. Bail shown may be deposited for release when a misdemeanor complaint has been filed charging as a misdemeanor an offense that would otherwise be a felony. Applicable to second or subsequent offenses.

30. Bail shown may be deposited for release when a misdemeanor complaint has been filed charging as a misdemeanor an offense that would otherwise be a felony.

31. Bail shown may be deposited for release when a misdemeanor complaint has been filed charging as a misdemeanor an offense that would otherwise be a felony.

32. Bail shown may be deposited for release when a misdemeanor complaint has been filed charging as a misdemeanor an offense that would otherwise be a felony.

33. Minimum statutory fine for 1st, 2nd, and 3rd or subsequent violations. Public Resource Code § 5008.7.

34. Pursuant to Public Resource Code § 33211.6(c), this violation may be reduced to an infraction. If reduced to an infraction, the violation is punishable by a fine not less $100, nor more than $500.

35. If parking involved, parking offense penalty only.

36. Minimum statutory fine for first offense. Vehicle Code § 2468(c)(1).

37. If parking involved, parking offense penalty only.

**Exhibit E - 199**

38.  Minimum statutory fine.  Vehicle Code § 4463(b).

39.  Pursuant to Penal Code §§ 19.8 and 17(d), a violation of Vehicle Code § 12500(a), if charged as an infraction, is punishable by a fine not to exceed $250. The infraction bail is established by the current Uniform Traffic Infraction Penalty Schedule.

40.  Pursuant to Vehicle Code § 13004.1(b)(1), a violation of this section is punishable by a fine of not less than $250 and not more than $1,000 and 24 hours of community service. No part of the fine or community service shall be suspended or waived.

41.  Maximum statutory fine upon first conviction.  Vehicle Code § 14601(b)(1).

42.  Minimum statutory fine upon first conviction.  Vehicle Code § 14601.1(b)(1). Pursuant to Penal Code §§ 19.8 and 17(d), a violation of Vehicle Code § 14601.1(a), if charged as an infraction, is punishable by a fine not to exceed $250. The infraction bail is established by the current Uniform Traffic Infraction Penalty Schedule. For violations of this section, see Vehicle Code § 14601.1(e).

43.  Statutory fine upon first conviction.  Vehicle Code § 14601.3(e).

44.  Pursuant to Vehicle Code § 14610.1(b)(1), a violation of this section is punishable by a fine of no less than $250 and not more than $1,000 and 24 hours of community service. No part of the fine or community service shall be suspended or waived.

45.  Minimum statutory fine.  Vehicle Code § 21702(e).

46.  The infraction bail is established by the current Uniform Traffic Infraction Penalty Schedule.

47.  Pursuant to Vehicle Code § 23109(e), a person convicted of a violation of this subdivision shall be required to perform 40 hours of community service.

48.  Pursuant to Penal Code §§ 19.8 and 17(d), a violation of Vehicle Code § 23109(c), if charged as an infraction, is punishable by a fine not to exceed $250. Applicable to subdivision (c) only.  The infraction bail is established by the current Uniform Traffic Infraction Penalty Schedule.

49.  Minimum statutory fine.  Vehicle Code § 23112.5(b).

50.  The infraction bail is established by the current Uniform Traffic Infraction Penalty Schedule.

51.  Minimum statutory fine.  Vehicle Code § 24002.5(b). Fine imposed under this section may not be suspended.

52.  Pursuant to Penal Code § 19.8, a violation of Vehicle Code § 27150.1 may be charged as an infraction.  The infraction bail is established by the current Uniform Traffic Infraction Penalty Schedule.

53.  Minimum statutory fine.  Vehicle Code § 31404.

54.  Minimum statutory fine.  Vehicle Code § 31402(b).

55.  1st, 2nd, and 3rd or subsequent violations. Pursuant to Vehicle Code § 34501(c), a first offense is punishable by a fine of $1,000, a second offense by a fine of $2,500, and a third offense by a fine of $5,000.

56.  Vehicle Code § 40000.23 provides: "A violation ... is a misdemeanor and not an infraction: [¶] ... [¶] (c) … except in case of weight violations where the amount of excess weight is less than 4,501 pounds."

57.  Minimum statutory fine.  Vehicle Code § 38320(c).

58.  Pursuant to Penal Code §§ 19.8 and 17(d), a violation of subdivision (a) or (b) of Vehicle Code § 40508, if charged as an infraction, is punishable by a fine not to exceed $250. The infraction bail is established by the current Uniform Traffic Infraction Penalty Schedule.

**Exhibit E - 200**

Pursuant to Vehicle Code § 40508.5(a), an additional $15 assessment is required.

59.  Pursuant to Penal Code §§ 19.8 and 17(d), a violation of Vehicle Code § 42005(i), if charged as an infraction, is punishable by a fine not to exceed $250. The infraction bail is established by the current Uniform Traffic Infraction Penalty Schedule.

60.  Vehicle Code § 42030(d) provides: "[T]he court may exercise discretion with respect to the imposition of the fine under this section if any applicable local permit was obtained prior to the court hearing and, at the time of issuance of the notice to appear, the motor carrier was transporting construction equipment or materials and a valid extra-legal load permit from the Department of Transportation was in effect."

Pursuant to Vehicle Code § 40000.23: "A violation ... is a misdemeanor and not an infraction: [¶] ... [¶] (c) … except in case of weight violations where the amount of excess weight is less than 4,501 pounds."

61.  Fish and Game Code § 12000 provides: "(a) Except as expressly provided otherwise in this code, any violation of this code, or of any rule, regulation, or order made or adopted under this code, is a misdemeanor. [¶] (b) Notwithstanding subdivision (a), any person who violates any of the statutes or regulations [listed in Fish and Game Code § 12000(b)] is guilty of an infraction punishable by a fine of not less than … ($100) and not to exceed … ($1,000), or of a misdemeanor[.]"

Pursuant to Fish and Game Code § 12021, an additional penalty of  $15 shall be added to a fine, penalty or forfeiture imposed for a violation in a single proceeding. However, the $15 additional penalty does not apply to violations punishable pursuant to Fish and Game Code § 12002.1(b) or 12002.2(b), or any regulation relating to the wearing or display of a fishing license.

62.  Pursuant to Public Resource Code § 5008.7, a mandatory fine of not less than $100 nor more than $1,000 upon a first conviction for a violation of any rule or regulation adopted by the Department of Parks and Recreation prohibiting the leaving, depositing, dropping, or scattering of bottles, broken glass, ashes, wastepaper, cans, or other rubbish in a state park; a mandatory fine of not less than $500 nor more than $1,000 upon a second conviction; and a mandatory fine of not less than $750 nor more than $1,000 upon a third or subsequent conviction.

63.  For each parking citation, a surcharge of five dollars ($5) shall be added to the bail provided.

**Exhibit E - 201**

# Exhibit F

## THIRD LOS ANGELES COUNTY EMERGENCY BAIL SCHEDULE MODIFICATION EFFECTIVE [OCTOBER 20, 2020 at 5 p.m.]

### PURPOSE & APPLICATION
This modified Los Angeles County Bail Schedule will take effect *October 20, 2020 at 5 p.m.* and remain in effect until further notice.  This Los Angeles County Emergency Bail Schedule is in response to the COVID-19 pandemic and deemed a temporary modification to both the 2020 Infractions & Misdemeanors Bail Schedule and the 2020 Felony Bail Schedule.

### GENERAL PRINCIPLES OF BAIL ARE STILL APPLICABLE
A court's consideration of the amount of bail in an individual case is governed by mandatory factors identified in the California Constitution: "In setting, reducing or denying bail, the judge or magistrate shall take into consideration the protection of the public, the safety of the victim, the seriousness of the offense charged, the previous criminal record of the defendant, and the probability of his or her appearing at the trial or hearing of the case. Public safety and the safety of the victim shall be the primary considerations." (Cal. Const., art. 1, § 28, subd. (f)(3).) Furthermore, the Penal Code states: *"*In setting bail, reducing, or denying bail, a judge or magistrate shall take into consideration the protection of the public, the seriousness of the offense charged, the previous criminal record of the defendant, and the probability of his or her appearing at trial or at a hearing of the case.  The public safety shall be the primary consideration.  In setting bail, a judge or magistrate may consider factors such as the information included in a report prepared in accordance with Section 1318.1."  (Pen. Code, § 1275, subd. (a)(1).)

### GENERAL RULE
As a rule, the bail for all infraction, misdemeanor, and felony offenses will be set at $0, with the exception of the offenses listed below:

### MISDEMEANOR EXCEPTIONS
Bail for the offenses listed below shall be set within the discretion of the bench officer utilizing the 2020 Infractions & Misdemeanors Bail Schedule as a guide, and in consideration of the facts of the case, the risk to public safety, as well as consideration of the COVID-19 emergency goal of reducing the jail population.

1. Penal Code § 149, Officer Unnecessarily Assaulting or Beating any Person;

2. Penal Code § 166(c)(1), Contempt of Court (Violation of a Stay-Away Order or Protective Order);

3. Penal Code §§ 191.5, 192 & 192.5, Misdemeanor Manslaughter;

4. Penal Code § 243(b), Battery on a Peace Officer;

**Exhibit F - 202**

5.   Penal Code §243(e)(1), Battery on an Intimate Partner (spouse, cohabitant, child's parent, former spouse, fiancé, fiancée, current/prior dating or engagement relationship);

6.    Penal Code § 273.5(a), Domestic Violence;

7.   Penal Code §273.6, Violation of a Court Order, if the detained person made threats to kill or harm, has engaged in violence against, or has gone to the residence or workplace of, the protected party;

8.   Penal Code § 409, Riot, Rout, or Unlawful Assembly; Remaining Present After Warning to Disperse;

9.   Penal Code § 409.5, Authority of Peace Officers to Close Disaster Area; Exclusion from Command Post Area; Unauthorized Entry;

10.   Penal Code § 416, Assembly for Purpose of Disturbing the Peace or Committing Unlawful Act; Refusal to Disperse; Exception (Media);

11.   Penal Code § 417, Exhibiting a Firearm;

12.   Penal Code § 463, Looting During a State of Emergency;

13.   Penal Code § 646.9, Stalking;

14.   Penal Code § 25400, Carrying Concealed Firearm;

15.   Penal Code §§ 29805, 29815, 29820, 29825, Firearm Possession by a Restricted Person (specified conviction offense; in violation of a probation condition; specified offense committed by a juvenile; TRO, injunction, protective order);

16.   Vehicle Code §§ 23152 & 23153, Driving Under the Influence;

17.   Health & Safety Code §120280, Refusal to Comply with Isolation Order;

18.   Health & Safety Code § 120290, Intentional Transmission of an Infectious or Communicable Disease;

19.   Repeat Offenders as set forth below.*

**FELONY EXCEPTIONS**

Bail for the offenses listed below shall be set within the discretion of the bench officer utilizing the 2020 Felony Bail Schedule as a guide, and in consideration of the facts of the case, the risk to public safety, as well as consideration of the COVID-19 emergency goal of reducing the jail population.

1.   Penal Code § 667.5(c), Any Violent Felony;

2.   Penal Code §1192.7(c), Any Serious Felony;

3.   Penal Code § 69, Obstructing or Resisting Executive Officer in Performance of Duties;

4.   Penal Code § 136.1, Witness Intimidation, when punishment is imposed under Penal Code §136.1(c) (accompanied by force or by an express or implied threat of force or violence, in further of a conspiracy, with a prior conviction of this section, or, when committed for pecuniary gain);

5.   Penal Code § 149, Officer Unnecessarily Assaulting or Beating any Person;

6.   Penal Code § 166(c)(1), Violation of a Criminal Protective Order;

7.   Penal Code § 186.11, Any Theft with a Loss Greater than $100,000;

8.   Penal Code § 236.1, Human Trafficking;

9.   Penal Code § 237, False Imprisonment of Elder/Dependent Person;

10.  Penal Code § 243(d), Battery with Serious Bodily Injury;

11.  Penal Code § 243.4, Sexual Battery;

12.  Penal Code § 245(a)(4), Assault by Means of Force Likely to Produce Great Bodily Injury;

13.  Penal Code § 262, Spousal Rape;

14.  Penal Code § 266h, Pimping;

15.  Penal Code § 266i, Pandering;

16.  Penal Code § 273a(a), Child Abuse;

17.  Penal Code § 273.5(a), Domestic Violence;

18.   Penal Code § 278, Child Stealing;

19.   Registerable Offenses listed in Penal Code § 290(c) (Note that a violation of Penal Code § 290 itself would be eligible for $0 bail);

20.   Penal Code § 368, Elder Abuse;

21.   Penal Code § 422, Criminal Threats;

22.   Penal Code § 463, Looting;

23.   Penal Code § 594(b)(1), Vandalism;

24.   Penal Code § 646.9, Stalking;

25.   Penal Code § 4502, Possession of Deadly Weapon by Prison Inmate;

26.   Penal Code §§ 4530/4532, Escape or Attempt by Prison Inmate with or without Force or Violence;

27.   Penal Code § 25400, Carrying Concealed Firearm;

28.   Penal Code §§ 29800, 29805, 29815, 29820, 29825, Firearm Possession by a Restricted Person (felon; specified conviction offense; in violation of a probation condition; specified offense committed by a juvenile; TRO, injunction, protective order);

29.   Penal Code § 31360, Possession of Body Armor by a Restricted Person (Violent Felon);

30.   Vehicle Code § 2800.2, Driving in Willful or Wanton Disregard for Safety of Persons or Property while Fleeing Pursuing Police Officer (Evading);

31.   Vehicle Code §§ 23152 & 23153, Driving Under the Influence;

32.   Repeat Offenders as set forth below.*


**\*REPEAT OFFENDERS**

While released on $0 bail, bail for subsequent separate offense/s during the state of emergency as declared by the Los Angeles County Board of Supervisors and the Department of Public Health, shall be set pursuant to the applicable non-emergency 2020 Infractions & Misdemeanors Bail Schedule, and 2020 Felony Bail Schedule.  This exception does not apply to those whose subsequent separate offense occurs after the original offense is resolved.

