UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PEOPLE OF LOS ANGELES COUNTY WHO ARE BEING PENALLY CONFINED IN PRE-TRIAL DETENTION BECAUSE OF AND DEPENDENT ON THEIR INABILITY TO PAY BAIL, BY MARK MUNOZ, DANIEL SHANNON, AND DEONDRE SMITH,<br><br>Plaintiffs,<br><br>vs.<br><br>ALEJANDRO VILLANUEVA, and TEN UNKNOWN, NAMED DEFENDANTS, 1-100,<br><br>Defendants. | Case No. 2:22-cv-02538-DMG-JEM<br><br>Honorable Dolly M. Gee<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT'S *EX PARTE* APPLICATION FOR BRIEFING SCHEDULE ON PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION (DKT. NO. 54)**<br><br>Crtm:   8C |

Defendant Sheriff Alex Villanueva's ("Defendant") *Ex Parte* Application for an order setting a briefing schedule on Plaintiffs' Motion for a Preliminary Injunction ("Plaintiffs' Motion"; Dkt. No. 54) came before the Court. On proof made to the satisfaction of the Court, and GOOD CAUSE APPEARING, the Court hereby Orders as follows:

1. Defendant's Application is granted;

1

2. Defendant's Opposition to Plaintiffs' Motion shall be filed on or before July 29, 2022;

3. Plaintiffs' Reply, if any, to Defendant's Opposition shall be filed on or before August 12, 2022; and

4. The hearing on Plaintiffs' Motion is set for August 26, 2022 at 9:30 a.m.

**IT IS SO ORDERED**.

Dated: _____     _____
                                  Dolly M. Gee
                                  United States District Judge