UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

Case No.   **CV 22-2538 MWF (JEMx)**                                                     Date:  August 8, 2022

Title   **People of Los Angeles County, etc.; Munoz, et al. v. Alejandro Villanueva, et al.**

Present: The Honorable:    MICHAEL W. FITZGERALD, United States District Judge

|  Rita Sanchez  |  Not Reported  |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

Attorneys Present for Plaintiffs:                           Attorneys Present for Defendants:
Not Present                                                              Not Present

**Proceedings:  (IN CHAMBERS) ORDER TO SHOW CAUSE**

On July 14, 2022, the Court accepted the transfer of the above action from Judge Dolly M. Gee.  (*See* Order Transferring Civil Action, Docket No. 59).  In addition, the two related cases below were randomly assigned to this Court.  A low-number transfer of the *Roldan* case is pending with Judge McDermott.

- *Mark Munoz, et al. v. Superior Court, et al.*, CV 22-3436 MWF (JEMx)
- *J. Roldan v. Alejandro Villanueva, et al.*, CV 22-5315 MWF (JCx)

The Court has accepted the following cases as related low-number transfers:

- *J. Stanley v. Alejandro Villanueva, et al.*, CV 22-5316 MWF (JEMx)
- *J. Aguirre v. Alejandro Villanueva, et al.*, CV 22-5391 MWF (JEMx)
- *M. Almeraz v. Alejandro Villanueva, et al.*, CV 22-5394 MWF (JEMx)
- *J. Cabrera v. Alejandro Villanueva, et al.*, CV 22-5396 MWF (JEMx)
- *S. Cano v. Alejandro Villanueva, et al.*, CV 22-5411 MWF (JEMx)
- *J. Hutchins v. Alejandro Villanueva, et al.*, CV 22-5414 MWF (JEMx)
- *M. Munoz v. Alejandro Villanueva, et al.*, CV 22-5416 MWF (JEMx)
- *O. Ramirez v. Alejandro Villanueva, et al.,* CV 22-5417 MWF (JEMx)
- *E. Sanchez v. Alejandro Villanueva, et al.*, CV 22-5419 MWF (JEMx)
- *D. Smith v. Alejandro Villanueva, et al.*, CV 22-5421 MWF (JEMx)
- *D. Shannon v. Alejandro Villanueva, et al.*, CV 22-5426 MWF (JEMx)

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.   **CV 22-2538 MWF (JEMx)**                                    Date:  August 8, 2022

Title          **People of Los Angeles County, etc.; Munoz, et al. v. Alejandro Villanueva, et al.**

- *C. Wilgus v. Alejandro Villanueva, et al.*, CV 22-5428 MWF (JEMx)
- *W. Rains v. Alejandro Villanueva, et al.*, CV 22-5436 MWF (JEMx)
- *J. Guzman v. Alejandro Villanueva, et al.*, CV 22-5449 MWF (JEMx)
- *K. Brown v. Alejandro Villanueva, et al.*, CV 22-5450 MWF (JEMx)
- *T. Gilbert v. Alejandro Villanueva, et al.*, CV 22-5453 MWF (JEMx)
- *E. Guzman v. Alejandro Villanueva, et al.*, CV 22-5459 MWF (JEMx)
- *T. Lavan v. Alejandro Villanueva, et al.*, CV 22-5466 MWF (JEMx)
- *T. Shivers v. Alejandro Villanueva, et al.*, CV 22-5468 MWF (JEMx)
- *V. Lopez v. Alejandro Villanueva, et al.*, CV 22-5470 MWF (JEMx)

The Court now **ORDERS** the parties in this *Munoz* action only to **SHOW CAUSE** in writing, of no more than ten (10) pages, by **August 16, 2022** why these cases should not all be consolidated under this Case No. CV 22-2538 MWF (JEMx).  Should the Court consolidate these matters, the parties would be permitted to stipulate to or seek leave from Judge McDermott to conduct discovery specific to the facts of each case.  The Court would not require the cases to be tried together.  The Court will consider the parties' responses and the matter will be taken under submission.

IT IS SO ORDERED.

Initials of Preparer:  RS/sjm