STEPHEN YAGMAN (SBN 69737)
filing@yagmanlaw.net
YAGMAN + REICHMANN, LLP
333 Washington Boulevard
Venice Beach, California 90292-5152
(310) 452-3200

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| **PEOPLE OF LOS ANGELES COUNTY**, *etc.*, by **MUNOZ**,<br><br>Plaintiffs,<br><br>v.<br><br>**ALEJANDRO VILLANUEVA**, *et al.*,<br><br>Defendants. | 2:22-cv-002538-MFW(JEMx)<br><br>**PLAINTIFFS' RESPONSE TO COURT'S ORDER, STRIKING REPLY ON MOTION FOR PRELIMINARY INJUNCTION**<br><br>August 29, 2022<br>10:00 a.m.<br>Courtroom 5A<br><br>Judge Michael W. Fitzgerald |

    Plaintiffs and their counsel are big fans of Thomas of Occam and his Razor, so that they attempt to file fewer, rather than more, papers than are necessary. An over-cautious summer intern mistakenly re-filed the reply on plaintiffs' preliminary injunction motion, when they saw a copy of it and believed it hadn't been filed.

    Respectfully submitted,

**YAGMAN + REICHMANN,LLP**

By: _/s/ Stephen Yagman_
     **STEPHEN YAGMAN**

1