STEPHEN YAGMAN (SBN 69737)
filing@yagmanlaw.net
YAGMAN + REICHMANN, LLP
333 Washington Boulevard
Venice Beach, California 90292-5152
(310) 452-3200

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION

| | |
|---|---|
| PEOPLE OF LOS ANGELES COUNTY, *etc.*, by MUNOZ,<br><br>Plaintiffs,<br><br>v.<br><br>ALEJANDRO VILLANUEVA, *et al.*,<br><br>Defendants. | 2:22-cv-002538-MFW(JEMx)<br><br>**PLAINTIFFS' RULE 28(j) ANALOG, ON THEIR MOTON FOR A PRELIMINARY INJUNCTION**<br><br>August 29, 2022<br>10:00 a.m.<br>Courtroom 5A<br><br>Judge Michael W. Fitzgerald |

By analogy to Fed. R. App. P. Rule 28(j), plaintiffs present, without argument, new authority decided after briefing on the instant motion was filed, from which plaintiffs will argue at oral argument. In *Young v. State of Hawai'i*, 2022 WL 3570610, \*4 (9th Cir. Aug. 19, 2022) (dissent of Judge O'Scannlain), it was stated that "[a] law-abiding citizen need not demonstrate a special need to exercise his or her right to carry arms in public for self-defense.") (Citation omitted.)

//

//

//

//

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Respectfully submitted,

**YAGMAN + REICHMANN, LLP**

By:  /s/  Stephen Yagman
    **STEPHEN YAGMAN**