UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES -- GENERAL

Case No.     **CV 22-2538-MWF(JEMx)**                                  Dated: **August 29, 2022**

Title:       People of Los Angeles County Who Are Being Penally Confined in Pre-Trial Detention Because of and Dependent Upon Their Inability to Pay Bail, et al. -*v*- Alejandro Villanueva, et al.

---

PRESENT:     HONORABLE MICHAEL W. FITZGERALD, UNITED STATES DISTRICT JUDGE

             Rita Sanchez                              Amy Diaz
             Courtroom Deputy                          Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFFS:          ATTORNEYS PRESENT FOR DEFENDANTS:

             Stephen Yagman                            Justin W. Clark

PROCEEDINGS:     **IN PERSON** PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION TO PROHIBIT AND TO PREVENT THE CONTINUED PRETRIAL INCARCERATION OF PRETRIAL DETAINEES WHO CANNOT AFFORD TO PAY BAIL, AND WHO HAVE NOT BEEN FOUND EITHER TO BE A DANGER TO THE COMMUNITY IF RELEASED OR A FLIGHT RISK [54]

The Courtroom Deputy Clerk issues the Court's tentative ruling, prior to the hearing.

Case called, and counsel make their appearance. The Court invites counsel to present their oral arguments. Arguments by counsel are heard. For the reasons stated on the record, the Court takes the matter under submission. An order will issue.

Initials of Deputy Clerk   rs

-1-                        :10 min