STEPHEN YAGMAN (SBN 69737)
filing@yagmanlaw.net
YAGMAN + REICHMANN, LLP
333 Washington Boulevard
Venice Beach, California 90292-5152
(310) 452-3200

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| **PEOPLE OF LOS ANGELES COUNTY**, *etc.*, by **MUNOZ**,<br><br>Plaintiffs,<br><br>v.<br><br>**ALEJANDRO VILLANUEVA**, *et al.*,<br><br>Defendants. | 2:22-cv-002538-MFW(JEMx)<br><br>**ORDER GRANTING ON PLAINTIFFS'** ***EX PARTE*** **APPLICATION FOR ORDER THAT COURT CONSIDER REPLY MEMORANDUM THAT IS ATTACHED HERETO**<br><br>Judge Michael W. Fitzgerald |

Plaintiffs' Ex Parte Application for Order that Court Consider Reply Memorandum (Docket No. 91) is GRANTED. The Court will consider Plaintiffs' reply memorandum attached to Plaintiffs' application.

Dated: September 12, 2022

_____
MICHAEL W. FITZGERALD
United States District Judge

1