**THIRD LOS ANGELES COUNTY EMERGENCY BAIL SCHEDULE MODIFICATION**
**EFFECTIVE [OCTOBER 20, 2020 at 5 p.m.]**

**Exhibit F - 205**

**ABILITY TO DENY BAIL**
Nothing in the Los Angeles County Emergency Bail Schedule restricts the ability of the court to deny bail as authorized by Article I, §12, or § 28(f)(3) of the California Constitution.

**BAIL FOR VIOLATIONS OF POST-CONVICTION SUPERVISION**
Under the Los Angeles County Emergency Bail Schedule, bail for violations of misdemeanor probation, whether the arrest is with or without a bench warrant, may be set at $0, unless the charges include at least one of the misdemeanor exceptions set forth above.  If a misdemeanor exception applies, bail may be set pursuant to the non-emergency 2020 Infractions & Misdemeanors Bail Schedule.

Bail for all violations of felony probation, parole, post-release community supervision, or mandatory supervision may be set in accord with this Los Angeles County Emergency Bail Schedule ($0), unless either the charges of conviction or any new criminal charge or arrest is for a felony exception (see above), in which case bail may be set as the greater of the bail associated with the charges of conviction or the bail associated with any new criminal charge or arrest, when the alleged violation of supervision involves new alleged criminal conduct. Nothing in this Emergency Bail Schedule shall affect the hold that can be placed by a supervising agency pursuant to Penal Code §§ 3056, 3455.  Felony exceptions are subject to bail set at the amount(s) listed in the court's non-emergency 2020 Felony Bail Schedule and may include enhancements.

**BAIL FOR ARREST WARRANTS**
Bail for arrest warrants should be set utilizing the 2020 Felony Bail Schedule and/or the 2020 Infractions & Misdemeanors Bail Schedule as appropriate.

Exhibit F - 206

# Exhibit G

**MEMORANDUM OF UNDERSTANDING**

**ON PRETRIAL ASSESSMENT INTERVIEW CONFIDENTIALITY**

**FOR THE LOS ANGELES PRETRIAL RELEASE PILOT PROGRAM**

BETWEEN

THE LOS ANGELES COUNTY PROBATION DEPARTMENT,

THE LOS ANGELES COUNTY DISTRICT ATTORNEY,

THE LOS ANGELES COUNTY PUBLIC DEFENDER,

THE LOS ANGELES COUNTY ALTERNATE PUBLIC DEFENDER,

THE LOS ANGELES CITY ATTORNEY,

AND

THE LOS ANGELES COUNTY BAR ASSOCIATION

INDIGENT CRIMINAL DEFENSE APPOINTMENTS PROGRAM

**I.     Introduction**

The Superior Court of the County of Los Angeles ("Superior Court") and the County of Los Angeles ("County") recognize the need for cooperation in ensuring public safety and future court appearances for pretrial arrestees and defendants, as well as providing due process and needed services to those individuals facing potential detention before and during arraignment. The Superior Court applied for funding from the Judicial Council of California ("Judicial Council") for the proposed Los Angeles Pretrial Release Pilot Program ("Pilot"). The Judicial Council awarded the Superior Court funding to conduct the Pilot on August 9, 2019. The Superior Court developed the Pilot in consultation with County partners, including the Los Angeles County Probation Department ("Probation Department"), the Los Angeles County District Attorney ("District Attorney"), the Los Angeles County Public Defender ("Public Defender"), the Los Angeles County Alternate Public Defender ("Alternate Public Defender"), the Los Angeles County Counsel ("County Counsel"), the Los Angeles City Attorney ("City Attorney") and with the Los Angeles County Bar Association Indigent Criminal Defense Appointments Program ("ICDA"). The Pilot, as developed, will require staff or contractors of the Probation Department to interview defendants for a dynamic risk and needs assessment, the Criminal Court Assessment Tool ("C-CAT"). The Probation Department also intends to replace its current dynamic risk assessment tool with the C-CAT for use in the existing pre-arraignment Bail Deviation Program

**Exhibit G - 207**

and for post-arraignment interviews at non-Pilot court locations. This Memorandum of Understanding ("MOU") establishes the terms of use of the information that the Probation Department receives from a defendant during the pretrial assessment interview.

## II. Purpose

All parties understand that the successful implementation of the Pilot requires accurate assessments of risk and needs for defendants at arraignment. The Pilot must provide eligible defendants the opportunity to participate and to respond truthfully and completely to the C-CAT Defendant Interview questions. To fulfill these requirements, the Probation Department, District Attorney, City Attorney, Public Defender, Alternate Public Defender, and ICDA agree to respect the confidentiality of the interview process and the information obtained in the interview process, which is only intended for use to complete the C-CAT and ensure public safety.

## III. Assessment Interview Workgroup

A representative from each of the Probation Department, District Attorney, City Attorney, Public Defender, Alternate Public Defender, and ICDA will comprise the Assessment Interview Workgroup ("Workgroup"). The Workgroup will ensure compliance with the duties and responsibilities set forth in this MOU. Any concerns regarding the integrity of the assessment interview process will be noticed to the Workgroup. The Workgroup will ensure that associated personnel receive appropriate training. All parties agree that participation in the Workgroup does not necessarily constitute an endorsement of the use or efficacy of risk assessment tools.

## IV. Responsibilities

A. The Probation Department will:

- Conduct an interview of all eligible or participating defendants transported to Clara Shortridge Foltz Criminal Justice Center Departments 30, 40, and 48 for arraignment, except for defendants charged with a crime on the excluded list (See Appendix A) who the Probation Department will not interview unless defense counsel requests it (See IV.C.);

- Replace its existing risk assessment tool with the C-CAT for use in the existing pre-arraignment Bail Deviation Program and for post-arraignment interviews at non-Pilot court locations;

- Ask only those interview questions required to complete the C-CAT;

- Include in the Interviewer Notes section of the C-CAT only that information deemed necessary to clarify the defendant's responses in the Defendant Interview section;

Exhibit G - 208

- Refrain from disclosing any information obtained during the C-CAT Defendant Interview that is not necessary for the completion of the C-CAT;

- Provide defense counsel with an opportunity to review the completed C-CAT Report prior to its publication to the court and, upon objection by defense counsel, not release the results to the court or any other party;

  o If defense counsel objects to the release of the results of the C-CAT, the Probation Department will retain the C-CAT Report and Interviewer Notes and shall not disclose except upon court order; and

  o If defense counsel makes a motion to release a defendant on their own recognizance or makes a motion to reduce bail, the Probation Department will promptly release the C-CAT Report to all parties and the court will consider it.

B. The District Attorney and City Attorney will:

- Refrain from introducing any statement included in the completed C-CAT Interview Notes and Report as evidence in any proceeding except arraignment and any subsequent request for release on own recognizance or reduction in bail; and

- Refrain from issuing subpoenas for the disclosure of any information that the Probation Department receives from a defendant during the C-CAT Defendant Interview that is not included in the completed C-CAT Report.

C. The Public Defender, Alternate Public Defender, and ICDA will:

- Timely notify the Probation Department when defense counsel for a client charged with a crime or allegation contained in Appendix A requests that the Probation Department conduct the C-CAT for the client.

## V.    Term

The term of this MOU will commence upon execution by all involved parties. The term of this MOU will terminate when the Pilot is concluded, not later than June 30, 2021. This MOU may be terminated at any time without cause by any party upon thirty days' prior written notice to the other parties. With respect to the replacement of the Probation Department's existing risk assessment tool with the C-CAT for the existing pre-arraignment Bail Deviation Program and for post-arraignment interviews at non-Pilot court locations, this MOU will not expire with the

Exhibit G - 209

conclusion of the Pilot. The confidentiality of any statement made by a defendant during the interview process survives the conclusion of the Pilot and shall be governed by the terms of this MOU after the expiration of the Pilot.

## VI. Notices

Any notice required or permitted to be given under the terms of this MOU shall be in writing and delivered by overnight mail and email. Notices shall be sent to the following persons:

David Grkinich
Bureau Chief, Pretrial Services Bureau
Los Angeles County Probation Department
9150 Imperial Highway, Room A105
Downey, California 90242
david.grkinich@probation.lacounty.gov

John Colello
Special Assistant, Office of the Chief Deputy
Los Angeles County District Attorney's Office
Hall of Justice
211 West Temple Street, Suite 1200
Los Angeles, California 90012
jcolello@da.lacounty.gov

Ramon Quintana
Division Chief
Los Angeles County Public Defender's Office
210 West Temple Street, 19th Floor
Los Angeles, California 90012
rquintana@pubdef.lacounty.gov

Kelly Buck
Division Chief
Los Angeles County Alternate Public Defender's Office
3655 Torrance Boulevard, Suite 490
Torrance, California 90503
kbuck@apd.lacounty.gov

**Exhibit G - 210**

Mary Clare Molidor
Branch Chief
Los Angeles City Attorney's Office
200 North Main Street, 9th Floor
Los Angeles, CA 90012
mc.molidor@lacity.org

Ezekiel P. Perlo
Directing Attorney
Indigent Criminal Defense Appointments Program
Los Angeles County Bar Association
1055 West 7th Street, Suite 2600
Los Angeles, California 90017
eperlo@lacba.org

## VII. Amendments

Amendments to the MOU will require consensus of the Probation Department, District Attorney,
City Attorney, Public Defender, Alternate Public Defender, and ICDA on the proposed changes.
Any amendment must be in writing and approved as to form by County Counsel. Any
amendment to the MOU will require a new signature page verifying the understanding of the
changes. Any amendment to the MOU will be noticed to all affected County and Superior Court
personnel.

//

//

//

//

//

//

//

//

//

//

The persons signing this MOU represent that they are authorized to bind the parties.

On behalf of the Los Angeles County Probation Department:


_____          _____
RAYMOND LEYVA, Interim                                                    Date
Chief Probation Officer
County of Los Angeles


On behalf of the Los Angeles County District Attorney:


_____          _____
JACKIE LACEY                                                             Date
District Attorney
County of Los Angeles


On behalf of the Los Angeles County Public Defender:


_____          _____
RICARDO D. GARCIA                                                        Date
Public Defender
County of Los Angeles


On behalf of the Los Angeles County Alternate Public Defender:


_____          _____
ERIKA ANZOATEGUI                                                         Date
Alternate Public Defender
County of Los Angeles

**Exhibit G - 212**

On behalf of the Los Angeles City Attorney:

_____          _____
MIKE FEUER                                                          Date
City Attorney
City of Los Angeles

On behalf of the
Los Angeles County Bar Association Indigent Criminal Defense Appointments Program:

_____          _____
EZEKIEL P. PERLO                                                    Date
Directing Attorney
Indigent Criminal Defense Appointments Program
Los Angeles County Bar Association

APPROVED AS TO FORM:

_____          _____
MARY C. WICKHAM                                                     Date
County Counsel
County of Los Angeles

Exhibit G - 213

# APPENDIX A

## Excluded Crimes

| Code Section | Crime | Penalty |
|---|---|---|
| PC 37 | Treason | Death |
| PC 128 | Perjury causing execution of innocent person | Death |
| PC 187(a) | Murder – unspecified | 25 – Life |
| PC 187(a) | Murder 1st degree | 25 – Life |
| PC 187(a) | Attempted murder – w/premeditation | Life |
| PC 187(a) | Attempted murder – w/premeditation of police | 15 – Life |
| PC 187(a) | Murder 2nd degree | 15 – Life |
| PC 187(a) | Attempted murder – w/o premeditation of police | Life |
| PC 190.25 | Murder – 1st degree of transit employee | LWOP |
| PC 190.5(b) | Murder – 1st degree/defendant age 16 to 17 years | LWOP |
| PC 191.5(d) | Vehicular manslaughter – intox w/gross neg & prior | 15 – Life |
| PC 205 | Aggravated mayhem | Life |
| PC 206 | Torture | Life |
| PC 209(a) | Kidnapping – ransom/reward/extortion | Life |
| PC 209(a) | Kidnapping – ransom/reward/extortion w/inj | LWOP |
| PC 209(b)(1) | Kidnapping – robbery or sex offense | Life |
| PC 209.5(a) | Kidnapping – commission of carjacking | Life |
| PC 217.1(b) | Attempted murder of public official | 15 – Life |
| PC 218 | Derailing or wrecking of train | LWOP |
| PC 219 | Wrecking train or firing bridge | LWOP |
| PC 219 | Wrecking train or firing bridge w/death | Death |
| PC 220(b) | Assault to commit sex crime/1st deg burg | Life |
| PC 236.1(c)(2) | Human trafficking vic <18yrs w/intent/sex act/force | 15 – Life |
| PC 269(a)(1) | Aggravated sexual assault of child – rape | 15 – Life |
| PC 269(a)(2) | Aggravated sexual assault of child – concert | 15 – Life |
| PC 269(a)(3) | Aggravated sexual assault of child – sodomy | 15 – Life |
| PC 269(a)(4) | Aggravated sexual assault of child – oral cop | 15 – Life |
| PC 269(a)(5) | Aggravated sexual assault of child – sex pen | 15 – Life |
| PC 273ab(a) | Assault on child <8y with GBI causing death | 30 – Life |
| PC 273ab(b) | Assault of child <8y with GBI causing coma | Life |
| PC 288(a) | Lewd act on child <14yrs with bodily injury | Life |
| PC 288(i) | Lewd act on child <14yrs with bodily injury | Life |
| PC 288.7(a) | Sex int/sodomy with child 10yrs or younger | 25 – Life |
| PC 288.7(b) | Oral cop/sex pen and child 10yrs or younger | 15 – Life |
| PC 451.5 | Aggravated arson | 10 – Life |
| PC 4500 | Assault with deadly weapon by life prisoner | Life |
| PC 4500 | Assault w/deadly weapon by life prisoner/death | Death |
| PC 11418(b)(1) | Use weapon of mass destruction causing injury | Life |
| PC 11418(b)(2) | Use weapon of mass destruction causing death | LWOP |

| PC 18745 | Explode destructive device with intent to murder | Life |
| PC 18755(a) | Explode destructive device causing death | LWOP |
| PC 18755(b) | Explode destructive device causing mayhem/GBI | Life |

## Excluded Enhancements

| Code Section | Crime | Penalty |
| --- | --- | --- |
| PC 186.22(b)(4)(B) | Enhance – gang related specified offenses | Life |
| PC 186.22(b)(4)(C) | Enhance – gang related extortion/witness threats | Life |
| PC 186.22(b)(5) | Enhance – gang felony conv w/ life sentence | Life |
| PC 190(c) | Murder – 2nd degree of peace officer on duty | LWOP |
| PC 190(d) | Murder – 2nd degree during drive by shooting | 20 – Life |
| PC 190.03(a) | Murder – 1st degree/disability/gender/sex orient | LWOP |
| PC 190.05(a) | Murder – 2nd degree/prior murder conviction | LWOP |
| PC 190.2(a)(1) | Murder 1st special – for financial gain | Death |
| PC 190.2(a)(2) | Murder 1st special – prior murder conviction | Death |
| PC 190.2(a)(3) | Murder 1st special – multiple victims | Death |
| PC 190.2(a)(4) | Murder 1st special – use of explosive | Death |
| PC 190.2(a)(5) | Murder 1st special – to avoid arrest or escape | Death |
| PC 190.2(a)(6) | Murder 1st special – mailed explosive device | Death |
| PC 190.2(a)(7) | Murder 1st special – on duty peace officer | Death |
| PC 190.2(a)(8) | Murder 1st special – on duty federal officer | Death |
| PC 190.2(a)(9) | Murder 1st special – on duty firefighter | Death |
| PC 190.2(a)(10) | Murder 1st special – to prevent testimony | Death |
| PC 190.2(a)(11) | Murder 1st special – prosecutor | Death |
| PC 190.2(a)(12) | Murder 1st special – judge | Death |
| PC 190.2(a)(13) | Murder 1st special – gov't official | Death |
| PC 190.2(a)(14) | Murder 1st special – exceptional depravity | Death |
| PC 190.2(a)(15) | Murder 1st special – lying in wait | Death |
| PC 190.2(a)(16) | Murder 1st special – motivated by race/religion | Death |
| PC 190.2(a)(17) | Murder 1st special – during commission of felony | Death |
| PC 190.2(a)(18) | Murder 1st special – torture involved | Death |
| PC 190.2(a)(19) | Murder 1st special – poison used | Death |
| PC 190.2(a)(20) | Murder 1st special – juror | Death |
| PC 190.2(a)(21) | Murder 1st special – drive by shooting | Death |
| PC 190.2(a)(22) | Murder 1st special – gang related | Death |
| PC 667.51(c) | Enhance – 288/288.5 conv w/2+ sex priors | 15 – Life |
| PC 667.61(a) | Life for sex offense | 25 – Life |
| PC 667.61(b) | Life for sex offense | 15 – Life |
| PC 667.61(j)(1) | LWOP for sex offense vic <14 yrs | LWOP |
| PC 667.61(j)(2) | Life for sex offense vic <14 yrs | 25 – Life |
| PC 667.61(l) | LWOP for sex offense vic <14-17 yrs | LWOP |
| PC 667.61(m) | Life for sex offense vic <14-17 yrs | 25 – Life |
| PC 667.7(a)(1) | Habitual offender with 2 prior prison terms | 20-life |
| PC 667.7(a)(2) | Habitual offender with 3+ prior prison terms | LWOP |
| PC 667.71(b) | Habitual sexual offender | 20-life |
| PC 667.75 | Drug offender with 2+ prior prison terms for drugs | 17-life |

**Exhibit G - 215**

The persons signing this MOU represent that they are authorized to bind the parties.

On behalf of the Los Angeles County Probation Department:

_____          _____
RAYMOND LEYVA, Interim                                                Date
Chief Probation Officer
County of Los Angeles

On behalf of the Los Angeles County District Attorney:

_____          _____
JACKIE LACEY                                                         Date
District Attorney
County of Los Angeles

On behalf of the Los Angeles County Public Defender:

_____          _____
RICARDO D. GARCIA                                                    Date
Public Defender
County of Los Angeles

On behalf of the Los Angeles County Alternate Public Defender:

_____          _5-19-2020_____
ERIKA ANZOATEGUI                                                     Date
Alternate Public Defender
County of Los Angeles

The persons signing this MOU represent that they are authorized to bind the parties.

On behalf of the Los Angeles County Probation Department:

RAYMOND LEYVA,
Interim Chief Probation Officer
County of Los Angeles

5-27-20

Date

On behalf of the Los Angeles County District Attorney:

JACKIE LACEY
District Attorney
County of Los Angeles

Date

On behalf of the Los Angeles County Public Defender:

RICARDO D. GARCIA
Public Defender
County of Los Angeles

Date

On behalf of the Los Angeles County Alternate Public Defender:

ERIKA ANZOATEGUI
Alternate Public Defender
County of Los Angeles

Date

Exhibit G - 217

01/29/2020

The persons signing this MOU represent that they are authorized to bind the parties.

On behalf of the Los Angeles County Probation Department:

_____                    _____
RAYMOND LEYVA, Interim                            Date
Chief Probation Officer
County of Los Angeles

On behalf of the Los Angeles County District Attorney:

_____                    _____
JACKIE LACEY                                      Date
District Attorney
County of Los Angeles

On behalf of the Los Angeles County Public Defender:

_____                    6·17·2020
RICARDO D. GARCIA                                 _____
Public Defender                                   Date
County of Los Angeles

On behalf of the Los Angeles County Alternate Public Defender:

_____                    _____
ERIKA ANZOATEGUI                                  Date
Alternate Public Defender
County of Los Angeles

HOA.102721179.2                   **CONFIDENTIAL**
                    Attorney-Client Privilege | Attorney Work Product

**Exhibit G - 218**

On behalf of the Los Angeles City Attorney:

_____                    _5/21/20_____

MIKE FEUER                                                              Date
City Attorney
City of Los Angeles

On behalf of the
Los Angeles County Bar Association Indigent Criminal Defense Appointments Program:

_____                    _____

EZEKIEL P. PERLO                                                    Date
Directing Attorney
Indigent Criminal Defense Appointments Program
Los Angeles County Bar Association

APPROVED AS TO FORM:

_____                    _____

MARY C. WICKHAM                                               Date
County Counsel
County of Los Angeles

Exhibit G - 219

On behalf of the Los Angeles City Attorney:

_____          _____
                                                                                        Date
MIKE FEUER
City Attorney
City of Los Angeles

On behalf of the
Los Angeles County Bar Association Indigent Criminal Defense Appointments Program:

*[signature]*          7-1-20
_____          _____
EZEKIEL P. PERLO                                                              Date
Directing Attorney
Indigent Criminal Defense Appointments Program
Los Angeles County Bar Association

APPROVED AS TO FORM:

                    _____          _____
                    MARY C. WICKHAM                                                      Date
                    County Counsel
                    County of Los Angeles

Exhibit G - 220

On behalf of the Los Angeles City Attorney:

_____          _____
MIKE FEUER                                                                         Date
City Attorney
City of Los Angeles

On behalf of the
Los Angeles County Bar Association Indigent Criminal Defense Appointments Program:

_____          _____
EZEKIEL P. PERLO                                                                   Date
Directing Attorney
Indigent Criminal Defense Appointments Program
Los Angeles County Bar Association

APPROVED AS TO FORM:

FOR                                                            6/17/2020
          MARY C. WICKHAM                                                          Date
          County Counsel
          County of Los Angeles

Exhibit G - 221

# Exhibit H

## MEMORANDUM OF AGREEMENT

### BETWEEN

## THE SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES

### AND

## THE COUNTY OF LOS ANGELES

## FOR THE LOS ANGELES PRETRIAL RELEASE PILOT PROGRAM

### I.  Introduction

The Superior Court of California, County of Los Angeles ("Court") and the County of Los Angeles ("County") acknowledge the need to collaborate to implement, operate, and evaluate programs and efforts related to pretrial decision-making. To that end, the Court and the County will work together on the Los Angeles Pretrial Release Pilot Program ("Pilot").

The Court applied for funding from the Judicial Council of California ("Judicial Council") for the proposed Pilot. On August 9, 2019, the Judicial Council awarded the Court funding to conduct the Pilot.

The Pilot will require significant contributions from the County, including resources for pretrial assessment services and the supervision and monitoring of arrestees and defendants pending trial, and from the Court, including resources for judicial officers and information technology infrastructure. This Memorandum of Agreement ("MOA") outlines the Court's and the County's responsibilities and ensures that the Court will reimburse the County for the expenditures incurred to carry out its responsibilities as set forth below.

### II.  Responsibilities

    A.  The Court will:

- Administer the grant award from the Judicial Council, including reimbursing the County on a quarterly basis for expenditures incurred to carry out its responsibilities;

- Validate the static (Public Safety Assessment, PSA) and dynamic (Criminal Court Assessment Tool, C-CAT) pretrial risk assessment instruments with local historical data;

- Provide the County the local historical data and the results of the validation studies of the PSA and C-CAT and program data to evaluate the process and outcomes of the Pilot;

- Implement and maintain necessary information technology systems to deliver pretrial risk assessment reports to judicial officers prearraignment and to

**Exhibit H - 222**

deliver subsequent release decisions to law enforcement agencies, including the Los Angeles County Probation Department (Probation);

- Work with law enforcement agencies to develop and implement training regarding the automated pretrial risk assessment and the subsequent release or detention process;

- Assign and train judicial officers to make prearraignment release decisions based on pretrial risk assessment results provided by the County;

- Provide training to judicial officers assigned to make release decisions at arraignment at the Clara Shortridge Foltz Criminal Justice Center; and

- If deemed necessary and appropriate and with the agreement of the County, contract for supervised release services that Probation would be responsible for managing.

B.     The County will:

- Administer the PSA for all arrestees countywide when a booking number is pulled and maintain the resulting data;

- Provide necessary support for the Court-funded development, implementation, and maintenance of information systems necessary to store all pretrial risk assessment data obtained prearraignment and at arraignment;

- Communicate the Court's pretrial release decisions to local law enforcement agencies until the Court can submit this information electronically;

- Fulfill the terms of pretrial supervision that a judicial officer imposes as conditions of release from the agreed upon menu of services and conditions;

- Report data required by the Court to meet the requirements of the grant, as outlined in the application for grant funding;

- Submit claims for reimbursement of actual expenditures incurred to carry out the County's responsibilities to the Court quarterly, no later than 30 days after the close of each quarter. Such expenditures shall not exceed the amounts indicated in Attachment A to this MOA; and

- Comply with all audits of the Court, Judicial Council, or external auditors and provide documentation as requested.

### III. Term

The term of this MOA will commence upon execution by both parties. The term of this MOA will end when the funding from the Judicial Council awarded for the Pilot is fully expended, but no later than June 30, 2021. This MOA may be terminated at any time without cause by either party upon giving at least 30 days prior written notice to the other party.

### IV. Funding

Performance under this MOA is contingent upon the Judicial Council awarding the Court grant funding for the Pilot as set forth in its August 9, 2019 award notice.

The Court will reimburse the County the amounts specified in the final pilot program budget as specified in the Intrabranch Agreement between the Judicial Council and Court pursuant to this program, as reflected in Attachment A. Program services will cease on June 30, 2021, while pilot activities may continue until December 31, 2021, as the budget allows (e.g., to support reporting activities and completion of deliverables). County will submit an estimate of projected expenses on or before May 15, 2021. No reimbursement will be made for services to arrestees and defendants who enter the program after June 30, 2021. No reimbursement will be made for expenses incurred after December 31, 2021. No billing will be accepted after January 15, 2022, to ensure sufficient time for the Court to reconcile the allocation of funds from the Judicial Council to final program expenditures.

If the Judicial Council, its auditors, or other auditors disallow any expenses, the Court will inform the County and direct it to return the disallowed amount to the Court. The Court will add the amount to any payment due to the County or that may become due to the County.

Exhibit H - 224

## V.    Notices

Any notice required or permitted to be given under the terms of this MOA shall be in writing and
delivered by overnight mail and email. Notices shall be sent to the following persons:

> Timothy J. Kral
> Principal Deputy County Counsel
> 211 West Temple Street, 8th Floor
> Los Angeles, California 90012
> tkral@counsel.lacounty.gov

> Craig M. Hoetger
> Senior Deputy County Counsel
> 653 Kenneth Hahn Hall of Administration
> 500 West Temple Street
> Los Angeles, California 90012
> choetger@counsel.lacounty.gov

> Bryan Borys
> Director, Research and Data Management
> Superior Court of California, County of Los Angeles
> 111 North Hill Street, Room 105E
> Los Angeles, California 90012
> bborys@lacourt.org

## VIII.  Amendments

Amendments to the MOA will require agreement by both the County and the Court.
Amendments to the MOA must be in writing and approved as to form by County Counsel and
Court Counsel. Amendments to the MOA will require a new signature page verifying agreement
and acknowledgment of the changes. The parties will promptly notify all affected County and
Court personnel of amendments to the MOA.

**Exhibit H - 225**

The persons signing this MOA represent that they are authorized to bind their respective parties.

On behalf of the SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES:

_____          _____2-27-20_____
SHERRI R. CARTER                          Date
Executive Officer/Clerk of Court
Superior Court of California, County of Los Angeles

On behalf of the COUNTY OF LOS ANGELES:

_____          _____2-27-20_____
RAY LEYVA                                 Date
Interim Chief Probation Officer

APPROVED AS TO FORM:

_____          _____
IVETTE PEÑA                               MARY C. WICKHAM
Chief Deputy, Legal Services/Court Counsel   County Counsel
Superior Court of California, County of Los Angeles   County of Los Angeles

_____2/27/2020_____                   _____2-26-20_____
Date                                      Date

HOA.102747034.5                                            Page 5 of 5

**Exhibit H - 226**

| Attachment A<br>Pretrial Pilot Program<br>Superior Court of California, County of Los Angeles<br>Budget | |
|---|---|
| Agency / Contractor | Amount |
| County of Los Angeles Probation Department | 15,581,304 |
| Information Systems Advisory Body (ISAB)  /<br>Superior Court of California, County of Los Angeles  (1) | 1,600,000 |
| Total | $ 17,181,304 |

(1) Costs may be interchangeable between Los Angeles County  and Superior Court of California, County of Los Angeles.

# Exhibit I



# JUDICIAL COUNCIL OF CALIFORNIA

455 Golden Gate Avenue
San Francisco, CA 94102-3688
Tel 415-865-4200
TDD 415-865-4272
Fax 415-865-4205
www.courts.ca.gov

HON. TANI G. CANTIL-SAKAUYE
*Chief Justice of California*
*Chair of the Judicial Council*

HON. MARSHA G. SLOUGH
*Chair, Executive and Planning Committee*

HON. DAVID M. RUBIN
*Chair, Judicial Branch Budget Committee*
*Chair, Litigation Management Committee*

HON. MARLA O. ANDERSON
*Chair, Legislation Committee*

HON. HARRY E. HULL, JR.
*Chair, Rules Committee*

HON. KYLE S. BRODIE
*Chair, Technology Committee*

Hon. Richard Bloom
Hon. C. Todd Bottke
Hon. Stacy Boulware Eurie
Hon. Kevin C. Brazile
Hon. Jonathan B. Conklin
Hon. Carol A. Corrigan
Hon. Samuel K. Feng
Hon. Brad R. Hill
Ms. Rachel W. Hill
Hon. Harold W. Hopp
Mr. Patrick M. Kelly
Hon. Dalila Corral Lyons
Ms. Gretchen Nelson
Mr. Maxwell V. Pritt

ADVISORY MEMBERS
Hon. Thomas A. Delaney
Ms. Nancy CS Eberhardt
Ms. Rebecca Fleming
Hon. Carin T. Fujisaki
Mr. Kevin Harrigan
Hon. Joyce D. Hinrichs
Mr. Shawn C. Landry
Hon. Glenn Mondo
Hon. Ann C. Moorman

MR. MARTIN HOSHINO
*Administrative Director*
*Judicial Council*

January 1, 2021

Chair, Senate Committee on Budget and Fiscal Review
Chair, Joint Legislative Budget Committee
State Capitol, Room 5019
Sacramento, California 95814

Chair, Assembly Committee on Budget
Vice-Chair, Joint Legislative Budget Committee
State Capitol, Room 6026
Sacramento, California 95814

Ms. Keely Bosler, Director
California Department of Finance
915 L Street
Sacramento, California 95814

Re: *Pretrial Pilot Program: Report to the Legislature* (January 2021), as required under the Budget Act of 2019

Dear Committee Chairs and Ms. Bosler:

Pursuant to the Budget Act of 2019 (Assem. Bill 74; Stats. 2019, ch. 23), the Judicial Council is submitting *Pretrial Pilot Program: Report to the Legislature* (January 2021) on the activities of the Judicial Council's Pretrial Pilot Program between July and December 2020, as well as select data on pretrial risk assessments conducted since the start of the program.

If you have any questions related to this report, please contact Shelley Curran, Director, Judicial Council Criminal Justice Services, at 415-865-4013 or shelley.curran@jud.ca.gov.

Sincerely,

Martin Hoshino
Administrative Director
Judicial Council

**Exhibit I - 228**

Committee Chairs
Ms. Keely Bosler
December 8, 2020
Page 2


MH/SC/DMB/ma
Enclosures
cc:   Cara L. Jenkins, Legislative Counsel
      Erika Contreras, Secretary of the Senate
      Sue Parker, Chief Clerk of the Assembly
      Eric Dang, Policy Consultant, Office of Senate President pro Tempore Toni G. Atkins
      Amy Alley, Policy Advisor, Office of Senate President pro Tempore Toni G. Atkins
      Alf Brandt, Senior Counsel, Office of Assembly Speaker Anthony Rendon
      Gabrielle Zeps, Policy Consultant, Office of Assembly Speaker Anthony Rendon
      Anita Lee, Principal Fiscal and Policy Analyst, Legislative Analyst's Office
      Gabriel Petek, Legislative Analyst, Legislative Analyst's Office
      Jessie Romine, Budget Analyst, Department of Finance
      Margie Estrada, Chief Counsel, Senate Judiciary Committee
      Mary Kennedy, Chief Counsel, Senate Public Safety Committee
      Christopher Francis, Consultant, Senate Budget and Fiscal Review Committee
      Shaun Naidu, Consultant, Senate Appropriations Committee
      Hans Hemann, Principal Consultant, Joint Legislative Budget Committee
      Eric Csizmar, Consultant, Senate Republican Policy Office
      Morgan Branch, Consultant, Senate Republican Policy Office
      Matt Osterli, Consultant, Senate Republican Fiscal Office
      Alison Merrilees, Chief Counsel, Assembly Judiciary Committee
      Gregory Pagan, Chief Counsel, Assembly Public Safety Committee
      Jennifer Kim, Consultant, Assembly Budget Committee
      Jay Dickenson, Chief Consultant, Assembly Appropriations Committee
      Kimberly Horiuchi, Principal Consultant, Assembly Appropriations Committee
      Lyndsay Mitchell, Consultant, Assembly Republican Office of Policy & Budget
      Gary Olson, Consultant, Assembly Republican Office of Policy & Budget
      Daryl Thomas, Consultant, Assembly Republican Office of Policy & Budget
      Amy Leach, Minute Clerk, Office of Assembly Chief Clerk
      Fran Mueller, Deputy Director, Budget Services, Judicial Council
      Zlatko Theodorovic, Deputy Director, Budget Services, Judicial Council
      Cory T. Jasperson, Director, Governmental Affairs, Judicial Council
      Jenniffer Herman, Administrative Coordinator, Governmental Affairs, Judicial Council

**Exhibit I - 229**



# JUDICIAL COUNCIL OF CALIFORNIA

455 Golden Gate Avenue
San Francisco, CA 94102-3688
Tel 415-865-4200
TDD 415-865-4272
Fax 415-865-4205
www.courts.ca.gov

HON. TANI G. CANTIL-SAKAUYE
*Chief Justice of California*
*Chair of the Judicial Council*

HON. MARSHA G. SLOUGH
*Chair, Executive and Planning Committee*

HON. DAVID M. RUBIN
*Chair, Judicial Branch Budget Committee*
*Chair, Litigation Management Committee*

HON. MARLA O. ANDERSON
*Chair, Legislation Committee*

HON. HARRY E. HULL, JR.
*Chair, Rules Committee*

HON. KYLE S. BRODIE
*Chair, Technology Committee*

Hon. Richard Bloom
Hon. C. Todd Bottke
Hon. Stacy Boulware Eurie
Hon. Kevin C. Brazile
Hon. Jonathan B. Conklin
Hon. Carol A. Corrigan
Hon. Samuel K. Feng
Hon. Brad R. Hill
Ms. Rachel W. Hill
Hon. Harold W. Hopp
Mr. Patrick M. Kelly
Hon. Dalila Corral Lyons
Ms. Gretchen Nelson
Mr. Maxwell V. Pritt

ADVISORY MEMBERS
Hon. Thomas A. Delaney
Ms. Nancy CS Eberhardt
Ms. Rebecca Fleming
Hon. Carin T. Fujisaki
Mr. Kevin Harrigan
Hon. Joyce D. Hinrichs
Mr. Shawn C. Landry
Hon. Glenn Mondo
Hon. Ann C. Moorman

MR. MARTIN HOSHINO
*Administrative Director*
*Judicial Council*

Report title: *Pretrial Pilot Program: Report to the Legislature* (January 2021)

Statutory citation: Budget Act of 2019 (Assem. Bill 74; Stats. 2019, ch. 23)

Date of report: January 1, 2021

The Judicial Council has submitted a report to the Legislature in accordance with the Budget Act of 2019.

The following summary of the report is provided under the requirements of Government Code section 9795.

As part of the Budget Act of 2019, the Legislature allocated a total of $75 million to the Judicial Council to fund the implementation, operation, and evaluation of projects or efforts in at least 10 courts related to pretrial decisionmaking. The Budget Act directed the Judicial Council to administer the program, collect and analyze required data elements to measure the outcomes, and report annually to the Joint Legislative Budget Committee and the Department of Finance.

This is the third legislatively mandated report on the Judicial Council's Pretrial Pilot Program. It details pilot court and Judicial Council activities carried out between July and December 2020, as well as select data on pretrial risk assessments conducted in each of the 16 court projects since the start of the program.

Since the time of the last report, pilot courts have resumed many operations previously impacted by the COVID-19 pandemic; however, the composition of the data being collected under the program continues to be affected by COVID-19, and by state and local court emergency rules adopted in response to the pandemic. From the start of the program through data reported as of October 2020, nearly 53,000 individuals were assessed under these pilot projects.

The full report can be accessed at *http://www.courts.ca.gov/7466.htm*.

A printed copy of the report may be obtained by calling 415-865-8994.

**Exhibit I - 230**



# Pretrial Pilot Program

REPORT TO THE LEGISLATURE

JANUARY 2021



JUDICIAL COUNCIL
OF CALIFORNIA

OPERATIONS AND PROGRAMS DIVISION

CRIMINAL JUSTICE SERVICES

**Exhibit I - 231**

**JUDICIAL COUNCIL OF CALIFORNIA**

**Hon. Tani G. Cantil-Sakauye**
*Chief Justice of California and*
*Chair of the Judicial Council*

**Martin Hoshino**
*Administrative Director*
*Judicial Council*

**OPERATIONS AND PROGRAMS**
**Robert Oyung**
*Chief Operating Officer*

**CRIMINAL JUSTICE SERVICES**
**Shelley Curran**
*Director*

**Martha Wright**
*Manager*

**Deirdre Benedict**
*Supervising Analyst*

**Mairead Ahlbach**
*Primary Author of Report*

**Exhibit I - 232**

# TABLE OF CONTENTS

EXECUTIVE SUMMARY .............................................................................................. 1

INTRODUCTION ..................................................................................................... 2

THE JUDICIAL COUNCIL'S PRETRIAL PILOT PROGRAM ............................................. 2

Background .......................................................................................................... 2

Program Extension ............................................................................................... 3

PILOT COURT ACTIVITIES ...................................................................................... 4

Resuming Court Operations .................................................................................. 4

Program Expenditures .......................................................................................... 5

JUDICIAL COUNCIL ACTIVITIES .............................................................................. 5

Program Administration ....................................................................................... 5

PROGRAM EVALUATION ........................................................................................ 9

Data Reporting and Validation ............................................................................. 9

Preliminary Data and Outcomes ........................................................................... 9

CONCLUSION ...................................................................................................... 20

ATTACHMENTS AND LINKS ................................................................................... 20

**Exhibit I - 233**

**Executive Summary**

As part of the Budget Act of 2019 (Assem. Bill 74; Stats. 2019, ch. 23, item 0250-101-0001, provisions 8–17), the Legislature allocated a total of $75 million to the Judicial Council of California to fund the implementation, operation, and evaluation of two-year projects in trial courts related to pretrial decisionmaking. In August 2019, the Judicial Council approved and distributed funding to the 16 pilot court projects selected for participation in the Pretrial Pilot Program.

The Budget Act directed the Judicial Council to administer the program and report regularly to the Department of Finance and the Joint Legislative Budget Committee. This is the third legislatively mandated report on the Judicial Council's Pretrial Pilot Program. It details program activities carried out between July and December 2020, as well as Judicial Council administrative support for the pilots during this time. It also presents select data on pretrial risk assessments conducted during an earlier period, starting from the implementation date of each court project. Exact date ranges vary based on available data in each pilot during this period.

Since the last report, pilot courts have resumed many operations previously impacted by the COVID-19 pandemic; however, the composition of the data being collected under the program continues to be affected by COVID-19, and by state and local court emergency rules adopted in response to the pandemic. From the start of the program through data reported as of October 2020, nearly 53,000 individuals were assessed by the pilot projects using one of six pretrial risk assessment tools. The preliminary data in this report provide demographic information, risk level, release decision, and supervision level for assessed individuals. The tables also present preliminary data on outcomes in the pretrial period, though data quality for these outcomes is low and will improve when probation department data are joined with that from other county agencies and the California Department of Justice, and when sufficient time has elapsed to observe all individuals through the completion of their pretrial periods.

**Exhibit I - 234**

## Introduction

This report fulfills the legislative mandate of the Budget Act of 2019 (Assem. Bill 74; Stats. 2019, ch. 23, item 0250-101-0001, provisions 8–17), which allocated $75 million to the Judicial Council to fund the implementation, operation, and evaluation of programs related to pretrial decisionmaking in at least 10 trial courts. The Budget Act directed the Judicial Council to administer the program, collect and analyze required data elements to measure outcomes, and report to the Joint Legislative Budget Committee and the Department of Finance. Accordingly, this report presents information on the activities and data collected for the Pretrial Pilot Program from the time of the last report, submitted in July 2020.

## The Judicial Council's Pretrial Pilot Program

As part of the Budget Act of 2019, the Legislature directed the Judicial Council to administer two-year pretrial projects in trial courts. The goals of the Pretrial Pilot Program, as set by the Legislature, are to:

- Increase the safe and efficient prearrangement and pretrial release of individuals booked into jail;
- Implement monitoring practices with the least restrictive interventions necessary to enhance public safety and return to court;
- Expand the use and validation of pretrial risk assessment tools that make their factors, weights, and studies publicly available; and
- Assess any disparate impact or bias that may result from the implementation of these programs.

In carrying out pretrial operations, pilot courts are required to (1) operate under existing law, (2) incorporate prearrangement (or at arraignment, if a hearing is required) judicial officer release decisions that are informed by a risk assessment conducted by county probation departments, and (3) collect and provide data to the Judicial Council for evaluation of the Pretrial Pilot Program.

### Background

In January 2019, the Chief Justice appointed the Pretrial Reform and Operations Workgroup (PROW) and tasked this group with developing recommendations for the application process, selection criteria, and funding allocations for pretrial pilot projects in trial courts, among other duties. Through an extensive request for application and interview process from May to July 2019, the workgroup received over 30 applications to the program, representing approximately $169.64 million in requested funding. At its meeting on August 9, 2019, the Judicial Council approved the allocation of approximately $68.06 million to 16 selected pilot court projects.[1]

---

[1] Superior courts of the following counties were selected for participation in the pilot project: Alameda, Calaveras, Kings, Los Angeles, Modoc, Napa, Nevada-Sierra (as a two-court consortium), Sacramento, San Joaquin, San Mateo, Santa Barbara, Sonoma, Tulare, Tuolumne, Ventura, and Yuba.

2

**Exhibit I - 235**

The Judicial Council's Pretrial Pilot Program is now halfway into its second year of implementation. Pilot courts and their partners used the first year of funding to set up their pretrial operations to comply with the requirements of the program. Courts undertook implementation once funding began and had various official start dates for their projects; all pilots were fully operational by June 30, 2020.

***Program Extension***

To address the impact of the COVID-19 pandemic, the program expenditure and reporting requirements of the Pretrial Pilot Program were extended by Senate Bill 115, which amended the Budget Act of 2019 and the Budget Act of 2020 (Stats. 2020, ch. 40). As originally enacted, the Budget Act of 2019 required that all funds allocated to pilot courts would be available for encumbrance or expenditure until June 30, 2021. The law also required the Judicial Council to provide reports to the Legislature every six months, with a final report describing the implementation and outcomes of the program by July 1, 2022.

Recognizing the impact of the pandemic on the pilots' ability to produce the anticipated number of assessments and release decisions, and to expend the appropriated funding, SB 115 provides the pilot courts with an additional year, until June 30, 2022, to encumber or expend funds allocated to the program. The Judicial Council is required to provide an interim report to the Legislature on July 1, 2022, on select data elements collected in the program, as well as a final report on the program's outcomes no later than July 1, 2023. The law did not appropriate additional funding for the program. Pilot courts interested in extending their pretrial projects must be able to do so with funding from their original approved awards.

The legislature also approved a delay in implementation of Senate Bill 36 (Hertzberg; Stats. 2019, ch. 589), which established validation and reporting requirements for pretrial services agencies using a pretrial risk assessment tool; these requirements are mandatory for all pilot projects. The legislature recognized that it would not be possible for the pilot projects to collect the volume of data necessary to effectively meet the requirements of SB 36 in the original time frame, given the impact of COVID-19 on arrest rates and the subsequent adoption of the statewide COVID-19 Emergency Bail Schedule (Emergency rule 4; repealed effective June 20, 2020) and local emergency bail schedules. The Governor recently signed Assembly Bill 3364 (Committee on Judiciary; Stats. 2020, ch. 36, §§ 35–42) to provide a six-month extension for each of the SB 36 requirements.

Under the extension in AB 3364, pretrial services agencies have until July 1, 2021, to validate their pretrial risk assessment tools. The Judicial Council will be required to publish outcome-based data on its website commencing June 30, 2021, and, commencing January 1, 2023, will be required to provide reports to the courts and the Legislature with recommendations to mitigate bias in pretrial decisionmaking.

**Pilot Court Activities**

As of June 30, 2020, all pretrial projects were fully operational and meeting the implementation requirements of the program[2]:

- A judicial officer is making release decisions prearraignment (or at arraignment if a hearing is required) that are informed by a risk assessment conducted by the county Probation Department for all arrestees booked and detained in jail custody.
- Courts are operating under existing law and individuals continue to post bail in accordance with the local bail schedule.
- If risk assessments were previously carried out by another agency, responsibilities have been fully transitioned to the Probation Department.
- Pretrial operations are serving the entire county, unless the court has received specific approval from the Judicial Council to limit the scope to certain jails or courthouses.
- Courts have not made any local modifications to their chosen risk assessment tools.
- Courts and justice system partners are providing required data to the Judicial Council.

Since June 2020, all pilots have shifted from the implementation phase to enhancing their pretrial operations through data integration efforts; implementation and improvement of court date reminder systems; ongoing training of judicial officers, probation officers, and law enforcement; and maintaining collaboration among the court and its justice system partners. Pilot courts continue to conduct assessments on all individuals booked into jail and report required data elements to the Judicial Council for program evaluation. Preliminary data on assessments conducted under the program and outcomes are provided later in this report.

***Resuming Court Operations***
During this reporting period, pilots began to resume court operations and pretrial implementation activities that had been impacted by the COVID-19 pandemic. In addition to conducting pretrial assessments, pilots were able to onboard new staff and held several previously postponed training events. Many pilots, however, are continuing to conduct pretrial assessment interviews remotely and to limit in-person contact with individuals on pretrial monitoring.

Since arrest rates were lower during this period, some pilot courts were able to use their available pretrial resources to expand the population of assessed individuals by focusing on those eligible for pretrial release consideration but not included in the original program parameters. These pilots retroactively assessed eligible individuals booked into jail prior to the implementation of the program. Regardless of whether a risk assessment has been completed, each arrested person eligible for release on bail under current law is entitled to post bail in accordance with the schedule in use. Persons deemed ineligible for bail under article I, section 12 of the California Constitution are not assessed by the pretrial projects.

---

[2] The Superior Court of San Joaquin County received limited funding and has been permitted to participate in the Pretrial Pilot Program, although it is not implementing prearraignment review.

**Exhibit I - 237**

*Program Expenditures*

Pilot courts continue to expend funds in accordance with the eligible expenditures listed in their contracts with the Judicial Council.[3] Increased expenditures in this reporting period can be attributed to the courts' ability to resume some operations that had been impacted by COVID-19 emergency rules. Though assessment numbers during this period were lower than would have otherwise been expected due to the continuing impacts of COVID-19 and subsequent emergency rules on arrest and release rates, pilot courts expended funds during this time to continue to build the infrastructure and staffing of their programs in anticipation that these numbers would increase.

At the time of this report, the Judicial Council has disbursed approximately 75 percent of the $68.06 million awarded to participating pilot courts. Of these disbursements, approximately 78 percent has been spent or encumbered by the courts, in accordance with the original budgets approved by the Judicial Council. (A detailed account of court expenditures as of November 15, 2020, is provided as Attachment A.)

With the passage of SB 115, pilot courts were given the opportunity to extend their pretrial programs into a third year, provided that they do so using their original funding award. Nearly all participating courts plan to extend their programs and are working with the Judicial Council to create an updated disbursement schedule to reflect this change. (A list of new program end dates for each pilot court is provided in Attachment A, Table 1.)

## Judicial Council Activities

Ten percent of the funding of the Pretrial Pilot Program is allocated to the Judicial Council for costs associated with implementing and evaluating the program. Under the guidance of the Pretrial Reform and Operations Workgroup (PROW), Judicial Council staff have continued to meet with pilot court teams remotely throughout this reporting period to assist courts in managing and improving their pretrial operations.

In addition to overseeing the administration of the Pretrial Pilot Program, PROW members have met regularly to conduct an examination of pretrial risk assessment instruments and finalize a report with the workgroup's recommendations for their use. This report was presented to the Judicial Council at its November 13, 2020 meeting, and will be made available to all pilot courts to guide their use of these tools as they carry out their programs. (This report is provided as Link A.)

*Program Administration*

Judicial Council staff continue to provide pilot courts and their partners with program management and legal support, financial oversight, educational opportunities, and ongoing data integration efforts.

---

[3] Request for Applications: Pretrial Pilot Program, (sections 4.5–4.6),
*https://jcc.legistar.com/View.ashx?M=F&ID=7573302&GUID=3FE4389F-A275-45D8-BE66-63BD177D2760.*

5

**Exhibit I - 238**

**Program management**

Judicial Council program managers have met with pilot courts and their partners several times during this reporting period. Now that all courts have fully implemented their pretrial operations, Judicial Council program managers are devoting their time to supporting data integration efforts that will assist courts in viewing, storing, and distributing data from their pretrial projects.

**Legal support**

The Judicial Council continues to provide pilot courts with legal analysis on issues related to pretrial operations, including questions that have arisen around data governance, and the development and use of lists of offenses excluded from prearraignment release consideration. Staff have also assisted in reviewing and amending contracts with the courts that chose to extend their pretrial projects as provided in SB 115.

**Expenditure tracking**

Judicial Council staff are monitoring pilot expenditures and periodically distributing funding installments to the courts based on a set deliverables schedule. In addition to tracking overall expenditures, staff spent this reporting period conducting an in-depth examination of each court's pretrial pilot finances to ensure compliance with their approved budgets and verify the accuracy of reported spending. Courts that will extend their pretrial projects also had calls with staff to discuss the details of their revised budgets. Judicial Council staff are working to amend those pilots' standard agreements and future funding disbursements to reflect the new end dates.

**Education**

The PROW Education Subcommittee, comprised of four members of the larger workgroup, continue to meet to design educational programs for the pilots. Following the guidance of this group, Judicial Council staff hosted virtual events for pilot courts and their justice system partners during this reporting period.

On September 10 and 11, 2020, the Judicial Council held its second annual *Pretrial Justice Practice Institute (PJPI)*, which convened more than 150 representatives of the 16 pilot projects over two days. The group included judicial officers, court executive officers, pretrial program managers, court staff, probation officers, district attorneys, public defenders, information technology staff, and others involved in the counties' efforts. Pilot representatives met in groups of similarly sized courts to share overall successes, failures, and best practices observed during the implementation phase of their programs. Participants were able to pose questions, share resources, and plan additional ways to exchange strategies and useful information after the conference.

Conference participants heard from Sandra Mayson, Assistant Professor of Law, University of Georgia Law School, during a session titled "Risk Assessment and Race: Moving Forward." Professor Mayson discussed the racial equity concerns in the pretrial context, the reasons that racial disparity can enter risk assessment data and outputs, and how pretrial service agencies and courts can strive to avoid perpetuating racial inequality while making the most effective use of these tools.

**Exhibit I - 239**

Following the conference, Judicial Council staff worked with the PROW Education Subcommittee to design and launch a series of educational webinars for pretrial pilots. The webinars topics were based on common areas of need identified by PJPI participants and feedback from past sessions.

The first session, "Advancing Pretrial Success: Considerations for Improving Pretrial Responses for People who have Mental Illnesses," took place on October 8, 2020. Dr. Sarah Desmarais, Professor in the Applied Social and Community Psychology Program and Director of the Center for Family and Community Engagement at North Carolina State University, and Hallie Fader-Towe, Program Director of Behavioral Health at the Council for State Governments Justice Center, gave an overview on the intersection of mental illness and pretrial risk assessment, as well as evidence-based strategies for making effective pretrial decisions for people who have mental illness. Over 80 people from the 16 pilot projects participated in this webinar.

Staff also worked with the Center for Judicial Education and Research (CJER) at the Judicial Council to produce a webinar specifically for judicial officers that focused on pretrial release conditions. On November 10, 2020, Judge Brett Alldredge, Superior Court of Tulare County, and Chief John Keene, Chief Probation Officer of the San Mateo County Probation Department, led this training for nearly 150 judicial officers. The presenters addressed the legal basis for imposing conditions on release and considered the range of available conditions and the application of those conditions in the pretrial context, as well as ways to enhance compliance. Judicial officers from 14 of the 16 pretrial pilot courts participated in this session. The high level of attendance suggests this is an area of increasing interest and presents an opportunity for further educational events on this topic.

The next educational session for pilots, planned for late 2020 or early 2021, will focus on strategies for effective data sharing and building data dashboards using Microsoft Power BI to help evaluate and inform local pretrial decisionmaking. Staff continue to map out educational events for the pilots through 2022.

**Data collection and integration**
Since the last reporting period, the Judicial Council has selected a vendor that has begun designing and implementing a data warehouse system to facilitate the integration pilot courts and justice partner data and provide it to the Judicial Council. The council's enterprise architecture team is working with the vendor to provide support and technical assistance. Judicial Council staff are simultaneously meeting with pilot courts to prepare them for using the data submission process required under the new system. Until a technical solution is finalized, pilot courts and their partners will continue to submit their required data elements through a more manual process using secured files. Judicial Council staff are collecting, standardizing, and synthesizing data from each separate court and county agency involved in the pilots.

**Exhibit I - 240**

**Program Evaluation**

The Budget Act of 2019 requires that pilot courts collaborate with local justice system partners to make data available to the Judicial Council as required to measure the outcomes of the pilots. Staff have already completed the first stage of this process, which involves defining data requirements and setting up a data collection process and have begun to analyze the first official submissions of data. Data requirements include a comprehensive list of over 100 data elements collected on every individual from booking to case disposition in all pilot courts. At this time, all 16 pretrial pilots have fully implemented their programs and complied with data reporting requirements.

The data contained in this section are limited in a variety of ways. During this time period, the COVID-19 pandemic continued to cause many disruptions that impact the population eligible for participation in the program, including the Judicial Council's adoption of a statewide emergency bail schedule that set presumptive bail at $0 for most misdemeanors and lower-level felonies from April 6 to June 20, 2020, and local continuations of $0 or reduced emergency bail schedules. At the time of this report, approximately half of all pilot courts are still operating under local emergency bail schedules.[4]

As a result of both the emergency bail schedule and local policies implemented in many courts to prevent the spread of COVID-19, pilot courts observed significant reductions in booking rates and jail populations during the period this data were collected. Under these temporary emergency policies, many low-level arrestees who would otherwise be eligible for program participation were cited and released in the field or released on $0 bail upon booking without undergoing a risk assessment. Crime and arrest patterns may also have been affected by COVID-19 and subsequent local shelter-in-place orders. The population of assessed individuals shown in this report may therefore be different than would be seen in the absence of the pandemic, both in terms of numbers and composition.

This data is also limited with regard to the time frame under which assessments occurred. It includes assessments conducted by each court between October 2019, when funding began, and the latest data available for submission to the Judicial Council, which varied by county from May to October 2020.[5] However, many courts started to conduct assessments later than October 2019, with all programs fully implemented by June 30, 2020. In addition, several pilot courts adopted a phased approach to implementing pretrial operations, limiting assessments to certain populations or jail locations in initial phases and expanding in subsequent phases. Most courts reported data on assessments conducted through July 2020. (See Attachment B for a list of exact date ranges used for this report.)

---

[4] Superior courts in the counties of Alameda, Los Angeles, Napa, Sacramento, San Mateo, Santa Barbara, Sonoma, and Tulare are still operating under local emergency bail schedules.
[5] Dates vary based on available data.

8

**Exhibit I - 241**

***Data Reporting and Validation***

The data processing and analysis for the program are still in progress. As of the date of this report, the data have not yet been joined across agencies within a county, so the data presented in this report relies only on data received from county probation departments. The joining of probation data with that from the courts, jails, and the California Department of Justice (CA DOJ) will eventually yield more reliable results for data elements that are primarily tracked outside of probation departments.

Data concerning demographic information, release decisions, and risk levels are intended to be drawn from probation data and, therefore, have a greater degree of reliability. Data on charge level, failures to appear in court, and new criminal activity, however, are primarily tracked by jails, courts, and the CA DOJ. Charge-level data are not available at this time, since it is not tracked by probation departments. Data on failures to appear in court and new criminal activity in this report draw on the limited outcomes available from probation departments; it is likely these numbers will change when the data processing reaches the stage of cross-agency data linkage. Furthermore, the data in this report include individuals whose pretrial period is not yet complete, and who may accrue adverse outcomes before completion of the pretrial period. The short time frame for this first reporting period means that many programs have not been operational long enough to accurately measure outcomes.

***Preliminary Data and Outcomes***

The preliminary data on assessments and outcomes included below cover the following legislatively mandated elements:

(a) The number of assessed individuals by age, gender, and race or ethnicity;
(b) The number of assessed individuals by risk level, booking charge levels[6], and release decision;
(c) The number and percentage of assessed individuals who receive pretrial supervision by level of supervision;
(d) The number and percentage of assessed individuals by supervision level who fail to appear in court as required, are arrested for a new offense during the pretrial period, or have pretrial release revoked.

Pilot courts were free to select a pretrial risk assessment tool for use in the program that fits the needs and capabilities of the court and its partners. All 16 pilots are using one of the following tools: (1) Ohio Risk Assessment System: Pretrial Assessment Tool (ORAS-PAT); (2) Public Safety Assessment (PSA); (3) Virginia Pretrial Risk Assessment Instrument *Original* (VPRAI-O); (4) Virginia Pretrial Risk Assessment Instrument (VPRAI); or (5) Virginia Pretrial Risk Assessment *Revised* (VPRAI-R). One pilot court is using a locally made and validated tool: the Sonoma Pretrial Risk Assessment Tool (SPRAT). Table 1 below shows the total number of assessments conducted in all pilot courts using one of these six risk tools.

---

[6] Data on booking charge level are currently unavailable but will be provided in future reports.

**Exhibit I - 242**

**Table 1. Total Assessments by Tool**

| Tool Name | County | Assessments |
|---|---|---|
| ORAS | Modoc, Napa, Nevada, Ventura, Yuba | 2,652 |
| PSA | Calaveras, Los Angeles, Sacramento, Tulare, Tuolumne | 38,619 |
| SPRAT | Sonoma | 2,856 |
| VPRAI | San Joaquin, Santa Barbara | 5,443 |
| VPRAIO | Kings | 79 |
| VPRAIR | Alameda, San Mateo, Santa Barbara | 3,255 |

See Attachment C for detailed information on each tool and differences in VPRAI versions.

**Demographic information**

Tables 2–4 below show the number of individuals assessed in the program thus far by age, gender, and race or ethnicity in small, small-medium, medium, and large courts.[7] Assessments in this period were conducted on 52,904 individuals. As previously mentioned, the assessment numbers shown below are likely lower than would have otherwise been observed due to the impacts of COVID-19 and local emergency rules.

Of the assessed individuals whose demographic information was reported during this period, 79 percent were male and 18 percent female; 26 percent were white, 43 percent Hispanic, 24 percent black, and 7 percent other race/ethnicities; and 21 percent were ages 18–25, 36 percent ages 26–35, 22 percent ages 36–45, 10 percent ages 46–55, 6 percent over age 56, and 5 percent unknown (see Tables 2–4).

**Table 2. Number of Assessed Individuals by Gender**

| Court Size | Male | Female | Other/Unknown | Total |
|---|---|---|---|---|
| Small | 375 | 115 | 3 | 493 |
| Small/Medium | 465 | 110 | 53 | 628 |
| Medium | 10,972 | 2,736 | 127 | 13,835 |
| Large | 30,204 | 6,780 | 964 | 37,948 |
| **Total** | **42,016** | **9,741** | **1,147** | **52,904** |

---

[7] Court size category is based on the authorized number of judicial positions (AJP) within a county: small (2–5 AJP), small/medium (6–15 AJP), medium (16–47 AJP), and large (48+ AJP).

**Exhibit I - 243**

**Table 3. Number of Assessed Individuals by Race**

| Court Size | Black | White | Hispanic | Other/Unknown | Total |
|---|---|---|---|---|---|
| Small | 3 | 387 | 59 | 44 | 493 |
| Small/Medium | 51 | 294 | 190 | 93 | 628 |
| Medium | 1,837 | 4,479 | 6,652 | 867 | 13,835 |
| Large | 10,579 | 8,409 | 16,001 | 2,959 | 37,948 |
| **Total** | **12,470** | **13,569** | **22,902** | **3,963** | **52,904** |

**Table 4. Number of Assessed Individuals by Age**

| Court Size | 18-25 | 26-35 | 36-45 | 46-55 | 56+ | Unknown | Total |
|---|---|---|---|---|---|---|---|
| Small | 69 | 179 | 124 | 82 | 37 | 2 | 493 |
| Small/Medium | 99 | 187 | 107 | 63 | 33 | 139 | 628 |
| Medium | 2,758 | 4,316 | 2,872 | 1,363 | 791 | 1,735 | 13,835 |
| Large | 8,305 | 14,263 | 8,285 | 3,953 | 2,171 | 971 | 37,948 |
| **Total** | **11,231** | **18,945** | **11,388** | **5,461** | **3,032** | **2,847** | **52,904** |

**Risk levels**

The next set of tables shows the number of assessed individuals by risk level. As shown below, the designation of risk level is not uniform across pilot courts due to the adoption of different risk assessment tools. Pretrial risk assessment tools in use by the pilot courts use varying scales to assign risk to assessed individuals. The tables below are therefore grouped by courts using the same tool.

The Ohio Risk Assessment Instrument: Pretrial Assessment Tool (ORAS-PAT) was designed by the University of Cincinnati, Center for Criminal Justice Research in 2006.[8] This tool includes seven weighted factors to predict a combined outcome of the likelihood of failure to appear in court (FTA) or new criminal activity (NCA) during the pretrial period. These factors are: (1) age at first arrest; (2) number of failure-to-appear warrants over the past 24 months; (3) three or more prior jail incarcerations; (4) employment status at the time of arrest; (5) residential stability; (6) illegal drug use during the past six months; and (7) severe drug use problem. The ORAS produces a score ranging from 0 (lower risk) to 9 (higher risk).

Five pilots are currently using the ORAS: Modoc, Napa, Nevada, Ventura, and Yuba. During this reporting period, probation departments in these counties assessed 2,652 individuals using the ORAS-PAT.

---

[8] *Creation and Validation of the Ohio Risk Assessment System: Final Report* (2009), *https://www.assessments.com/assessments_documentation/ORAS/ORAS_Final_Report_and_Validation.pdf*.

**Exhibit I - 244**

**Table 5. Number of Assessed Individuals by Risk Score (ORAS)**



Notes: This table includes data from five counties (Modoc, Napa, Nevada, Ventura, Yuba).

The Public Safety Assessment (PSA) was designed and validated by the Laura and John Arnold Foundation in 2016.[9] The tool uses nine factors, weighted in different ways, to predict separate likelihoods of an individual's FTA, NCA, and new violent criminal activity (NVCA) during the pretrial period. These factors are: (1) age at current arrest; (2) current violent offense; (3) pending charge at the time of the offense; (4) prior misdemeanor conviction; (5) prior felony conviction; (6) prior violent conviction; (7) prior failure to appear in the past two years; (8) prior failure to appear older than two years; and (9) prior sentence to incarceration.

Unlike the other adopted tools, the PSA produces separate scores to indicate an individual's likelihood to commit each outcome (FTA, NCA, and NCVA). For FTA and NCA, the tool produces a score ranging from one (lower risk) to six (higher risk). For NCVA, the tool produces a score of either zero (lower risk) or one (higher risk). Tables 6–8 below show the number of assessed individuals by risk score for each of these three outcomes in the five counties using the PSA: Calaveras, Los Angeles, Sacramento, Tulare, and Tuolumne. During this time, probation departments in these counties assessed 38,619 individuals under the program using the PSA.

---

[9] *The Public Safety Assessment: A Re-Validation and Assessment of Predictive Utility and Differential Prediction by Race and Gender in Kentucky* (2016), *https://craftmediabucket.s3.amazonaws.com/uploads/PDFs/3-Predictive-Utility-Study.pdf*.

**Exhibit I - 245**

**Table 6. Number of Assessed Individuals by Risk Score (PSA FTA)**



Notes: This table includes data from five counties (Calaveras, Los Angeles, Sacramento, Tulare, Tuolumne).

**Table 7. Number of Assessed Individuals by Risk Score (PSA New Criminal Activity)**



Notes: This table includes data from five counties (Calaveras, Los Angeles, Sacramento, Tulare, Tuolumne).

13

**Exhibit I - 246**

**Table 8. Number of Assessed Individuals by Risk Score (PSA New Violent Criminal Activity)**



Notes: This table includes data from five counties (Calaveras, Los Angeles, Sacramento, Tulare, Tuolumne).

The original Virginia Risk Assessment Instrument (VPRAI-O)[10] was developed by the Virginia Department of Criminal Justice Services in 2003.[11] The tool uses nine weighted factors to assign individuals a risk score ranging from 0 (lower risk) to eight (higher risk) based on a combined likelihood of FTA or NCA during the pretrial period. The nine factors used are: (1) charge type; (2) pending charge(s); (3) outstanding warrant(s); (4) criminal history; (5) two or more FTA convictions; (6) two or more violent convictions; (7) length at current residence; (8) employed/primary child caregiver; and (9) history of drug abuse.

Over time, different versions of the VPRAI have been developed using a variety of statistical techniques to test whether alternative factors would improve the tool's predictive ability. In 2009, a minor change was made to the VPRAI after a validation study was conducted on the tool.[12] The eight factors included in the updated tool (VPRAI) are: (1) primary charge type; (2) pending charge(s); (3) criminal history; (4) two or more FTAs; (5) two or more violent convictions; (6) length at current residence; (7) employed/primary caregiver; and (8) history of drug abuse.

---

[10] The descriptor "VPRAI-O" is used here to differentiate from the next version of the VPRAI, modified in 2009. This is not a term created or used by the Virginia Department of Criminal Justice Services.

[11] *Assessing Risk Among Pretrial Defendants in Virginia: The Virginia Pretrial Risk Assessment Instrument* (2003), *https://www.dcjs.virginia.gov/sites/dcjs.virginia.gov/files/publications/corrections/assessing-risk-among-pretrial-defendants-virginia-virginia-pretrial-risk-assessment-instrument.pdf*.

[12] *Pretrial Risk Assessment in Virginia* (2009), *https://www.dcjs.virginia.gov/sites/dcjs.virginia.gov/files/publications/corrections/virginia-pretrial-risk-assessment-report.pdf*.

14

**Exhibit I - 247**

The VPRAI-Revised (VPRAI-R) was developed in 2015–16 and uses eight factors to predict a combined pretrial outcome of FTA or NCA: (1) active community supervision; (2) charge is felony drug, theft, or fraud; (3) pending charge; (4) criminal history; (5) two or more FTAs; (6) two or more violent convictions; (7) unemployed at time of arrest; and (8) history of drug abuse.[13]

Two pilot counties are using or have used the VPRAI (San Joaquin and Santa Barbara); one county uses the VPRAI-O (Kings); and three counties use the VPRAI-R (Alameda, San Mateo, and Santa Barbara).[14] Tables 9–11 below show the number of assessed individuals using the VPRAI, VPRAI-O, and VPRAI-R tools. These courts conducted a total of 8,777 assessments using one of the three versions of the VPRAI during this time.

**Table 9. Number of Assessed Individuals by Risk Score (VPRAI-O)**



Notes: This table includes data from one county (Kings).

---

[13] *Race and Gender Neutral Pretrial Risk Assessment, Release Recommendations, and Supervision: VPRAI and Praxis Revised* (2016), *https://www.ncsc.org/__data/assets/pdf_file/0021/1668/race-and-gender-neutral-pretrial-risk-assessment-release-recommendations-and-supervision.ashx.pdf*.
[14] During the course of its program, Santa Barbara County switched its risk assessment tool from the VPRAI to the VPRAI-R. Pilots are permitted to change their chosen risk assessment tool as long as they do not make modifications to an existing tool and comply with the data reporting requirements of the program.

15

**Exhibit I - 248**

**Table 10. Number of Assessed Individuals by Risk Score (VPRAI)**



Notes: This table includes data from two counties (San Joaquin, Santa Barbara).

**Table 11. Number of Assessed Individuals by Risk Score (VPRAI-R)**



Notes: This table includes data from two counties (Alameda, San Mateo, Santa Barbara).

**Exhibit I - 249**

Pilot courts were also free to select locally developed tools for use in their programs. During the data collection periods reflected in this report, only one pilot court was using a locally developed tool, the Sonoma Pretrial Risk Assessment Tool (SPRAT)[15]. The SPRAT was developed in Sonoma County in 2013 and uses 11 factors to predict an individual's likelihood of FTA or NCA during the pretrial period. These factors are: (1) two charges or less; (2) arrest for DUI; (3) arrest for domestic violence; (4) arrest for violence; (5) no prior FTA; (6) employed or student; (7) prior jail time; (8) pending cases; (9) gang affiliation; (10) homeless or transient; and (11) mental health code of high likelihood to commit violent behavior. This tool assigns both positive and negative weight values to its factors to produce a score ranging from -11 (lower risk) to +11 (higher risk). In Sonoma County, risk assessments using the SPRAT were conducted on 2,856 individuals during this time period (see Table 12).

**Table 12. Number of Assessed Individuals by Risk Score (SPRAT)**



### Booking charge level
Booking charge level is reported in a separate data source from assessment data. Data on this measure are therefore currently unavailable but will be provided in future reports.

### Pretrial release decision
The release decisions reported in Table 13 below represent the decisions made by judicial officers on individuals considered for release under the program. Not all individuals who are assessed, however, progress to consideration for release by a judicial officer. In most cases, this

---

[15] Sonoma stopped using the SPRAT and began using the Public Safety Assessment (PSA) in July 2020.

**Exhibit I - 250**

is because they have already been released. Even after being assessed, many individuals may bail out—including those released under the $0 Statewide Emergency Bail Schedule in response to the pandemic during a large portion of this reporting period—or are released as a result of their charges being dropped or dismissed. Still more individuals may experience other circumstances that prevent their consideration for release, or release decision data were simply missing.

Table 13 below excludes individuals assessed in Los Angeles County because, at present, data in the county are only processed for *prearraignment* release decisions, not for subsequent release decisions made at arraignment.[16] Of the 28,516 individuals assessed in counties other than Los Angeles, 17,858 individuals are not shown in this table because no pretrial program release decision was made. The reasons for the absence of these decisions include: (1) the individual was already released on bail, (2) the individual had their charges dropped or dismissed, (3) the individual was ineligible for consideration for release, or (4) release decision data on the individual were missing.

**Table 13. Number of Assessed Individuals by Pretrial Program Release Decision**

| Court Size | Granted Program Release | Denied Program Release |
| --- | --- | --- |
| Small | 175 | 104 |
| Small/Medium | 61 | 178 |
| Medium | 3,032 | 3,862 |
| Large | 1,668 | 1,578 |
| **Total** | **4,936** | **5,722** |

Of the 10,658 pretrial release decisions made during this time, 4,936 individuals were granted pretrial program release. This includes individuals released on their own recognizance or on some form of pretrial monitoring. Individuals denied release are those that judicial officers chose not to release through the pretrial program; however, many of these individuals may still have been released on bail. Thus, the group of individuals denied program release here does not represent the number of individuals ultimately detained during the pretrial period. Future reports will include data on individuals released on bail and those released under $0 emergency bail schedules.

---

[16] Data provided by Los Angeles are drawn solely from prearraignment release decisions and do not include data on release decisions made at arraignment. Of the 24,388 individuals assessed in Los Angeles through June 30, 2020, 15,158 individuals were not considered for prearraignment release for a variety of reasons: they may have been released on bail (the Los Angeles court has been operating under a statewide or a local $0 bail schedule for the entirety of the pilot project), had their charges dropped or dismissed, or were statutorily ineligible for consideration for prearraignment release. Of the 9,230 considered for release prior to arraignment, 686 individuals were granted prearraignment release. Those not released prearraignment into the program were eligible for release consideration at arraignment unless they were otherwise released from jail on bail or had their charges dropped before arraignment. Data on those granted release at arraignment will be made available in a future report.

**Exhibit I - 251**

**Levels of pretrial supervision**

The information in Table 14 below shows the number and percentage of assessed individuals by supervision level in small, small/medium, medium and large courts. Overall, of the 3,987 individuals under some type of pretrial supervision during this time, 16% received basic supervision, 36% received moderate supervision, 38% received enhanced supervision, and 9% received an unspecified level of supervision.

**Table 14. Number and Percentage of Assessed and Supervised Individuals by Supervision Levels**

| Court Size | Total | Basic | | Moderate | | Enhanced | | Unspecified Supervision | |
|---|---|---|---|---|---|---|---|---|---|
| | | Percent | Count | Percent | Count | Percent | Count | Percent | Count |
| Small | 88 | 56% | 49 | 30% | 26 | 11% | 10 | 3% | 3 |
| Small/Medium | 46 | 7% | 3 | 13% | 6 | 4% | 2 | 76% | 35 |
| Medium | 2,639 | 17% | 438 | 28% | 728 | 45% | 1181 | 11% | 292 |
| Large | 1,214 | 13% | 155 | 57% | 686 | 27% | 329 | 4% | 44 |
| **Total** | **3,987** | **16%** | **645** | **36%** | **1446** | **38%** | **1522** | **9%** | **374** |

Those classified as receiving "unspecified supervision" include individuals in counties that do not categorize supervision conditions into discrete levels. For counties that do not use discrete supervision levels, levels were collapsed into "basic," "moderate," and "enhanced" supervision, though the specific conditions included in each of these supervision levels vary across counties. (The same classifications apply to the supervision levels in Table 15 below.)

**Pretrial Failures/Revocations**

Table 15 below shows the number and percentage of assessed individuals by supervision level who fail to appear in court as required, are arrested for a new offense during the pretrial period, or commit a technical violation while on pretrial release. Although the outcome data presented here contain limitations (discussed in more detail below), of the 3,987 monitored individuals, 11% failed to appear in court as required, 4% were arrested for a new offense during the pretrial period, and 5% committed a technical violation of their release or had their pretrial release status revoked for an unknown reason.

**Table 15. Pretrial Revocations by Termination Reason and Monitor Level**

| Monitor Level | Total | FTA | | New Crime | | Technical Violation/ Unknown | | Total Revoked | |
|---|---|---|---|---|---|---|---|---|---|
| | | Percent | Count | Percent | Count | Percent | Count | Percent | Count |
| Basic | 645 | 8% | 52 | 2% | 12 | 4% | 26 | 14% | 90 |
| Moderate | 1,446 | 13% | 187 | 3% | 42 | 3% | 42 | 19% | 271 |
| Enhanced | 1,522 | 13% | 197 | 7% | 100 | 6% | 96 | 26% | 393 |
| Unspecified | 374 | 4% | 15 | 2% | 8 | 5% | 20 | 11% | 43 |
| **All_Levels** | **3,987** | **11%** | **451** | **4%** | **162** | **5%** | **184** | **20%** | **797** |

19

**Exhibit I - 252**

Data quality is low for failures to appear, new offenses during the pretrial period, and revocations of pretrial release due to limited records of FTA and new criminal offenses in probation departments. For future reports, FTA and new offense data will come from different data sources that are not currently available. The data in this table also include individuals whose pretrial period is not yet complete and may accrue adverse outcomes before completion of the pretrial period. The short time frame for this reporting period means that that many programs have not been operational long enough to accurately measure these outcomes.

**Conclusion**

All 16 pretrial pilots continue to expend funds and conduct their operations in compliance with the goals and requirements of the program, as outlined by the Legislature. During this reporting period, courts and their partners began to resume several activities impacted in the first months of the COVID-19 pandemic, though ongoing local emergency rules aimed at reducing jail populations continue to affect the number and composition of assessed individuals under the program.

The data presented in this report are preliminary and data processing for the program is ongoing. The joining of data from county probation departments with other local sources and the CA DOJ will ultimately produce more reliable results for certain measures that have low data quality in this report. The next legislative report on the Pretrial Pilot Program is due in July 2021 and will include information on the activities carried out between January and July 2021, as well as the same measures presented in this report using data collected from the pilots and their partners within the same time frame.

**Attachments and Links**

1. Attachment A: Pilot Court Disbursement and Expenditure Summary
2. Attachment B: Pilot Court Data Reporting Date Ranges
3. Attachment C: Pretrial Risk Assessment Tools Used by Pilot Courts
4. Link A: *Pretrial Reform: Pretrial Reform and Operations Workgroup Update and Recommendations on Use of Pretrial Risk Assessment Instruments* (Nov. 2020)
5. Link B: *Pretrial Pilot Program: Report to the Legislature* (July 2020)

## Attachment A: Pilot Court Disbursement and Expenditure Summary

The disbursement and spending summaries below detail pilot court financial activity as of November 15, 2020.

**Table 1. Pilot Court Funding Disbursements**

|  | Court | Approved Award | Disbursement to Date | % Disbursed to Date | Program End Date |
|---|---|---|---|---|---|
| Large Courts | Alameda | $ 14,359,400 | $ 10,798,983 | 75% | 12/21/2021 |
|  | Los Angeles | $ 17,296,300 | $ 14,001,642 | 81% | 6/30/2022 |
|  | Sacramento | $ 9,553,041 | $ 7,164,781 | 75% | 6/30/2021 |
| **Large Court Subtotal:** |  | **$ 41,208,741** | **$ 21,177,221** | **51%** |  |
| Medium Courts | San Joaquin | $ 3,725 | $ 2,350 | 63% | 6/30/2022 |
|  | San Mateo | $ 6,169,300 | $ 4,295,044 | 70% | 6/30/2022 |
|  | Santa Barbara | $ 1,593,000 | $ 845,000 | 53% | 12/31/2021 |
|  | Sonoma | $ 5,747,202 | $ 4,181,307 | 73% | 9/30/2021 |
|  | Tulare | $ 3,671,400 | $ 2,908144 | 79% | 6/30/2022 |
|  | Ventura | $ 3,687,000 | $ 2,885,411 | 78% | 9/30/2021 |
| **Medium Court Subtotal:** |  | **$ 20,871,626** | **$ 15,600,931** | **75%** |  |
| Medium/Small Courts | Kings | $ 1,110,046 | $ 536,466 | 48% | 6/30/2022 |
|  | Napa | $ 1,677,543 | $ 1,283,959 | 77% | 12/31/2021 |
|  | Nevada-Sierra | $ 329,717 | $ 223,238 | 68% | 6/30/2022 |
| **Medium/Small Court Subtotal:** |  | **$ 3,117,306** | **$ 2,043,664** | **66%** |  |
| Small Courts | Calaveras | $ 528,743 | $ 396,531 | 75% | 6/30/2022 |
|  | Modoc | $ 744,000 | $ 464,223 | 62% | 6/30/2022 |
|  | Tuolumne | $ 587,965 | $ 483,675 | 82% | 6/30/2022 |
|  | Yuba | $ 841,300 | $ 658,072 | 78% | 6/30/2022 |
| **Small Court Subtotal:** |  | **$ 2,702,008** | **$ 1,518,826** | **56%** |  |
|  |  |  |  |  |  |
| **TOTAL:** |  | **$ 67,899,682** | **$ 51,128,826** | **75%** |  |

Note: Court category is based on the authorized number of judicial positions (AJP) within a county: small (2–5 AJP), small/medium (6–15 AJP), medium (16–47 AJP), and large (48+ AJP).

**Exhibit I - 254**

**Table 2. Pilot Court Expenditure by Court Size**

|  | Total Award | | Funds Spent or Encumbered | | % Spent or Encumbered |
|---|---|---|---|---|---|
| Large Courts | $ | 41,208,741 | $ | 27,536,212 | 67% |
| Medium Courts | $ | 20,871,627 | $ | 10,163,672 | 49% |
| Medium/Small Courts | $ | 3,117,306 | $ | 1,071,121 | 34% |
| Small Courts | $ | 2,702,008 | $ | 1,340,633 | 50% |
| **TOTAL** | **$** | **67,899,682** | **$** | **40,111,638** | **59%** |

**Exhibit I - 255**

**Attachment B: Pilot Court Data Reporting Date Ranges**

| County | Start Date | End Date |
|---|---|---|
| Alameda | 1/21/2020 | 5/12/2020 |
| Calaveras | 10/10/2019 | 7/14/2020 |
| Kings | 3/16/2020 | 7/28/2020 |
| Los Angeles | 3/23/2020 | 6/30/2020 |
| Modoc | 4/9/2020 | 9/8/2020 |
| Napa | 1/1/2020 | 6/30/2020 |
| Nevada | 5/1/2020 | 9/3/2020 |
| Sacramento | 10/22/2019 | 10/9/2020 |
| San Joaquin | 10/1/2019 | 12/19/2020 |
| San Mateo | 1/27/2020 | 10/14/2020 |
| Santa Barbara | 1/1/2020 | 7/5/2020 |
| Sonoma | 10/1/2019 | 7/7/2020 |
| Tulare | 1/2/2020 | 6/29/2020 |
| Tuolumne | 6/30/2020 | 9/30/2020 |
| Ventura | 10/3/2019 | 6/30/2020 |
| Yuba | 1/2/2020 | 6/30/2020 |

Note: Data date ranges vary based on available data.

**Exhibit I - 256**

## Attachment C: Pretrial Risk Assessment Tools Used by Pilot Courts

**Table 1. Virginia Pretrial Risk Assessment Instrument, *Original* (VPRAI-O): Factors and Weights**

| Risk Factor | Criteria | Weight |
|---|---|---|
| Charge Type | If the most serious charge for the current arrest was a felony | No = 0 |
| | | Yes = 1 |
| Pending Charge(s) | If the defendant had one or more charge(s) pending in court at the time of the arrest | No = 0 |
| | | Yes = 1 |
| Outstanding Warrant(s) | If the defendant had one or more warrant(s) outstanding in another locality for charges unrelated to the current arrest | No = 0 |
| | | Yes = 1 |
| Criminal History | If the defendant had one or more misdemeanor or felony convictions | No = 0 |
| | | Yes = 1 |
| Two or More Failure to Appear Convictions | If the defendant had two or more failure to appear convictions | No = 0 |
| | | Yes = 2 |
| Two or More Violent Convictions | If the defendant had two or more violent convictions | No = 0 |
| | | Yes = 1 |
| Length at Current Residence | If the defendant had lived at their current residence for less than one year prior to arrest | No = 0 |
| | | Yes = 1 |
| Employed/Primary Child Caregiver | If the defendant had not been employed continuously for the past two years and was not the primary caregiver for a child at the time of arrest | No = 0 |
| | | Yes = 1 |
| History of Drug Abuse | If the defendant had a history of drug abuse | No = 0 |
| | | Yes = 1 |
| **Point Range** | | **0–10** |

Source: *Assessing Risk Among Pretrial Defendants in Virginia: The Virginia Pretrial Risk Assessment Instrument,* Virginia Department of Criminal Justice Services (2003)

24

**Exhibit I - 257**

**Table 2. Virginia Pretrial Risk Assessment Instrument (VPRAI): Factors and Weights**

| Risk Factor | Criteria | Weight |
|---|---|---|
| Primary Charge Type | If the most serious charge for the current arrest was a felony | No = 0 |
| | | Yes = 1 |
| Pending Charge(s) | If the defendant had one or more charge(s) pending in court at the time of the arrest | No = 0 |
| | | Yes = 1 |
| Criminal History | If the defendant had one or more misdemeanor or felony convictions | No = 0 |
| | | Yes = 1 |
| Two or More Failures to Appear | If the defendant had two or more failure to appear convictions | No = 0 |
| | | Yes = 2 |
| Two or More Violent Convictions | If the defendant had two or more violent convictions | No = 0 |
| | | Yes = 1 |
| Length at Current Residence | If the defendant had lived at their current residence for less than one year prior to arrest | No = 0 |
| | | Yes = 1 |
| Employed/Primary Caregiver | If the defendant had not been employed continuously for the past two years and was not the primary caregiver for a child at the time of arrest | No = 0 |
| | | Yes = 1 |
| History of Drug Abuse | If the defendant had a history of drug abuse | No = 0 |
| | | Yes = 1 |
| **Point Range** | | **0–9** |

Source: *Pretrial Risk Assessment in Virginia: The Virginia Pretrial Risk Assessment Instrument,* Virginia Department of Criminal Justice (2009)

**Exhibit I - 258**

**Table 3. Virginia Pretrial Risk Assessment Instrument, *Revised* (VPRAI-R): Factors and Weights**

| Risk Factor | Criteria | Weight |
|---|---|---|
| Active Community Criminal Justice Supervision | If the defendant is under active community supervision at the time of arrest | **No = 0** |
| | | **Yes = 2** |
| Charge is Felony Drug, Felony Theft, or Felony Fraud | If the defendant's charge is felony drug, felony theft, or felony fraud | **No = 0** |
| | | **Yes = 3** |
| Pending Charge(s) | If the defendant had one or more charge(s) pending in court at the time of the arrest | **No = 0** |
| | | **Yes = 2** |
| Criminal History | If the defendant had one or more misdemeanor or felony convictions | **No = 0** |
| | | **Yes = 2** |
| Two or More Failures to Appear | If the defendant had two or more failure to appear convictions | **No = 0** |
| | | **Yes = 1** |
| Two or More Violent Convictions | If the defendant had two or more violent convictions | **No = 0** |
| | | **Yes = 1** |
| Unemployed at Time of Arrest | If the defendant is unemployed, a full-time student, a primary caregiver, or a retiree at the time of arrest | **No = 0** |
| | | **Yes = 1** |
| History of Drug Abuse | If the defendant had a history of drug abuse | **No = 0** |
| | | **Yes = 2** |
| **Point Range** | | **0–14** |

Source: *Virginia Pretrial Risk Assessment Instrument (VPRAI): Instruction Manual – Version 4.3,* Virginia Department of Criminal Justice Services (2018)

**Exhibit I - 259**

**Table 4. Ohio Risk Assessment System: Pretrial Assessment Tool (ORAS-PAT): Factors and Weights**

| Risk Factor | Response | Weight |
|---|---|---|
| Age at First Arrest | 33 or Older | 0 |
|  | Under 33 | 1 |
| Number of Failure-to-Appear Warrants in Past 24 Months | None | 0 |
|  | One Warrant for FTA | 1 |
|  | Two or More FTA Warrants | 2 |
| Three or More Prior Jail Incarcerations | No | 0 |
|  | Yes | 1 |
| Employed at the Time of Arrest | Yes, Full-time | 0 |
|  | Yes, Part-time | 1 |
|  | Not Employed | 2 |
| Residential Stability | Lived at Current Residence for Past Six Months | 0 |
|  | Not Lived at Same Residence | 1 |
| Illegal Drug Use During Past Six Months | No | 0 |
|  | Yes | 1 |
| Severe Drug Use Program | No | 0 |
|  | Yes | 1 |
| **Point Range** |  | **0–9** |

Source: *Creation and Validation of the Ohio Risk Assessment System: Final Report,* University of Cincinnati School of Criminal Justice, Center for Criminal Justice Research (2009)

27

**Exhibit I - 260**

**Table 5. Public Safety Assessment (PSA): Factors and Weights**

| Risk Factor | Response | Weight |
|---|---|---|
| **FAILURE TO APPEAR (0–7)** | | |
| Pending Charge at the Time of the Offense | No | 0 |
| | Yes | 1 |
| Prior Conviction | No | 0 |
| | Yes | 1 |
| Prior Failures to Appear Pretrial in Past 2 Years | 0 | 0 |
| | 1 | 2 |
| | 2 or More | 4 |
| Prior Failure to Appear Pretrial Older than 2 Years | No | 0 |
| | Yes | 1 |
| **NEW CRIMINAL ACTIVITY (0–13)** | | |
| Age at Current Arrest | 23 or Older | 0 |
| | 22 or Younger | 2 |
| Pending Charge at the Time of the Offense | No | 0 |
| | Yes | 3 |
| Prior Misdemeanor Conviction | No | 0 |
| | Yes | 1 |
| Prior Felony Conviction | No | 0 |
| | Yes | 1 |
| Prior Violent Conviction | 0 | 0 |
| | 1 or 2 | 1 |
| | 3 or more | 2 |
| Prior Failure to Appear Pretrial in Past 2 Years | 0 | 0 |
| | 1 | 1 |
| | 2 or More | 2 |
| Prior Sentence to Incarceration | No | 0 |
| | Yes | 2 |
| **NEW VIOLENT CRIMINAL ACTIVITY (0–7)** | | |
| Current Violent Offense | No | 0 |
| | Yes | 2 |
| Current Violent Offense & 20 Years Old or Younger | No | 0 |
| | Yes | 1 |
| Pending Charge at the Time of the Offense | No | 0 |
| | Yes | 1 |
| Prior Conviction | No | 0 |
| | Yes | 1 |
| Prior Violent Conviction | 0 | 0 |
| | 1 or 2 | 1 |
| | 3 or More | 2 |

Source: *Public Safety Assessment: Risk Factors and Formula*, Laura and John Arnold Foundation (2013)

28

**Exhibit I - 261**

**Table 6. Public Safety Assessment (PSA): Factors and Weights**

| Outcome Measure | Raw Score | Risk Scale |
|---|---|---|
| Failure to Appear (FTA) | 0 | **1** |
| | 1 | **2** |
| | 2 | **3** |
| | 3 | **4** |
| | 4 | **4** |
| | 5 | **5** |
| | 6 | **5** |
| | 7 | **6** |
| New Criminal Activity (NCA) | 0 | **1** |
| | 1 | **2** |
| | 2 | **2** |
| | 3 | **3** |
| | 4 | **3** |
| | 5 | **4** |
| | 6 | **4** |
| | 7 | **5** |
| | 8 | **5** |
| | 9-13 | **6** |

| Outcome Measure | Raw Score | NCVA Flag |
|---|---|---|
| New Violent Criminal Activity (NVCA) | 0 | **No** |
| | 1 | **No** |
| | 2 | No |
| | 3 | No |
| | 4 | **Yes** |
| | 5 | **Yes** |
| | 6 | **Yes** |
| | 7 | **Yes** |

Source: *Public Safety Assessment: Risk Factors and Formula,* Laura and John Arnold Foundation (2013)

**Exhibit I - 262**

**Table 7. Sonoma Pretrial Risk Assessment Tool (SPRAT): Factors and Weights**

| Risk Factor | Weight |
|---|---|
| Two Charges or Less | No = 0<br>Yes = -1 |
| Arrest for DUI | No = 0<br>Yes = -4 |
| Arrest for Domestic Violence | No = 0<br>Yes = -2 |
| Arrest for Violence | No = 0<br>Yes = -1 |
| No Prior FTA | No = 0<br>Yes = -2 |
| Employed or Student | No = 0<br>Yes = -1 |
| Prior Jail | No = 0<br>Yes = 2 |
| Pending Cases | No = 0<br>Yes = 2 |
| Gang Affiliation | No = 0<br>Yes = 1 |
| Homeless or Transient | No = 0<br>Yes = 3 |
| Mental Health Code of Likelihood to Commit Violent Behavior | No = 0<br>Yes = 3 |
| **Total** | **-11 to + 11** |

Source: *Sonoma County Pretrial Services Program: 2018 Annual Report,* Samantha Feld & Robert P. Halverson (2018)